# Mark R. Kercher, CPA

## Contact

5090 Old Goodrich Rd
Clarence, NY 14031
(716)983-6997
Mkercher26@gmail.com

## Education

Indiana University, B.S Accounting

## Key Skills

Financial Controls and Monitoring
Project Management
Highly skilled communicator/motivator
Problem-solving

## Objective

Serving and directing engagements in troubled financial settings requiring collaboration, decisiveness and project management. Working with all stakeholders in accomplishing mission, utilizing 45 years' experience in financial leadership positions.

## Experience

*

**Eastern Niagara Hospital (Debtor in Possession)**
*Chief Financial Officer.* Engaged to oversee financial matters including Bank workout, revenue enhancement, cost controls and asset monetization. Worked closely with secured creditor and Creditor's Committee. Hospital closure was imminent in 2020, along with team maintained quality operations until closure in June of 2023.

*Plan Administrator.* Following closure appointed as Plan Administrator charged with all wind-down activities including asset sales, pension terminations, and required financial reporting. Managed cash flow against projections, monthly US Trustee reporting and all required regulatory filing.

*May 2014-June 2020
**Self Employed**
Engaged in financial research and due diligence contracted by financial service providers GLG and Coleman. Largely providing financial insight to hedge fund analysts on target companies.

*February 1978-June 2013
**Ernst and Young, LLC**
Partner at Ernst and Young. *(Buffalo, NY and Las Vegas, NV)* Responsible as lead audit partner serving large healthcare systems, public companies in industrial manufacturing and real estate. Later served integrated resort/casino clients throughout US and Southeast Asia.

*References available upon request*