UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FIVE STAR BANK,

                                        Plaintiff,

    -vs-

KATHERINE MOTT, ROBERT HARRIS,
KRM EVENTS LLC, KATHERINE'S ON
MONROE LLC, THE DIVINITY ESTATE
AND CHAPEL LLC, KNC ELEGANCE LLC
d/b/a THE WINTERGARDEN BY
MONROES, 11 WEXFORD GLEN LLC, RCC
MONROES LLC, NAF REMODELING, LLC,
MONROES AT RIDGEMONT LLC,
CRESCENT BEACH AT THE LAKE LLC,
MOTT MANAGEMENT LLC,

                                        Defendants.
_____

No. 24-cv-6153-FPG

# DISCLOSURE STATEMENT
### Business Organization Party Disclosures

Pursuant to Loc. R. Civ. P. 7.1 and General Order #157, undersigned counsel for

      KATHERINE'S ON MONROE LLC
      THE DIVINITY ESTATE AND CHAPEL LLC
      KNC ELEGANCE LLC d/b/a THE WINTERGARDEN BY MONROES
      11 WEXFORD GLEN LLC
      RCC MONROES LLC
      MONROES AT RIDGEMONT LLC
      CRESCENT BEACH AT THE LAKE LLC
      MOTT MANAGEMENT LLC

a business organization party (corporation, LLC, or partnership) in the above-captioned matter, hereby certifies that any person (including but not limited to members, shareholders, partners, or individuals with direct decision making authority/in leadership positions) whose identities may reasonably bear on the Court's decision whether to recuse, on motion or sua sponte, including by reason of financial interest in the outcome of the litigation or involvement in the events that form the basis for any claim, are identified herein:

      Katherine Mott – 100% membership interest

Dated: April 9, 2024
      Rochester, NY

                                                               *s/ David Rothenberg*
                                                               David Rothenberg, Esq.
                                                               Michael Rothenberg, Esq.
                                                               ROTHENBERG LAW
                                                               *Attorneys for Defendant Katherine Mott*
                                                               *and all Entity Defendants*
                                                               45 Exchange Boulevard, Suite 800
                                                               Rochester, New York 14614
                                                               Tel:  (585) 232-1946
                                                               Fax:  (585) 232-4746
                                                               Email:  david@rothenberglawyers.com
                                                               Email:  michael@rothenberglawyers.com

To:    David G. Burch, Jr., Esq.
        Benjamin Zakarin, Esq.
        BARCLAY DAMON LLP
        *Attorneys for Plaintiff*
        125 East Jefferson Street
        Syracuse, New York 13202-2078

        Matthew R. Lembke, Esq.
        CERULLI MASSARE & LEMBKE
        *Attorney for Robert Harris*
        45 Exchange Blvd., Suite 925
        Rochester, NY 14614