UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

FIVE STAR BANK,

                                     Plaintiff,

    -vs-

KATHERINE MOTT, ROBERT HARRIS,
KRM EVENTS LLC, KATHERINE'S ON
MONROE LLC, THE DIVINITY ESTATE
AND CHAPEL LLC, KNC ELEGANCE LLC
d/b/a THE WINTERGARDEN BY
MONROES, 11 WEXFORD GLEN LLC, RCC
MONROES LLC, NAF REMODELING, LLC,
MONROES AT RIDGEMONT LLC,
CRESCENT BEACH AT THE LAKE LLC,
MOTT MANAGEMENT LLC,

                                     Defendants.

No. 24-cv-6153-FPG

_____

# DISCLOSURE STATEMENT
## Business Organization Party Disclosures

Pursuant to Loc. R. Civ. P. 7.1 and General Order #157, undersigned counsel for

    KRM EVENTS LLC

a business organization party (corporation, LLC, or partnership) in the above-captioned matter, hereby certifies that any person (including but not limited to members, shareholders, partners, or individuals with direct decision making authority/in leadership positions) whose identities may reasonably bear on the Court's decision whether to recuse, on motion or sua sponte, including by reason of financial interest in the outcome of the litigation or involvement in the events that form the basis for any claim, are identified herein:

    Kathy Mott – 5% membership interest
    Robert Harris – 95% membership interest


Dated:  April 9, 2024
          Rochester, NY

                                                     *s/ David Rothenberg*
                                                 David Rothenberg, Esq.
                                                 Michael Rothenberg, Esq.
                                                 ROTHENBERG LAW

*Attorneys for Defendant Katherine Mott
and all Entity Defendants*
45 Exchange Boulevard, Suite 800
Rochester, New York 14614
Tel:  (585) 232-1946
Fax:  (585) 232-4746
Email:  david@rothenberglawyers.com
Email:  michael@rothenberglawyers.com

To:  David G. Burch, Jr., Esq.
Benjamin Zakarin, Esq.
BARCLAY DAMON LLP
*Attorneys for Plaintiff*
125 East Jefferson Street
Syracuse, New York 13202-2078

Matthew R. Lembke, Esq.
CERULLI MASSARE & LEMBKE
*Attorney for Robert Harris*
45 Exchange Blvd., Suite 925
Rochester, NY 14614