UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FIVE STAR BANK,

                                Plaintiff,

   -vs-

KATHERINE MOTT, ROBERT HARRIS,                 No. 24-cv-6153-FPG
KRM EVENTS LLC, KATHERINE'S ON
MONROE LLC, THE DIVINITY ESTATE
AND CHAPEL LLC, KNC ELEGANCE LLC
d/b/a THE WINTERGARDEN BY
MONROES, 11 WEXFORD GLEN LLC, RCC
MONROES LLC, NAF REMODELING, LLC,
MONROES AT RIDGEMONT LLC,
CRESCENT BEACH AT THE LAKE LLC,
MOTT MANAGEMENT LLC,

                                Defendants.
_____

## STIPULATION

It is hereby stipulated by and among counsel for all parties to this action, as follows:

1.    Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, plaintiff may file an amended complaint on or before May 8, 2024; and

2.    Defendants' time to answer, move against, or otherwise respond to plaintiff's amended complaint is hereby extended until June 14, 2024.

Dated:  May 3, 2024
         Buffalo, NY

                                              *s/Sarah A, O'Brien*
                                              Sarah A. O'Brien, Esq.
                                              BARCLAY DAMON LLP
                                              *Attorneys for Plaintiff*
                                              200 Delaware Ave., Suite 1200
                                              Buffalo, NY 14202

Dated: May 3, 2024
      Rochester, NY

                                            *s/David Rothenberg*
                                            David Rothenberg, Esq.
                                            ROTHENBERG LAW
                                            *Attorneys for Defendant Katherine Mott and all Entity Defendants*
                                            45 Exchange Blvd., Suite 800
                                            Rochester, New York 14614

Dated: May 3, 2024
      Rochester, NY

                                            *s/Matthew R. Lembke*
                                            Matthew R. Lembke, Esq.
                                            CERULLI MASSARE & LEMBKE
                                            *Attorneys for Defendant Robert Harris*
                                            45 Exchange Blvd., Suite 925
                                            Rochester, NY 14614

SO ORDERED.

Dated: May \_\_\_\_, 2024
      Rochester, NY

                                            Hon. Frank P. Geraci
                                            United States District Judge