UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FIVE STAR BANK,

           Plaintiff,

 -vs-

KATHERINE MOTT, ROBERT HARRIS, KRM EVENTS LLC, KATHERINE'S ON MONROE LLC, THE DIVINITY ESTATE AND CHAPEL LLC, KNC ELEGANCE LLC d/b/a THE WINTERGARDEN BY MONROES, 11 WEXFORD GLEN LLC, RCC MONROES LLC, NAF REMODELING, LLC, MONROES AT RIDGEMONT LLC, CRESCENT BEACH AT THE LAKE LLC, MOTT MANAGEMENT LLC,

           Defendants.

No. 24-cv-6153-FPG

**NOTICE OF MOTION**

---

| | |
|---|---|
| MOTION BY: | Rothenberg Law<br>Attorneys for Defendant Mott<br>and all Entity Defendants |
| DATE, TIME & PLACE: | A Motion Term of this Court to be held on a date, time, and place to be set by the Court in the United States Courthouse, 100 State Street, Rochester, NY 14614. |
| SUPPORTING PAPERS: | Declaration of David Rothenberg, Esq. dated May 7, 2024, Declaration of the Receiver, Mark R. Kercher, dated May 7, 2024, and exhibits attached thereto, and all prior pleadings and proceedings had herein. |
| RELIEF REQUESTED: | An order compelling plaintiff Five Star Bank to comply with this Court's order of April 8, 2024 (ECF No. 39); and further compelling plaintiff to turn over the sum of $284,147.09 to the Receiver; and granting defendants such other and further relief as to the Court seems just, proper, and equitable. |

**ORAL ARGUMENT
IS REQUESTED.**

Dated: May 7, 2024
       Rochester, NY

                                                           *s/ David Rothenberg*
                                                     David Rothenberg, Esq.
                                                     Michael Rothenberg, Esq.
                                                     ROTHENBERG LAW
                                                     *Attorneys for Defendant Katherine Mott*
                                                     *and all Entity Defendants*
                                                     45 Exchange Boulevard, Suite 800
                                                     Rochester, New York 14614
                                                     Tel: (585) 232-1946
                                                     Fax: (585) 232-4746
                                                     Email: david@rothenberglawyers.com
                                                     Email: michael@rothenberglawyers.com

To:    David G. Burch, Jr., Esq.
         Benjamin Zakarin, Esq.
         Sarah A. O'Brien, Esq.
         BARCLAY DAMON LLP
         *Attorneys for Plaintiff*
         125 East Jefferson Street
         Syracuse, New York 13202-2078

         Matthew R. Lembke, Esq.
         CERULLI MASSARE & LEMBKE
         *Attorneys for Defendant Robert Harris*
         45 Exchange Blvd., Suite 925
         Rochester, NY 14614