# Exhibit D

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

1194512

**Five Star Bank**
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:

REMITTER:   KATHERINE R MOTT FORMICOLA       DATE  12/06/22         80-403/223

**PAY**
**TO THE**      EXACTLY **40,004 AND 00/100 DOLLARS         ******40,004.00
**ORDER OF**
                                              The purchase of an Indemnity Bond may be required
                                              before any Cashier's Check of this bank will be replaced
                                              or refunded in the event it is lost, misplaced or stolen.

        TAYLOR   PAGANO                         AUTHORIZED SIGNATURE

                                               Martin K. Birinyi

⑈0001194512⑈ ⑉0223040030⑈ 609900056⑈

Check: 1194512 Amount: $40,004.00 Date: 12/7/2022
Run: 1000, Batch: 8, Seq: 65, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
MP ENDORSE GUAR 022303659 >3659   06<
12/6/2022
09:57:11
TMID 20213402235828

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1194512 Amount: $40,004.00 Date: 12/7/2022
Run: 1000, Batch: 8, Seq: 65, Source: C21-FromFed

FIVE STAR BANK IMAGE SNAPSHOT 04/19/2024 223PM PAGE 1

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank

Cashier's Check 1195122

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KATHERINE R MOTT-FORMICOLA DATE 12/14/22

PAY TO THE ORDER OF EXACTLY **8,567 AND 00/100 DOLLARS *******8,567.00

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈0001195122⑈ ⑆022304030⑆ 609900056⑈

Date 12/15/22 Ck# 1195122 Amt 8,567.00

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23 TRUST
ABA OF ENDORSE GUAR 022303659 >3659 14<
12/14/2022
10:23:08
TMID 20213482237386

Date 12/15/22 Ck# 1195122 Amt 8,567.00

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB OR AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

Cashier's Check 1195444

COMMENT:

REMITTER: KATHERINE R MOTT FORMICOLA DATE 12/19/22

PAY TO THE ORDER OF EXACTLY **8,648 AND 00/100 DOLLARS *******8,648.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈0001195444⑈ ⑆022304030⑆ 609900056⑈

Date 12/20/22 Ck# 1195444 Amt 8,648.00

Canandaigua 022303659 03 TRUST
12/19/2022
ABS OF ENDORSE GUAR 022303659 >3659 19<
09:43:43
TMID 20213632235020

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

X ENDORSE HERE

Date 12/20/22 Ck# 1195444 Amt 8,648.00

FIVE STAR BANK              IMAGE SNAPSHOT  04/19/2024  242PM                    PAGE  1



Date   12/23/22  Ck#     1195791   Amt      8,520.00



Date   12/23/22  Ck#     1195791   Amt      8,520.00

FIVE STAR BANK                IMAGE SNAPSHOT  04/19/2024  251PM                    PAGE  1



Date     1/05/23  Ck#      1196537    Amt      10,000.00



Date     1/05/23  Ck#      1196537    Amt      10,000.00

FIVE STAR BANK                IMAGE SNAPSHOT  04/19/2024  251PM               PAGE  1



Date    1/05/23  Ck#      1196539   Amt      10,000.00



Date    1/05/23  Ck#      1196539   Amt      10,000.00

FIVE STAR BANK                IMAGE SNAPSHOT   04/19/2024   251PM              PAGE   1



                    Date    1/05/23  Ck#      1196541   Amt      10,000.00

                    Date    1/05/23  Ck#      1196541   Amt      10,000.00

FIVE STAR BANK                IMAGE SNAPSHOT  04/19/2024  252PM              PAGE   1



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK.

Five Star Bank
Warsaw, NY 14569

Cashier's Check          1196898

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB OR AREA
ABOVE - COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  CAPITAL ONE REIMBURSEMENT
REMITTER:  KRM EVENTS LLC                         DATE   1/06/23

PAY                                                       *******8,767.00
TO THE      EXACTLY **8,767 AND .00/100 DOLLARS       The purchase of an Indemnity Bond may be required
ORDER OF                                              before any Cashier's Check at this bank will be replaced -
                                                      or refunded in the event it is lost, misplaced or stolen.

           TAYLOR  PAGANO                                    AUTHORIZED SIGNATURE

                                                       Marten K. Brimigin

⑈0001196898⑈ ⑆022304030⑆ 609900056⑈

Date   1/09/23  Ck#      1196898   Amt       8,767.00



Canandaigua 022303659  TRUST
ACH/BANK/ENDORSE GUAR 022303659 >3659   06<
01/10/23
09:33:44
TMID 20190062334420

Deposit On

Date   1/09/23  Ck#      1196898   Amt       8,767.00

FIVE STAR BANK            IMAGE SNAPSHOT  04/19/2024  256PM            PAGE  1



| | Date | 1/12/23 | Ck# | 1197448 | Amt | 8,109.00 |

| | Date | 1/12/23 | Ck# | 1197448 | Amt | 8,109.00 |

FIVE STAR BANK               IMAGE SNAPSHOT   04/19/2024   301PM                PAGE   1



Date     1/13/23  Ck#     1197591   Amt        6,210.00



Date     1/13/23  Ck#     1197591   Amt        6,210.00

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE: COLOR WILL DISAPPEAR & THEN REAPPEAR

★ **Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**    1198512

COMMENT: CAPITAL ONE REIMBURSEMENT
REMITTER: THE DIVINITY ESTATE AND CHAPEL LLC   DATE  1/19/23

SC-402/223

**PAY
TO THE
ORDER OF**        EXACTLY **8,987 AND 00/100 DOLLARS

*******8,987.00
The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR   PAGANO

AUTHORIZED SIGNATURE
*Marten K. Buingh*

⑈000119851⑈2⑈ ⑈022304030⑈ 609900056⑈

Check: 1198512 Amount: $8,987.00 Date: 1/20/2023
Run: 1000, Batch: 7, Seq: 320, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
ENDORSE GUAR 022303659 >3659   19<
1/19/2023
15:49:10
TMID 20240192356946

ENDORSE HERE
X
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
Deposit Only

Check: 1198512 Amount: $8,987.00 Date: 1/20/2023
Run: 1000, Batch: 7, Seq: 320, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**     1198823

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

★ **Five Star Bank**
Warsaw, NY 14569

COMMENT:   CREDIT CARD REIMBURSEMENT

REMITTER:   KATHERINE'S ON MONROE LLC          DATE   1/24/23          55-403/223

PAY
TO THE      EXACTLY **35,885 AND 00/100 DOLLARS                ******35,885.00
ORDER OF

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈000⑈1988 23⑈  ⑈022304030⑈  609900056⑈

Check: 1198823 Amount: $35,885.00 Date: 1/25/2023
Run: 1000, Batch: 9, Seq: 229, Source: C21-FromFed



Canandaigua 022303659 .23 TRUST
APP/ENDORSE GUAR 022303659 >3659   24<
1/24/2023
09:43:21
TMID 20200242334997

ENDORSE HERE
✕ Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1198823 Amount: $35,885.00 Date: 1/25/2023
Run: 1000, Batch: 9, Seq: 229, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1198915

COMMENT: CAPITAL ONE REIMBURSEMENT
REMITTER: KATHERINE'S ON MONROE LLC DATE 1/25/23 50-403/223

PAY TO THE ORDER OF EXACTLY **5,467 AND 00/100 DOLLARS *******5,467.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈0001198915⑈ ⑆022304030⑆ 60990005б⑈

Check: 1198915 Amount: $5,467.00 Date: 1/26/2023
Run: 1000, Batch: 7, Seq: 353, Source: C21-FromFed

ENDORSE HERE
X
FOR DEPOSIT ONLY
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23 TRUST
ABS OF ENDORSE GUAR 022303659 >3659 25<
1/25/2023
09:43:35
TMID 20230252335012

Check: 1198915 Amount: $5,467.00 Date: 1/26/2023
Run: 1000, Batch: 7, Seq: 353, Source: C21-FromFed

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

Cashier's Check 1199036

COMMENT: CAPITAL ONE REIMBURSEMENT
REMITTER: KRM EVENTS LLC DATE 1/26/23

PAY TO THE ORDER OF EXACTLY **8,630 AND 00/100 DOLLARS ********8,630.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈0001199036⑈ ⑆022304030⑆ 609900056⑈

Date 1/27/23 Ck# 1199036 Amt 8,630.00

ENDORSE HERE
X

FOR DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 123 TRUST
ABS OR ENDORSE GUAR 022303659 >3659 26<
1/26/2023
10:29:56
TMID 20220262337792

Date 1/27/23 Ck# 1199036 Amt 8,630.00

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

Cashier's Check 1199350

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 1/30/23

PAY TO THE ORDER OF EXACTLY **8,668 AND 00/100 DOLLARS

*******8,668.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈0001199350⑈ ⑆022304030⑆ 609900056⑈

Date 1/31/23 Ck# 1199350 Amt 8,668.00

ENDORSE HERE
X

Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23
1/30/2023
10:00:10
TMID 20190302336006

Date 1/31/23 Ck# 1199350 Amt 8,668.00

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**                    1199561

COMMENT: CREDIT CARD REIMBURSEMENT
REMITTER: KATHERINE'S ON MONROE LLC          DATE  1/31/23          60-400/223

PAY
TO THE     EXACTLY **30,000 AND 00/100 DOLLARS                     ******30,000.00
ORDER OF                                                The purchase of an Indemnity Bond may be required
                                                        before any Cashier's Check of this bank will be replaced
           TAYLOR PAGANO                                or refunded in the event it is lost, misplaced or stolen.

                                                        AUTHORIZED SIGNATURE

                                                        Martin K. Birinyi

⑈000119956⑈ ⑆022304030⑆ 609900056⑈

Check: 1199561 Amount: $30,000.00 Date: 2/1/2023
Run: 1000, Batch: 12, Seq: 155, Source: C21-FromFed



Canandaigua 022303659 A23 TRUST
ENDORSE GUAR 022303659 >3659   31<
1/31/2023
09:34:52
TMID 20190312334488

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

ENDORSE HERE

Check: 1199561 Amount: $30,000.00 Date: 2/1/2023
Run: 1000, Batch: 12, Seq: 155, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1199573

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KATHERINE'S ON MONROE LLC DATE 1/31/23 50-403/223

PAY TO THE ORDER OF EXACTLY **4,717 AND 00/100 DOLLARS *******4,717.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

Martin K. Birmingham

⑈0001199573⑈ ⑆022304030⑆ 60990005 6⑈

Check: 1199573 Amount: $4,717.00 Date: 2/1/2023
Run: 1000, Batch: 12, Seq: 156, Source: C21-FromFed

ENDORSE HERE

X Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23 TRUST
1/31/2023 ABS OF ENDORSE GUAR 022303659 >3659 31<
09:34:53
TMID 20190312334488

Check: 1199573 Amount: $4,717.00 Date: 2/1/2023
Run: 1000, Batch: 12, Seq: 156, Source: C21-FromFed

FIVE STAR BANK          IMAGE SNAPSHOT  04/19/2024  324PM                    PAGE  1



| | Date | 2/02/23 | Ck# | 1199765 | Amt | 8,080.00 |
|---|---|---|---|---|---|---|



| | Date | 2/02/23 | Ck# | 1199765 | Amt | 8,080.00 |
|---|---|---|---|---|---|---|

FIVE STAR BANK                IMAGE SNAPSHOT   04/19/2024   326PM                    PAGE   1



|  | Date | 2/03/23 | Ck# | 1199899 | Amt | 8,237.00 |
|---|---|---|---|---|---|---|

|  | Date | 2/03/23 | Ck# | 1199899 | Amt | 8,237.00 |
|---|---|---|---|---|---|---|

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1200349

COMMENT: CREDIT CARD REIMBURSEMENT
REMITTER: KATHERINE'S ON MONROE LLC DATE 2/07/23 50-403/223

PAY TO THE ORDER OF EXACTLY **8,000 AND 00/100 DOLLARS *******8,000.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE
Martin K. Birmingham

⑈0001200349⑈ ⑆022304030⑆ 609900056⑈

Check: 1200349 Amount: $8,000.00 Date: 2/8/2023
Run: 1000, Batch: 10, Seq: 87, Source: C21-FromFed

ENDORSE HERE
X
Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23 TRUST
2/7/2023 ENDORSE GUAR 022303659 >3659 07<
09:30:19
TMID 20240382334215

Check: 1200349 Amount: $8,000.00 Date: 2/8/2023
Run: 1000, Batch: 10, Seq: 87, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**     1200346

COMMENT:  CREDIT CARD REIMBURSEMENT
REMITTER:  KNC ELEGANCE, LLC

DATE   2/07/23

80-403/223

PAY
TO THE
ORDER OF

EXACTLY **15,000 AND 00/100 DOLLARS

******15,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

Martin K. Buningh

⑈000⑈200346⑈ ⑆022304030⑆ 6099000056⑈

Check: 1200346 Amount: $15,000.00 Date: 2/8/2023
Run: 1000, Batch: 10, Seq: 89, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
ENDORSE GUAR 022303659 >3659   07<
2/7/2023
09:30:21
TMID 20240382334215

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1200346 Amount: $15,000.00 Date: 2/8/2023
Run: 1000, Batch: 10, Seq: 89, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**          1200348

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

COMMENT:   CREDIT CARD REIMBURSEMENT
REMITTER:   NAF REMODELING LLC          DATE  2/07/23          SO 403/223

PAY
TO THE          EXACTLY **15,100 AND 00/100 DOLLARS          ******15,100.00
ORDER OF

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈0001200348⑈ ⑇022304030⑈ 609900056⑈

Check: 1200348 Amount: $15,100.00 Date: 2/8/2023
Run: 1000, Batch: 10, Seq: 88, Source: C21-FromFed



Canandaigua 022303659 23
CREDIT CARD NATIONAL BANK AND TRUST
2/7/2023 ENDORSE GUAR 022303659 >3659   07<
09:30:20
TMID 20240382334215

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1200348 Amount: $15,100.00 Date: 2/8/2023
Run: 1000, Batch: 10, Seq: 88, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   1200451

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

★ Five Star Bank
Warsaw, NY 14569

COMMENT: CAPITAL ONE REIMBURSEMENT
REMITTER: KRM EVENTS LLC

DATE 2/08/23   60-403/223

PAY
TO THE
ORDER OF     EXACTLY **8,738 AND 00/100 DOLLARS

*******8,738.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE
Martin K. Birinyn

⑈0001200451⑈ ⑆022304030⑆ 609900056⑈

Check: 1200451 Amount: $8,738.00 Date: 2/9/2023
Run: 1000, Batch: 6, Seq: 209, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
ABS ENDORSE GUAR 022303659 >3659  08<
2/8/2023
10:15:27
TMID 20240392336923

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X
Deposit Only

Check: 1200451 Amount: $8,738.00 Date: 2/9/2023
Run: 1000, Batch: 6, Seq: 209, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1200563

COMMENT: CAPITAL ONE REIMBURSEMENT
REMITTER: KRM EVENTS LLC DATE 2/09/23 50-403/223

PAY TO THE ORDER OF
EXACTLY **5,000 AND 00/100 DOLLARS *******5,000.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE
Martin K. Birmingham

⑈0001200563⑈ ⑆022304030⑆ 609900056⑈

Check: 1200563 Amount: $5,000.00 Date: 2/10/2023
Run: 1000, Batch: 7, Seq: 77, Source: C21-FromFed

ENDORSE HERE
X
Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 A 23 TRUST
2/9/2023 ABS OF ENDORSE GUAR 022303659 >3659 09<
09:47:22
TMID 20240402335238

Check: 1200563 Amount: $5,000.00 Date: 2/10/2023
Run: 1000, Batch: 7, Seq: 77, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**          1200805

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KNC ELEGANCE, LLC          DATE   2/13/23          SG-403/223

PAY
TO THE
ORDER OF          EXACTLY **8,322 AND 00/100 DOLLARS          *******8,322.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈000 1200805⑈ ⑉022304030⑊ 609900056⑈

Check: 1200805 Amount: $8,322.00 Date: 2/14/2023
Run: 1000, Batch: 12, Seq: 379, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
ENDORSE GUAR 022303659 >3659  13<
09:17:57
TMID 20200442333472

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X
Deposit Only

Check: 1200805 Amount: $8,322.00 Date: 2/14/2023
Run: 1000, Batch: 12, Seq: 379, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   1200897

★ **Five Star Bank**
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE   2/13/23

50-403/223

PAY
TO THE
ORDER OF   EXACTLY **30,000 AND 00/100 DOLLARS

******30,000.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑆0001200897⑆ ⑈022304030⑈ 609900056⑈

Check: 1200897 Amount: $30,000.00 Date: 2/15/2023
Run: 1000, Batch: 8, Seq: 548, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
ANY ENDORSE GUAR 022303659 >3659   14<
2/13/2023
09:08:11
TMID 20210452332888

ENDORSE HERE
X
Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1200897 Amount: $30,000.00 Date: 2/15/2023
Run: 1000, Batch: 8, Seq: 548, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

1200898

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  CREDIT CARD REIMBURSEMENT

REMITTER:  KRM EVENTS, LLC

DATE    2/13/23

PAY
TO THE
ORDER OF

EXACTLY **8,237 AND 00/100 DOLLARS

*******8,237.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈000⑊200898⑈ ⑉022304030⑈ 609900056⑈

Check: 1200898 Amount: $8,237.00 Date: 2/15/2023
Run: 1000, Batch: 8, Seq: 549, Source: C21-FromFed



Canandaigua 022303659 A23 TRUST
ENDORSE GUAR 022303659 >3659    14<
2/14/2023
09:08:11
TMID 20210452332888

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE X

Deposit Only

Check: 1200898 Amount: $8,237.00 Date: 2/15/2023
Run: 1000, Batch: 8, Seq: 549, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**                    1201006

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**COMMENT:**  CAPITAL ONE REIMBURSEMENT
**REMITTER:**  KRM EVENTS LLC                    DATE   2/14/23

**PAY**
**TO THE**          EXACTLY **8,537 AND 00/100 DOLLARS
**ORDER OF**

TAYLOR PAGANO

*******8,537.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈"000120100611"  ⑈022304030⑈  609900056"⑈

Check: 1201006 Amount: $8,537.00 Date: 2/16/2023
Run: 1000, Batch: 6, Seq: 575, Source: C21-FromFed



Canandaigua 022303659 >23 TRUST
ENDORSE GUAR 022303659 >3659  15<
2/16/2023
09:27:43
TMID 20200462334059

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X

Deposit Only

Check: 1201006 Amount: $8,537.00 Date: 2/16/2023
Run: 1000, Batch: 6, Seq: 575, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**1201398**

**Five Star Bank**
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**COMMENT:** CREDIT CARD REIMBURSEMENT
**REMITTER:** KRM EVENTS LLC

DATE  2/21/23

50 402/223

**PAY
TO THE
ORDER OF**      EXACTLY **7,278 AND 00/100 DOLLARS

TAYLOR PAGANO

*******7,278.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈0001201398⑈ ⑆022304030⑆ 609900056⑈

Check: 1201398 Amount: $7,278.00 Date: 2/22/2023
Run: 1000, Batch: 15, Seq: 39, Source: C21-FromFed



Canandaigua 022303659 23
CANANDAIGUA NATIONAL BANK AND TRUST
ENDORSE GUAR 022303659 >3659   21<
09:31:52
TMID 20190522334307

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

Deposit Only

Check: 1201398 Amount: $7,278.00 Date: 2/22/2023
Run: 1000, Batch: 15, Seq: 39, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**          1201428

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

COMMENT:   CREDIT CARD REIMBURSEMENT

REMITTER:   KRM EVENTS LLC                    DATE   2/21/23              50-423/223

PAY                                                        ******30,000.00
TO THE      EXACTLY **30,000 AND 00/100 DOLLARS
ORDER OF                                        The purchase of an Indemnity Bond may be required
                                                before any Cashier's Check of this bank will be replaced
                                                or refunded in the event it is lost, misplaced or stolen.

            TAYLOR PAGANO                       AUTHORIZED SIGNATURE

                                                Martin K. Birington

⑈0001201428⑈ ⑆022304030⑆ 609900056⑈

Check: 1201428 Amount: $30,000.00 Date: 2/23/2023
Run: 1000, Batch: 7, Seq: 332, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
ENDORSE GUAR 022303659 >3659    22<
2/22/2023
09:14:51
TMID 20210532333287

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE  X

Deposit Only

Check: 1201428 Amount: $30,000.00 Date: 2/23/2023
Run: 1000, Batch: 7, Seq: 332, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**

1201432

COMMENT:  CREDIT CARD REIMBURSEMENT

REMITTER:  KRM EVENTS LLC                    DATE    2/21/23        60-403/722

PAY
TO THE
ORDER OF          EXACTLY **11,567 AND 00/100 DOLLARS            ******11,567.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

Martin K. Buisigh

⑈000120143 2⑈ ⑆022304030⑆ 609900056⑈

Check: 1201432 Amount: $11,567.00 Date: 2/23/2023
Run: 1000, Batch: 7, Seq: 333, Source: C21-FromFed



Canandaigua 022303659 A23 TRUST
ENDORSE GUAR 022303659 >3659   22<
2/22/2023
09:14:51
TMID 20210532333287

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1201432 Amount: $11,567.00 Date: 2/23/2023
Run: 1000, Batch: 7, Seq: 333, Source: C21-FromFed

Image # 881948830000030

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**1237454**

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

**Five Star Bank**
Warsaw, NY 14569

COMMENT:  LOAN PAYMENT IN FULL

REMITTER:  KRM EVENTS LLC

DATE   2/23/24

50-483/223

**PAY**
**TO THE**
**ORDER OF**

EXACTLY **14,000 AND 00/100 DOLLARS

*****14,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

_Martin K. Birmingham_

TAYLOR J PAGANO
2990 CLOVER ST
PITTSFORD, NY 14534

⑈0001237454⑈ ⑆022304030⑆ 609900056⑈

Back Image

022304030< 20240223
FIVE STAR BANK
Drawer#/Trans#: 39004/0007
HIN: 881948830000030

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

4/19/2024 12:46 PM

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   1201881

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**COMMENT:** CAPITAL ONE REIMBURSEMENT
**REMITTER:** KRM EVENTS LLC

DATE   2/24/23                 50-403/223

**PAY
TO THE
ORDER OF**   EXACTLY **8,724 AND 00/100 DOLLARS

*******8,724.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

**AUTHORIZED SIGNATURE**

⑂"000 1 20 188 1"⑂ ⑉:0 2 2304030⑉: 6099000 56"⑂

Check: 1201881 Amount: $8,724.00 Date: 2/27/2023
Run: 1001, Batch: 10, Seq: 443, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
ENDORSE GUAR 022303659 >3659   24<
2/24/2023
14:35:01
TMID 20220552352497

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE   X

4858

Check: 1201881 Amount: $8,724.00 Date: 2/27/2023
Run: 1001, Batch: 10, Seq: 443, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**    1201959

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**COMMENT:** CREDIT CARD REIMBURSEMENT
**REMITTER:** KRM EVENTS LLC

DATE    2/27/23    50-403/233

**PAY
TO THE
ORDER OF**    EXACTLY **30,000 AND 00/100 DOLLARS

******30,000.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TAYLOR PAGANO

⑈000120195900 ⑆022304030⑆ 60990005600

Check: 1201959 Amount: $30,000.00 Date: 2/28/2023
Run: 1000, Batch: 12, Seq: 30, Source: C21-FromFed



Canandaigua 022303659 A23 TRUST
ENDORSE GUAR 022303659 >3659    27<
2/27/2023
09:33:58
TMID 20200582334429

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

ENDORSE HERE
X

Check: 1201959 Amount: $30,000.00 Date: 2/28/2023
Run: 1000, Batch: 12, Seq: 30, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1201962

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 2/27/23

50-403/223

PAY TO THE ORDER OF

EXACTLY **4,537 AND 00/100 DOLLARS

*******4,537.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

Martin K. Birmingham

⑈0001201962⑈ ⑆022304030⑆ 609900056⑈

Check: 1201962 Amount: $4,537.00 Date: 2/28/2023
Run: 1000, Batch: 12, Seq: 29, Source: C21-FromFed

ENDORSE HERE

X

Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 .23 TRUST
2/27/2023 ENDORSE GUAR 022303659 >3659 27<
09:33:57
TMID 20200582334429

Check: 1201962 Amount: $4,537.00 Date: 2/28/2023
Run: 1000, Batch: 12, Seq: 29, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1202243

COMMENT: CAPITAL ONE REIMBURSEMENT
REMITTER: KRM EVENTS LLC DATE 3/01/23 50-403/223

PAY TO THE ORDER OF EXACTLY **8,544 AND 00/100 DOLLARS *******8,544.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE Martin K. Birmingham

⑈0001202243⑈ ⑆022304030⑆ 6099000561⑈

Check: 1202243 Amount: $8,544.00 Date: 3/2/2023
Run: 1000, Batch: 6, Seq: 520, Source: C21-FromFed

ENDORSE HERE
X Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23 TRUST
3/1/2023 ABS OF ENDORSE GUAR 022303659 >3659 01<
09:54:16
TMID 20190602335652

Check: 1202243 Amount: $8,544.00 Date: 3/2/2023
Run: 1000, Batch: 6, Seq: 520, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1202682

COMMENT: CAPITAL ONE REIMBURSEMENT
REMITTER: KNC ELEGANCE, LLC DATE 3/06/23 50-403/223

PAY TO THE ORDER OF EXACTLY **8,835 AND 00/100 DOLLARS *******8,835.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE
Martin K. Birmingham

⑈001202682⑈ ⑆022304030⑆ 609900056⑈

Check: 1202682 Amount: $8,835.00 Date: 3/7/2023
Run: 1000, Batch: 18, Seq: 279, Source: C21-FromFed

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23 TRUST
ABS OF ENDORSE GUAR 022303659 >3659 06<
3/6/2023
09:54:14
TMID 20190652335650

Check: 1202682 Amount: $8,835.00 Date: 3/7/2023
Run: 1000, Batch: 18, Seq: 279, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**    1202864

COMMENT:  CREDIT CARD REIMBURSEMENT
REMITTER:  KRM EVENTS LLC                                      DATE    3/07/23          50-40/3123

PAY
TO THE
ORDER OF        EXACTLY **12,000 AND 00/100 DOLLARS          ******12,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR  PAGANO

AUTHORIZED SIGNATURE

⑈0001202864⑈ ⑉022304030⑉ 609900056⑈

Check: 1202864 Amount: $12,000.00 Date: 3/8/2023
Run: 1000, Batch: 10, Seq: 107, Source: C21-FromFed



Canandaigua 022303659 A23 TRUST
ENDORSE GUAR 022303659 >3659   07<
10:11:29
TMID 20190662336683

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1202864 Amount: $12,000.00 Date: 3/8/2023
Run: 1000, Batch: 10, Seq: 107, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**     1202985

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: CAPITAL ONE REIMBURSEMENT
REMITTER: KNC ELEGANCE, LLC

DATE 3/08/23    60-403/223

PAY TO THE ORDER OF    EXACTLY **4,322 AND 00/100 DOLLARS

TAYLOR PAGANO

\*\*\*\*\*\*\*4,322.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈000120298 5⑈  ⑆022304030⑆  609900056⑈

Check: 1202985 Amount: $4,322.00 Date: 3/9/2023
Run: 1000, Batch: 7, Seq: 96, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
ENDORSE GUAR 022303659 >3659  08<
3/9/2023
09:56:09
TMID 20190672335765

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Check: 1202985 Amount: $4,322.00 Date: 3/9/2023
Run: 1000, Batch: 7, Seq: 96, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**    1203108

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

COMMENT:   CAPITAL ONE REIMBURSEMENT
REMITTER:   KRM EVENTS LLC                          DATE   3/09/23    50-403/223

PAY                                                        *******8,570.00
TO THE         EXACTLY **8,570 AND 00/100 DOLLARS      The purchase of an Indemnity Bond may be required
ORDER OF                                                before any Cashier's Check of this bank will be replaced
                                                        or refunded in the event it is lost, misplaced or stolen.

         TAYLOR PAGANO                                  AUTHORIZED SIGNATURE

⑈000120310⑈⑈ ⑈022304030⑈⑈ 6099000056⑈

Check: 1203108 Amount: $8,570.00 Date: 3/10/2023
Run: 1000, Batch: 9, Seq: 67, Source: C21-FromFed



Canandaigua 022303659 A23 TRUST
ENDORSE GUAR 022303659 >3659  09<
3/9/2023
09:08:30
TMID 20210682332901

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1203108 Amount: $8,570.00 Date: 3/10/2023
Run: 1000, Batch: 9, Seq: 67, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**        1203506

COMMENT:   CAPITAL ONE REIMBURSEMENT

REMITTER:   KRM EVENTS LLC                           DATE    3/14/23          50-403/23

PAY
TO THE
ORDER OF          EXACTLY **8,640 AND 00/100 DOLLARS          *******8,640.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TAYLOR PAGANO

⑅000⑈203506⑈ ⑆022304030⑆ 609900056⑈

Check: 1203506 Amount: $8,640.00 Date: 3/15/2023
Run: 1000, Batch: 6, Seq: 76, Source: C21-FromFed



Canandaigua: 022303659 23 TRUST
M 3/14/2023 ORSE GUAR 022303659 >3659   14<
09:29:05
TMID 20200732334140

ENDORSE HERE
X
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Check: 1203506 Amount: $8,640.00 Date: 3/15/2023
Run: 1000, Batch: 6, Seq: 76, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   1203995

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**COMMENT:** CAPITAL ONE REIMBURSEMENT

**REMITTER:** KRM EVENTS LLC    DATE   3/20/23    50 400/223

**PAY
TO THE
ORDER OF**     EXACTLY **8,385 AND 00/100 DOLLARS

TAYLOR PAGANO

*******8,385.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

Martin K. Birmingh

⑈000120399500: ⑈022304030⑈: 609900056⑈

Check: 1203995 Amount: $8,385.00 Date: 3/21/2023
Run: 1000, Batch: 16, Seq: 412, Source: C21-FromFed



Canandaigua 022303659 A23 TRUST
ENDORSE GUAR 022303659 >3659   20<
3/20/2023
09:38:18
TMID 20200792334694

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

ENDORSE HERE
X

Check: 1203995 Amount: $8,385.00 Date: 3/21/2023
Run: 1000, Batch: 16, Seq: 412, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**

1204248

COMMENT: CAPITAL ONE REIMBURSEMENT
REMITTER: KRM EVENTS LLC

DATE  3/22/23

$0.403/723

**PAY TO THE ORDER OF**   EXACTLY **8,777 AND 00/100 DOLLARS

********8,777.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈000120424811: ⑈022304030⑈ 609900056⑈

Check: 1204248 Amount: $8,777.00 Date: 3/23/2023
Run: 1000, Batch: 7, Seq: 86, Source: C21-FromFed



Canandaigua 022303659  23 TRUST
ENDORSE GUAR 022303659 >3659   22<
3/22/2023
09:47:19
TMID 20220812335235

ENDORSE HERE
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
for
deposit only

Check: 1204248 Amount: $8,777.00 Date: 3/23/2023
Run: 1000, Batch: 7, Seq: 86, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

Cashier's Check 1204757

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KNC ELEGANCE, LLC DATE 3/27/23 60-403/223

PAY TO THE ORDER OF EXACTLY **25,000 AND 00/100 DOLLARS ******25,000.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑆0001204757⑆ ⑆022304030⑆ 609900056⑆

Check: 1204757 Amount: $25,000.00 Date: 3/29/2023
Run: 1000, Batch: 10, Seq: 160, Source: C21-FromFed

ENDORSE HERE
X

Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 .23 TRUST
3/28/2023 ABS OR ENDORSE GUAR 022303659 >3659 28<
09:32:46
TMID 20210872334362

Check: 1204757 Amount: $25,000.00 Date: 3/29/2023
Run: 1000, Batch: 10, Seq: 160, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check** 1204804

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 3/28/23

60-402/223

PAY EXACTLY **7,500 AND 00/100 DOLLARS

*******7,500.00

TO THE
ORDER OF

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈000 1204804⑈  ⑆022304030⑆  609900056⑈

Check: 1204804 Amount: $7,500.00 Date: 3/29/2023
Run: 1000, Batch: 10, Seq: 161, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
ENDORSE GUAR 022303659 >3659   28<
3/28/2023
09:32:46
TMID 20210872334362

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

Deposit Only

Check: 1204804 Amount: $7,500.00 Date: 3/29/2023
Run: 1000, Batch: 10, Seq: 161, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**   1205052

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:   CAPITAL ONE REIMBURSEMENT

REMITTER:   KRM EVENTS LLC      DATE   3/30/23      50-403/223

PAY   EXACTLY **8,300 AND 00/100 DOLLARS      *******8,300.00
TO THE
ORDER OF

The purchase of an indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈0001205052⑈ ⑆022304030⑆ 609900056⑈

Check: 1205052 Amount: $8,300.00 Date: 3/31/2023
Run: 1000, Batch: 6, Seq: 123, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
ABS 30/2023 RSE GUAR 022303659 >3659   30<
09:38:39
TMID 20230892334716

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1205052 Amount: $8,300.00 Date: 3/31/2023
Run: 1000, Batch: 6, Seq: 123, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**          1205432

COMMENT:   CAPITAL ONE REIMBURSEMENT
REMITTER:  KRM EVENTS LLC                                    DATE   4/03/23

PAY
TO THE        EXACTLY **8,922 AND 00/100 DOLLARS                    *******8,922.00
ORDER OF                                                   The purchase of an Indemnity Bond may be required
                                                           before any Cashier's Check of this bank will be replaced
                                                           or refunded in the event it is lost, misplaced or stolen.

              TAYLOR PAGANO                                 AUTHORIZED SIGNATURE

⑈000120543 2⑈  ⑆022304030⑆  609900056⑈

Check: 1205432 Amount: $8,922.00 Date: 4/4/2023
Run: 1000, Batch: 17, Seq: 153, Source: C21-FromFed



Canandaigua 022303659 A23 TRUST
ENDORSE GUAR 022303659 >3659  03<
4/3/2025
09:22:26
TMID 20200932333738

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

ENDORSE HERE
X

Check: 1205432 Amount: $8,922.00 Date: 4/4/2023
Run: 1000, Batch: 17, Seq: 153, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   1205433

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT:   CREDIT CARD REIMBURSEMENT

REMITTER:   KRM EVENTS LLC                    DATE   4/03/23                    50-403/223

PAY
TO THE        EXACTLY **30,000 AND 00/100 DOLLARS                    ******30,000.00
ORDER OF

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR  PAGANO

AUTHORIZED SIGNATURE

Martin K. Birinyi

⑈0001205433⑈ ⑆022304030⑇ 609900056⑈

Check: 1205433 Amount: $30,000.00 Date: 4/4/2023
Run: 1000, Batch: 17, Seq: 155, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
4/3/2023 ENDORSE GUAR 022303659 >3659   03<
09:22:28
TMID 20200932333738

ENDORSE HERE X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Check: 1205433 Amount: $30,000.00 Date: 4/4/2023
Run: 1000, Batch: 17, Seq: 155, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

Five Star Bank
Warsaw, NY 14569

Cashier's Check 1205434

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM EVENTS LLC DATE 4/03/23 50-403/223

PAY TO THE ORDER OF EXACTLY **7,740 AND 00/100 DOLLARS *******7,740.00

TAYLOR PAGANO

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈0001205434⑈ ⑆022304030⑆ 609900056⑈

Check: 1205434 Amount: $7,740.00 Date: 4/4/2023
Run: 1000, Batch: 17, Seq: 154, Source: C21-FromFed

ENDORSE HERE
X
Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 .23 TRUST
4/3/2023 ENDORSE GUAR 022303659 >3659 03<
09:22:27
TMID 20200932333738

Check: 1205434 Amount: $7,740.00 Date: 4/4/2023
Run: 1000, Batch: 17, Seq: 154, Source: C21-FromFed

Image # 850134321039410

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

Cashier's Check

1205977

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

Five Star Bank
Warsaw, NY 14569

COMMENT:

REMITTER: KRM EVENTS LLC                    DATE  4/07/23

PAY
TO THE
ORDER OF    EXACTLY **7,000 AND 00/100 DOLLARS

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

*******7,000.00

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈⑈0001205977⑈⑈  ⑈022304030⑈  609900056⑈⑈

Back Image



Canandaigua 022303659 23
APF/ENDORSE GUAR 022303659 >3659   07<
09:32:45
TMID 20200972334361

ENDORSE HERE
X
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Image # 850334321038820

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

1206209

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 4/11/23

90 403/213

**PAY TO THE ORDER OF**   EXACTLY **34,119 AND 00/100 DOLLARS

\*\*\*\*\*\*34,119.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑆000 1206 209⑆ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua: 022303659 A23
ABA OF ENDORSE GUAR 022303659 >3659  11<
4/11/2023
09:33:44
TMID 20201012334416

ENDORSE HERE
X
Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Image # 850434321027960

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS/CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Five Star Bank**
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

**Cashier's Check**

**1206317**

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 4/12/23

50-425/223

**PAY**
**TO THE**
**ORDER OF**

EXACTLY **8,650 AND 00/100 DOLLARS

*******8,650.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

*Marten K. Bringh*

⑂"000120631⑂" ⑂022304030⑂ 609900056⑂"

Back Image

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

$
for
deposit only

Canandaigua 022303659 .23 TRUST
AND ENDORSE GUAR 022303659 >3659   12<
4/12/2023
09:20:35
TMID 20221022333631

Image # 850834321038070

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

1206575

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  CAPITAL ONE REIMBURSEMENT

REMITTER:  KRM EVENTS LLC

DATE  4/14/23

60-403/223

PAY
TO THE
ORDER OF

EXACTLY **8,600 AND 00/100 DOLLARS

*******8,600.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TAYLOR PAGANO

⑈000 1206575⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 23 TRUST
ABS 137 ENDORSE GUAR 022303659 >3659  14<
4/14/2023
09:58:09
TMID 20201042335884

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Image # 850934321065180

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

Five Star Bank
Warsaw, NY 14569

**Cashier's Check**

1206743

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 4/17/23

50-403/223

**PAY**
**TO THE**
**ORDER OF**

EXACTLY **8,300 AND 00/100 DOLLARS

*******8,300.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

Martin K. Birmingham

⑈000l206743⑈ ⑆022304030⑆ 609900056⑈

Back Image

Canandaigua 022303659 23 TRUST
ENDORSE GUAR 022303659 >3659   17<
4/17/2023
09:40:31
TMID 20201072334826

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

Deposit Only

Image # 851034321035350

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

1206966

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  CAPITAL ONE REIMBURSEMENT

REMITTER:  KRM EVENTS LLC

DATE    4/18/23                           50-402/223

PAY
TO THE
ORDER OF

EXACTLY **30,000 AND 00/100 DOLLARS

-******30,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

*Martin K. Birinyi*

⑈000⑈206966⑈  ⑈022304030⑈  609900056⑈

Back Image

Canandaigua 022303659 23 TRUST
ACH ENDORSE GUAR 022303659 >3659   18<
4/18/2023
09:38:21
TMID 20201082334697

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

ENDORSE HERE

Image # 851034321035360

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

★ Five Star Bank
Warsaw, NY 14569

**Cashier's Check**

1206967

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 4/18/23

50-403/223

PAY
TO THE
ORDER OF

EXACTLY **6,004 AND 00/100 DOLLARS

*******6,004.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

Martin K. Birringh

⑈000⑈206967⑈ ⑈022304030⑈ 609900056⑈

Back Image

Canandaigua 022303659 23 TRUST
ABS 187 ENDORSE GUAR 022303659 >3659   18<
4/18/2023
09:38:22
TMID 20201082334697

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

Deposit Only

Image # 851634321075900

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**       1207416

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT:  CAPITAL ONE REIMBURSEMENT

REMITTER:  KRM EVENTS LLC          DATE   4/24/23          60 493/223

PAY
TO THE          EXACTLY **8,500 AND 00/100 DOLLARS          *******8,500.00
ORDER OF

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

Martin K. Birinjh

⑆000120741⑆ ⑈022304030⑇ 609900056⑆

Back Image



Canandaigua 022303659 23 TRUST
ALP 23 ENDORSE GUAR 022303659 >3659   24<
4/24/2023
09:34:42
TMID 20201142334478

ENDORSE HERE
X
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
Deposit Only

Image # 851734321034170

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**

1207435

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**COMMENT:** CREDIT CARD REIMBURSEMENT
**REMITTER:** KRM EVENTS LLC

DATE  4/24/23

50-402/223

**PAY
TO THE
ORDER OF**   EXACTLY **7,700 AND 00/100 DOLLARS

TAYLOR PAGANO

*******7,700.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

**AUTHORIZED SIGNATURE**
Martin K. Binington

⑈0001207435⑈ ⑆022304030⑆ 609900056⑈

Back Image



ENDORSE HERE
X

Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23
ABS 6257 ENDORSE GUAR 022303659 >3659  25<
4/25/2023
09:21:46
TMID 20241152333702

**Image # 851834321028110**

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1207603

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM EVENTS LLC DATE 4/26/23 50-403/223

PAY TO THE ORDER OF EXACTLY **8,500 AND 00/100 DOLLARS *******8,500.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈0001207603⑈ ⑆022304030⑆ 609900056⑈

Back Image

ENDORSE HERE

X

Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23
CANANDAIGUA NATIONAL BANK AND TRUST
ABS OF ENDORSE GUAR 022303659 >3659 26<
4/26/2023
09:36:23
TMID 20201162334578



Image # 852334321064770

Front Image



Back Image



Image # 852334321064760

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**    1208051

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT:  CREDIT CARD REIMBURSEMENT

REMITTER:  KRM EVENTS LLC                    DATE    5/01/23                    50 493/223

PAY
TO THE      EXACTLY **8,951 AND 00/100 DOLLARS            *******8,951.00
ORDER OF

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

            TAYLOR PAGANO                           AUTHORIZED SIGNATURE

                                                    Martin K. Birmingh

⑆000 1208051⑆ ⑈022304030⑈ 609900056⑆

Back Image



ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

$ for deposit only

Canandaigua 022302659 A23
ABA 022302659
CRED ENDORSE GUAR 022303659 >3659   01<
5/11/2023
09:28:34
TMID 20231212334111

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER; A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**    **1208415**

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**COMMENT:** CAPITAL ONE REIMBURSEMENT

**REMITTER:** KNC ELEGANCE, LLC        **DATE** 5/04/23

**PAY
TO THE
ORDER OF**   EXACTLY **8,600 AND 00/100 DOLLARS

\*\*\*\*\*\*\*8,600.00
The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TAYLOR PAGANO

⑈0001208415⑈ ⑆022304030⑆ 609900056⑈

Check: 1208415 Amount: $8,600.00 Date: 5/5/2023
Run: 1000, Batch: 6, Seq: 290, Source: C21-FromFed



Canandaigua 022303659 >23 TRUST
ENDORSE GUAR 022303659 >3659   04<
5/4/2023
09:20:53
TMID 20221242333649

Check: 1208415 Amount: $8,600.00 Date: 5/5/2023
Run: 1000, Batch: 6, Seq: 290, Source: C21-FromFed

Image # 853134321046890

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   1208799

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  CREDIT CARD REIMBURSEMENT
REMITTER:  KRM EVENTS LLC

DATE  5/09/23   50-423/213

PAY
TO THE
ORDER OF   EXACTLY **30,000 AND 00/100 DOLLARS

TAYLOR PAGANO

******30,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈000⑊208799⑈ ⑊022304030⑊ 609900056⑈

Back Image



Canandaigua 022303659 23
AB 09 ENDORSE GUAR 022303659 >3659  .09<
5/9/2023
09:30:58
TMID 20201292334253

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Image # 853134321046900

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**    1208801

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:   CREDIT CARD REIMBURSEMENT

REMITTER:   KRM EVENTS LLC            DATE   5/09/23            50-402/223

PAY
TO THE          EXACTLY **5,119 AND 00/100 DOLLARS            *******5,119.00
ORDER OF

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

            TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈000⑈208801⑈  ⑆022304030⑆  609900056⑈

Back Image



Canandaigua 022303659 23
ABA 022 ENDORSE GUAR 022303659 >3659   09<
5/9/2025
09:30:59
TMID 20201292334253

ENDORSE HERE
X
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**

1208960

COMMENT: CAPITAL ONE REIMBURSEMENT
REMITTER: THE DIVINITY ESTATE AND CHAPEL LLC    DATE   5/10/23

50-403/223

PAY
TO THE
ORDER OF          EXACTLY **17,300 AND 00/100 DOLLARS

******17,300.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TAYLOR PAGANO

Martin K. Buing

⑆000120896011⑆ ⑈022304030⑈ 609900056⑆

Check: 1208960 Amount: $17,300.00 Date: 5/11/2023
Run: 1000, Batch: 7, Seq: 354, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
ENDORSE GUAR 022303659 >3659   10<
5/10/2023
09:32:25
TMID 20191302334341

DEPOSIT HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
Deposit Only
ENDORSE HERE
X

Check: 1208960 Amount: $17,300.00 Date: 5/11/2023
Run: 1000, Batch: 7, Seq: 354, Source: C21-FromFed

**Image # 853634321049930**

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1209128

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC DATE 5/12/23 50-403/223

PAY TO THE ORDER OF EXACTLY **8,500 AND 00/100 DOLLARS *******8,500.00

TAYLOR PAGANO

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

Martin K. Birmingham

⑈0001209128⑈ ⑆022304030⑆ 609900056⑈

Back Image

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

6838

Canandaigua 022303659 23
5/12/2023
09:13:29
TMID 20231322333206

C... TRUST
ABS OF ENDORSE GUAR 022303659 >3659 12<





**Image # 853734321064290**

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1209251

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM EVENTS LLC DATE 5/15/23 50-403/223

PAY TO THE ORDER OF EXACTLY **30,000 AND 00/100 DOLLARS ******30,000.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE
Martin K. Birmingham

⑈0001209251⑈ ⑆022304030⑆ 609900056⑈

Back Image

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

for deposit only

Canandaigua 022303659 23 TRUST
ABS OF ENDORSE GUAR 022303659 >3659 15<
5/15/2023
09:39:14
TMID 20221352334749





Image # 853734321064280

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

1209252

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**COMMENT:** CREDIT CARD REIMBURSEMENT

**REMITTER:** KRM EVENTS LLC

**DATE** 5/15/23

60-483/223

**PAY**
**TO THE**
**ORDER OF**

EXACTLY **12,148 AND 00/100 DOLLARS

******12,148.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

**AUTHORIZED SIGNATURE**

⑈000120925211⑈ ⑉022304030⑈ 609900056⑈

Back Image

Canandaigua 022303659 A23 TRUST
ABA EP ENDORSE GUAR 022303659 >3659   15<
5/16/2023
09:39:13
TMID 20221352334749

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

4/19/2024 4:08 PM

Page 1

Image # 853834321048480

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

1209394

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 5/16/23                                                    60-403/723

**PAY**
**TO THE**
**ORDER OF**

EXACTLY **8,800 AND 00/100 DOLLARS

TAYLOR  PAGANO

*******8,800.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈000₁209394⑈ ⑈022304030⑈ 609900056⑈

Back Image

Canandaigua 022303659 23 TRUST
ALL 6/D ENDORSE GUAR 022303659 >3659  16<
5/16/2023
09:26:32
TMID 20221362333988

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

for deposit only

ENDORSE HERE

Image # 854434321074790

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**1209837**

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 5/22/23

50-433/223

**PAY TO THE ORDER OF**

EXACTLY **8,600 AND 00/100 DOLLARS

*******8,600.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

Martin K. Birinyh

⑈0001209837⑈ ⑉022304030⑉ 609900056⑈

Back Image

Canandaigua 022303659 A23 TRUST
ABP 97 ENDORSE GUAR 022303659 >3659   22<
5/22/2023
09:28:04
TMID 20221422334080

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X

**Image # 854534321044210**

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1209925

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 5/23/23

50-403/223

PAY TO THE ORDER OF EXACTLY **30,000 AND 00/100 DOLLARS

******30,000.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE
Martin K. Birmingham

⑈0001209925⑈ ⑆022304030⑆ 609900056⑈

Back Image

ENDORSE HERE
X

Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23
5/23/2023
09:21:28
TMID 20241432333683

CANANDAIGUA NATIONAL BANK AND TRUST
ABS OF ENDORSE GUAR 022303659 >3659 23<



Image # 854534321044200

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**    1209926

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  CAPITAL ONE REIMBURSEMENT
REMITTER:  KRM EVENTS LLC

DATE  5/23/23    50-403/223

PAY
TO THE
ORDER OF    EXACTLY **17,111 AND 00/100 DOLLARS

******17,111.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈000 1209926⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 23
ABS OF ENDORSE GUAR 022303659 >3659   23<
5/23/2023
09:21:27
TMID 20241432333683

ENDORSE HERE
X
Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Image # 855234321080940

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

Cashier's Check          1210389

COMMENT:  CREDIT CARD REIMBURSEMENT

REMITTER:  KRM EVENTS LLC                                    DATE    5/30/23                    60403/223

PAY
TO THE
ORDER OF        EXACTLY **28,000 AND 00/100 DOLLARS                    *****28,000.00

                                                                The purchase of an Indemnity Bond may be required
                                                                before any Cashier's Check of this bank will be replaced
                                                                or refunded in the event it is lost, misplaced or stolen.

        TAYLOR PAGANO                                         AUTHORIZED SIGNATURE

                                                                Martin K. Birmingham

⑈0001210389⑈ ⑆022304030⑈ 609900056⑈

Back Image

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X

Deposit Only

Canandaigua 022303659 23
ABA ENDORSE GUAR 022303659 >3659   30<
5/30/2023
09:46:29
TMID 20201502335185

Image # 855334321047100

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

Cashier's Check

1210527

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  CREDIT CARD REIMBURSEMENT

REMITTER:  KRM EVENTS LLC

DATE  5/31/23

50-403/223

PAY
TO THE
ORDER OF

EXACTLY **25,834 AND 71/100 DOLLARS

******25,834.71

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TAYLOR PAGANO

Martin K. Birmingham

⑈000121 0527⑈  ⑈0223 04030⑈  609900056⑈

Back Image

ENDORSE HERE

Canandaigua 022303659 23 TRUST
ABSGT ENDORSE GUAR 022303659 >3659  31<
5/31/2023
09:44:45
TMID 20191512335081

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Image # 855834321068130

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

Five Star Bank
Warsaw, NY 14569

**Cashier's Check**   1210929

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:

REMITTER:   KRM EVENTS

DATE   6/05/23   50-403/223

PAY
TO THE
ORDER OF          EXACTLY **8,600 AND 00/100 DOLLARS

********8,600.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈000121092⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 23 TRUST
ABE 25 ENDORSE GUAR 022303659 >3659   05<
6/5/2023
09:25:00
TMID 20221562333896

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

for deposit only

ENDORSE HERE

Image # 855934321048340

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**      1211112

COMMENT:  CREDIT CARD REIMBURSEMENT

REMITTER:  KRM EVENTS LLC

DATE   6/06/23                    50-403/213

**PAY**
**TO THE**
**ORDER OF**     EXACTLY **45,911 AND 27/100 DOLLARS        ******45,911.27

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈000121111211⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 23
ACCEPT/ENDORSE GUAR 022303659 >3659   06<
06/07/2023
09:24:25
TMID 20201572333861

DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X

Image # 856434321042850

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

★ Five Star Bank
Warsaw, NY 14569

**Cashier's Check**

1211450

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  CAPITAL ONE REIMBURSEMENT

REMITTER:  KRM EVENTS LLC

DATE   6/09/23                               50-403/223

PAY
TO THE
ORDER OF          EXACTLY **8,608 AND 00/100 DOLLARS

********8,608.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TAYLOR PAGANO

⑈000121145011 ⑆0223040301⑆ 6099000561⑈

Back Image



Canandaigua 022303659 23
ABS092705ENDORSE GUAR 022303659 >3659   09<
6/9/2025
09:38:03
TMID 20231602334680

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X
$
for
deposit only

Image # 856534321067120

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   **1211590**

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  CAPITAL ONE REIMBURSEMENT

REMITTER:  KRM EVENTS

DATE  6/12/23                                    50-403/223

PAY
TO THE   EXACTLY **8,800 AND 00/100 DOLLARS
ORDER OF

********8,800.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TAYLOR PAGANO

⑈000l2ll590⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 23
ABA  ENDORSE GUAR 022303659 >3659   12<
8/12/2023
09:45:32
TMID 20201632335127

ENDORSE HERE
X
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Image # 856634321034950

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

1211799

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  CREDIT CARD REIMBURSEMENT
REMITTER:  KRM EVENTS LLC

DATE   6/13/23        50-402/223

**PAY
TO THE
ORDER OF**

EXACTLY **29,711 AND 32/100 DOLLARS

*****29,711.32

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈000121⅄1799⑈  ⑆022304030⑆  609900056⑈

Back Image

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

for deposit only

Canandaigua National Bank & TRUST
ABA ENDORSE GUAR 022303659 >3659  13<
Canandaigua 022303659 23
6/13/2023
09:42:30
TMID 20221642334946

Image # 857234321039150

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   1212134

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

COMMENT: CREDIT CARD REIMBURSEMENT
REMITTER: KRM EVENTS

DATE   6/16/23   50-403/123

PAY
TO THE
ORDER OF        EXACTLY **8,100 AND 00/100 DOLLARS        *******8,100.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

Martin K. Birmingham

⑈0001212134⑈ ⑆022304030⑆ 609900056⑈

Back Image

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Canandaigua 022303659 23
AB FED ENDORSE GUAR 022303659 >3659   16<
8/18/2023
09:35:24
TMID 20201672334520

Image # 857334321092210

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

Five Star Bank
Warsaw, NY 14569

1212307

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: CAPITAL ONE REIMBURSEMENT
REMITTER: KATHERINE R MOTT FORMICOLA          DATE   6/20/23          S0-483/223

**PAY**
**TO THE**
**ORDER OF**

EXACTLY **8,765 AND 00/100 DOLLARS

TAYLOR PAGANO

*******8,765.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

Martin K. Birmingham

⑈000121230⑆⑆ ⑆022304030⑆ 609900056⑆

Back Image



Canandaigua 022303659 A23 TRUST
ABS ENDORSE GUAR 022303659 >3659   20<
6/20/2023
09:26:55
TMID 20191712334010

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

END
Deposit Only

Image # 857334321092200

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**    1212309

COMMENT:  CREDIT CARD REIMBURSEMENT
REMITTER:  KRM EVENTS LLC

DATE  6/20/23                           58483/223

PAY
TO THE
ORDER OF        EXACTLY **28,110 AND 67/100 DOLLARS

TAYLOR PAGANO

******28,110.67

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈0001212309⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 A23 TRUST
ABA ENDORSE GUAR 022303659 >3659   20<
6/20/2023
09:26:54
TMID 20191712334010

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Image # 857434321067750

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

1212432

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM EVENTS

DATE 6/21/23

50-403/223

**PAY**
TO THE
ORDER OF

EXACTLY **28,000 AND 00/100 DOLLARS

TAYLOR PAGANO

******28,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈0001212432⑈ ⑆022304030⑆ 609900056⑈

Back Image

Canandaigua 022303659 23 TRUST
ACCT 9/P ENDORSE GUAR 022303659 >3659  21<
6/21/2023
09:45:14
TMID 20221722335110

ENDORSE HERE X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Image # 857934321082070

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

1212782

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS

DATE 6/26/23

60-423/213

**PAY TO THE ORDER OF**

EXACTLY **16,500 AND 00/100 DOLLARS

*****16,500.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈000121278 2⑈ ⑆022304030⑆ 609900056⑈

Back Image

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Canandaigua 022303659 23 TRUST
ABS 287 ENDORSE GUAR 022303659 >3659 26<
6/26/2023
09:38:02
TMID 20191772334678

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**   1212929

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: CREDIT CARD REIMBURSEMENT
REMITTER: THE DIVINITY ESTATE AND CHAPEL LLC   DATE   6/27/23

50-402/223

PAY
TO THE
ORDER OF    EXACTLY **43,621 AND 00/100 DOLLARS

TAYLOR PAGANO

******43,621.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

Martin K. Brinigh

⑈000121292⑈ ⑈022304030⑈ 609900056⑈

Check: 1212929 Amount: $43,621.00 Date: 6/28/2023
Run: 1000, Batch: 7, Seq: 17, Source: C21-FromFed



Canandaigua 022303659 >23 TRUST
6/27/2023
ALSO ENDORSE GUAR 022303659 >3659   27<
09:38:05
TMID 20191782334681

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1212929 Amount: $43,621.00 Date: 6/28/2023
Run: 1000, Batch: 7, Seq: 17, Source: C21-FromFed

Image # 858534321043530

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

Five Star Bank
Warsaw, NY 14569

1213273

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 6/30/23                                        80-403/223

**PAY
TO THE
ORDER OF**        EXACTLY **8,500 AND 00/100 DOLLARS

*******8,500.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

Martin K. Birmingham

⑈000⑈1213273⑈ ⑉022304030⑈ 609900056⑈

Back Image



Canandaigua 022303659 23
ABS 07 ENDORSE GUAR 022303659 >3659  30<
6/30/2023
09:44:45
TMID 20241812335081

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Image # 858734321085620

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**        1213449

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM MONROES

DATE   7/03/23

53-403/223

**PAY
TO THE
ORDER OF**        EXACTLY **8,600 AND 00/100 DOLLARS

TAYLOR PAGANO

*******8,600.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈"000 1213449⑈" ⑈:022304030⑈: 609900056⑈"

Back Image



Canandaigua 022303659 >23 TRUST
ABCD ENDORSE GUAR 022303659 >3659   03<
7/3/2023
09:44:22
TMID 20191842335058

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

X

Deposit Only

Image # 858834321070840

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

Five Star Bank
Warsaw, NY 14569

1213573

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM MONROE

DATE 7/05/23

PAY
TO THE
ORDER OF

EXACTLY **30,000 AND 00/100 DOLLARS

******30,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈000⑈2⑈3573⑈ ⑈022304030⑈ 609900056⑈

Back Image



Canandaigua 022303659 23
CANANDAIGUA NATIONAL BANK AND TRUST
7/5/2023 ENDORSE GUAR 022303659 >3659   05<
09:54:21
TMID 20191862335657

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

ENDORSE HERE

Image # 858834321070850

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

1213574

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM MONROE

DATE  7/05/23

50 403/223

**PAY**
**TO THE**
**ORDER OF**

EXACTLY **18,811 AND 00/100 DOLLARS

******18,811.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

Martin K. Birmingham

⑈0001213574⑈ ⑆022304030⑆ 609900056⑈

Back Image



ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Canandaigua 022303659 23
CANANDAIGUA NATIONAL BANK AND TRUST
7/5/2023 ENDORSE GUAR 022303659 >3659  05<
09:54:22
TMID 20191862335657

Image # 859234321055750

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**     1213774

COMMENT:   CREDIT CARD REIMBURSEMENT
REMITTER:   KRM MONROE

DATE   7/07/23                     50-402/223

**PAY**
**TO THE**
**ORDER OF**     EXACTLY **8,200 AND 00/100 DOLLARS

TAYLOR PAGANO

*******8,200.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈000 1213774⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 A23 TRUST
ENDORSE GUAR 022303659 >3659   07<
7/7/2023
10:04:53
TMID 20221882336289

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

for
deposit only

Image # 859434321045730

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

Cashier's Check          1214112

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:   CREDIR CARD REIMBURSEMENT

REMITTER:   KRM EVENTS LLC              DATE   7/11/23          60-403/213

PAY                EXACTLY  **43,036 AND 00/100 DOLLARS          ******43,036.00
TO THE                                                    The purchase of an Indemnity Bond may be required
ORDER OF                                                  before any Cashier's Check of this bank will be replaced
                                                          or refunded in the event it is lost, misplaced or stolen.

                   TAYLOR PAGANO                          AUTHORIZED SIGNATURE

⑈000121411211⑈ ⑆022304030⑆ 609900056⑈

Back Image

Canandaigua 022303659 23 TRUST
ARS 11 ENDORSE GUAR 022303659 >3659   11<
7/11/2023
10:07:18
TMID 20231922336435

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X

for
deposit only

Image # 859534321029930

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Cashier's Check**

Five Star Bank
Warsaw, NY 14569

1214226

COMMENT:   CAPITAL ONE REIMBURSEMENT

REMITTER:   KRM EVENTS LLC

DATE   7/12/23        50 403/223

PAY
TO THE
ORDER OF        EXACTLY **9,000 AND 00/100 DOLLARS

********9,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TAYLOR PAGANO

⑈000121422⑊ ⑆022304030⑇ 609900056⑈

Back Image



Canandaigua 022303659  23
CANANDAIGUA NATIONAL BANK AND TRUST
A7/12/2023RSE GUAR 022303659 >3659  12<
09:39:51
TMID 20231932334788

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

$ for Deposit only

ENDORSE HERE
X

**Image # 859934321037790**

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1214460

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC DATE 7/14/23 50-403/223

PAY TO THE ORDER OF EXACTLY **7,000 AND 00/100 DOLLARS *******7,000.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈0001214460⑈ ⑆022304030⑆ 609900056⑈

Back Image

ENDORSE HERE

X

$ for deposit only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23
7/14/2023
09:37:21
TMID 20231952334638

C... TRUST
ABS OF ENDORSE GUAR 022303659 >3659 14<





Image # 859934321037780

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE: COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check**    1214462

COMMENT:  CAPITAL ONE REIMBURSEMENT

REMITTER:  KRM EVENTS LLC                    DATE    7/14/23                    50-403/223

PAY
TO THE
ORDER OF

EXACTLY **16,968 AND 10/100 DOLLARS

KRISTINA BOURNE

******16,968.10

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

Martin K. Birmingham

⑈000121446211⑈ ⑆022304030⑆ 60990005611⑈

Back Image



Canandaigua 022303659 >23 TRUST
ABS OR ENDORSE GUAR 022303659 >3659   14<
7/14/2023
09:35:51
TMID 20231952334548

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X
for deposit only

Image # 860134321035720

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**    1214690

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB OR AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

**Five Star Bank**
Warsaw, NY 14569

COMMENT:  CREDIT CARD REIMBURSEMENT
REMITTER:  KRM EVENTS LLC

DATE  7/18/23                60-425/223

**PAY**
**TO THE**    EXACTLY **42,818 AND 00/100 DOLLARS
**ORDER OF**

******42,818.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE
Martan K. Buringha

⑈0001214690⑈ ⑆022304030⑆ 609900056⑈

Back Image

Canandaigua 022303659 A23 TRUST
ABS OF ENDORSE GUAR 022303659 >3659  18<
7/18/2023
09:18:57
TMID 20221992333533

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

4/19/2024 5:20 PM

Page 1

**Image # 860234321035340**

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR

Five Star Bank
Warsaw, NY 14569

Cashier's Check 1214781

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 7/19/23 50-403/223

PAY TO THE ORDER OF

EXACTLY **16,700 AND 00/100 DOLLARS

******16,700.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈0001214781⑈ ⑆022304030⑆ 6099000561⑈

Back Image

ENDORSE HERE

X

$ for

deposit only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23
7/19/2023
09:35:43
TMID 20232002334539

CANANDAIGUA NATIONAL BANK AND TRUST
ABS OF ENDORSE GUAR 022303659 >3659 19<



Image # 860634321029040

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   1215009

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  CAPITAL ONE REIMBURSEMENT
REMITTER:  KRM MONROES

DATE   7/21/23

50 483/2723

**PAY**
**TO THE**
**ORDER OF**   EXACTLY **8,700 AND 00/100 DOLLARS

*******8,700.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TAYLOR PAGANO

⑆0001215009⑆ ⑆022304030⑈ 609900056⑆

Back Image



Canandaigua 022303659 23 TRUST
PAY OR ENDORSE GUAR 022303659 >3659  21<
7/21/2023
09:52:40
TMID 20222022335556

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

$
for
deposit only



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Five Star Bank**    Warsaw, NY 14569

**Cashier's Check**    1215295

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:

REMITTER: KRM EVENTS LLC     DATE   7/25/23

PAY   EXACTLY **46,411 AND 00/100 DOLLARS    *****46,411.00
TO THE
ORDER OF

The purchase of an Indemnity Bond may be required
before any Cashier's Check at this bank will be replaced,
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈"000l2l5295"⑈ ⑆"022304030⑆ 609900056"

| | Date | 7/26/23 | Ck# | 1215295 | Amt | 46,411.00 |
|---|---|---|---|---|---|---|



Canandaigua 022303659 23 TRUST
7/26/2023 BSDE GUAR 022303659 >3659 25<
09:53:63
TMID 20192062335629

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

ENDORSE HERE

| | Date | 7/26/23 | Ck# | 1215295 | Amt | 46,411.00 |
|---|---|---|---|---|---|---|

FIVE STAR BANK          IMAGE SNAPSHOT  04/19/2024  402PM                    PAGE  1



|       | Date   | 8/01/23 | Ck# | 1215367 | Amt | 16,800.00 |
|-------|--------|---------|-----|---------|-----|-----------|

|       | Date   | 8/01/23 | Ck# | 1215367 | Amt | 16,800.00 |
|-------|--------|---------|-----|---------|-----|-----------|

FIVE STAR BANK          IMAGE SNAPSHOT   04/19/2024   404PM                    PAGE   1



Cashier's Check                          1215617

Five Star Bank

COMMENT: CAPITAL ONE REIMBURSEMENT
REMITTER: KRM EVENTS LLC                    7/28/23

PAY          EXACTLY **5,600 AND /00/100 DOLLARS          *******5,600.00
TO THE
ORDER OF

        TAYLOR PAGANO

⑈'000121561?'⑈ ⑈022304030⑈ 60990005B⑈

        Date    7/31/23  Ck#      1215617   Amt      5,600.00



        Date    7/31/23  Ck#      1215617   Amt      5,600.00

FIVE STAR BANK       IMAGE SNAPSHOT    04/19/2024    4 05PM       PAGE 1



| Date | 8/02/23 Ck# | 1215939 | Amt | 47,911.08 |



| Date | 8/02/23 Ck# | 1215939 | Amt | 47,911.08 |

FIVE STAR BANK          IMAGE SNAPSHOT   04/19/2024   405PM          PAGE   1



| | Date | 8/02/23 | Ck# | 1215940 | Amt | 6,850.00 |

| | Date | 8/02/23 | Ck# | 1215940 | Amt | 6,850.00 |

FIVE STAR BANK          IMAGE SNAPSHOT  04/19/2024   407PM                PAGE   1



| | Date | 8/03/23 | Ck# | 1216050 | Amt | 6,800.00 |
|---|---|---|---|---|---|---|

| | Date | 8/03/23 | Ck# | 1216050 | Amt | 6,800.00 |
|---|---|---|---|---|---|---|



Cashier's Check          1216307

Five Star Bank
Warsaw, NY 14569

COMMENT: CREDIT CARD REIMBURSEMENT
REMITTER: KRM EVENTS

DATE  8/04/23

PAY
TO THE        EXACTLY **6,900 AND 00/100 DOLLARS
ORDER OF

TAYLOR PAGANO

*******6,900.00

AUTHORIZED SIGNATURE

⑆000121630 7⑆ ⑆022304030⑆ 609900056⑆



| | Date | 8/07/23 | Ck# | 1216307 | Amt | 6,900.00 |

Conandaigue 022303659 23 TRUST
8/4/23
09:39:13
TMID 20222162334749

| | Date | 8/07/23 | Ck# | 1216307 | Amt | 6,900.00 |

FIVE STAR BANK                    IMAGE SNAPSHOT   04/19/2024   410PM                  PAGE   1



| Date | 8/09/23 | Ck# | 1216664 | Amt | 43,100.08 |
|---|---|---|---|---|---|



| Date | 8/09/23 | Ck# | 1216664 | Amt | 43,100.08 |
|---|---|---|---|---|---|

FIVE STAR BANK          IMAGE SNAPSHOT  04/19/2024  411PM                    PAGE  1



Date    8/09/23  Ck#      1216665   Amt      8,600.00



Date    8/09/23  Ck#      1216665   Amt      8,600.00

FIVE STAR BANK          IMAGE SNAPSHOT   04/19/2024   412PM          PAGE  1



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

Five Star Bank
Warsaw, NY 14569

Cashier's Check          1216756

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  CAPITAL ONE REIMBURSEMENT

REMITTER:  KRM EVENTS                    DATE  8/09/23

PAY                                      *******8,491.00
TO THE   EXACTLY **8,491 AND 00/100 DOLLARS
ORDER OF

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈0001216756⑈ ⑆022304030⑆ 609900056⑈

Date    8/10/23  Ck#    1216756   Amt         8,491.00



Canandaigua 022303659 23 TRUST
8/10/2023
09:36:01
TMID 20232212334667

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

Date    8/10/23  Ck#    1216756   Amt         8,491.00

FIVE STAR BANK                 IMAGE SNAPSHOT   04/19/2024   413PM              PAGE   1



Date    8/14/23  Ck#     1216988   Amt       8,758.55



Date    8/14/23  Ck#     1216988   Amt       8,758.55

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

Cashier's Check 1217093

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC DATE 8/14/23

PAY TO THE ORDER OF EXACTLY **26,928 AND 46/100 DOLLARS ******26,928.46

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE

⑈0001217093⑈ ⑆022304030⑆ 609900056⑈

Date 8/15/23 Ck# 1217093 Amt 26,928.46

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 ,23 TRUST
8/14/2023 ENDORSE GUAR 022303659 >3659 14<
09:31:34
TMID 20222262334290

Date 8/15/23 Ck# 1217093 Amt 26,928.46

FIVE STAR BANK          IMAGE SNAPSHOT   04/19/2024   416PM                    PAGE   1



THE DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

Cashier's Check

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB OR AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

1217197

COMMENT: CREDIT CARD REIMBURSEMENT
REMITTER:  KRM EVENTS                          DATE   8/15/23

PAY                                                        *****20,233.48
TO THE      EXACTLY **20,233 AND 48/100 DOLLARS       The purchase of an Indemnity Bond may be required
ORDER OF                                              before any Cashier's Check of this bank will be replaced
                                                     or refunded in the event it is lost, misplaced or stolen.

        TAYLOR PAGANO                              AUTHORIZED SIGNATURE

                                                   Martin K. Birmingham

⑈"000127197"⑈  ⑆022304030⑆  609900056"

| Date | 8/16/23 | Ck# | 1217197 | Amt | 20,233.48 |
|------|---------|-----|---------|-----|-----------|

Canandaigua 0223C3659 123 TRUST
ENDORSE GUAR 0223C3659 >3659   15<
8/16/2023
09:24:14
TMID 20222272333860

GO DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

| Date | 8/16/23 | Ck# | 1217197 | Amt | 20,233.48 |
|------|---------|-----|---------|-----|-----------|

FIVE STAR BANK          IMAGE SNAPSHOT   04/19/2024   418PM                    PAGE   1



| Date | 8/22/23 | Ck# | 1217607 | Amt | 27,511.23 |



| Date | 8/22/23 | Ck# | 1217607 | Amt | 27,511.23 |



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**          1217734

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  CREDIT CARD REIMBURSEMENT

REMITTER:  KRM EVENTS LLC          DATE  8/22/23

PAY
TO THE        EXACTLY .**20,000 AND .00/100 DOLLARS                ******20,000.00
ORDER OF                                          The purchase of an Indemnity Bond may be required
                                                  before any Cashier's Check of this bank will be replaced
                                                  or refunded in the event it is lost, misplaced or stolen.
         TAYLOR PAGANO                            AUTHORIZED SIGNATURE

⑈"000121773400" ⑆022304030⑆ 609900005600

| Date | 8/23/23 | Ck# | 1217734 | Amt | 20,000.00 |



EHD

Canandaigua 022303659,23 TRUST
AB 8/22/2023 022303659 >3659  22<
09:31:26
TMID 20242342334278

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
Deposit Only
ENDORSE HERE

| Date | 8/23/23 | Ck# | 1217734 | Amt | 20,000.00 |

FIVE STAR BANK          IMAGE SNAPSHOT  04/19/2024  430PM                    PAGE   1



| Date | 8/28/23 | Ck# | 1218076 | Amt | 28,519.08 |



| Date | 8/28/23 | Ck# | 1218076 | Amt | 28,519.08 |

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1218221

COMMENT: CREDIT CARD REIMBURSEMENT
REMITTER: KRM EVENTS LLC

DATE 8/28/23 50-403/223

PAY TO THE ORDER OF EXACTLY **30,000 AND 00/100 DOLLARS ******30,000.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO

AUTHORIZED SIGNATURE
Martin K. Birmingham

⑈0001218221⑈ ⑆022304030⑆ 609900056⑈

Check: 1218221 Amount: $30,000.00 Date: 8/29/2023
Run: 1000, Batch: 9, Seq: 318, Source: C21-FromFed

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022302659 23
8/28/2023
12:07:15
TMID 20192402343631

C... TRUST
ABS OF ENDORSE GUAR 022303659 >3659 28<

6838

Check: 1218221 Amount: $30,000.00 Date: 8/29/2023
Run: 1000, Batch: 9, Seq: 318, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1218393

COMMENT: AMEX REIMBURSEMENT/ WALLPAPER

REMITTER: KRM EVENTS LLC DATE 8/30/23 50-403/223

PAY EXACTLY **10,293 AND 49/100 DOLLARS ******10,293.49

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TO THE ORDER OF TAYLOR PAGANO

AUTHORIZED SIGNATURE
Martin K. Birmingham

⑈0001218393⑈ ⑆022304030⑆ 609900056⑈

Check: 1218393 Amount: $10,293.49 Date: 8/31/2023
Run: 1000, Batch: 4, Seq: 454, Source: C21-FromFed

ENDORSE HERE
X Deposit Only 851
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

C... TRUST
ABS OF ENDORSE GUAR 022303659 >3659 30<

Canandaigua 022303659 23
8/30/2023
09:32:28
TMID 20212422334345

Check: 1218393 Amount: $10,293.49 Date: 8/31/2023
Run: 1000, Batch: 4, Seq: 454, Source: C21-FromFed

Image # 865148820000027

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

1219665

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE, COLOR WILL DISAPPEAR AND THEN REAPPEAR.

COMMENT: DISCOVER REIMBURSEMENT

REMITTER: MONROES AT RIDGEMONTLLC

DATE 9/08/23

50-483/223

**PAY TO THE ORDER OF**

EXACTLY **17,800 AND 00/100 DOLLARS

*****17,800.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TAYLOR J PAGANO
2990 CLOVER ST
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈000⁚1219665⑈ ⑈022304030⑈ 609900056⑈

Back Image

>022304030< 20230908
FIVE STAR BANK
Drawer#/Trans#: 39001/0012
HIN: 865148820000027

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Image # 871448830000030

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**            1228519

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

✳ Five Star Bank
Warsaw, NY 14569

COMMENT: CC REIMBURSEMENT

REMITTER: KRM MONROE            DATE  11/10/23            50-403/223

**PAY**
TO THE            EXACTLY **10,622 AND 12/100 DOLLARS            ******10,622.12
ORDER OF

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TAYLOR PAGANO            AUTHORIZED SIGNATURE

*Martin K. Birmingham*

⑆000 1228519⑈ ⑆022304030⑆ 609900056⑈

Back Image
>022304030< 20231110
FIVE STAR BANK
Drawer#/Trans#: 39002/0008
HIN: 871448830000030

ENDORSE HERE

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE