# Exhibit E

**Image # 837634321126250**

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1194295

COMMENT:

REMITTER: 11 WEXFORD GLEN, LLC DATE 12/05/22 50-403/223

PAY TO THE ORDER OF EXACTLY **370,000 AND 00/100 DOLLARS *****370,000.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE
Martin K. Birmingham

⑈0001194295⑈ ⑆022304030⑆ 609900056⑈

Back Image

ENDORSE HERE

CANANDAIGUA NATIONAL BANK
BRIGHTON COMMUNITY OFFICE
2075 MONROE AVENUE
ROCHESTER, NY 14618

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 .23
CANANDAIGUA NATIONAL BANK AND TRUST
ABS OF ENDORSE GUAR 022303659 >3659 05<
12/5/2022
09:01:42
TMID 20213392232492



FIVE STAR BANK          IMAGE SNAPSHOT  04/19/2024   227PM              PAGE   1



Date   12/19/22 Ck#      1195311   Amt      10,000.00

Date   12/19/22 Ck#      1195311   Amt      10,000.00

FIVE STAR BANK          IMAGE SNAPSHOT  04/19/2024   239PM          PAGE   1



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

Five Star Bank
Warsaw, NY 14569

Cashier's Check          1195456

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB OR TAB AS ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR

COMMENT:  AMEX REIMBURSEMENT
REMITTER:  KRM EVENTS, LLC          DATE  12/19/22

PAY                                                    *****10,000.00
EXACTLY **10,000 AND 00/100 DOLLARS
TO THE                                   The purchase of an inadvertently filed may be required
ORDER OF                                 before any Cashier's Check of this bank will be replaced,
                                         or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS                          AUTHORIZED SIGNATURE
11 WEXFORD GLN
PITTSFORD, NY 14534                      Marion K. Buvingham

⑈0001195456⑈ ⑆022304030⑆ 6099000056⑈

          Date   12/20/22  Ck#      1195456   Amt      10,000.00

Comandaigua 022303659 123 TRUST
ARP/99/20EXCHANGE GUAR 022303659 >3659  19<
12/19/2022
09:41:54
TMID 20213532234910

          Date   12/20/22  Ck#      1195456   Amt      10,000.00

FIVE STAR BANK                    IMAGE SNAPSHOT  04/19/2024   242PM                    PAGE  1



Date   12/22/22  Ck#    1195744   Amt     10,000.00



Date   12/22/22  Ck#    1195744   Amt     10,000.00

FIVE STAR BANK                IMAGE SNAPSHOT  04/19/2024  244PM                    PAGE  1



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**    1195937

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB OF ANGLE
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  AMEX REIMBURSEMENT
REMITTER:  KATHERINE R MOTT FORMICOLA          DATE  12/23/22

PAY
TO THE       EXACTLY **10,000-AND .00/100 DOLLARS               ******10,000.00
ORDER OF

ROBERT  HARRIS

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈000⑈195937⑈ ⑆0223040030⑈ 609900056⑈

Date  12/27/22 Ck#    1195937   Amt      10,000.00

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CANANDAIGUA NATIONAL
2075 MONROE AVENUE
ROCHESTER, NY 14618

Canandaigua 022303659 23 TRUST
12/23/2022
ADD/23/EXCHANGE GUAR 022303659 >3659  23<
09:35:20
TMID 20213572234517

Date  12/27/22 Ck#    1195937   Amt      10,000.00

FIVE STAR BANK          IMAGE SNAPSHOT  04/19/2024   250PM                    PAGE  1



                    Date    1/04/23  Ck#      1196501    Amt      10,000.00

                    Date    1/04/23  Ck#      1196501    Amt      10,000.00

FIVE STAR BANK          IMAGE SNAPSHOT  04/19/2024  301PM              PAGE  1



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**    1197449

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.
**Five Star Bank**
Warsaw, NY 14569

COMMENT:

REMITTER:  KRM EVENTS LLC          DATE  1/11/23

PAY
TO THE    EXACTLY **5,403 AND 68/100 DOLLARS        *******5,403.68
ORDER OF                                The purchase of an Indemnity Bond may be required
                                        below any Cashier's Check of this bank will be replaced
                                        or refunded in the event it is lost, misplaced or stolen.

        ROBERT C HARRIS
        11 WEXFORD GLN
        PITTSFORD, NY 14534          AUTHORIZED SIGNATURE

⑈0001197449⑈ ⑉022304030⑈ 609900056⑈

Date    1/12/23  Ck#     1197449  Amt      5,403.68



Canandaigua 022303659.23 TRUST
A#4-05-ENDORSE GUAR 022303659 >3659  11<
10:04:23
TMID 20190112336259

Date    1/12/23  Ck#     1197449  Amt      5,403.68

FIVE STAR BANK                    IMAGE SNAPSHOT  04/19/2024  302PM                    PAGE  1



Date    1/17/23  Ck#     1197680    Amt        4,048.77

Date    1/17/23  Ck#     1197680    Amt        4,048.77

FIVE STAR BANK                IMAGE SNAPSHOT  04/19/2024  310PM                    PAGE  1



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**      1198510

COMMENT:  CAPITAL ONE REIMBURSEMENT
REMITTER:  KRM EVENTS LLC                     DATE  1/19/23

PAY
EXACTLY  **5,000 AND .00/100 DOLLARS             *******5,000.00

TO THE
ORDER OF
     ROBERT C HARRIS
     11 WEXFORD GLN
     PITTSFORD, NY 14534

⑈"000⥜198510"  ⑆022304030⑆  609900056"

Date    1/20/23  Ck#      1198510    Amt        5,000.00



Canandaigua 022303659
4/18/2023  ENDORSE GUAR 022303659 >3659  15<
16:49:31
TMID 20240192356967

Date    1/20/23  Ck#      1198510    Amt        5,000.00

FIVE STAR BANK                    IMAGE SNAPSHOT  04/19/2024  311PM                  PAGE  1



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB OR APPLY PRESSURE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

Cashier's Check            1198531

COMMENT: AMEX REIMBURSEMENT
REMITTER: KRM EVENTS, LLC                    DATE  1/20/23                    NO 420523

PAY
TO THE        EXACTLY **10,000 AND 00/100 DOLLARS
ORDER OF

*****$10,000.00
The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced, or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

Morton K. Broughton

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

⑈0001198531⑈ ⑆022304030⑆ 609900056⑈

| Date | 1/23/23 | Ck# | 1198531 | Amt | 10,000.00 |

Deposit Only

Canandaigua 022303659 23 TRUST
CONCORDE GUAR 022303659 >3659  20<
A 1/20/2023
09:34:24
TMID 20200202334469

| Date | 1/23/23 | Ck# | 1198531 | Amt | 10,000.00 |

FIVE STAR BANK          IMAGE SNAPSHOT  04/19/2024   322PM                    PAGE   1



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**                          1199161

COMMENT:  AMEX REIMBURSEMENT
REMITTER:  KRM EVENTS LLC                    DATE   1/27/23

PAY
TO THE     EXACTLY **10,000 AND 00/100 DOLLARS          ******10,000.00
ORDER OF

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534                    AUTHORIZED SIGNATURE

⑆000119916⑈ ⑆022304030⑆ 609900005⑈

          Date    1/30/23  Ck#      1199161   Amt    10,000.00



          Date    1/30/23  Ck#      1199161   Amt    10,000.00

FIVE STAR BANK                 IMAGE SNAPSHOT   04/19/2024   322PM              PAGE   1





|        | Date  | 1/30/23 | Ck# | 1199163 | Amt | 10,000.00 |
|--------|-------|---------|-----|---------|-----|-----------|

|        | Date  | 1/30/23 | Ck# | 1199163 | Amt | 10,000.00 |
|--------|-------|---------|-----|---------|-----|-----------|

FIVE STAR BANK          IMAGE SNAPSHOT   04/19/2024   322PM          PAGE   1



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**     1199164

COMMENT: AMEX REIMBURSEMENT
REMITTER: KRM EVENTS LLC                    DATE  1/27/23

PAY
TO THE       EXACTLY **1,119 AND .96/100 DOLLARS
ORDER OF

*******1,119.96

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

⑆0001199164⑆ ⑆022304030⑆ 609900056⑆

| Date | 1/30/23 | Ck# | 1199164 | Amt | 1,119.96 |

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
Deposit Only

Casandaigua 022303659 23 TRUST
ENDORSE GUAR 022303659 >3659  27<
1/27/2023
09:56:46
TMID 20190272335802

| Date | 1/30/23 | Ck# | 1199164 | Amt | 1,119.96 |

FIVE STAR BANK            IMAGE SNAPSHOT  04/19/2024  325PM          PAGE  1





|            | Date  | 2/01/23 Ck# | 1199766 | Amt | 7,800.00 |

|            | Date  | 2/01/23 Ck# | 1199766 | Amt | 7,800.00 |

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**    1201261

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT:  AMEX REIMBURSEMENT
REMITTER:  KRM EVENTS LLC

DATE   2/17/23

******20,000.00

PAY
TO THE
ORDER OF

EXACTLY **20,000 AND 00/100 DOLLARS

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈000120126⑈⑉ ⑈022304030⑈: 609900056⑈

Check: 1201261 Amount: $20,000.00 Date: 2/21/2023
Run: 1001, Batch: 11, Seq: 313, Source: C21-FromFed



Canandaigua 022303659 A23 TRUST
ENDORSE GUAR 022303659 >3659   17<
2/17/2023
10:17:15
TMID 20200482337031

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1201261 Amount: $20,000.00 Date: 2/21/2023
Run: 1001, Batch: 11, Seq: 313, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1201788

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC DATE 2/24/23 50-403/223

PAY EXACTLY **7,000 AND 00/100 DOLLARS *******7,000.00

TO THE ORDER OF

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈0001201788⑈ ⑆022304030⑆ 609900056⑈

Check: 1201788 Amount: $7,000.00 Date: 2/27/2023
Run: 1001, Batch: 10, Seq: 281, Source: C21-FromFed

ENDORSE HERE
X

Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 >23 TRUST
2/24/2023 ENDORSE GUAR 022303659 >3659 24<
09:29:08
TMID 20210552334144

Check: 1201788 Amount: $7,000.00 Date: 2/27/2023
Run: 1001, Batch: 10, Seq: 281, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1201790

COMMENT: AMERICAN EXPRESS REIMBURSEMENT

REMITTER: KRM EVENTS LLC DATE 2/24/23 50-403/223

PAY TO THE ORDER OF EXACTLY **14,021 AND 82/100 DOLLARS ******14,021.82

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈0001201790⑈ ⑆022304030⑆ 6099000056⑈

Check: 1201790 Amount: $14,021.82 Date: 2/27/2023
Run: 1001, Batch: 10, Seq: 280, Source: C21-FromFed

ENDORSE HERE
X
Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23
2/24/2023
09:29:07
TMID 20210552334144

CANANDAIGUA NATIONAL BANK AND TRUST
A... ENDORSE GUAR 022303659 >3659 24<

Check: 1201790 Amount: $14,021.82 Date: 2/27/2023
Run: 1001, Batch: 10, Seq: 280, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**          1202488

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT:   AMEX REIMBURSEMENT
REMITTER:   KRM EVENTS LLC

DATE   3/03/23                          55-403/723

PAY
TO THE
ORDER OF          EXACTLY **30,000 AND 00/100 DOLLARS

******30,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

⑈000120 2488⑈ ⑈022304030⑈ 609900056⑈

Check: 1202488 Amount: $30,000.00 Date: 3/6/2023
Run: 1001, Batch: 10, Seq: 7, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
ENDORSE GUAR 022303659 >3659  .03<
3/3/2023
09:53:07
TMID 20190622335582

Check: 1202488 Amount: $30,000.00 Date: 3/6/2023
Run: 1001, Batch: 10, Seq: 7, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check** 1202489

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

COMMENT:   AMEX REIMBURSEMENT
REMITTER:   KRM EVENTS LLC

DATE   3/03/23                    50-403/223

PAY
TO THE       EXACTLY **8,414 AND 30/100 DOLLARS        *******8,414.30
ORDER OF
                                           The purchase of an Indemnity Bond may be required
                                           before any Cashier's Check of this bank will be replaced
                                           or refunded in the event it is lost, misplaced or stolen.
         ROBERT C HARRIS
         11 WEXFORD GLN                    AUTHORIZED SIGNATURE
         PITTSFORD, NY 14534               Martin K. Birmingham

⑈000 120 2489⑈ ⑆0 2230403 0⑆ 609900056⑈

Check: 1202489 Amount: $8,414.30 Date: 3/6/2023
Run: 1001, Batch: 10, Seq: 6, Source: C21-FromFed



Canandaigua 022303659 A23 TRUST
A3730929 ENDORSE GUAR 022303659 >3659    03<
3/3/2023
09:53:06
TMID 20190622335582

ENDORSE HERE ✕
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
Deposit Only

Check: 1202489 Amount: $8,414.30 Date: 3/6/2023
Run: 1001, Batch: 10, Seq: 6, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   **1203077**

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

**Five Star Bank**
Warsaw, NY 14569

**COMMENT:** CAPITAL ONE REIMBURSEMENT
**REMITTER:** KRM EVENTS LLC

DATE   3/08/23   50-403/223

**PAY
TO THE
ORDER OF**   EXACTLY **8,900 AND 00/100 DOLLARS

*******8,900.00
The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈000120307⑈ ⑆022304030⑆ 609900056⑈

Check: 1203077 Amount: $8,900.00 Date: 3/9/2023
Run: 1000, Batch: 7, Seq: 255, Source: C21-FromFed



Canandaigua 022303659 A 23 TRUST
ABS ENDORSE GUAR 022303659 >3659   08<
3/8/2025
15:22:15
TMID 20190672355331

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Check: 1203077 Amount: $8,900.00 Date: 3/9/2023
Run: 1000, Batch: 7, Seq: 255, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1203524

COMMENT: AMEX REIMBURSEMENT

REMITTER: KRM EVENTS LLC DATE 3/14/23 50-403/223

PAY TO THE ORDER OF EXACTLY **20,000 AND 00/100 DOLLARS ******20,000.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈0001203524⑈ ⑆022304030⑆ 609900056⑈

Check: 1203524 Amount: $20,000.00 Date: 3/15/2023
Run: 1000, Batch: 6, Seq: 133, Source: C21-FromFed

*The security features listed below, as well as those not listed, exceed industry guidelines. Absence of these features may indicate alteration.*

Canandaigua 022303659 A23 TRUST
3/14/2023 ENDORSE GUAR 022303659 >3659 14<
12:31:19
TMID 20200732345075

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1203524 Amount: $20,000.00 Date: 3/15/2023
Run: 1000, Batch: 6, Seq: 133, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**  1203612

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**COMMENT:** AMEX REIMBURSEMENT
**REMITTER:** KRM EVENTS LLC

DATE  3/15/23          50-403/223

**PAY**              EXACTLY **5,800 AND 00/100 DOLLARS          *******5,800.00
**TO THE**
**ORDER OF**

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈000120361⑈⑈ ⑊022304030⑊ 609900056⑈

Check: 1203612 Amount: $5,800.00 Date: 3/16/2023
Run: 1000, Batch: 6, Seq: 134, Source: C21-FromFed



Canandaigua 022302659 23 TRUST
ABA 1872022 RSE GUAR 022303659 >3659   15<
10:01:55
TMID 20190742336110

ENDORSE HERE X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Check: 1203612 Amount: $5,800.00 Date: 3/16/2023
Run: 1000, Batch: 6, Seq: 134, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   1205626

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT:   CREDIT CARD REIMBURSEMENT

REMITTER:   KRM EVENTS LLC

DATE   4/04/23

**PAY
TO THE
ORDER OF**

EXACTLY **28,827 AND 89/100 DOLLARS

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

******28,827.89

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈000120562⑈ ⑈022304030⑈ 609900056⑈

Check: 1205626 Amount: $28,827.89 Date: 4/5/2023
Run: 1000, Batch: 8, Seq: 525, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
4/4/2023  ENDORSE GUAR 022303659 >3659   04<
09:56:32
TMID 20240942335788

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1205626 Amount: $28,827.89 Date: 4/5/2023
Run: 1000, Batch: 8, Seq: 525, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

1205855

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT:   AMEX REIMBURSEMENT

REMITTER:   KRM EVENTS LLC

DATE   4/06/23

52-403/223

**PAY**
**TO THE**
**ORDER OF**

EXACTLY **10,527 AND 26/100 DOLLARS

*****10,527.26

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

Martin K Binigh

⑈000120585⑈  ⑆022304030⑆  609900056⑈

Check: 1205855 Amount: $10,527.26 Date: 4/7/2023
Run: 1000, Batch: 6, Seq: 339, Source: C21-FromFed



Canandaigua 022303659 A23 TRUST
4/6/2023 ENDORSE GUAR 022303659 >3659   06<
09:39:35
TMID 20220962334770

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit only
for

ENDORSE HERE

Check: 1205855 Amount: $10,527.26 Date: 4/7/2023
Run: 1000, Batch: 6, Seq: 339, Source: C21-FromFed

Image # 850234321062850

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**     1206097

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE: COLOR WILL DISAPPEAR & THEN REAPPEAR.

★ **Five Star Bank**
Warsaw, NY 14569

COMMENT: AMEX REIMBURSEMENT
REMITTER: KRM EVENTS LLC

DATE   4/10/23                    50-402/223

PAY
TO THE     EXACTLY **12,000 AND 00/100 DOLLARS
ORDER OF

******12,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT HARRIS

AUTHORIZED SIGNATURE

*Martin K. Birmingham*

⑈000120609711⑈ ⑆022304030⑈ 609900056⑈

Back Image



Canandaigua 022303659 23 TRUST
ABS OF ENDORSE GUAR 022303659 >3659   10<
4/10/2023
09:34:27
TMID 20201002334463

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X

Deposit Only

Image # 850534321030390

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check**   1206440

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC.

DATE  4/13/23

50-403/223

PAY
TO THE
ORDER OF

EXACTLY **15,893 AND 17/100 DOLLARS

******15,893.17

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT HARRIS

⑈000120644010⑈ ⑆0223040300⑆ 609900056⑈

Back Image

Canandaigua 022303659 A23 TRUST
ARE OR ENDORSE GUAR 022303659 >3659  13<
4/13/2023
16:38:13
TMID 20201032359888

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

4/19/2024 3:20 PM

Page 1

Image # 851134321031940

Front Image

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check** 1207080

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT: CREDIT CARD REIMBURSEMENT

REMITTER: KRM EVENTS LLC        DATE  4/19/23        50-403/223

PAY
TO THE
ORDER OF        EXACTLY **22,933 AND 70/100 DOLLARS        ******22,933.70

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT HARRIS

AUTHORIZED SIGNATURE

Martin K. Birmingham

⑆000120708011⑆ ⑈022304030⑈ 609900056⑈

Back Image

ENDORSE HERE
X
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
Deposit Only

Canandaigua 022303659 23
CHECK ENDORSE GUAR 022303659 >3659  19< TRUST
4/19/2023
09:53:09
TMID 20201092335585

Image # 851234321035090

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

1207164

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: AMEX REIMBURSEMENT
REMITTER: KRM EVENTS LLC

DATE 4/20/23

60-403/223

PAY
TO THE
ORDER OF        EXACTLY **15,000 AND 00/100 DOLLARS

******15,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

⑈000120716⑈ ⑈022304030⑈ 609900056⑈

Back Image



Canandaigua 022303659 23
ABS 07 ENDORSE GUAR 022303659 >3659  20<
4/20/2023
09:43:09
TMID 20241102334984

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

ENDORSE HERE
X

Image # 851734321034180

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

1207509

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: AMEX REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 4/25/23

90-403/223

PAY
TO THE
ORDER OF

EXACTLY **24,900 AND 00/100 DOLLARS

******24,900.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈0001207509⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022302659 a 23 TRUST
ABS BP ENDORSE GUAR 022303659 >3659  25<
4/28/2023
09:23:45
TMID 20241152333821

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Image # 851834321028120

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**    1207605

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

COMMENT: CAPITAL ONE REIMBURSEMENT
REMITTER: KRM EVENTS LLC              DATE  4/26/23       60-403/223

PAY
TO THE
ORDER OF    EXACTLY **6,000 AND 00/100 DOLLARS       *******6,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT HARRIS

⑆000 1207605⑆ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 A23 TRUST
APP &P ENDORSE GUAR 022303659 >3659  26<
4/26/2023
09:37:47
TMID 20201162334662

ENDORSE HERE X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

**Image # 851934321033500**

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   1207799

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

COMMENT:   AMEX REIMBURSEMENT
REMITTER:   KRM EVENTS LLC

DATE   4/27/23

**PAY**
**TO THE**
**ORDER OF**      EXACTLY **10,500 AND 00/100 DOLLARS

******10,500.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈0001207799⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 23 TRUST
ABS GR ENDORSE GUAR 022303659 >3659   27<
4/27/2023
09:43:15
TMID 20191172334987

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Image # 851934321033510

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**     1207801

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT:   CAPITAL ONE REIMBURSEMENT

REMITTER:   KRM EVENTS LLC     DATE   4/27/23     50-402/223

**PAY**
**TO THE**
**ORDER OF**     EXACTLY **4,000 AND 00/100 DOLLARS

*******4,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

⑈000120780⑈⑆ ⑈022304030⑈ 609900056⑈

Back Image



ENDORSE HERE
X
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE
Deposit Only

Canandaigua 022303659 >23 TRUST
4/27/2023 ENDORSE GUAR 022303659 >3659   27<
09:43:44
TMID 20191172334987

Image # 852534321027240

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

1208316

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: AMEX & CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC          DATE  5/03/23          58-403/2023

PAY
TO THE
ORDER OF          EXACTLY **29,406 AND 46/100 DOLLARS          ******29,406.46

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

⑈0001208316⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 23 TRUST
ABA ENDORSE GUAR 022303659 >3659  03<
5/3/2023
09:35:32
TMID 20221232334528

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Image # 853034321083550**

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**                    1208684

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT:   AMEX REIMBURSEMENT
REMITTER:  KRM EVENTS LLC                    DATE    5/08/23

**PAY**
**TO THE**     EXACTLY **8,900 AND 00/100 DOLLARS
**ORDER OF**

                                                        *******8,900.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT HARRIS

AUTHORIZED SIGNATURE

⑈"000120868411" ⑆022304030⑆ 60990005611"

Back Image

ENDORSE HERE

X

Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23 TRUST
ABS ENDORSE GUAR 022303659 >3659   08<
5/8/2023
09:28:13
TMID 20191282334089

Image # 853834321048470

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**

1209391

COMMENT: AMERICAN EXPRESS REIMBURSEMENT

REMITTER: KRM EVENTS LLC                    DATE  5/16/23                    50403/223

**PAY**
**TO THE**
**ORDER OF**   EXACTLY **33,795 AND 04/100 DOLLARS

******33,795.04

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

Martin K. Biringh

⑈000120939⑈ ⑆022304030⑈ 609900056⑈

Back Image



Canandaigua 022303659 .23 TRUST
AFF OR ENDORSE GUAR 022303659 >3659   16<
5/18/2023
09:24:37
TMID 20221362333873

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

X

for deposit only

Image # 854434321074780

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

1209836

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  AMERICAN EXPRESE REIMBURSEMENT

REMITTER:  KRM EVENTS LLC          DATE  5/22/23          60-403/223

**PAY TO THE ORDER OF**          EXACTLY **18,000 AND 00/100 DOLLARS          *****18,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT HARRIS

AUTHORIZED SIGNATURE

⑆000120983⑆ ⑆022304030⑆ 609900056⑆

Back Image



Canandaigua 022303659 A23 TRUST
ENDORSE GUAR 022303659 >3659   22<
5/22/2023
09:27:14
TMID 20221422334029

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

for deposit only

Image # 854634321031960

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**     1210022

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT:  AMERICAN EXPRESS REIMBURSEMENT

REMITTER:  KRM EVENTS LLC          DATE    5/24/23          50-403/223

**PAY
TO THE
ORDER OF**    EXACTLY **15,900 AND 00/100 DOLLARS        ******15,900.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

⑆000121002⑆ ⑈022304030⑈ 609900056⑈

Back Image

Canandaigua 022303659 A23 TRUST
ABP 2P ENDORSE GUAR 022303659 >3659  24<
5/24/2023
10:33:01
TMID 20221442337977

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

$
for
deposit only

Image # 855234321080960

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**      1210392

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT:   AMEX & CAPITAL ONE REIMBURSEMENT

REMITTER:   KRM EVENTS LLC                    DATE    5/30/23

**PAY
TO THE
ORDER OF**       EXACTLY **30,000 AND 00/100 DOLLARS

ROBERT HARRIS

******30,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑆000121039 2⑆ ⑈022304030⑈ 6099000 56⑈

Back Image

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Canandaigua 022303659 23 TRUST
ABA 307 ENDORSE GUAR 022303659 >3659   30<
5/30/2023
09:50:33
TMID 20201502335429

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   1211242

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**COMMENT:** AMERICAN EXPRESS REIMBURSEMENT

**REMITTER:** KATHERINE'S ON MONROE LLC       DATE   6/07/23

**PAY
TO THE
ORDER OF**   EXACTLY **28,646 AND 84/100 DOLLARS

******28,646.84

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT HARRIS

AUTHORIZED SIGNATURE

⑈000121124 2⑈ ⑆022304030⑆ 609900056⑈

Check: 1211242 Amount: $28,646.84 Date: 6/8/2023
Run: 1000, Batch: 6, Seq: 409, Source: C21-FromFed



Canandaigua 022303659 .23 TRUST
ABENDORSE GUAR 022303659 >3659   07<
877/2023
09:43:22
TMID 20201582334998

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1211242 Amount: $28,646.84 Date: 6/8/2023
Run: 1000, Batch: 6, Seq: 409, Source: C21-FromFed

Image # 856834321035210

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

Five Star Bank
Warsaw, NY 14569

1212035

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: AMERICAN EXPRESS REIMBURSEMENT
REMITTER: KRM EVENTS          DATE   6/15/23          50-403/223

**PAY**
**TO THE**          EXACTLY **23,200 AND 00/100 DOLLARS          ******23,200.00
**ORDER OF**

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

          ROBERT HARRIS

AUTHORIZED SIGNATURE

⑈000121203511⑈ ⑆022304030⑈ 609900056⑈

Back Image



Canandaigua 022303659 23 TRUST
AB ENDORSE GUAR 022303659 >3659   15<
6/16/2023
09:46:14
TMID 20221662335170

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Image # 857334321092180**

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB OR AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**      **1212311**

COMMENT:  AMEX REIMBURSEMENT
REMITTER:  KRM EVENTS LLC                        DATE   6/20/23        50-423/223

PAY
TO THE
ORDER OF     EXACTLY **34,900 AND 00/100 DOLLARS

******34,900.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈000121231⑈⑆ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 23
ABS REENDORSE GUAR 022303659 >3659  20<
6/20/2023
09:24:28
TMID 20191712333864

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Image # 857534321032710

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE: COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**     1212553

COMMENT:  CAPITAL ONE REIMBURSEMENT
REMITTER:  KRM EVENTS LLC

DATE   6/22/23                    60-403/223

**PAY**
**TO THE**
**ORDER OF**          EXACTLY **5,000 AND 00/100 DOLLARS

*******5,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

⑈0001212553⑈ ⑆022304030⑆ 609900056⑈

Back Image

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Canandaigua 022303659 23 TRUST
ABS OF ENDORSE GUAR 022303659 >3659   22<
6/22/2023
09:38:51
TMID 20191732334726

4/19/2024 4:52 PM                                                                                          Page 1

**Image # 857534321032700**

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**

1212554

COMMENT: AMEX REIMBURSEMENT
REMITTER: KRM EVENTS LLC                    DATE   6/22/23                    50 483/273

**PAY**
**TO THE**
**ORDER OF**
EXACTLY **31,693 AND 00/100 DOLLARS              ******31,693.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

Martin K. Buningh

⑈0001212554⑈ ⑆022304030⑆ 609900056⑈

Back Image

Canandaigua 022303659
6/22/2023
09:38:50
TMID 20191732334726

BANK ENDORSE GUAR 022303659 >3659  22<

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
Deposit Only

Image # 857934321082090

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

1212785

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  AMEX

REMITTER:  KRM EVENTS

DATE  6/26/23

50-403/223

**PAY**
**TO THE**
**ORDER OF**

EXACTLY **20,000 AND 00/100 DOLLARS

******20,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT HARRIS

⑈000121278⑈5⑈  ⑉022304030⑈  609900056⑈

Back Image



ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Canandaigua 022303659 23 TRUST
ABA/EP ENDORSE GUAR 022303659 >3659   26<
6/26/2023
09:39:59
TMID 20191772334795

Image # 858134321030550

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**     1213020

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  AMEX
REMITTER:  KRM MONROES

DATE  6/28/23

50-420/223

**PAY
TO THE
ORDER OF**     EXACTLY **25,446 AND 87/100 DOLLARS

******25,446.87

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT HARRIS

Martin K. Bininger

⑈000121302011⑈  ⑆022304030⑉  609900056⑈

Back Image



Canandaigua 022303659 23 TRUST
ABS 287 ENDORSE GUAR 022303659 >3659  28<
6/28/2023
09:39:42
TMID 20241792334778

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

Deposit Only

Image # 858134321030560

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**    1213021

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT: AMEX & CAPITAL ONE REIMBURSEMENT
REMITTER: MONROES AT RIDGEMONT

DATE   6/28/23

PAY
TO THE
ORDER OF     EXACTLY **20,000 AND 00/100 DOLLARS

ROBERT HARRIS

\*\*\*\*\*\*20,000.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

*Martin K. Birmingham*

⑆000121302⑆ ⑉022304030⑈ 609900056⑈

Back Image

Canandaigua 022303659 23 TRUST
ABA 28/2023 ENDORSE GUAR 022303659 >3659  28<
09:39:43
TMID 20241792334778

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X

Deposit Only

Image # 859334321087940

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**

1213925

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  AMEX REIMBURSEMENT

REMITTER:  KRM EVENTS LLC

DATE  7/10/23

******42,063.41

PAY
TO THE
ORDER OF

EXACTLY **42,063 AND 41/100 DOLLARS

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

⑆00012139251⑆ ⑈022304030⑈ 609900056⑈

Back Image



Canandaigua 022303659 23 TRUST
ABS OR ENDORSE GUAR 022303659 >3659  10<
7/10/2023
09:35:01
TMID 20231912334498

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1214345

COMMENT: AMEX REIMBURSEMENT

REMITTER: KNC

DATE 7/13/23

50 403/223

PAY TO THE ORDER OF

EXACTLY **28,793 AND 78/100 DOLLARS

******28,793.78

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

ROBERT HARRIS

AUTHORIZED SIGNATURE

Martin K. Birmingham

⑈0001214345⑈ ⑆022304030⑆ 609900056⑈

Check: 1214345 Amount: $28,793.78 Date: 7/14/2023
Run: 1000, Batch: 6, Seq: 469, Source: C21-FromFed

ENDORSE HERE
X

$ for deposit only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CANANDAIGUA NATIONAL BANK AND TRUST
ABA OF ENDORSE GUAR 022303659 >3659 13<

Canandaigua 022303659 23
7/13/2023
09:29:21
TMID 20231942334158

Check: 1214345 Amount: $28,793.78 Date: 7/14/2023
Run: 1000, Batch: 6, Seq: 469, Source: C21-FromFed

Image # 860034321091120

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

★ Five Star Bank
Warsaw, NY 14569

**Cashier's Check**   1214596

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

COMMENT: AMEX REIMBURSEMENT
REMITTER: KRM MONROE

DATE   7/17/23

PAY
TO THE
ORDER OF   EXACTLY **26,320 AND 00/100 DOLLARS

ROBERT HARRIS

******26,320.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈000⑈1214596⑈ ⑇022304030⑇ 609900056⑈

Back Image



Canandaigua 022303659 23
PAY ANY BANK P.E.G. ENDORSE GUAR 022303659 >3659   17<
07/17/2023
09:36:27
TMID 20201982334582

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FIVE STAR BANK                IMAGE SNAPSHOT   04/19/2024   400PM                    PAGE   1



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**          1215011

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB DRY AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  AMEX REIMBURSEMENT
REMITTER:  KRM EVENTS

DATE    7/21/23

PAY
TO THE     EXACTLY **21,281 AND 00/100 DOLLARS          ******21,281.00
ORDER OF                                     The purchase of an Indemnity Bond may be required
                                             before any Cashier's Check of this bank will be replaced
                                             or refunded in the event it is lost, misplaced or stolen.

        ROBERT HARRIS                         AUTHORIZED SIGNATURE

⑈'000121501⑈' ⑈022304030⑈ 609900056⑈'

                Date    7/24/23  Ck#     1215011   Amt     21,281.00



Canandaigua 022303659 ,23
ENDORSE GUAR 022303659 53659  21<
08:53:47
TMID 20222022335623

                Date    7/24/23  Ck#     1215011   Amt     21,281.00

FIVE STAR BANK          IMAGE SNAPSHOT   04/19/2024   402PM                    PAGE   1



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

Five Star Bank
Warsaw, NY 14569

**Cashier's Check**          1215297

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:

REMITTER:   KRM EVENTS LLC                    DATE  7/25/23

PAY
TO THE        EXACTLY **27,200 AND 00/100 DOLLARS            ******27,200.00
ORDER OF

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈0001215297⑈ ⑆022304030⑆ 609900056⑈

| Date | 7/26/23 Ck# | 1215297 | Amt | 27,200.00 |



| Date | 7/26/23 Ck# | 1215297 | Amt | 27,200.00 |





THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

Cashier's Check 1215510

COMMENT: AMEX REIMBURSEMENT
REMITTER: KRM EVENTS LLC

DATE 7/27/23

PAY TO THE ORDER OF EXACTLY **37,476 AND 58/100 DOLLARS ******37,476.58

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈001215510⑈ ⑆022304030⑆ 609900056⑈

Date 7/28/23 Ck# 1215510 Amt 37,476.58

X ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 123 TRUST
APP OR ENDORSE GUAR 022303659 >3659 27<
7/27/2023
09:52:59
TMID 20222082335576

Date 7/28/23 Ck# 1215510 Amt 37,476.58

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1215791

COMMENT: AMEX REIMBURSEMENT
REMITTER: KRM EVENTS LLC

DATE 7/31/23

PAY TO THE ORDER OF EXACTLY **18,582 AND 53/100 DOLLARS ******18,582.53

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈0001215791⑈ ⑆022304030⑆ 609900056⑈

Date 8/01/23 Ck# 1215791 Amt 18,582.53

ENDORSE HERE

for deposit only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 123 TRUST
ABS OR ENDORSE GUAR 022303659 >3659 31<
7/31/2023
10:44:50
TMID 20222122338686

Date 8/01/23 Ck# 1215791 Amt 18,582.53



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK.

Cashier's Check    1216051

Five Star Bank
Warsaw, NY 14569

COMMENT:  AMEX REIMBURSEMENT
REMITTER:  KRM EVENTS LLC

DATE  8/02/23

PAY
TO THE    EXACTLY **17,647 AND 86/100 DOLLARS                ******17,647.86
ORDER OF

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈000⑈216051⑈  ⑆022304030⑆ 609900056⑈

| Date | 8/03/23 | Ck# | 1216051 | Amt | 17,647.86 |
|------|---------|-----|---------|-----|-----------|



Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

Canandaigua 022303659.23 TRUST
CORSE GUAR 022303659 >3659  D2<
8/2/2023
09:36:11
TMID 20192142334567

| Date | 8/03/23 | Ck# | 1216051 | Amt | 17,647.86 |
|------|---------|-----|---------|-----|-----------|





FIVE STAR BANK IMAGE SNAPSHOT 04/19/2024 408PM PAGE 1

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1216308

COMMENT: AMEX REIMBURSEMENT
REMITTER: KRM EVENTS LLC

DATE 8/04/23

**PAY TO THE ORDER OF** EXACTLY **39,137 AND 91/100 DOLLARS ******39,137.91

ROBERT HARRIS

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈0001216308⑈ ⑆022304030⑆ 609900056⑈

Date 8/07/23 Ck# 1216308 Amt 39,137.91

ENDORSE HERE
X
$
for deposit only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 123 TRUST
ABS PR ENDORSE GUAR 022303659 >3659 04<
8/4/2023
09:38:01
TMID 20222162334677

Date 8/07/23 Ck# 1216308 Amt 39,137.91

FIVE STAR BANK        IMAGE SNAPSHOT   04/19/2024   408PM        PAGE 1



| | Date | 8/08/23 | Ck# | 1216490 | Amt | 26,527.11 |



| | Date | 8/08/23 | Ck# | 1216490 | Amt | 26,527.11 |

Image # 862434321031930

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   1216893

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR

COMMENT:  AMEX/SYSCO

REMITTER:  MONROES AT RIDGEMONT LLC      DATE   8/10/23      50403/223

PAY
TO THE
ORDER OF

EXACTLY **16,200 AND 00/100 DOLLARS

*****16,200.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT HARRIS

Martin K. Buringh

⑆0001216893⑆ ⑈022304030⑈ 609900056⑈

Back Image

Canandaigua 022303659 23
ABA OF ENDORSE GUAR 022303659 >3659   10<
8/10/2023
09:21:47
TMID 20192222333703

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

Image # 862834321089670

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**

1217092

COMMENT: AMEX REIMBURSEMENT
REMITTER: MONROES AT RIDGEMONT LLC

DATE  8/14/23

50-420/223

**PAY
TO THE
ORDER OF**

EXACTLY **17,609 AND 57/100 DOLLARS

******17,609.57

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

⑈000121709⑈ ⑆022304030⑆ 609900056⑈

Back Image

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

Canandaigua 022303659 A23 TRUST
ABS OR ENDORSE GUAR 022303659 >3659  14<
8/14/2023
09:29:37
TMID 20222262334172

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

Cashier's Check 1217096

COMMENT: AMEX REIMBURSEMENT
REMITTER: KRM EVENTS LLC

DATE 8/14/23

PAY TO THE ORDER OF EXACTLY **20,335 AND 72/100 DOLLARS ******20,335.72

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈0001217096⑈ ⑆022304030⑆ 6099000 56⑈

Date 8/15/23 Ck# 1217096 Amt 20,335.72

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23 TRUST
ABS OR ENDORSE GUAR 022303659 >3659 14<
8/14/2023
09:29:36
TMID 20222262334172

Date 8/15/23 Ck# 1217096 Amt 20,335.72

Image # 863134321033140

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**     1217407

COMMENT: AMEX REIMBURSEMENT
REMITTER: MONROES AT RIDGEMONT

DATE  8/17/23                              53-403/223

**PAY
TO THE
ORDER OF**     EXACTLY **16,000 AND 00/100 DOLLARS

******16,000.00
The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

ROBERT HARRIS

AUTHORIZED SIGNATURE

*Marther K. Buringham*

⑈000121740⑈⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 23
CANANDAIGUA NATIONAL BANK AND TRUST
AUG 17 2023 ENDORSE GUAR 022303659 >3659  17<
09:31:51
TMID 20222292334307

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

for deposit only

4/19/2024 1:50 PM

Page 1

FIVE STAR BANK                    IMAGE SNAPSHOT   04/19/2024   418PM                    PAGE   1



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Cashier's Check**                        1217609

Five Star Bank
Warsaw, NY 14569

COMMENT:  CREDIT CARD REMIBURSEMENT

REMITTER:  KRM EVENTS

8/21/23

PAY
TO THE    EXACTLY **17,283 AND 14/100 DOLLARS
ORDER OF

******17,283.14
The purchase of an inordinately sized may be required
before any Cashier's Check of this Bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

ROBERT HARRIS

⑈00012117609⑈ ⑆022304030⑆ 609900056⑈

Date    8/22/23  Ck#    1217609    Amt    17,283.14



Date    8/22/23  Ck#    1217609    Amt    17,283.14

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE: COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1218292

COMMENT: AMEX REIMBURSEMENT
REMITTER: KRM EVENTS LLC

DATE 8/29/23 50-403/223

PAY TO THE ORDER OF EXACTLY **11,643 AND 89/100 DOLLARS ******11,643.89

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

ROBERT HARRIS

AUTHORIZED SIGNATURE
Martin K. Birmingham

⑈0001218292⑈ ⑆022304030⑆ 609900056⑈

Check: 1218292 Amount: $11,643.89 Date: 8/30/2023
Run: 1000, Batch: 7, Seq: 160, Source: C21-FromFed

ENDORSE HERE
X
Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23
C... AND TRUST
ABS OF ENDORSE GUAR 022303659 >3659 29<
8/29/2023
09:34:59
TMID 20212412334489

Check: 1218292 Amount: $11,643.89 Date: 8/30/2023
Run: 1000, Batch: 7, Seq: 160, Source: C21-FromFed

# Five Star Bank-Warsaw NY



Check: 1218857 Amount: $16,873.55 Date: 9/6/2023
Run: 1000, Batch: 25, Seq: 7, Source: C21-FromFed



Check: 1218857 Amount: $16,873.55 Date: 9/6/2023
Run: 1000, Batch: 25, Seq: 7, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE: COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1219971

COMMENT: AMEX REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 9/11/23

50-103/223

PAY TO THE ORDER OF EXACTLY **31,074 AND 29/100 DOLLARS

******31,074.29

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE
Martin K. Birmingham

⑈0001219971⑈ ⑆022304030⑆ 609900056⑈

Check: 1219971 Amount: $31,074.29 Date: 9/12/2023
Run: 1000, Batch: 23, Seq: 565, Source: C21-FromFed

ENDORSE HERE

X

FOR DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

9/11/2023 7:51 AM
1318
9351

Check: 1219971 Amount: $31,074.29 Date: 9/12/2023
Run: 1000, Batch: 23, Seq: 565, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

Cashier's Check 1224805

COMMENT: AMERICAN EXPRESS CARD PAYMENT

REMITTER: KRM MONROES DATE 10/10/23 50-400/223

PAY EXACTLY **18,927 AND 98/100 DOLLARS ******18,927.98

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TO THE ORDER OF ROBERT HARRIS

AUTHORIZED SIGNATURE

Martin K. Birmingham

⑈0001224805⑈ ⑆022304030⑆ 6099000056⑈

Check: 1224805 Amount: $18,927.98 Date: 10/12/2023
Run: 1000, Batch: 14, Seq: 547, Source: C21-FromFed

10/10/2023 9:58 AM
1274
9351

ENDORSE HERE
X
For Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1224805 Amount: $18,927.98 Date: 10/12/2023
Run: 1000, Batch: 14, Seq: 547, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

Cashier's Check 1225459

COMMENT: AMEX REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 10/16/23

50-430/223

PAY TO THE ORDER OF EXACTLY **9,500 AND 00/100 DOLLARS

*******9,500.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD NY 14534

AUTHORIZED SIGNATURE

⑈0001225459⑈ ⑆022304030⑆ 60990056⑈

Check: 1225459 Amount: $9,500.00 Date: 10/17/2023
Run: 1000, Batch: 22, Seq: 256, Source: C21-FromFed

ENDORSE HERE

FOR DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

10/16/2023 7:53 AM
1318
9351

Check: 1225459 Amount: $9,500.00 Date: 10/17/2023
Run: 1000, Batch: 22, Seq: 256, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1228021

COMMENT: REIMBURSEMENT HOME GOODS CC

REMITTER: KRM EVENTS LLC DATE 11/06/23 50-403/223

PAY TO THE ORDER OF EXACTLY **1,940 AND 73/100 DOLLARS *******1,940.73

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

ROBERT C HARRIS
11 WEXFORD GLN
PITTSFORD, NY 14534

AUTHORIZED SIGNATURE

⑈0001228021⑈ ⑆022304030⑆ 609900056⑈

Check: 1228021 Amount: $1,940.73 Date: 12/20/2023
Run: 1000, Batch: 11, Seq: 339, Source: C21-FromFed

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CANANDAIGUA NATIONAL BANK AND TRUST
ABS OR ENDORSE GUAR 022303659 >3659 19<

Canandaigua 022303659 23
12/19/2023
11:59:53
TMID 20243532343189

Check: 1228021 Amount: $1,940.73 Date: 12/20/2023
Run: 1000, Batch: 11, Seq: 339, Source: C21-FromFed

# Five Star Bank-Warsaw NY



Check: 1228022 Amount: $10,000.00 Date: 11/7/2023
Run: 1000, Batch: 23, Seq: 562, Source: C21-FromFed



Check: 1228022 Amount: $10,000.00 Date: 11/7/2023
Run: 1000, Batch: 23, Seq: 562, Source: C21-FromFed