# Exhibit F

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1195936

COMMENT: DISCOVER REIMBURSEMENT

REMITTER: KATHERINE R MOTT FORMICOLA DATE 12/23/22

PAY TO THE ORDER OF EXACTLY **10,000 AND 00/100 DOLLARS ******10,000.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TIMOTHY LAROCCA

AUTHORIZED SIGNATURE Martin K. Birmingham

⑈0001195936⑈ ⑆022304030⑆ 609900056⑈

Date 12/27/22 Ck# 1195936 Amt 10,000.00

ENDORSE HERE X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23 TRUST
ABS OF ENDORSE GUAR 022303659 >3659 23<
12/23/2022
09:36:20
TMID 20213572234577

Date 12/27/22 Ck# 1195936 Amt 10,000.00

FIVE STAR BANK                    IMAGE SNAPSHOT  04/19/2024  249PM                    PAGE  1



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGTAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB OU AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**          1196293

COMMENT: DISCOVER REIMBURSEMENT

REMITTER: KRM EVENTS LLC                     DATE 12/30/22

**PAY**
**TO THE**        EXACTLY **10,000 AND 00/100 DOLLARS              *****10,000.00
**ORDER OF**

TIMMOTHY  LAROCCA

AUTHORIZED SIGNATURE

⑆0001196293⑆ ⑆022304030⑆ 609900056⑆

Date    1/03/23  Ck#      1196293    Amt      10,000.00

Date    1/03/23  Ck#      1196293    Amt      10,000.00

FIVE STAR BANK                IMAGE SNAPSHOT   04/19/2024   302PM                    PAGE   1



Date    1/17/23  Ck#      1197745   Amt       10,000.00



Date    1/17/23  Ck#      1197745   Amt       10,000.00

FIVE STAR BANK                  IMAGE SNAPSHOT  04/19/2024  303PM                          PAGE  1



Date    1/17/23  Ck#       1197746   Amt       6,500.00



Date    1/17/23  Ck#       1197746   Amt       6,500.00

FIVE STAR BANK            IMAGE SNAPSHOT  04/19/2024  311PM              PAGE  1



    ⑈000⑈1198528⑈ ⑆022304030⑆ 609000056⑆

Date    1/23/23  Ck#    1198528  Amt    10,000.00



Date    1/23/23  Ck#    1198528  Amt    10,000.00

FIVE STAR BANK               IMAGE SNAPSHOT  04/19/2024  311PM                    PAGE  1



Date    1/23/23  Ck#        1198529   Amt        6,900.00



Date    1/23/23  Ck#        1198529   Amt        6,900.00

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1200051

COMMENT: CAPITAL ONE REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 2/03/23 50-403/223

PAY TO THE ORDER OF EXACTLY **17,800 AND 00/100 DOLLARS ******17,800.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TIMOTHY LAROCCA

AUTHORIZED SIGNATURE

⑈0001200051⑈ ⑆022304030⑆ 6099000561⑈

Check: 1200051 Amount: $17,800.00 Date: 2/6/2023
Run: 1001, Batch: 7, Seq: 241, Source: C21-FromFed

ENDORSE HERE

X

Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 A23 TRUST
2/3/2023 ENDORSE GUAR 022303659 >3659 03<
09:52:25
TMID 20210342335542

Check: 1200051 Amount: $17,800.00 Date: 2/6/2023
Run: 1001, Batch: 7, Seq: 241, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

1200619

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: DISCOVER REIMBURSEMENT
REMITTER: KRM EVENTS LLC

DATE 2/09/23

**PAY
TO THE
ORDER OF**    EXACTLY **7,800 AND 00/100 DOLLARS

TIMOTHY LAROCCA

*******7,800.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈000120061⑈9⑈  ⑆022304030⑈  609900056⑈

Check: 1200619 Amount: $7,800.00 Date: 2/13/2023
Run: 1001, Batch: 8, Seq: 504, Source: C21-FromFed



ENDORSE HERE

Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 >23
02/10/2023ORSE GUAR 022303659 >3659    10<
09:54:09
TMID 20200412335644

Check: 1200619 Amount: $7,800.00 Date: 2/13/2023
Run: 1001, Batch: 8, Seq: 504, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**       1201206

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

COMMENT:  DISCOVER REIMBURSEMENT

REMITTER:  KNC ELEGANCE, LLC          DATE  2/16/23

PAY
TO THE          EXACTLY **17,800 AND 00/100 DOLLARS          ******17,800.00
ORDER OF

TIMOTHY LAROCCA

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑂000 1201206⑂ ⑂022304030⑂ 609900056⑂

Check: 1201206 Amount: $17,800.00 Date: 2/21/2023
Run: 1001, Batch: 11, Seq: 314, Source: C21-FromFed



Canandaigua 022303659 A23 TRUST
ENDORSE GUAR 022303659 >3659  17<
2/17/2023
10:18:46
TMID 20200482337122

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Check: 1201206 Amount: $17,800.00 Date: 2/21/2023
Run: 1001, Batch: 11, Seq: 314, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1201880

COMMENT: DISCOVER REIMBURSEMENT
REMITTER: KRM EVENTS LLC DATE 2/24/23 50-403/223

**PAY TO THE ORDER OF** EXACTLY **17,800 AND 00/100 DOLLARS ******17,800.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TIMOTHY LAROCCA

AUTHORIZED SIGNATURE
Martin K. Birmingham

⑈0001201880⑈ ⑆022304030⑆ 609900056⑈

Check: 1201880 Amount: $17,800.00 Date: 2/27/2023
Run: 1001, Batch: 10, Seq: 444, Source: C21-FromFed

ENDORSE HERE
X

6180

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23 TRUST
2/24/2023 ORSE GUAR 022303659 >3659 24<
14:35:55
TMID 20220552352551

Check: 1201880 Amount: $17,800.00 Date: 2/27/2023
Run: 1001, Batch: 10, Seq: 444, Source: C21-FromFed

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

Five Star Bank
Warsaw, NY 14569

**Cashier's Check** 1203861

COMMENT: DISCOVER REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 3/17/23

50-403/223

PAY TO THE ORDER OF

EXACTLY **17,900 AND 00/100 DOLLARS

******17,900.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TIMOTHY LAROCCA

AUTHORIZED SIGNATURE

Martin K. Birmingham

⑈0001203861⑈ ⑆022304030⑆ 609900056⑈

Check: 1203861 Amount: $17,900.00 Date: 3/20/2023
Run: 1001, Batch: 8, Seq: 93, Source: C21-FromFed

ENDORSE HERE

X

FOR DEPOSIT ONLY

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Canandaigua 022303659 23
3/17/2023
09:28:56
TMID 20230762334133

C... AND TRUST
ABS OF ENDORSE GUAR 022303659 >3659 17<

Check: 1203861 Amount: $17,900.00 Date: 3/20/2023
Run: 1001, Batch: 8, Seq: 93, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**    1204481

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

⭐ Five Star Bank
Warsaw, NY 14569

**COMMENT:** DISCOVER REIMBURSEMENT
**REMITTER:** KRM EVENTS LLC          DATE  3/24/23          80-423/223

PAY
TO THE
ORDER OF

EXACTLY **17,900 AND 00/100 DOLLARS

TIMOTHY LAROCCA

******17,900.00
The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

Martin K. Buningh

⑂"000 1 204 48 1⑂"  ⑈:0 2 2304030⑈:  609900056⑂"

Check: 1204481 Amount: $17,900.00 Date: 3/27/2023
Run: 1001, Batch: 8, Seq: 539, Source: C21-FromFed



Canandaigua 022303659 A23 TRUST
ENDORSE GUAR 022303659 >3659  24<
3/24/2023
09:32:54
TMID 20200832334369

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X

Check: 1204481 Amount: $17,900.00 Date: 3/27/2023
Run: 1001, Batch: 8, Seq: 539, Source: C21-FromFed

# Five Star Bank-Warsaw NY



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**   1205192

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

COMMENT:  DISCOVER REIMBURSEMENT

REMITTER:  KRM EVENTS LLC

DATE   3/31/23

**PAY
TO THE
ORDER OF**   EXACTLY **17,900 AND 00/100 DOLLARS

******17,900.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TIMOTHY LAROCCA

⑈000⑈205⑈92⑈ ⑆022304030⑆ 609900056⑈

Check: 1205192 Amount: $17,900.00 Date: 4/3/2023
Run: 1001, Batch: 11, Seq: 44, Source: C21-FromFed



Canandaigua 022303659 23 TRUST
ENDORSE GUAR 022303659 >3659   31<
09:29:27
TMID 20200902334163

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

Deposit Only

Check: 1205192 Amount: $17,900.00 Date: 4/3/2023
Run: 1001, Batch: 11, Seq: 44, Source: C21-FromFed

Image # 850534321030380

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**          1206445

COMMENT:

REMITTER:    KRM MONROE'S                          DATE    4/13/23                    50-423/223

PAY          EXACTLY **18,900 AND 00/100 DOLLARS                 *****18,900.00
TO THE                                                  The purchase of an Indemnity Bond may be required
ORDER OF                                                before any Cashier's Check of this bank will be replaced
                                                       or refunded in the event it is lost, misplaced or stolen.

            TIMOTHY LAROCCA                             AUTHORIZED SIGNATURE

⑈"0001206445" ⑆022304030⑆ 609900056⑈

Back Image

Canandaigua 022303659 A23 TRUST
ASF 05 ENDORSE GUAR 022303659 >3659  13<
4/13/2023
16:36:41
TMID 20201032359797

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

ENDORSE HERE

Image # 851534321039850

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

1207263

COMMENT: DISCOVER REIMBURSEMENT

REMITTER: KRM EVENTS LLC

DATE 4/21/23

60-492/223

PAY
TO THE
ORDER OF

EXACTLY **17,900 AND 00/100 DOLLARS

******17,900.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TIMOTHY LAROCCA

⑆000⑈207263⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 23 TRUST
A&P 07 ENDORSE GUAR 022303659 >3659   21<
4/21/2023
09:39:49
TMID 20201112334785

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Image # 851934321033490

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

**Cashier's Check**

1207794

COMMENT:   CREDIT CARD REIMBURSEMENT

REMITTER:   KRM EVENTS LLC

DATE   4/27/23

50-403/723

**PAY**
**TO THE**
**ORDER OF**

EXACTLY **18,900 AND 00/100 DOLLARS

TIMOTHY LAROCCA

******18,900.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈000 1 207794⑈  ⑆02 2304030⑆  609900056⑈

Back Image



Canandaigua 022303659 23 TRUST
ABA 02... ENDORSE GUAR 022303659 >3659   27<
4/27/2023
09:41:44
TMID 20191172334896

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

ENDORSE HERE
X

Image # 852934321042940

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**     1208545

Five Star Bank
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  DISCOVER REIMBURSEMENT
REMITTER:  KRM EVENTS LLC

DATE  5/05/23    50-403/723

PAY
TO THE
ORDER OF        EXACTLY **18,800 AND 00/100 DOLLARS

TIM LAROCCA

******18,800.00
The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈0001208545⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 A 23 TRUST
ABS OF ENDORSE GUAR 022303659 >3659  05<
5/5/2023
10:21:33
TMID 20191252337289

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

X

ENDORSE HERE

Image # 853634321049940

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

Five Star Bank
Warsaw, NY 14569

**Cashier's Check**

1209129

COMMENT: DISCOVER REIMBURSEMENT
REMITTER: KRM EVENTS LLC          DATE  5/12/23        50-403/223

PAY
TO THE
ORDER OF     EXACTLY **18,800 AND 00/100 DOLLARS

*****18,800.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TIM LAROCCA

⑈000120912⑈ ⑈022304030⑈ 609900056⑈

Back Image



Canandaigua 022303659 >23 TRUST
ABS ENDORSE GUAR 022303659 >3659  12<
5/12/2023
09:15:31
TMID 20231322333328

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

**Image # 854334321044700**

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

**Five Star Bank**
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:  DISCOVER REIMBURSEMENT

REMITTER:  KRM EVENTS LLC

DATE  5/19/23

**1209704**

50-483/723

**PAY**
**TO THE**
**ORDER OF**

EXACTLY **18,800 AND 00/100 DOLLARS

TIM LAROCCA

******18,800.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈000120970⑈ ⑆0223040300⑆ 60990005⑈

Back Image



Canandaigua 022303659 23 TRUST
ABS 187 ENDORSE GUAR 022303659 >3659  19<
5/19/2023
10:08:01
TMID 20231392336477

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

for
deposit only

**Image # 855134321046750**

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**       1210223

**Five Star Bank**
Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB OR AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT:   DISCOVER REIMBURSEMENT .

REMITTER:   KRM EVENTS LLC       DATE   5/26/23       50-403/223

**PAY**
**TO THE**       EXACTLY **18,800 AND 00/100 DOLLARS       ******18,800.00
**ORDER OF**

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TIM LAROCCA

⑈000121022311⑈ ⑈022304030⑈ 60990005611⑈

Back Image

Canandaigua 022303659 A23 TRUST
ABC ENDORSE GUAR 022303659 >3659   26<
5/26/2023
09:31:31
TMID 20221462334287

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

for
deposit only

# Five Star Bank-Warsaw NY

THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

Cashier's Check 1211241

COMMENT: DISCOVER REIMBURSEMENT
REMITTER: KATHERINE'S ON MONROE LLC DATE 6/07/23 50 403/223

PAY TO THE ORDER OF EXACTLY **18,489 AND 36/100 DOLLARS ******18,489.36

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

TIM LAROCCA

AUTHORIZED SIGNATURE

⑈0001211241⑈ ⑆022304030⑆ 609900056⑈

Check: 1211241 Amount: $18,489.36 Date: 6/8/2023
Run: 1000, Batch: 6, Seq: 408, Source: C21-FromFed

ENDORSE HERE
X
Deposit Only

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CANANDAIGUA NATIONAL BANK AND TRUST
ABS OF ENDORSE GUAR 022303659 >3659 07<

Canandaigua 022303659 23
6/7/2023
09:41:56
TMID 20201582334912

Check: 1211241 Amount: $18,489.36 Date: 6/8/2023
Run: 1000, Batch: 6, Seq: 408, Source: C21-FromFed

Image # 857834321038090

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check** 1212638

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE, COLOR WILL DISAPPEAR & THEN REAPPEAR.

Five Star Bank
Warsaw, NY 14569

COMMENT: DISCOVER REIMBURSEMENT
REMITTER: KRM EVENTS

DATE 6/23/23

50-403/223

PAY
TO THE
ORDER OF     EXACTLY **18,800 AND 00/100 DOLLARS

******18,800.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

TIM LAROCCA

⑈"0001212638⑈" ⑉:022304030⑊: 609900056⑈"

Back Image



Canandaigua 022303659 23 TRUST
ABS OF ENDORSE GUAR 022303659 >3659  23<
6/23/2023
09:46:22
TMID 20191742335175

ENDORSE HERE
X
Deposit Only
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Image # 858734321085570

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR

Five Star Bank
Warsaw, NY 14569

1213356

COMMENT: DISCOVER REIMBURSEMENT
REMITTER: KRM MONROES

DATE 6/30/23

50-403/223

PAY
TO THE
ORDER OF

EXACTLY **17,800 AND 00/100 DOLLARS

TIM LAROCCA

******17,800.00

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈"0001213356⑈" ⑆022304030⑆ 609900056⑈"

Back Image



Canandaigua 022303659 23 TRUST
ABS OR ENDORSE GUAR 022303659 >3659   03<
7/1/2023
12:11:10
TMID 20191822343867

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposit Only

FIVE STAR BANK          IMAGE SNAPSHOT  04/19/2024  401PM              PAGE  1



| | Date | 7/25/23 | Ck# | 1215167 | Amt | 19,241.00 |



| | Date | 7/25/23 | Ck# | 1215167 | Amt | 19,241.00 |

Image # 862034321037930

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**     1216309

Five Star Bank   Warsaw, NY 14569

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: DISCOVER REIMBURSEMENT

REMITTER: MONROES AT RIDGEMONT    DATE   8/04/23    50-403/223

PAY
TO THE ORDER OF    EXACTLY **18,800 AND 00/100 DOLLARS

TIM LAROCCA

******18,800.00

The purchase of an Indemnity Bond may be required before any Cashier's Check of this bank will be replaced or refunded in the event it is lost, misplaced or stolen.

AUTHORIZED SIGNATURE

⑈000126309⑈ ⑆0 2230403 0⑈ 609900056⑈

Back Image



Canandaigua 022303659 23 TRUST
8/4/2023 ENDORSE GUAR 022303659 >3659   04<
09:36:52
TMID 20222162334608

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X

Image # 863434321036450

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

**Cashier's Check**

Five Star Bank
Warsaw, NY 14569

1217491

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE. COLOR WILL DISAPPEAR & THEN REAPPEAR.

COMMENT: DISCOVER/SYSCO

REMITTER: MONROES AT RIDGEMONT LLC          DATE   8/18/23          50-423/223

**PAY
TO THE
ORDER OF**          EXACTLY **18,853 AND 27/100 DOLLARS

\*\*\*\*\*\*18,853.27

The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced
or refunded in the event it is lost, misplaced or stolen.

TIM LARROCA

AUTHORIZED SIGNATURE

⑈0001217491⑈ ⑉022304030⑈ 609900056⑈

Back Image

Canandaigua 022303659 23
ABA 187 ENDORSE GUAR 022303659 >3659   18<
8/18/2023
10:10:52
TMID 20242302336648

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

for
deposit only

4/19/2024 1:53 PM

Page 1

Image # 864134321035120

Front Image



THIS DOCUMENT CONTAINS VISIBLE AND INVISIBLE FIBERS, CHEMICALLY REACTIVE PAPER, A VOID PANTOGRAPH AND A TRUE WATERMARK

TO VERIFY AUTHENTICITY OF THIS CHECK, RUB ON AREA
ABOVE; COLOR WILL DISAPPEAR & THEN REAPPEAR.

**Five Star Bank**
Warsaw, NY 14569

**Cashier's Check**   1218060

COMMENT: DISCOVER/SYSCO REIMBURSEMENT

REMITTER: MONROES AT RIDGEMONT LLC       DATE   8/25/23       50-403/223

PAY
TO THE   EXACTLY **17,800 AND 00/100 DOLLARS
ORDER OF

******17,800.00
The purchase of an Indemnity Bond may be required
before any Cashier's Check of this bank will be replaced,
or refunded in the event it is lost, misplaced or stolen.

TIMOTHY LAROCCA

AUTHORIZED SIGNATURE

⑈000121806011⑈ ⑆022304030⑆ 609900056⑈

Back Image



Canandaigua 022303659 23 TRUST
ABS OF ENDORSE GUAR 022303659 >3659   25<
8/25/2023
10:31:26
TMID 20212372337883

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X

Deposit Only