# Exhibit G

| Account Number | Posted Date | Check # | Transaction Description | Transaction Notes | Check Payor | Check Payee | Transaction Amount | Account Balance |
|---|---|---|---|---|---|---|---|---|
| 0529 | 2/23/2024 | 7030 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | KRM Wintergarden | $ (498,000.00) | $ 29,794.74 |
| 0529 | 2/23/2024 | 7029 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | KRM Wintergarden | $ (500,000.00) | $ 527,794.74 |
| 0529 | 2/23/2024 | 7028 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | KNC | $ (498,000.00) | $ 1,027,794.74 |
| 0529 | 2/23/2024 | 7027 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | KNC | $ (500,000.00) | $ 1,525,794.74 |
| 0529 | 2/23/2024 | 7018 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | Kathy <indiscernible> | $ (492,000.00) | $ 2,025,794.74 |
| 0529 | 2/23/2024 | 7017 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | Kathy <indiscernible> | $ (500,000.00) | $ 2,517,794.74 |
| 0529 | 2/23/2024 | 7016 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | Divinity | $ (498,000.00) | $ 3,017,794.74 |
| 0529 | 2/23/2024 | 7015 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | Divinity | $ (500,000.00) | $ 3,515,794.74 |
| 0529 | 2/23/2024 | 7033 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KNC Elegance LLC | KRM "Monroe" | $ 995,000.00 | $ 4,015,794.74 |
| 0529 | 2/23/2024 | 7032 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | The Divinity Estate and Chapel LLC | KRM "Monroe" | $ 995,000.00 | $ 3,020,794.74 |
| 0529 | 2/23/2024 | 7034 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | Katherine's on Monroe LLC | KRM "Monroe" | $ 995,000.00 | $ 2,025,794.74 |
| 0529 | 2/23/2024 | 7030 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | KRM "Monroe" | $ 995,000.00 | $ 1,030,794.74 |
| 0529 | 2/23/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ 9,062.00 | $ 35,794.74 |
| 0529 | 2/23/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ 4,748.98 | $ 26,732.74 |
| 0529 | 2/23/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ 1,996.02 | $ 21,983.76 |
| 0529 | 2/23/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ 8.64 | $ 19,987.74 |
| 0545 | 2/23/2024 | 7030 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | Divinity | $ (496,000.00) | $ 8,012.09 |
| 0545 | 2/23/2024 | 7029 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | Divinity | $ (500,000.00) | $ 504,012.09 |
| 0545 | 2/23/2024 | 7028 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | Kathy <indiscernible> | $ (498,000.00) | $ 1,004,012.09 |
| 0545 | 2/23/2024 | 7027 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | Kathy <indiscernible> | $ (500,000.00) | $ 1,502,012.09 |
| 0545 | 2/23/2024 | 7025 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | Divinity | $ (498,000.00) | $ 2,002,012.09 |
| 0545 | 2/23/2024 | 7024 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | Divinity | $ (500,000.00) | $ 2,500,012.09 |
| 0545 | 2/23/2024 | 7018 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | Kathy <indiscernible> | $ (496,000.00) | $ 3,000,012.09 |
| 0545 | 2/23/2024 | 7017 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KRM Events LLC | Kathy <indiscernible> | $ (500,000.00) | $ 3,496,012.09 |
| 0545 | 2/23/2024 | 7031 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | KRM <indiscernible> | $ 998,000.00 | $ 3,996,012.09 |
| 0545 | 2/23/2024 | 7029 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | KRM Wintergarden | $ 998,000.00 | $ 2,998,012.09 |
| 0545 | 2/23/2024 | 7035 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KNC Elegance LLC | KRM Wintergarden | $ 996,000.00 | $ 2,000,012.09 |
| 0545 | 2/23/2024 | 7034 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | The Divinity Estate and Chapel LLC | KRM Wintergarden | $ 996,000.00 | $ 1,004,012.09 |
| 0545 | 2/23/2024 | | ACH Deposit | Merchant credit (Heartland Payment Systems), CCD transaction | | | $ 1,962.65 | $ 8,012.09 |
| 0588 | 2/23/2024 | 7026 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KNC Elegance LLC | Divinity | $ (498,000.00) | $ 25,310.23 |
| 0588 | 2/23/2024 | 7025 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KNC Elegance LLC | Divinity | $ (500,000.00) | $ 523,310.23 |
| 0588 | 2/23/2024 | 7024 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KNC Elegance LLC | Kathy <indiscernible> | $ (498,000.00) | $ 1,023,310.23 |
| 0588 | 2/23/2024 | 7023 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KNC Elegance LLC | Kathy <indiscernible> | $ (500,000.00) | $ 1,521,310.23 |
| 0588 | 2/23/2024 | 7020 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KNC Elegance LLC | KRM Wintergarden | $ (495,000.00) | $ 2,021,310.23 |
| 0588 | 2/23/2024 | 7019 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KNC Elegance LLC | KRM Wintergarden | $ (500,000.00) | $ 2,516,310.23 |
| 0588 | 2/23/2024 | 7018 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KNC Elegance LLC | KRM "Monroe" | $ (496,000.00) | $ 3,016,310.23 |
| 0588 | 2/23/2024 | 7017 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | KNC Elegance LLC | KRM "Monroe" | $ (500,000.00) | $ 3,512,310.23 |
| 0588 | 2/23/2024 | | ACH Withdrawal | Payment to "24Pull KNCAlliance Payroll", CCD transaction | | | $ (19,021.05) | $ 4,012,310.23 |
| 0588 | 2/23/2024 | | ACH Withdrawal | Tax payment to NYS, CCD transaction | | | $ (869.42) | $ 4,031,331.28 |
| 0588 | 2/23/2024 | | ACH Withdrawal | Payment to "FintechEFTEmpire Merchants 81-3954156", CCD transactions | | | $ (180.00) | $ 4,032,200.70 |
| 0588 | 2/23/2024 | 7028 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | KNC | $ 996,000.00 | $ 4,032,380.70 |
| 0588 | 2/23/2024 | 7034 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KNC Elegance LLC | KNC | $ 996,000.00 | $ 3,036,380.70 |
| 0588 | 2/23/2024 | 7033 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | The Divinity Estate and Chapel LLC | KNC | $ 996,000.00 | $ 2,040,380.70 |
| 0588 | 2/23/2024 | 7035 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | Katherine's on Monroe LLC | KNC | $ 995,000.00 | $ 1,044,380.70 |
| 0588 | 2/23/2024 | | Internal Transfer - Credit | From Checking XX3740 (KRM Events - MMKT) to Checking XX0588 (KNC Elegance) - Funds Transfer via | | | $ 25,000.00 | $ 49,380.70 |
| 0596 | 2/23/2024 | 7026 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | Katherine's on Monroe LLC | KNC | $ (498,000.00) | $ 26,275.11 |
| 0596 | 2/23/2024 | 7025 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | Katherine's on Monroe LLC | KNC | $ (500,000.00) | $ 524,275.11 |
| 0596 | 2/23/2024 | 7024 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | Katherine's on Monroe LLC | KRM Wintergarden | $ (490,000.00) | $ 1,024,275.11 |

| Acct | Date | Check # | Type | Description | Payor | Memo | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 0596 | 2/23/2024 | 7023 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | Katherine's on Monroe LLC | KRM Wintergarden | $ | (500,000.00) | $ 1,514,275.11 |
| 0596 | 2/23/2024 | 7020 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | Katherine's on Monroe LLC | KRM "Monroe" | $ | (498,000.00) | $ 2,014,275.11 |
| 0596 | 2/23/2024 | 7019 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | Katherine's on Monroe LLC | KRM "Monroe" | $ | (500,000.00) | $ 2,512,275.11 |
| 0596 | 2/23/2024 | 7018 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | Katherine's on Monroe LLC | KNC | $ | (495,000.00) | $ 3,012,275.11 |
| 0596 | 2/23/2024 | 7017 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | Katherine's on Monroe LLC | KNC | $ | (500,000.00) | $ 3,507,275.11 |
| 0596 | 2/23/2024 | 7016 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | Katherine's on Monroe LLC | KRM "Monroe" | $ | (490,000.00) | $ 4,007,275.11 |
| 0596 | 2/23/2024 | 7015 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | Katherine's on Monroe LLC | KRM "Monroe" | $ | (500,000.00) | $ 4,497,275.11 |
| 0596 | 2/23/2024 | 100 | Check Negotiation | Check drawn on FSB for cash | Katherine's on Monroe LLC | Cash | $ | (2,500.00) | $ 4,997,275.11 |
| 0596 | 2/23/2024 | | ACH Withdrawal | Payment to "24Pull MONAlliance Payroll", CCD transaction | | | $ | (38,058.92) | $ 4,999,775.11 |
| 0596 | 2/23/2024 | | ACH Withdrawal | Payments to "WEB PMTS  PL*BuckinghamPro", WEB transactions | | | $ | (16,043.57) | $ 5,037,834.03 |
| 0596 | 2/23/2024 | | ACH Withdrawal | Tax payment to NYS, CCD transaction | | | $ | (2,024.76) | $ 5,053,877.60 |
| 0596 | 2/23/2024 | 7032 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KNC Elegance LLC | Katherines | $ | 996,000.00 | $ 5,055,902.36 |
| 0596 | 2/23/2024 | 7026 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | Katherines | $ | 996,000.00 | $ 4,059,902.36 |
| 0596 | 2/23/2024 | 7030 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | Katherines | $ | 996,000.00 | $ 3,063,902.36 |
| 0596 | 2/23/2024 | 7033 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | Katherine's on Monroe LLC | Katherines | $ | 992,000.00 | $ 2,067,902.36 |
| 0596 | 2/23/2024 | 7029 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | Katherines | $ | 992,000.00 | $ 1,075,902.36 |
| 0596 | 2/23/2024 | | Internal Transfer - Credit | From Checking XX3635 (KRM Events - MMKT) to Checking XX0596 (Katherine's on Monroe) - Funds Transfer via Digital Banking | | | $ | 25,000.00 | $ 83,902.36 |
| 0618 | 2/23/2024 | 7022 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | The Divinity Estate and Chapel LLC | KNC | $ | (500,000.00) | $ 2,996.91 |
| 0618 | 2/23/2024 | 7021 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | The Divinity Estate and Chapel LLC | KNC | $ | (498,000.00) | $ 502,996.91 |
| 0618 | 2/23/2024 | 7020 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | The Divinity Estate and Chapel LLC | KRM Wintergarden | $ | (498,000.00) | $ 1,000,996.91 |
| 0618 | 2/23/2024 | 7019 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | The Divinity Estate and Chapel LLC | KRM Wintergarden | $ | (500,000.00) | $ 1,498,996.91 |
| 0618 | 2/23/2024 | 7016 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | The Divinity Estate and Chapel LLC | KRM "Monroe" | $ | (498,000.00) | $ 1,998,996.91 |
| 0618 | 2/23/2024 | 7015 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | The Divinity Estate and Chapel LLC | KRM "Monroe" | $ | (500,000.00) | $ 2,496,996.91 |
| 0618 | 2/23/2024 | 6295 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | The Divinity Estate and Chapel LLC | KRM "Monroe" | $ | (496,000.00) | $ 2,996,996.91 |
| 0618 | 2/23/2024 | 6294 | Check Negotiation | Check drawn on FSB and deposited at Kinecta FCU. Check was stamped 2/22/24 at 1:06pm, hit the acct on 2/23/24 | The Divinity Estate and Chapel LLC | KRM "Monroe" | $ | (500,000.00) | $ 3,492,996.91 |
| 0618 | 2/23/2024 | 7028 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | Divinity | $ | 996,000.00 | $ 3,992,996.91 |
| 0618 | 2/23/2024 | 7032 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | Katherine's on Monroe LLC | Divinity | $ | 996,000.00 | $ 2,996,996.91 |
| 0618 | 2/23/2024 | 7035 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | The Divinity Estate and Chapel LLC | Divinity | $ | 996,000.00 | $ 2,000,996.91 |
| 0618 | 2/23/2024 | 7031 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | Divinity | $ | 996,000.00 | $ 1,004,996.91 |
| 0618 | 2/23/2024 | | Internal Transfer - Credit | From Checking XX3651 (The Divinity Estate and Chapel - MMKT) to Checking XX0618 (The Divinity Estate and Chapel) - Funds Transfer via | | | $ | 5,000.00 | $ 8,996.91 |
| 0529 | 2/26/2024 | | ACH Withdrawal | AMEX Payment | | | $ | (26,352.54) | $ 4,107,981.71 |
| 0529 | 2/26/2024 | 6080 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | KRM "Monroe" | $ | 995,000.00 | $ 4,134,334.25 |
| 0529 | 2/26/2024 | 7003 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | Katherine's on Monroe LLC | KRM "Monroe" | $ | 995,000.00 | $ 3,139,334.25 |
| 0529 | 2/26/2024 | 6085 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | KRM "Monroe" | $ | 995,000.00 | $ 2,144,334.25 |
| 0529 | 2/26/2024 | 7034 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | KRM "Monroe" | $ | 995,000.00 | $ 1,149,334.25 |
| 0529 | 2/26/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ | 31,408.78 | $ 154,334.25 |
| 0529 | 2/26/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ | 30,317.25 | $ 122,925.47 |
| 0529 | 2/26/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ | 21,238.43 | $ 92,608.22 |
| 0529 | 2/26/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ | 17,800.00 | $ 71,369.79 |
| 0529 | 2/26/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ | 17,755.74 | $ 53,569.79 |
| 0529 | 2/26/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ | 5,988.67 | $ 35,814.05 |
| 0529 | 2/26/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ | 30.64 | $ 29,825.38 |
| 0545 | 2/26/2024 | 7035 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | KRM Wintergarden | $ | 998,000.00 | $ 4,007,151.32 |
| 0545 | 2/26/2024 | 7033 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | KRM Wintergarden | $ | 998,000.00 | $ 3,009,151.32 |
| 0545 | 2/26/2024 | 7027 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | Katherine's on Monroe LLC | KRM Wintergarden | $ | 996,000.00 | $ 2,011,151.32 |
| 0545 | 2/26/2024 | 6093 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | The Divinity Estate and Chapel LLC | KRM Wintergarden | $ | 996,000.00 | $ 1,015,151.32 |
| 0545 | 2/26/2024 | | ACH Deposit | Merchant credit (Heartland Payment Systems), CCD transaction | | | $ | 1,139.23 | $ 19,151.32 |
| 0545 | 2/26/2024 | | Internal Transfer - Credit | From Checking XX3740 (KRM Events - MMKT) to Checking XX0545 (KRM Events) - Funds Transfer via Digital Banking | | | $ | 10,000.00 | $ 18,012.09 |

| Acct | Date | Check # | Type | Description | Payee/From | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 0588 | 2/26/2024 | | ACH Withdrawal | Tax payment to Federal Government, CCD transactions | | | $ (5,912.01) | $ 4,002,007.82 |
| 0588 | 2/26/2024 | | ACH Withdrawal | Payment to "Employers Insura", WEB transaction | | | $ (173.40) | $ 4,007,919.83 |
| 0588 | 2/26/2024 | | ACH Withdrawal | Payment to "FintechEFTLake Beverage Co 81-3954156", CCD transaction | | | $ (109.00) | $ 4,008,093.23 |
| 0588 | 2/26/2024 | | ACH Withdrawal | Payment to "PayrollFeeAlliance Payroll 193958", CCD transaction | | | $ (108.00) | $ 4,008,202.23 |
| 0588 | 2/26/2024 | 6085 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KNC Elegance LLC | KNC | $ 996,000.00 | $ 4,008,310.23 |
| 0588 | 2/26/2024 | 7007 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | KNC | $ 996,000.00 | $ 3,012,310.23 |
| 0588 | 2/26/2024 | 7032 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | KNC | $ 996,000.00 | $ 2,016,310.23 |
| 0588 | 2/26/2024 | 6081 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | KNC | $ 995,000.00 | $ 1,020,310.23 |
| 0596 | 2/26/2024 | | ACH Withdrawal | Tax payment to Federal Gov, CCD transaction | | | $ (17,630.15) | $ 4,989,792.53 |
| 0596 | 2/26/2024 | | ACH Withdrawal | Payment to "Employers Insura", WEB transaction | | | $ (546.43) | $ 5,007,422.68 |
| 0596 | 2/26/2024 | | ACH Withdrawal | Payment to "PayrollFeeAlliance Payroll 193951", CCD transaction | | | $ (194.00) | $ 5,007,969.11 |
| 0596 | 2/26/2024 | | ACH Withdrawal | Payment to "FintechEFTT.J. Sheehan Dis 27-3598234", CCD transaction | | | $ (112.00) | $ 5,008,163.11 |
| 0596 | 2/26/2024 | 7000 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | Katherine's on Monroe LLC | Katherines | $ 996,000.00 | $ 5,008,275.11 |
| 0596 | 2/26/2024 | 7023 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KNC Elegance LLC | Katherines | $ 996,000.00 | $ 4,012,275.11 |
| 0596 | 2/26/2024 | 7034 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | Katherines | $ 996,000.00 | $ 3,016,275.11 |
| 0596 | 2/26/2024 | 7027 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | Katherines | $ 992,000.00 | $ 2,020,275.11 |
| 0596 | 2/26/2024 | 7033 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | Katherines | $ 992,000.00 | $ 1,028,275.11 |
| 0596 | 2/26/2024 | | Internal Transfer - Credit | From Checking XX3635 (KRM Events - MMKT) to Checking XX0596 (Katherine's on Monroe) - Funds Transfer via Digital Banking | | | $ 10,000.00 | $ 36,275.11 |
| 0618 | 2/26/2024 | 6089 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | The Divinity Estate and Chapel LLC | Divinity | $ 996,000.00 | $ 3,996,996.91 |
| 0618 | 2/26/2024 | 6077 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | Divinity | $ 996,000.00 | $ 3,000,996.91 |
| 0618 | 2/26/2024 | 7035 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | Divinity | $ 996,000.00 | $ 2,004,996.91 |
| 0618 | 2/26/2024 | 7032 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | KRM Events LLC | Divinity | $ 996,000.00 | $ 1,008,996.91 |
| 0618 | 2/26/2024 | | Internal Transfer - Credit | From Checking XX3651 (The Divinity Estate and Chapel - MMKT) to Checking XX0618 (The Divinity Estate and Chapel) - Funds Transfer via | | | $ 10,000.00 | $ 12,996.91 |
| 0529 | 2/27/2024 | | Internal Transfer - Debit | From Checking XX0529 (KRM Events) to Checking XX0596 (Katherine's on Monroe) - Funds Transfer via Digital Banking | | | $ (45,000.00) | $ 4,076,976.55 |
| 0529 | 2/27/2024 | | Internal Transfer - Debit | From Checking XX0529 (KRM Events) to Checking XX0634 (NAF Remodeling LLC) - Funds Transfer via Digital Banking | | | $ (15,000.00) | $ 4,121,976.55 |
| 0529 | 2/27/2024 | 488277 | Check Deposit | Cashier's check drawn on Kinecta FCU deposited at FSB | Kinecta FCU | KRM Events Monroes | $ 17,484.17 | $ 4,136,976.55 |
| 0529 | 2/27/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ 6,803.23 | $ 4,119,492.38 |
| 0529 | 2/27/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ 4,707.44 | $ 4,112,689.15 |
| 0545 | 2/27/2024 | | ACH Deposit | Merchant credit (Heartland Payment Systems), CCD transaction | | | $ 1,505.97 | $ 4,008,657.29 |
| 0588 | 2/27/2024 | 488282 | Check Deposit | Cashier's check drawn on Kinecta FCU deposited at FSB | Kinecta FCU | KNC Elegance LLC | $ 11,713.80 | $ 4,081,234.77 |
| 0588 | 2/27/2024 | 488278 | Check Deposit | Cashier's check drawn on Kinecta FCU deposited at FSB | Kinecta FCU | KRM Events Wintergard | $ 7,513.15 | $ 4,069,520.97 |
| 0588 | 2/27/2024 | | Internal Transfer - Credit | From Checking XX3740 (KRM Events - MMKT) to Checking XX0588 (KNC Elegance) - Funds Transfer via Digital Banking | | | $ 60,000.00 | $ 4,062,007.82 |
| 0596 | 2/27/2024 | | Check Deposit | Cashier's check drawn on Kinecta FCU deposited at FSB | Kinecta FCU | Katherine's on Monroe L | $ 8,478.21 | $ 5,068,270.74 |
| 0596 | 2/27/2024 | | Internal Transfer - Credit | From Checking XX0529 (KRM Events) to Checking XX0596 (Katherine's on Monroe) - Funds Transfer via Digital Banking | | | $ 45,000.00 | $ 5,059,792.53 |
| 0596 | 2/27/2024 | | Internal Transfer - Credit | From Checking XX3635 (KRM Events - MMKT) to Checking XX0596 (Katherine's on Monroe) - Funds Transfer via Digital Banking | | | $ 25,000.00 | $ 5,014,792.53 |
| 0618 | 2/27/2024 | | ACH Withdrawal | Payment to "PACERPYRLCTHE HARTFORD 01WECAT4FKR", CCD transaction | | | $ (99.65) | $ 4,024,660.05 |
| 0618 | 2/27/2024 | 488279 | Check Deposit | Cashier's check drawn on Kinecta FCU deposited at FSB | Kinecta FCU | The Divinity Estate and C | $ 12,762.79 | $ 4,024,759.70 |
| 0618 | 2/27/2024 | | Internal Transfer - Credit | From Checking XX3651 (The Divinity Estate and Chapel - MMKT) to Checking XX0618 (The Divinity Estate and Chapel) - Funds Transfer via | | | $ 15,000.00 | $ 4,011,996.91 |
| 0529 | 2/28/2024 | | Check Chargeback Fee | | | | $ (40.00) | $ 27,275.76 |
| 0529 | 2/28/2024 | | Check Chargebacks | Chargeback of checks deposited on 2/23/24 | | | $ (3,980,000.00) | $ 27,315.76 |
| 0529 | 2/28/2024 | | Internal Transfer - Debit | From Checking XX0529 to Checking XX3635 - Funds Transfer via | | | $ (75,000.00) | $ 4,007,315.76 |
| 0529 | 2/28/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ 3,074.87 | $ 4,082,315.76 |

| Acct | Date | Check# | Type | Description | Payee/Drawer | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|
| 0529 | 2/28/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ 1,738.50 | $ 4,079,240.89 |
| 0529 | 2/28/2024 | | ACH Deposit | Merchant credit (Electronic Merchant Systems), CCD transaction | | | $ 525.84 | $ 4,077,502.39 |
| 0545 | 2/28/2024 | | Check Chargeback Fee | | | | $ (40.00) | $ 25,077.91 |
| 0545 | 2/28/2024 | | Check Chargebacks | Chargeback of checks deposited on 2/23/24 | | | $ (3,988,000.00) | $ 25,117.91 |
| 0545 | 2/28/2024 | | ACH Deposit | Merchant credit (Heartland Payment Systems), CCD transaction | | | $ 4,460.62 | $ 4,013,117.91 |
| 0588 | 2/28/2024 | | Check Chargeback Fee | | | | $ (40.00) | $ 98,194.77 |
| 0588 | 2/28/2024 | | Check Chargebacks | Chargeback of checks deposited on 2/23/24 | | | $ (3,983,000.00) | $ 98,234.77 |
| 0596 | 2/28/2024 | | Check Chargeback Fee | | | | $ (50.00) | $ 96,220.74 |
| 0596 | 2/28/2024 | | Check Chargebacks | Chargeback of checks deposited on 2/23/24 | | | $ (4,972,000.00) | $ 96,270.74 |
| 0618 | 2/28/2024 | | ACH Withdrawal | Payment to "DPatterDIVAlliance Payroll", CCD transaction | | | $ (105.71) | $ 40,514.34 |
| 0618 | 2/28/2024 | | Check Chargeback Fee | | | | $ (40.00) | $ 40,620.05 |
| 0618 | 2/28/2024 | | Check Chargebacks | Chargeback of checks deposited on 2/23/24 | | | $ (3,984,000.00) | $ 40,660.05 |
| 0529 | 2/29/2024 | | Check Chargeback Fee | | | | $ (40.00) | $ 27,235.76 |
| 0529 | 2/29/2024 | | Check Chargebacks | Chargeback of checks deposited on 2/28/24 | | | $ (3,980,000.00) | $ 27,275.76 |
| 0529 | 2/29/2024 | 6011 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | KRM "Monroe" | $ 995,000.00 | $ 4,007,275.76 |
| 0529 | 2/29/2024 | 6010 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | KRM "Monroe" | $ 995,000.00 | $ 3,012,275.76 |
| 0529 | 2/29/2024 | 6009 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | KRM "Monroe" | $ 995,000.00 | $ 2,017,275.76 |
| 0529 | 2/29/2024 | 6008 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | KRM "Monroe" | $ 995,000.00 | $ 1,022,275.76 |
| 0545 | 2/29/2024 | | Check Chargeback Fee | | | | $ (40.00) | $ 27,654.10 |
| 0545 | 2/29/2024 | | Check Chargebacks | Chargeback of checks deposited on 2/28/24 | | | $ (3,988,000.00) | $ 27,694.10 |
| 0545 | 2/29/2024 | 6005 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | KRM Wintergarden | $ 998,000.00 | $ 4,015,694.10 |
| 0545 | 2/29/2024 | 6004 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | KRM Wintergarden | $ 998,000.00 | $ 3,017,694.10 |
| 0545 | 2/29/2024 | 6007 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | KRM Wintergarden | $ 996,000.00 | $ 2,019,694.10 |
| 0545 | 2/29/2024 | 6006 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | KRM Wintergarden | $ 996,000.00 | $ 1,023,694.10 |
| 0545 | 2/29/2024 | | ACH Deposit | Merchant credit (Heartland Payment Systems), CCD transaction | | | $ 2,616.19 | $ 27,694.10 |
| 0588 | 2/29/2024 | | Check Chargeback Fee | | | | $ (40.00) | $ 98,154.77 |
| 0588 | 2/29/2024 | | Check Chargebacks | Chargeback of checks deposited on 2/28/24 | | | $ (3,983,000.00) | $ 98,194.77 |
| 0588 | 2/29/2024 | 6042 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | KNC | $ 996,000.00 | $ 4,081,194.77 |
| 0588 | 2/29/2024 | 6043 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | KNC | $ 996,000.00 | $ 3,085,194.77 |
| 0588 | 2/29/2024 | 6044 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | KNC | $ 996,000.00 | $ 2,089,194.77 |
| 0588 | 2/29/2024 | 6045 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | KNC | $ 995,000.00 | $ 1,093,194.77 |
| 0596 | 2/29/2024 | | Check Chargeback Fee | | | | $ (50.00) | $ 96,170.74 |
| 0596 | 2/29/2024 | | Check Chargebacks | Chargeback of checks deposited on 2/28/24 | | | $ (4,972,000.00) | $ 96,220.74 |
| 0596 | 2/29/2024 | 6036 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | Monroes | $ 996,000.00 | $ 5,068,220.74 |
| 0596 | 2/29/2024 | 6001 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | Monroes | $ 996,000.00 | $ 4,072,220.74 |
| 0596 | 2/29/2024 | 6000 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | Monroes | $ 996,000.00 | $ 3,076,220.74 |
| 0596 | 2/29/2024 | 6003 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | Monroes | $ 992,000.00 | $ 2,080,220.74 |
| 0596 | 2/29/2024 | 6002 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | Monroes | $ 992,000.00 | $ 1,088,220.74 |
| 0618 | 2/29/2024 | | Check Chargeback Fee | | | | $ (40.00) | $ 40,474.34 |
| 0618 | 2/29/2024 | | Check Chargebacks | Chargeback of checks deposited on 2/28/24 | | | $ (3,984,000.00) | $ 40,514.34 |
| 0618 | 2/29/2024 | 6038 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | Divinity | $ 996,000.00 | $ 4,024,514.34 |
| 0618 | 2/29/2024 | 6039 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | Divinity | $ 996,000.00 | $ 3,028,514.34 |
| 0618 | 2/29/2024 | 6040 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | Divinity | $ 996,000.00 | $ 2,032,514.34 |
| 0618 | 2/29/2024 | 6041 | Check Deposit | Check drawn on Kinecta FCU deposited at FSB | 11 Wexford Glen LLC | Divinity | $ 996,000.00 | $ 1,036,514.34 |
| 0545 | 3/1/2024 | | ACH Deposit | Merchant credit (Heartland Payment Systems), CCD transaction | | | $ 1,789.50 | $ 29,443.60 |
| 0545 | 3/4/2024 | | ACH Deposit | Merchant credit (Heartland Payment Systems), CCD transaction | | | $ 1,348.79 | $ 30,792.39 |
| 0529 | 3/5/2024 | | Check Chargeback Fee | | | | $ (40.00) | $ (3,952,804.24) |
| 0529 | 3/5/2024 | | Check Chargebacks | Chargeback of checks deposited on 2/29/24 | | | $ (3,980,000.00) | $ (3,952,764.24) |
| 0545 | 3/5/2024 | | Check Chargeback Fee | | | | $ (40.00) | $ (3,956,157.29) |
| 0545 | 3/5/2024 | | Check Chargebacks | Chargeback of checks deposited on 2/29/24 | | | $ (3,988,000.00) | $ (3,956,117.29) |

| Acct | Date | Type | Description | | Amount | | Balance |
|---|---|---|---|---|---|---|---|
| 0545 | 3/5/2024 | ACH Deposit | Merchant credit (Heartland Payment Systems), CCD transaction | $ | 1,090.32 | $ | 31,882.71 |
| 0588 | 3/5/2024 | Check Chargeback Fee | | $ | (40.00) | $ | (3,884,885.23) |
| 0588 | 3/5/2024 | Check Chargebacks | Chargeback of checks deposited on 2/29/24 | $ | (3,983,000.00) | $ | (3,884,845.23) |
| 0596 | 3/5/2024 | Check Chargeback Fee | | $ | (50.00) | $ | (4,875,879.26) |
| 0596 | 3/5/2024 | Check Chargebacks | Chargeback of checks deposited on 2/29/24 | $ | (4,972,000.00) | $ | (4,875,829.26) |
| 0618 | 3/5/2024 | Check Chargeback Fee | | $ | (40.00) | $ | (3,943,565.66) |
| 0618 | 3/5/2024 | Check Chargebacks | Chargeback of checks deposited on 2/29/24 | $ | (3,984,000.00) | $ | (3,943,525.66) |
| 0529 | 3/6/2024 | Telephone Transfer Credit | BSA approved telephone transfer to partially offset losses from a related MMKT | $ | 470,562.65 | $ | (3,482,241.59) |
| 0545 | 3/6/2024 | ACH Deposit | Merchant credit (Heartland Payment Systems), CCD transaction | $ | 1,110.06 | $ | (3,296,768.54) |
| 0545 | 3/6/2024 | Telephone Transfer Credit | BSA approved telephone transfer to partially offset losses from a related MMKT | $ | 658,278.69 | $ | (3,297,878.60) |
| 0588 | 3/6/2024 | Telephone Transfer Credit | BSA approved telephone transfer to partially offset losses from a related MMKT | $ | 5,853.82 | $ | (3,879,031.41) |
| 0596 | 3/6/2024 | Telephone Transfer Credit | BSA approved telephone transfer to partially offset losses from a related MMKT | $ | 7,614.20 | $ | (4,868,265.06) |
| 0618 | 3/6/2024 | Telephone Transfer Credit | BSA approved telephone transfer to partially offset losses from a related MMKT | $ | 488,664.73 | $ | (3,454,900.93) |