UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIVE STAR BANK,<br>　　　　　　　　　　　　　*Plaintiff*,<br>　　　v.<br>KRM EVENTS, LLC; KATHERINE'S ON MONROE, LLC; THE DIVINITY ESTATE AND CHAPEL, LLC; KNC ELEGANCE, LLC; and KATHERINE MOTT, INDIVIDUALLY AND AS MANAGER OF KRM EVENTS, LLC; KATHERINE'S ON MONROE, LLC; THE DIVINITY ESTATE AND CHAPEL, LLC; KNC ELEGANCE, LLC; KRISTINA BOURNE; TAYLOR PAGANO; TIMOTHY LAROCCA<br>　　　　　　　　　　　　　*Defendants.* | CASE NO. 6:24-cv-06153<br><br>CIVIL ACTION<br><br>**STIPULATION** |

　　It is hereby stipulated by the attorneys for the respective parties that Mark A. Foti, the undersigned attorney for the Defendant Kristina Bourne, agrees to accept service of the Amended Complaint dated May 8, 2024 in the above-entitled action as of May 24, 2024, and Defendant Kristina Bourne shall answer the Amended Complaint on or before June 14, 2024.

**Dated:** May 28, 2024

**BARCLAY DAMON LLP**

By: _____
　　David G. Burch, Jr.
　　Sarah A. O'Brien
　　Benjamin R. Zakarin

*Attorneys for Plaintiff Five Star Bank*
One HSBC Plaza, 2000
100 Chestnut Street
Rochester, New York 14604
Telephone (315) 425-2716
dburch@barclaydamon.com
sobrien@barclaydamon.com
bzakarin@barclaydamon.com

**THE FOTI LAW FIRM, P.C.**

By: /s/ Mark A. Foti____
　　Mark A. Foti

*Attorney for Defendant Kristina Bourne*
16 W Main Street, Suite 100
Rochester, New York 14614
Phone: (585) 491-1999
mark@fotilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 28, 2024, I served the foregoing document on all counsel of record via the Court's ECF system.

David G. Burch, Jr.

29133011.1