UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIVE STAR BANK,<br><br>                            *Plaintiff*,<br>v.<br><br>KRM EVENTS, LLC; KATHERINE'S ON MONROE, LLC; THE DIVINITY ESTATE AND CHAPEL, LLC; KNC ELEGANCE, LLC; and KATHERINE MOTT, INDIVIDUALLY AND AS MANAGER OF KRM EVENTS, LLC; KATHERINE'S ON MONROE, LLC; THE DIVINITY ESTATE AND CHAPEL, LLC; KNC ELEGANCE, LLC; KRISTINA BOURNE; TAYLOR PAGANO; TIMOTHY LAROCCA<br><br>                            *Defendants*. | CASE NO. 6:24-cv-06153<br><br>CIVIL ACTION<br><br>**STIPULATION** |

      It is hereby stipulated by the attorneys for the respective parties that David C. Pilato, the undersigned attorney for the Defendant Timothy LaRocca, agrees to accept service of the Amended Complaint dated May 8, 2024 in the above-entitled action as of May 24, 2024, and Defendant Timothy LaRocca shall answer the Amended Complaint on or before June 14, 2024.

**Dated:** May 28, 2024

| | |
|---|---|
| **BARCLAY DAMON LLP**<br><br>By: _____<br>    David G. Burch, Jr.<br>    Sarah A. O'Brien<br>    Benjamin R. Zakarin<br><br>*Attorneys for Plaintiff Five Star Bank*<br>One HSBC Plaza, 2000<br>100 Chestnut Street<br>Rochester, New York 14604<br>Telephone (315) 425-2716<br>dburch@barclaydamon.com<br>sobrien@barclaydamon.com<br>bzakarin@barclaydamon.com | **PILATO LAW, PLLC**<br><br>By: */s/ David Pilato*<br>    David C. Pilato<br><br><br><br>*Attorney for Defendant Timothy LaRocca*<br>30 West Broad Street, Suite 100<br>Rochester, NY 14614<br>Telephone (585) 420-8560<br>david@pilatolaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 28, 2024, I served the foregoing document on all counsel of record via the Court's ECF system.

David G. Burch, Jr.