# EXHIBIT B

AJS Tax & Accounting Service

3550 Trails End Lane

Wheatfield, NY 14120

amysnowbergercpa@gmail.com

(716) 622-4756

May 29, 2024

Invoice 241

Mott Group
c/o Mark Kercher, CPA
5090 Old Goodrich Rd
Clarence, NY 14031

Professional services rendered for:

    Bookkeeping services for 5/3/24-5/29/24
     which includes setting up quickbooks
     and the chart of accounts, recording
     deposits and payments from each
     bank account, reconciling all bank
     accounts and preparing financial
     statements.

                89.50 hours x $65/hour =    $    5,817.50

    mileage incurred

                62.40 miles x $0.67/mile =    $    41.81

                                            $    5,859.31

AJS Tax & Accounting Service

May 29, 2024<br>Invoice 241

Hours worked by day:

| Date | Hours |
|---|---|
| 5/2/2024 | 3.75 |
| 5/4/2024 | 2.75 |
| 5/6/2024 | 0.25 |
| 5/7/2024 | 0.75 |
| 5/8/2024 | 9.50 |
| 5/10/2024 | 4.00 |
| 5/11/2024 | 2.75 |
| 5/13/2024 | 2.75 |
| 5/15/2024 | 2.00 |
| 5/16/2024 | 4.50 |
| 5/21/2024 | 6.00 |
| 5/23/2024 | 6.50 |
| 5/24/2024 | 4.25 |
| 5/25/2024 | 2.75 |
| 5/26/2024 | 5.75 |
| 5/27/2024 | 10.75 |
| 5/28/2024 | 12.25 |
| 5/29/2024 | 8.25 |
| **Total Hours** | **89.50** |

Miles driven

| Date | Miles |
|---|---|
| 5/2/2024 | 31.2 |
| 5/21/2024 | 31.2 |
| **Total Miles** | **62.4** |