UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FIVE STAR BANK

                      *Plaintiff*,

                      Case # 6:24-CV-6153-FPG

v.

                      ORDER

KATHERINE MOTT; ROBERT HARRIS; KRM EVENTS, LLC; KATHERINE'S ON MONROE, LLC; THE DIVINITY ESTATE AND CHAPEL, LLC; KNC ELEGANCE, LLC D/B/A THE WINTERGARDEN BY MONROES; 11 WEXFORD GLEN, LLC; RCC MONROES LLC; NAF REMODELING LLC; MONROES AT RIDGEMONT LLC CRESCENT BEACH AT THE LAKE LLC; MOTT MANAGEMENT LLC; KRISTINA BOURNE; TAYLOR PAGANO; TIMOTHY LAROCCA

                      *Defendants*.

On April 8, 2024, this Court appointed Mark R. Kercher, CPA (the "Receiver") to serve as receiver for the Defendant Entities in the above-captioned matter (the "Receiver Appointment Order"). ECF No. 39. Pursuant to the Receiver Appointment Order, the Receiver shall make an application to the Court for disbursement of all reasonable "costs, fees and expenses of the and those employed by him Receiver" incurred in connection with the performance of his duties. *Id.* at 2. Presently before this Court is the Receiver's first application for reasonable costs, fees and expenses ("Fee Application"). ECF No. 61.

WHEREAS, having considered the Receiver's Fee Application,

IT IS HEREBY ORDERED that the Fee Application is approved and that the Receiver is authorized to pay the following amounts for fees and expenses: approving (i) payment of compensation to the Receiver for the period April 8, 2024 through April 30, 2024 in the amount of **$29,925.00** on account of actual, reasonable and necessary services rendered under and pursuant to the Receiver Appointment Order by the Receiver, (ii) reimbursement to the Receiver of actual

and necessary costs and expenses in the amount of **$2,234.24** incurred by Receiver, and (iii) payment of compensation to Amy Snowberger, CPA for the period May, 2024 in the amounts of (x) **$5,817.50** on account of actual, reasonable and necessary services rendered for accounting and bookkeeping services to the receivership and (y) reimbursement of actual and necessary costs and expenses in the amount of **$41.81**.

IT IS SO ORDERED.
Dated: June 10, 2024
Rochester, New York

_____
HON. FRANK P. GERACI, JR.
United States District Court
Western District of New York