UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FIVE STAR BANK, | **STIPULATION EXTENDING TIME TO ANSWER OR MOVE** |
| Plaintiff, | |
| v. | Case No. 6:24-cv-06153-FPG |
| KATHERINE MOTT-FORMICOLA; ROBERT HARRIS; KRM EVENTS, LLC; KATHERINE'S ON MONROE, LLC; THE DIVINITY ESTATE AND CHAPEL, LLC; KNC ELEGANCE, LLC d/b/a THE WINTERGARDEN BY MONROES; 11 WEXFORD GLEN, LLC; RCC MONROES LLC; NAF REMODELING LLC; MONROES AT RIDGEMONT LLC; CRESCENT BEACH AT THE LAKE LLC; MOTT MANAGEMENT LLC; KRISTINA BOURNE; TAYLOR PAGANO; TIMOTHY LAROCCA, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiff Five Star Bank and Defendant Taylor Pagano that Defendant Taylor Pagano's time to answer or move with respect to the Amended Complaint is extended to June 28, 2024.

Dated: June 10, 2024

**BARCLAY DAMON LLP**

/s/ Sarah A. O'Brien
David G. Burch, Jr., Esq.
Sarah A. O'Brien, Esq.
Benjamin R. Zakarin, Esq.
*Attorneys for Plaintiff*
100 Chestnut Street
Rochester, New York 14604
(315) 425-2716
dburch@barclaydamon.com
sobrien@barclaydamon.com
bzakarin@barclaydamon.com

Dated: June 10, 2024

**BOND, SCHOENECK & KING, PLLC**

/s/ Jeremy M. Sher
Jeffrey F. Allen, Esq.
Jeremy M. Sher, Esq.
*Attorneys for Defendant Taylor Pagano*
350 Linden Oaks, Third Floor
Rochester, New York 14625
(585) 362-4700
jeffreyallen@bsk.com
jsher@bsk.com