UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

FIVE STAR BANK,

                                         Plaintiff,

   -vs-

KATHERINE MOTT-FORMICOLA,
ROBERT HARRIS, KRM EVENTS LLC,
KATHERINE'S ON MONROE LLC, THE
DIVINITY ESTATE AND CHAPEL LLC,
KNC ELEGANCE LLC d/b/a THE
WINTERGARDEN BY MONROES,
11 WEXFORD GLEN LLC, RCC MONROES
LLC, NAF REMODELING, LLC, MONROES
AT RIDGEMONT LLC, CRESCENT BEACH
AT THE LAKE LLC, MOTT MANAGEMENT
LLC, KRISTINA BOURNE, TAYLOR
PAGANO, TIMOTHY LAROCCA,

                                         Defendants.

No. 24-cv-6153-FPG

_____

## NOTICE OF MOTION

| | |
|---|---|
| MOTION BY: | Rothenberg Law<br>Attorneys for Defendant Mott-Formicola<br>and all Entity Defendants |
| DATE, TIME & PLACE: | A Motion Term of this Court to be held on a date, time, and place to be set by the Court in the United States Courthouse, 100 State Street, Rochester, NY 14614. |
| SUPPORTING PAPERS: | Declaration of David Rothenberg, Esq., dated June 14, 2024, plaintiff's amended complaint (ECF No. 51), and all prior pleadings and proceedings had herein. |
| RELIEF REQUESTED: | An order as follows: |

                                                                    A) Dismissing plaintiff's second and eighth claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim;

- 2 -

B) Dismissing plaintiff's first, third, fourth, fifth, sixth, and seventh causes of action, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction; and

C) Granting defendants such other and further relief as to the Court seems just, proper, and equitable.

**ORAL ARGUMENT IS REQUESTED.**

Dated: June 14, 2024
Rochester, NY

  *s/ David Rothenberg*
David Rothenberg, Esq.
Michael Rothenberg, Esq.
ROTHENBERG LAW
*Attorneys for Defendant Katherine Mott-
  Formicola and all Entity Defendants*
45 Exchange Boulevard, Suite 800
Rochester, New York 14614
Tel:  (585) 232-1946
Fax:  (585) 232-4746
Email:  david@rothenberglawyers.com
Email:  michael@rothenberglawyers.com

To:    David G. Burch, Jr., Esq.
Benjamin Zakarin, Esq.
BARCLAY DAMON LLP
*Attorneys for Plaintiff*
125 East Jefferson Street
Syracuse, New York 13202-2078

Matthew R. Lembke, Esq.
CERULLI MASSARE & LEMBKE
*Attorney for Robert Harris*
45 Exchange Blvd., Suite 925
Rochester, NY 14614

Mark A. Foti, Esq.
THE FOTI LAW FIRM, PC
*Attorneys for Defendant Kristina Bourne*
16 W. Main St., Suite 100
Rochester, NY  14614


John F. Speranza, Esq.
*Attorney for Defendant Taylor Pagano*
28 East Main Street, Suite 1800
Rochester, NY 14614


Jeffrey F. Allen, Esq.
BOND SCHOENECK & KING, PLLC
*Attorneys for Defendant Taylor Pagano*
350 Linden Oaks
Rochester, NY 14625


David C. Pilato , Esq.
Michael T. DiPrima, Esq. (of counsel)
PILATO LAW, PLLC
*Attorneys for Defendant Timothy LaRocca*
30 West Broad Street, Suite 100
Rochester, NY 14614