

United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

Chambers of
Frank P. Geraci, Jr.
District Judge

Tel 585-613-4090
Fax 585-613-4095

June 25, 2024

Jim Cucinelli
Ridgemont Country Club
3717 West Ridge Road
Rochester, New York 14626

Re: Case No. 6:24-cv-06153, Five Star Bank v. Mott et al

Dear Mr. Cucinelli:

    I am in receipt of you letter dated June 17, 2024 providing additional background on the business relationship between your company, the Ridgemont Country Club, and Monroes at Ridgemont LLC, and requesting "intervention, to facilitate a professional business-like timely change, departure, of this Katherine Mott asset." The Court has no legal basis to intervene in the business affairs between your company and Monroes at Ridgemont LLC. Accordingly, your request is denied.

A copy of this letter and your request will be shared with the Plaintiff, Defendants, and the Receiver.

                                                Respectfully yours,

                                                HON. FRANK P. GERACI, JR.
                                                United States District Judge
                                                Western District of New York

cc:      Plaintiff
            Defendants
            Receiver