# EXHIBIT B

AJS Tax & Accounting Service

3550 Trails End Lane

Wheatfield, NY 14120

amysnowbergercpa@gmail.com

(716) 622-4756

June 28, 2024

Invoice 248

Mott Group
c/o Mark Kercher, CPA
5090 Old Goodrich Rd
Clarence, NY 14031

Professional services rendered for:

    Bookkeeping services for 5/29/24-6/27/24
     which includes recording deposits
     and payments from each bank account,
     recording payroll, and reconciling
     all bank accounts.

80.75 hours x $65/hour =   $   5,248.75

$   5,248.75

# AJS Tax & Accounting Service

June 28, 2024

Invoice 248

Hours worked by day:

| Date | Hours |
|---|---|
| 5/29/2024 | 4.50 |
| 5/30/2024 | 7.00 |
| 6/1/2024 | 4.00 |
| 6/2/2024 | 4.25 |
| 6/3/2024 | 10.25 |
| 6/4/2024 | 5.75 |
| 6/6/2024 | 7.75 |
| 6/9/2024 | 3.75 |
| 6/11/2024 | 2.25 |
| 6/12/2024 | 8.25 |
| 6/13/2024 | 3.25 |
| 6/15/2024 | 3.00 |
| 6/19/2024 | 0.50 |
| 6/23/2024 | 3.25 |
| 6/24/2024 | 1.00 |
| 6/25/2024 | 8.75 |
| 6/26/2024 | 0.75 |
| 6/27/2024 | 2.50 |
| Total Hours | 80.75 |