# EXHIBIT C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FIVE STAR BANK,

                *Plaintiff*,

v.

KATHERINE MOTT; ROBERT HARRIS; KRM EVENTS, LLC; KATHERINE'S ON MONROE, LLC; THE DIVINITY ESTATE AND CHAPEL, LLC; KNC ELEGANCE, LLC D/B/A THE WINTERGARDEN BY MONROES; 11 WEXFORD GLEN, LLC; RCC MONROES LLC; NAF REMODELING LLC; MONROES AT RIDGEMONT LLC CRESCENT BEACH AT THE LAKE LLC; MOTT MANAGEMENT LLC; KRISTINA BOURNE; TAYLOR PAGANO; TIMOTHY LAROCCA,

                *Defendants.*

CASE NO. 6:24-CV-06153-FPG

**ORDER GRANTING SECONDAPPLICATION OF RECEIVER MARK R. KERCHER, CPA FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Mark R. Kercher, CPA, as court appointed receiver (the "Receiver"), has applied to the Court for approval to pay fees and expenses of the Receiver and certain professionals for the receivership. Pursuant to the Order Appointing Receiver Over the Defendant Entities (ECF Dkt. No. 39), entered by this Court on April 8, 2024 ("Receiver Appointment Order"), Mark R. Kercher, CPA was appointed receiver for the Defendant Entities in the above-captioned matter.

WHEREAS, having considered the Receiver's Second Application for Allowance of Compensation and Reimbursement of Expenses ("Fee Application"), and any opposition thereto, the Court finds good cause, and so

IT IS HEREBY ORDERED that the Fee Application is approved and that the Receiver is authorized to pay the following amounts for fees and expenses: approving (i) payment of compensation to the Receiver for the period May 1, 2024 through May 31, 2024 in the amount of

**$33,600.00** on account of actual, reasonable and necessary services rendered under and pursuant to the Receiver Appointment Order by the Receiver, (ii) reimbursement to the Receiver of actual and necessary costs and expenses in the amount of **$320.07** incurred by Receiver, and (iii) payment of compensation to Amy Snowberger, CPA for the period June, 2024 in the amounts of **$5,248.75** on account of actual, reasonable and necessary services rendered for accounting and bookkeeping services to the receivership.

      **IT IS SO ORDERED** this _____ day of _____, 2024.

                                                                                      _____
                                                                                      HONORABLE FRANK P. GERACI, JR
                                                                                      UNITED STATES DISTRICT COURT
                                                                                      WESTERN DISTRICT OF NEW YORK