# EXHIBIT A



Mark R. Kercher, CPA
5090 Old Goodrich Road
Clarence, NY 14031

File Number:   106915.000001

Please remit payment within 30 days from date of invoice

Kercher, CPA, Mark R.                                        Date:      06/18/24
RE: Kercher re Mott Receivership                             Invoice:   932027
Client Ref:
For Professional Services Rendered and Costs Advanced through 05/31/24

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|------|------|----------------------|-----------|-------|--------|
| 05/07/24 | JGH | Prepare for and attend preliminary meeting with M. Kercher to discuss matter background, activities undertaken to date, and next steps. | B110 | 2.00 | 950.00 |
| 05/07/24 | JGH | Begin preparing appointment application. | B110 | 1.40 | 665.00 |
| 05/07/24 | HMR | Strategize re status and background of case with J. Horn. | B110 | 0.20 | 55.00 |
| 05/07/24 | JGH | Strategize with N. Gatto re application for appointment of counsel, support for receiver re asset recovery, and related matters. | B110 | 0.50 | 237.50 |
| 05/07/24 | NSG | Confer with J. Horn regarding new matter relating to receivership, background, going forward. | B110 | 0.50 | 200.00 |
| 05/08/24 | JGH | Call with M. Kercher re best avenues for obtaining bank records from Kinecta FCU. | B110 | 0.30 | 142.50 |
| 05/08/24 | JGH | Begin drafting application for appointment of counsel and | B110 | 1.50 | 712.50 |

1600 BAUSCH AND LOMB PLACE    ROCHESTER, NEW YORK 14604-2711    PHONE: 585.232.6500    FAX: 585.232.2152    FED. TAX ID. NO. 16-0766172

ROCHESTER, NEW YORK  •  BUFFALO, NEW YORK  •  ALBANY, NEW YORK  •  CORNING, NEW YORK  •  NEW YORK, NEW YORK

Kercher, CPA, Mark R.  
May 31, 2024  
Page   2  

Client:      106915  
Matter:      106915.000001  
Invoice:     932027  

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|------|------|----------------------|-----------|-------|--------|
| | | assistant. | | | |
| 05/08/24 | JGH | Complete draft declaration for M. Kercher in support of application for authorization to retain assistant and legal counsel. | B110 | 1.80 | 855.00 |
| 05/08/24 | MAJ | Research on relevant receivership laws based on allegations in complaint to determine scope of receivership advice. | B110 | 1.00 | 325.00 |
| 05/09/24 | JGH | Finalize and coordinate filing of motion for approval to retain counsel. | B110 | 0.90 | 427.50 |
| 05/09/24 | JGH | Call from M. Kercher re recent Court decision and next steps re recovery of funds and related matters. | B110 | 0.40 | 190.00 |
| 05/09/24 | TLA | Research filing of motion to represent Receiver. | B110 | 0.40 | 90.00 |
| 05/09/24 | TLA | Prepare notice of appearance for M. Kercher. | B110 | 0.50 | 112.50 |
| 05/09/24 | TLA | Discuss research with J. Horn. | B110 | 0.20 | 45.00 |
| 05/09/24 | TLA | Research protocol on how to get Receiver on docket to file. | B110 | 0.40 | 90.00 |
| 05/10/24 | JGH | Prepare sample receiver reports and send email to M. Kercher re same. | B110 | 0.40 | 190.00 |
| 05/10/24 | MAJ | Research re personal liability for receiver for tax issues. | B110 | 0.50 | 162.50 |
| 05/10/24 | HMR | Strategize re and coordinate case tracking updates for N. Gatto. | B110 | 0.20 | 55.00 |
| 05/10/24 | TLA | Contact court Clerk regarding process of getting the Receiver on the docket and then our process of getting on the docket to represent him. | B110 | 0.30 | 67.50 |
| 05/10/24 | TLA | File Notice of Appearance and Motion to Represent Receiver. | B110 | 0.50 | 112.50 |
| 05/10/24 | TLA | Prepare notice of appearance for J. Horn. | B110 | 0.50 | 112.50 |
| 05/13/24 | HMR | Emails with N. Gatto re status of bankruptcy. | B110 | 0.20 | 55.00 |

Kercher, CPA, Mark R.              Client:      106915
May 31, 2024                    Matter:     106915.000001
Page   3                       Invoice:    932027

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/13/24 | HMR | Review, analyze, and annotate background documents. | B110 | 1.10 | 302.50 |
| 05/13/24 | NSG | Confer and correspondence with M. Kercher regarding introduction, case status, going forward, Kinecta Bank statements. | B110 | 1.10 | 440.00 |
| 05/13/24 | NSG | Correspondence with H. Rauh regarding receivership status. | B110 | 0.20 | 80.00 |
| 05/14/24 | HMR | Strategize re and plan response to opposing counsel D. Rothenberg. | B110 | 0.20 | 55.00 |
| 05/14/24 | NSG | Correspondence with D. Rothenberg regarding call tomorrow. | B110 | 0.10 | 40.00 |
| 05/14/24 | NSG | Call with M. Kercher regarding call tomorrow with Rothenberg firm, Kinecta Bank statements. | B110 | 0.20 | 80.00 |
| 05/15/24 | HMR | Further review, analyze, and annotate background documents. | B110 | 0.30 | 82.50 |
| 05/15/24 | NSG | Call with Rothenberg firm regarding recovery of $284,000 | B110 | 0.40 | 160.00 |
| 05/16/24 | HMR | Review and analyze text order granting motion for court-appointed receiver to retain counsel. | B110 | 0.10 | 27.50 |
| 05/16/24 | TLA | Review Notice from the Court regarding approval of Receiver M. Kercher to retain HSE as counsel and advise M. Kercher of same. | B110 | 0.10 | 22.50 |
| 05/16/24 | NSG | Correspondence and confer with M. Kercher regarding our retention, next steps. | B110 | 0.50 | 200.00 |
| 05/16/24 | NSG | Review of district court pleadings in  the lawsuit related to receivership, disgorgement request, complaint. | B110 | 1.40 | 560.00 |
| 05/17/24 | NSG | Review case docket. | B110 | 0.20 | 80.00 |
| 05/17/24 | NSG | Correspondence and confer with M. Kercher regarding setting up call with D. Burch. | B110 | 0.30 | 120.00 |
| 05/17/24 | NSG | Correspondence with D. Ealy | B110 | 0.10 | 40.00 |

Kercher, CPA, Mark R.　　　　　　　　　　　　Client:　　　106915
May 31, 2024　　　　　　　　　　　　　　　　　Matter:　　 106915.000001
Page　4　　　　　　　　　　　　　　　　　　　Invoice:　　 932027

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|------|------|----------------------|-----------|-------|--------|
| | | regarding real estate appraisal. | | | |
| 05/20/24 | NSG | Correspondence with D. Burch and M. Kercher regarding setting up conference call. | B110 | 0.30 | 120.00 |
| 05/21/24 | NSG | Correspondence with M. Kercher regarding possible call with D. Burch. | B110 | 0.20 | 80.00 |
| 05/21/24 | NSG | Review of lawsuit docket. | B110 | 0.10 | 40.00 |
| 05/22/24 | NSG | Review of lawsuit docket. | B110 | 0.10 | 40.00 |
| 05/22/24 | NSG | Correspondence with D. Burch regarding call tomorrow. | B110 | 0.10 | 40.00 |
| 05/22/24 | NSG | Call with M. Kercher regarding call with D. Durch tomorrow. | B110 | 0.20 | 80.00 |
| 05/23/24 | NSG | Review of lawsuit docket. | B110 | 0.10 | 40.00 |
| 05/23/24 | NSG | Call with D. Burch, J. Milbrand, M. Kercher regarding Five Star Bank lawsuit and status of same, status of receivership, general background, moving forward. | B110 | 1.00 | 400.00 |
| 05/23/24 | NSG | Calls with M. Kercher prior to and after call with Five star Bank counsel. | B110 | 0.50 | 200.00 |
| 05/24/24 | NSG | Call with M. Kercher regarding status | B110 | 0.30 | 120.00 |
| 05/24/24 | NSG | Review of lawsuit docket. | B110 | 0.10 | 40.00 |
| 05/24/24 | NSG | Correspondence with Kinecta Bank counsel, M. Kercher regarding copies of checks on Kinecta accounts and review incoming copies. | B110 | 0.40 | 160.00 |
| 05/24/24 | NSG | Correspondence with D. Rothenberg regarding Community Bank matter. | B110 | 0.20 | 80.00 |
| 05/26/24 | NSG | Correspondence with M. Kercher regarding Kinecta Bank statements. | B110 | 0.10 | 40.00 |
| 05/27/24 | NSG | Correspondence with J. Horn regarding status. | B110 | 0.10 | 40.00 |
| 05/28/24 | JGH | Strategize with N. Gatto regarding potential for recovering moneys improperly transferred by Community Bank to Five Star Bank. | B110 | 1.10 | 522.50 |

Kercher, CPA, Mark R.           Client:      106915
May 31, 2024                Matter:     106915.000001
Page   5                   Invoice:    932027

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|------|------|----------------------|-----------|-------|--------|
| 05/28/24 | NSG | Confer and correspondence with J. Horn regarding case status. | B110 | 0.90 | 360.00 |
| 05/28/24 | HMR | Strategize re and confirm status of case with J. Horn and N. Gatto. | B110 | 0.20 | 55.00 |
| 05/28/24 | JGH | Call with M. Kercher and N. Gatto re Community Bank transfer and potential sale of real property to provide Defendants with liquidity. | B110 | 0.40 | 190.00 |
| 05/28/24 | NSG | Confer with M. Kercher and J. Horn regarding status, going forward strategies and tasks. | B110 | 0.60 | 240.00 |
| 05/28/24 | NSG | Correspondence with M. Kercher and Kinetca Bank regarding bank statements and checks written. | B110 | 0.20 | 80.00 |
| 05/29/24 | NSG | Correspondence with M. Washington regarding Kinecta checks drawn and review same. | B110 | 0.30 | 120.00 |
| 05/29/24 | NSG | Correspondence with M. Kercher regarding his draft receiver's report summary. | B110 | 0.50 | 200.00 |
| 05/29/24 | NSG | Begin drafts of first monthly fee application of receiver and first monthly receiver's report. | B110 | 1.80 | 720.00 |
| 05/29/24 | NSG | Call with J. Fellows (Bond Schoeneck) regarding Community Bank. | B110 | 0.30 | 120.00 |
| 05/30/24 | JGH | Strategize re first court report. | B110 | 0.50 | 237.50 |
| 05/30/24 | JGH | Edit draft Receiver Report. | B110 | 1.30 | 617.50 |
| 05/30/24 | JGH | Conference call with client regarding draft Receiver Report and related matters. | B110 | 1.30 | 617.50 |
| 05/30/24 | NSG | Confer with J. Horn regarding draft and substance of receivers monthly report. | B110 | 1.00 | 400.00 |
| 05/30/24 | NSG | Confer with J. Horn and Mark Kercher regarding revising monthly report. | B110 | 1.10 | 440.00 |
| 05/30/24 | NSG | Correspondence with M. Kercher regarding draft reports, comments, $284,000 isuues. | B110 | 0.30 | 120.00 |
| 05/30/24 | NSG | Correspondence with D. Ealy | B110 | 0.10 | 40.00 |

Kercher, CPA, Mark R.　　　　　　　　　　　Client:　　106915
May 31, 2024　　　　　　　　　　　　　　　　Matter:　　106915.000001
Page　6　　　　　　　　　　　　　　　　　　Invoice:　　932027

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | regarding real property sale. | | | |
| 05/30/24 | NSG | Draft monthly expense application for receiver. | B110 | 1.10 | 440.00 |
| 05/30/24 | NSG | Revise receiver's monthly operating report. | B110 | 0.80 | 320.00 |
| 05/30/24 | NSG | Correspondence with M. Kercher regarding 4IRCH management agreements. | B110 | 0.10 | 40.00 |
| 05/31/24 | NSG | Review and comments to J. Horn revised draft of receiver's monthly report. | B110 | 0.60 | 240.00 |
| 05/31/24 | NSG | Revise Kercher expenses motion. | B110 | 0.30 | 120.00 |
| 05/31/24 | JGH | Continue editing preliminary report to court. | B110 | 2.90 | 1,377.50 |
| 05/31/24 | NSG | Correspondence and confer with J. Horn regarding receiver's monthly report. | B110 | 0.20 | 80.00 |
| 05/31/24 | NSG | Review letter from Receiver to court requesting conference regarding $284,000.00 | B110 | 0.10 | 40.00 |
| | | | **B110 Total** | **42.70** | **17,400.00** |
| | | Total Hours and Fees | | 42.70 | $17,400.00 |

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Amplement, Tracy L., Paralegal | 2.90 | 225.00 | 652.50 |
| Gatto, Nicholas S., Counsel | 19.10 | 400.00 | 7,640.00 |
| Horn, John G., Partner | 16.70 | 475.00 | 7,932.50 |
| Jaoude, Michael-Anthony, Associate | 1.50 | 325.00 | 487.50 |
| Rauh, Hannah M., Associate | 2.50 | 275.00 | 687.50 |
| Total Current Fees | | | $17,400.00 |
| Current Invoice Due | | | $17,400.00 |