# EXHIBIT A

# Mott Group
## Sources & Uses - (UNAUDITED)
### May 16 - June 30, 2024

|  | Total |
|---|---:|
| Sources - Cash Receipts | 1,221,705.66 |
|  |  |
| Uses - Cash Disbursements |  |
|   Labor and benefits | 634,435.25 |
|   Food and beverage | 410,435.55 |
|   General operating expenses | 117,566.62 |
|   Rent | 98,416.91 |
|   Cleaning | 29,092.28 |
|   Utilities | 8,120.51 |
|   Insurance | 6,709.15 |
| Total Uses | 1,304,776.27 |
|  |  |
|  | (83,070.61) |