**BARCLAY DAMON**<sup>LLP</sup>

**Sarah A. O'Brien**
*Counsel*

August 7, 2024

<u>**VIA ELECTRONIC MAIL**</u>
Hon. Frank P. Geraci, Jr. (geraci@nywd.uscourts.gov)
United States District Judge
United States Courthouse
100 State Street
Rochester, New York 14614

    Re:   <u>Five Star Bank v. Katherine Mott et al.</u>
            <u>Case No. 24-cv-06153-FPG</u>

Dear Judge Geraci:

    I write on behalf of Plaintiff Five Star Bank ("Plaintiff") in the above referenced matter to request that Plaintiff be permitted to file a single Omnibus Memorandum of Law in Opposition to the motions to dismiss filed by the individual defendants Harris, Bourne, LaRocca and Pagano and a separate Memorandum of Law in opposition to the motion to dismiss filed by Katherine Mott and the Entity Defendants. Plaintiff's oppositions are currently due August 12.

                                                            Respectfully submitted,
                                                             */s/ Sarah O'Brien*
                                                              Sarah A. O'Brien

SAO:dms
cc: All Counsel of Record

The Avant Building - 200 Delaware Avenue Suite 1200 - Buffalo, New York 14202  barclaydamon.com
sobrien@barclaydamon.com  Direct: (716) 566-1585  Fax: (716) 566-4011

29548192.1