UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FIVE STAR BANK,

         *Plaintiff,*

KATHERINE MOTT; ROBERT HARRIS; KRM EVENTS, LLC; KATHERINE'S ON MONROE, LLC; THE DIVINITY ESTATE AND CHAPEL, LLC; KNC ELEGANCE, LLC D/B/A THE WINTERGARDEN BY MONROES; 11 WEXFORD GLEN, LLC; RCC MONROES LLC; NAF REMODELING LLC; MONROES AT RIDGEMONT LLC CRESCENT BEACH AT THE LAKE LLC; MOTT MANAGEMENT LLC; KRISTINA BOURNE; TAYLOR PAGANO; TIMOTHY LAROCCA,

         *Defendants.*

---

CASE NO. 6:24-CV-06153-FPG

**NOTICE OF MOTION FOR APPROVAL OF THIRD APPLICATION OF RECEIVER, MARK R. KERCHER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

---

PLEASE TAKE NOTICE that, pursuant to this Court's Order Appointing Receiver Over Defendant Entities (ECF Dkt. No. 39) entered by this Court on April 8, 2024, Court-appointed Receiver Mark R. Kercher (the "Receiver"), by and through Harter Secrest & Emery LLP, hereby moves this Court for an Order approving his Third Application for Allowance of Compensation and Reimbursement of Expenses, covering the period from June 1, 2024 to June 30, 2024.

In light of the circumstances set forth in the accompanying application, the Receiver respectfully requests that the Court's consideration and determination of this request be performed as expeditiously as possible and without the need for formal motion practice. But should motion practice or an appearance or argument be required, the Receiver will make himself available at the Court's convenience at a return date set by the Court.

In support of this motion, the Receiver submits his own application, dated August 7, 2024, annexed hereto.

**Dated:** August 7, 2024

                                          Respectfully submitted,

                                          HARTER SECREST & EMERY LLP

                                          By:

                                          John G. Horn, Esq.
                                          50 Fountain Plaza, Suite 1000
                                          Buffalo, New York 14202-2293
                                          (716) 853-1616
                                          jhorn@hselaw.com