# EXHIBIT A

EXHIBIT A
RECEIVER'S TIME RECORDS FOR THE PERIOD 6/1/2024 THROUGH 6/30/24

| Date | Description | Time | Drive time |
|---|---|---|---|
| 6/1//24 | Preparation of First Receiver's report for period ending April 30th; correspondence with Harter Secrest and Emery (HSE) attorneys on same; preparation of letter approving sale of rental properties; correspondence with David Ealy on same. | 5.4 | |
| 6/3/24 | Finalization of Receiver's Report; review of edits with HSE. | 2.0 | |
| 6/4//24 | Review of Sources and Uses for inclusion in Receiver's Report; correspondence and call with Amy Snowberger on same; correspondence with Alliance payroll on unpaid payroll tax obligation. | 4.5 | |
| 6/5//24 | Correspondence with D. Rothenberg on Community Bank Lawsuit, review of payroll and wire transfer to Alliance; review cash availability; review and approve vendor invoice payments for the week. | 0.7 | |
| 6/10/24 | Preparation for and Meeting with Defendant Entity management at home office to review cash projections and payment strategy for upcoming week. | 2.8 | |
| 6/12/24 | Review of payroll and correspondence with Alliance Payroll; correspondence with vendors on bill pay schedule; review and approval of bill pays. | 1.2 | |
| 6/14/24 | Arrange document copying with outside vendor; respond to correspondence from Defendant Entity customer on future wedding event; correspondence with local media reporter regarding inaccuracies in reporting on Receiver's Report; correspondence with J. Cucinelli, lessor of Ridgemont operations; review and approve remaining vendor bill pay for week and update cash projections. | 4.5 | |
| 6/18/24 | Begin preparation of May fee application. | 2.0 | |
| 6/19/24 | Onsite meeting at Defendant Entity; site visit to Crescent Beach property; discussion with D, Ealy on urgency of rental property sale and cash generation for delinquent payroll taxes. | 3.5 | 2.0 |
| 6/20/24 | Review correspondence from Ridgemont lessor and Defendant Entity employee regarding responsibility for unspent monthly Club member minimums. | 1.0 | |
| 6/21/24 | Preparation of May fee application and correspondence with HSE on same; review and approval of bill pays. | 4.4 | |

| | | | |
|---|---|---|---|
| 6/21/24 | Review cash availability; review and approve Friday vendor bill pay activity. | 2.3 | |
| 6/24/24 | Projection of weekly cash availability; discussions on cash disbursement priorities with management. | 0.5 | |
| 6/26//24 | Review of payroll for weekend; wire transfer and cash management between accounts; vendor payment scheduling; correspondence with D. Ealy regarding property sales. | 3.0 | |
| 6/28/24 | Finalization of fee application including assistant's; bill and invoice approvals. | 1.6 | |
| | | | |
| | Total | 39.4 | 2.0 |
| | Rate/hour | $350 | 175 |
| | Total Fees | $13,790 | $350 |
| |     Mileage at .67 x 124 miles | | $83.08 |
| | **Grand Total Fees and Expenses** | **$14,223.08** | |