# EXHIBIT B

AJS Tax & Accounting Service

3550 Trails End Lane

Wheatfield, NY 14120

amysnowbergercpa@gmail.com

(716) 622-4756

August 1, 2024
Invoice 254

OGR Consulting LLC
c/o Mark Kercher, CPA
5090 Old Goodrich Rd
Clarence, NY 14031

Professional services rendered for:

    Bookkeeping services for the Mott Group for the period of 6/28/24-7/31/24 which includes recording deposits and payments from each bank account, recording payroll, and reconciling all bank accounts.
    Preparation of income statement by company as of 6/30/24

                107.25 hours x $65/hour =    $       6,971.25

                                            $      6,971.25

# AJS Tax & Accounting Service

August 1, 2024

Invoice 254

Hours worked by day:

| Date | Hours |
|---|---|
| 6/28/2024 | 2.75 |
| 6/29/2024 | 3.25 |
| 7/10/2024 | 11.75 |
| 7/11/2024 | 3.50 |
| 7/12/2024 | 4.00 |
| 7/13/2024 | 10.75 |
| 7/14/2024 | 9.50 |
| 7/15/2024 | 10.00 |
| 7/16/2024 | 2.00 |
| 7/20/2024 | 1.75 |
| 7/22/2024 | 5.50 |
| 7/25/2024 | 1.25 |
| 7/26/2024 | 3.25 |
| 7/27/2024 | 11.25 |
| 7/28/2024 | 3.00 |
| 7/29/2024 | 2.75 |
| 7/30/2024 | 7.25 |
| 7/31/2024 | 13.75 |
| **Total Hours** | **107.25** |