# **EXHIBIT A**



Mark R. Kercher, CPA
5090 Old Goodrich Road
Clarence, NY 14031

File Number:   106915.000001

Please remit payment within 30 days from date of invoice

Kercher, CPA, Mark R.                                              Date:       07/29/24
RE: Kercher re Mott Receivership                                   Invoice:    935117
Client Ref:
For Professional Services Rendered and Costs Advanced through 06/30/24

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/24 | NSG | Correspondence with M. Kercher regarding revised draft monthly report, real property sale. | B110 | 0.10 | 40.00 |
| 06/02/24 | NSG | Revise first application of M. Kercher for fees and expenses, including A. Snowberger invoice and services. | B110 | 0.90 | 360.00 |
| 06/02/24 | NSG | Correspondence with M. Kercher regarding revised draft fee application. | B110 | 0.10 | 40.00 |
| 06/03/24 | NSG | Correspondence with M. Kercher regarding receiver's report, fee application, financial information exhibit. | B110 | 0.20 | 80.00 |
| 06/03/24 | NSG | Confer and correspondence with J. Horn regarding draft receiver's report. | B110 | 0.30 | 120.00 |
| 06/03/24 | JGH | Review client's proposed edits to preliminary report with N. Gatto. | B110 | 0.40 | 190.00 |
| 06/03/24 | JGH | Finalize activity report at request of M. Kercher. | B110 | 2.20 | 1,045.00 |
| 06/03/24 | NSG | Review Horn revised draft of receiver's report. | B110 | 0.40 | 160.00 |
| 06/04/24 | NSG | Prepare form of proposed order | B110 | 0.80 | 320.00 |

1600 BAUSCH AND LOMB PLACE   •   ROCHESTER, NEW YORK 14604-2711   PHONE: 585.232.6500   FAX: 585.232.2152   FED. TAX ID. NO. 16-0766172

ROCHESTER, NEW YORK  •  BUFFALO, NEW YORK  •  ALBANY, NEW YORK  •  CORNING, NEW YORK  •  NEW YORK, NEW YORK

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| June 30, 2024 | | | Matter: | 106915.000001 | |
| Page   2 | | | Invoice: | 935117 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | for payment of Kercher expenses and revise application regarding same. | | | |
| 06/04/24 | NSG | Confer and correspondence with M. Kercher regarding monthly report, financial presentation, finalizing receiver's report and motion for payment of expenses. | B110 | 0.40 | 160.00 |
| 06/04/24 | JGH | Work on fees application and activity report. | B110 | 0.50 | 237.50 |
| 06/04/24 | JGH | Strategize with N. Gatto re potential outcomes of activity report. | B110 | 0.30 | 142.50 |
| 06/04/24 | JGH | Final edits to payment application and proposed order. | B110 | 0.50 | 237.50 |
| 06/04/24 | NSG | Review and revise financial statements from M. Kercher and set up for exhibit to receiver's report. | B110 | 0.50 | 200.00 |
| 06/04/24 | NSG | Correspondence and confer with J. Horn and T. Amplement regarding finalizing for receiver's report and expenses motion, filing of both pleadings, service of same. | B110 | 0.80 | 320.00 |
| 06/04/24 | TLA | Research filing options for Receiver's report and application for fees and costs; revise Receiver's report with Exhibit A and Notice of Motion for Application of Receiver Compensation with Declaration and Exhibits A-C in support of same. | B110 | 1.70 | 382.50 |
| 06/05/24 | NSG | Correspondence with M. Kercher regarding his correspondence with D. Rothenberg. | B110 | 0.10 | 40.00 |
| 06/05/24 | NSG | Call with M. Kercher and J. Horn regarding final discussion prior to filing receiver's repo | B110 | 0.60 | 240.00 |
| 06/05/24 | NSG | Confer with J. Horn and T. Amplement regarding revisions to papers to be filed. | B110 | 0.10 | 40.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| June 30, 2024 | | | Matter: | 106915.000001 | |
| Page   3 | | | Invoice: | 935117 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/05/24 | NSG | Correspondence with T. Amplement regarding notice of motion, report exhibits and revisions. | B110 | 0.30 | 120.00 |
| 06/05/24 | JGH | Multiple conversations with paralegal, N. Gatto, and M. Kercher re financial presentation exhibit to report, preliminary activity report, and related matters. | B110 | 1.90 | 902.50 |
| 06/05/24 | JGH | Calls with client regarding potential litigation and insurance coverage questions. | B110 | 0.40 | 190.00 |
| 06/05/24 | NSG | Final review and comment to motion and report to be filed today. | B110 | 0.20 | 80.00 |
| 06/05/24 | NSG | Correspondence and conferences with J. Horn and T. Amplement regarding revisions to motion and report, comments, filing procedures. | B110 | 0.40 | 160.00 |
| 06/05/24 | TLA | Revise Receivers Report and attached Exhibit A; revise Notice of Motion for Application for fees; discuss same with N. Gatto and J. Horn; finalize and file Receiver's Report with Exhibit A and Motion for First Application for Compensation. | B110 | 2.90 | 652.50 |
| 06/06/24 | NSG | Correspondence with D. Rothenberg regarding asset recovery litigation. | B110 | 0.10 | 40.00 |
| 06/06/24 | JGH | Communicate with defendant's counsel at request of M. Kercher to strategize re potential recovery action(s). | B110 | 0.20 | 95.00 |
| 06/06/24 | NSG | Correspondence with J.  Horn regarding his call with Rothenbergs. | B110 | 0.10 | 40.00 |
| 06/06/24 | JGH | Call with D. and M. Rothenberg re potential funds-recovery action. | B110 | 0.50 | 237.50 |
| 06/06/24 | JGH | Prepare update for client regarding potential fund- | B110 | 0.20 | 95.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| June 30, 2024 | | | Matter: | 106915.000001 | |
| Page   4 | | | Invoice: | 935117 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | recovery action. | | | |
| 06/07/24 | NSG | Review new Mott docket entries. | B110 | 0.10 | 40.00 |
| 06/08/24 | NSG | Correspondence with M. Kercher and T. Fitzgerald regarding Genesee Construction Services. | B110 | 0.20 | 80.00 |
| 06/10/24 | NSG | Correspondence with M. Kercher and J. Horn regarding compensation order. | B110 | 0.20 | 80.00 |
| 06/12/24 | NSG | Correspondence and confer with M. Kercher and J. Horn regarding Buffalo News article, press requests. | B110 | 0.30 | 120.00 |
| 06/12/24 | JGH | Emails and texts with client re press coverage. | B110 | 0.30 | 142.50 |
| 06/12/24 | JGH | Strategize with client re PR considerations in light of Buffalo News coverage of receiver's report. | B110 | 0.30 | 142.50 |
| 06/12/24 | NSG | Confer and correspondence with J. Horn regarding Tucker demand letter. | B110 | 0.20 | 80.00 |
| 06/12/24 | JGH | Stategize with N. Gatto re demand letter re Crescent Beach. | B110 | 0.30 | 142.50 |
| 06/12/24 | JGH | Prepare email to M. Kercher re Crescent Beach demand letter. | B110 | 0.10 | 47.50 |
| 06/13/24 | NSG | Correspondence with J. Horn regarding new docket entries. | B110 | 0.10 | 40.00 |
| 06/13/24 | NSG | Review case docket as to new entries. | B110 | 0.10 | 40.00 |
| 06/14/24 | NSG | Confer with M. Kercher regarding status of sale, motion to dismiss, records. | B110 | 0.20 | 80.00 |
| 06/14/24 | NSG | Correspondence with J. Horn regarding motion to dismiss, our fees and review of prebill. | B110 | 0.10 | 40.00 |
| 06/14/24 | NSG | Correspondence with M. Kercher and J. Horn regarding Five Star Bank account statements. | B110 | 0.20 | 80.00 |
| 06/14/24 | NSG | Review motion to dismiss. | B110 | 0.20 | 80.00 |
| 06/14/24 | JGH | Review motion to dismiss filed by defendants. | B110 | 0.30 | 142.50 |
| 06/14/24 | JGH | Call with M. Kercher re defendants' motion to dismiss | B110 | 0.40 | 190.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| June 30, 2024 | | | Matter: | 106915.000001 | |
| Page   5 | | | Invoice: | 935117 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | and related matters; coordinate copying job. | | | |
| 06/14/24 | JGH | Analyze and give direction re copy and scanning job requested by M. Kercher. | B110 | 0.30 | 142.50 |
| 06/17/24 | NSG | Correspondence with M. Kercher and J. Horn regarding expense applications. | B110 | 0.20 | 80.00 |
| 06/18/24 | NSG | Correspondence with M. Kercher and J. Horn regarding preparation of next monthly report. | B110 | 0.20 | 80.00 |
| 06/19/24 | NSG | Begin draft first fee application for HSE. | B110 | 0.70 | 280.00 |
| 06/20/24 | NSG | Continue draft fee application for HSE. | B110 | 0.60 | 240.00 |
| 06/20/24 | NSG | Review docket notices. | B110 | 0.10 | 40.00 |
| 06/20/24 | NSG | Correspondence with T. Amplement and J. Horn regarding Ridgement CC letter to Judge Geraci. | B110 | 0.20 | 80.00 |
| 06/20/24 | NSG | Review Ridgemont CC letter. | B110 | 0.10 | 40.00 |
| 06/20/24 | JGH | Conduct preliminary review of two motions to dismiss and "letter motion" filed by Ridgemont Country Club. | B110 | 0.30 | 142.50 |
| 06/20/24 | NSG | Discuss Ridgement CC letter with J. Horn. | B110 | 0.10 | 40.00 |
| 06/20/24 | TLA | Review motions to dismiss by defendants Harris and Pagano; review letter filed by Ridgemont Country Club; forward all to client. | B110 | 0.40 | 90.00 |
| 06/20/24 | JGH | Discuss recently filed motions, and potential implications for Receiver, with N. Gatto. | B110 | 0.30 | 142.50 |
| 06/21/24 | NSG | Correspondence with M. Karcher regarding incoming May time records and fee application and review Kercher time records for May. | B110 | 1.00 | 400.00 |
| 06/21/24 | JGH | Review and respond to email from client regarding fee application and activity report. | B110 | 0.30 | 142.50 |

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| June 30, 2024 | | | Matter: | 106915.000001 | |
| Page   6 | | | Invoice: | 935117 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/21/24 | NSG | Begin draft HSE fee application. | B110 | 0.40 | 160.00 |
| 06/24/24 | NSG | Correspondence with J. Horn regarding preparation of HSE fee application. | B110 | 0.20 | 80.00 |
| 06/24/24 | NSG | Draft HSE fee application for May 2024. | B110 | 2.50 | 1,000.00 |
| 06/25/24 | NSG | Review and edit M. Kercher time entries and correspondence with M. Kercher regarding same. | B110 | 0.60 | 240.00 |
| 06/25/24 | TLA | Review Order denying motion by Ridgemont Country Club and forward same to client. | B110 | 0.20 | 45.00 |
| 06/25/24 | NSG | Begin Kercher form of May fee appliction. | B110 | 0.50 | 200.00 |
| 06/27/24 | TLA | Review motion to dismiss filed by defendant LaRocca and corresponding text scheduling order from the Court and forward same to M. Kercher. | B110 | 0.20 | 45.00 |
| 06/28/24 | NSG | Draft M. Kercher May fee application. | B110 | 1.50 | 600.00 |
| 06/28/24 | NSG | Correspondence with M. Kercher regarding his May fee application, backup materials. | B110 | 0.30 | 120.00 |
| | | Total Hours and Fees | | 32.90 | $12,965.00 |

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Amplement, Tracy L., Paralegal | 5.40 | 225.00 | 1,215.00 |
| Gatto, Nicholas S., Counsel | 17.50 | 400.00 | 7,000.00 |
| Horn, John G., Partner | 10.00 | 475.00 | 4,750.00 |
| Total Current Fees | | | $12,965.00 |
| Current Invoice Due | | | $12,965.00 |

Y-T-D Fees:          $30,365.00     /     Y-T-D Costs:               $0.00