# EXHIBIT B

MONROE COUNTY CLERK'S OFFICE          THIS IS NOT A BILL. THIS IS YOUR RECEIPT.

Receipt # 3900546

Book   Page   CIVIL

Return To:                            No. Pages:  6
RICHARD THOMAS TUCKER

Instrument: EXHIBIT(S)

Control #:         202406111492
Index #:           E2024009706

Date: 06/11/2024

Genesee Construction Service, Inc.    Time: 3:32:47 PM

11 Wexford Glenn LLC
John Does 1-10

Total Fees Paid:              $0.00

Employee:

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

JAMIE ROMEO

MONROE COUNTY CLERK



# EXHIBIT B

MONROE COUNTY CLERK'S OFFICE                 THIS IS NOT A BILL. THIS IS YOUR RECEIPT.

Receipt # 3896146

Book   Page

Return To:
Harris Beach PLLC                            No. Pages: 4
99 Garnsey Rd
Pittsford, NY 14534                          Instrument: MECHANICS LIEN

Control #:      202406070657
Ref #:          B2024014044

Date: 06/07/2024

11 WEXFORD GLENN LLC,                        Time: 12:18:04 PM

GENESEE CONSTRUCTION SERVICE INC,

County Fee Lien Filed                $15.00

Total Fees Paid:                     $15.00
                                             Employee: ED

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &      Consideration:   $541,852.11
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

JAMIE ROMEO

MONROE COUNTY CLERK

## NOTICE UNDER MECHANIC'S LIEN LAW

**TO:** The Clerk of the County of Monroe and all others whom it my concern.

**PLEASE TAKE NOTICE,** that Genesee Construction Service, Inc. ("Lienor"), being a New York State domestic corporation, whose principal place of business is located at 7673 Groveland Station Road Dansville, New York 14437 has and claims a lien on the real property hereinafter described and hereby further states:

1. The name of Lienor's attorney is Harris Beach PLLC, Richard T. Tucker, Esq., 99 Garnsey Road, Pittsford, New York 14534.

2. The property subject to the lien is situated in the Town of Greece, County of Monroe and State of New York with Tax Identification Number 035.09-1-23 located at 1372 Edgemere Drive, Greece, New York and as more particularly described in the attached Schedule A, (the "Real Property").

3. The owner of the Real Property against whose interest the lien is claimed is 11 Wexford Glenn, LLC ("Owner"), and, upon information and belief, the interest of Owner in the Real Property is fee simple.

4. The entity by whom Lienor was employed and with whom the contract was made is 11 Wexford Glenn, LLC.

5. The materials supplied and/or work performed was as follows: General Construction, Mechanical, Electric, Plumbing and other work as required to renovate and improve a restaurant facility, including the following work: demolition; site work; mold abatement; foundation work; concrete work; steel column repairs; windows; doors; stairs; flooring; framing; insulation; drywall; electric; lighting; plumbing; HVAC; fire protection; mechanical; railings; roofing repairs; bathrooms, office space, loading dock and storage facilities; dining and bar facilities.

6. The date when the first item of work was performed was: June 15, 2023. The date when the last item of work was performed for the amounts claimed hereunder was March 15, 2024.

7. The total agreed price and value of the labor and materials furnished was $541,852.11. The amount unpaid for said labor and materials is $541,852.11. The total amount for which the lien is filed is $541,852.11.

8. The labor and materials above specified were actually performed and furnished, and have been actually used in the execution of the contract aforementioned for the improvement of the Real Property described herein.

9. Eight (8) months have not elapsed dating from the last item of work performed, or from the last items of materials furnished, or since the completion of the contract, or since the last performance of the work, or since final furnishing of the materials for which this lien is claimed, or since final payment fell due if payment pursuant to the relevant contract were to be made in installments.

314765\4879-7244-9211\ v1

DATED: May 9, 2024

GENESEE CONSTRUCTION SERVICE, INC.

By: *Larry D Merle, President*
Larry Merle, President

### VERIFICATION

STATE OF NEW YORK )
) SS.:
COUNTY OF LIVINGSTON )

    Larry Merle, being duly sworn, says that deponent is the President of Genesee Construction Service, Inc. herein, that deponent has read the foregoing NOTICE UNDER MECHANIC'S LIEN LAW, and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes them to be true. The reason why this verification is made by deponent is that deponent is the President of Genesee Construction Service, Inc., which is a New York State domestic corporation, and deponent is familiar with the facts and circumstances herein. The sources of deponent's information and the grounds of deponent's belief as to all matters not therein stated upon deponent's knowledge are based upon review of lienor's records which are maintained in the ordinary course of business, and discussions with agents and/or officers of lienor.

GENESEE CONSTRUCTION SERVICE, INC.

By: *Larry D Merle, President*
Larry Merle, President

STATE OF NEW YORK )
) SS.:
COUNTY OF LIVINGSTON )

    On the 9th day of May in the year 2024 before me, the undersigned, a Notary Public in and for said State, personally appeared Larry Merle, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*Timothy M. Fitzgerald*
Notary Public

TIMOTHY M. FITZGERALD
Notary Public, State of New York
Qualified in Monroe County, No. 02FI5031814
My Commission Expires August 15, 2026

2

314765\4879-7244-9211\v1

# SCHEDULE A

1372 Edgemere Drive — SBL: 035.09-1-23

ALL THAT TRACT OR PARCEL OF LAND, situate in Lot 43, Township 2, Division I, Short Range, Town of Greece, County of Monroe, State of New York, and described as follows:

Beginning at the intersection of the division line between Lot R-17 on the West (Ref. Liber 135 of Maps, Page 33), and Lot 20 on the east of Beattie Beach Subdivision (Ref. Liber 9 of Maps, page 96 and 97), and the north line of Edgemere Drive (60 foot wide right of way).

1. Thence Westerly along the northerly line of Edgemere Drive on a curve to the right (northerly), having a radius of 2,341.04 feet, a delta angle of 7 degrees 23' 59", a distance of 302.5 feet to the east line of Lot 13 of Beattie Beach Subdivision;

2. Thence North 31 degrees 20' 0" East, along said east line, a distance of 180.44 feet to a point;

3. Thence South 60 degrees 46' 00" East, a distance of 100 feet to a point;

4. Thence North 31 degrees 20' 00" East, a distance of 145 feet plus or minus to the edge of Lake Ontario;

5. Thence Easterly along said edge, a distance of 200 feet plus or minus to the west line of said Lot 20;

6. Thence South 31 degrees 20' 00" West, along the said division line between Lots R-17 and Lot 20, a distance of 275 feet plus or minus to the point of beginning.