

**Return Service Requested**

24 HOUR TOUCHTONE BANKING
1-877-882-5782

www.five-starbank.com
customerservice@five-starbank.com

```
                                          Date  3/31/23              Page     1
                                          Account Number_            ███████0642
                                                                           32
11 WEXFORD GLEN LLC
1100 GOODMAN ST S
ROCHESTER NY 14620
```

## CHECKING ACCOUNTS

```
                         11 WEXFORD GLEN LLC

Total Value Business                                                         32
Account Number                 ███████0642  Statement Dates  3/01/23 thru 4/02/23
Beginning Balance                 2,299.59  Days in the Statement Period      33
     26 Deposits/Credits      18,097,000.00 Average Ledger              7,594.52
     34 Checks/Debits         18,098,171.95 Average Collected         837,587.33-
Service Charge                         .00
Interest Credited                      .00
Ending Balance                    1,127.64
```

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/01 | DEPOSIT | 700,000.00 |
| 3/02 | DEPOSIT | 660,000.00 |
| 3/03 | DEPOSIT | 765,000.00 |
| 3/06 | DEPOSIT | 765,000.00 |
| 3/07 | DEPOSIT | 785,000.00 |
| 3/08 | DEPOSIT | 768,000.00 |
| 3/08 | DEPOSIT | 880,000.00 |
| 3/09 | DEPOSIT | 600,000.00 |
| 3/10 | DEPOSIT | 600,000.00 |
| 3/10 | DEPOSIT | 880,000.00 |
| 3/13 | DEPOSIT | 512,000.00 |
| 3/14 | DEPOSIT | 625,000.00 |
| 3/16 | DEPOSIT | 955,000.00 |
| 3/20 | DEPOSIT | 690,000.00 |
| 3/22 | DEPOSIT | 505,000.00 |
| 3/23 | DEPOSIT | 580,000.00 |
| 3/24 | DEPOSIT | 855,000.00 |
| 3/24 | DEPOSIT | 892,000.00 |
| 3/27 | DEPOSIT | 455,000.00 |
| 3/28 | DEPOSIT | 865,000.00 |



```
                                              Date  3/31/23          Page     2
                                              Account Number_          ████0642
                                                                           32

    TotalValue Business                    ████0642  (Continued)
```

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/29 | DEPOSIT | 405,000.00 |
| 3/29 | DEPOSIT | 895,000.00 |
| 3/30 | DEPOSIT | 610,000.00 |
| 3/30 | DEPOSIT | 900,000.00 |
| 3/31 | From Checking XX0545 to Checking XX0642 - Funds Transfer via | 30,000.00 |
| 3/31 | DEPOSIT | 920,000.00 |

## WITHDRAWALS AND DEBITS (NON CHECK)

| Date | Description | Amount |
|---|---|---|
| 3/08 | From Checking XX0642 to Checking XX0529 - Funds Transfer via | 19,000.00- |
| 3/15 | MISC DEBIT | 5,171.95- |
| 3/23 | From Checking XX0642 to Checking XX0529 - Funds Transfer via | 10,000.00- |

## CHECKS

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/22 | 1800 | 500,000.00 | 3/03 | 7025 | 760,000.00 | 3/13 | 7059 | 510,000.00 |
| 3/29 | 1801 | 685,000.00 | 3/07 | 7026 | 780,000.00 | 3/14 | 7060 | 120,000.00 |
| 3/29 | 1802 | 610,000.00 | 3/08 | 7027 | 765,000.00 | 3/10 | 7061 | 602,000.00 |
| 3/30 | 1803 | 905,000.00 | 3/06 | 7028 | 762,000.00 | 3/10 | 7062 | 882,000.00 |
| 3/23 | 1804 | 575,000.00 | 3/08 | 7029 | 880,000.00 | 3/16 | 7063 | 500,000.00 |
| 3/24 | 1805 | 850,000.00 | 3/09 | 7030 | 320,000.00 | 3/16 | 7064 | 450,000.00 |
| 3/24 | 1806 | 890,000.00 | 3/09 | 7031 | 275,000.00 | 3/20 | 7065 | 695,000.00 |
| 3/27 | 1808* | 460,000.00 | 3/14 | 7055* | 500,000.00 | 3/31 | 7066 | 415,000.00 |
| 3/28 | 1809 | 860,000.00 | 3/30 | 7056 | 305,000.00 | 3/31 | 8503* | 500,000.00 |
| 3/01 | 7023* | 690,000.00 | 3/30 | 7057 | 300,000.00 | | | |
| 3/02 | 7024 | 668,000.00 | 3/31 | 7058 | 50,000.00 | | | |

* INDICATES MISSING CHECK NUMBER

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | 12,299.59 | 3/10 | 2,299.59 | 3/23 | 4,127.64 |
| 3/02 | 4,299.59 | 3/13 | 4,299.59 | 3/24 | 11,127.64 |
| 3/03 | 9,299.59 | 3/14 | 9,299.59 | 3/27 | 6,127.64 |
| 3/06 | 12,299.59 | 3/15 | 4,127.64 | 3/28 | 11,127.64 |
| 3/07 | 17,299.59 | 3/16 | 9,127.64 | 3/29 | 16,127.64 |
| 3/08 | 1,299.59 | 3/20 | 4,127.64 | 3/30 | 16,127.64 |
| 3/09 | 6,299.59 | 3/22 | 9,127.64 | 3/31 | 1,127.64 |

E N D   O F   S T A T E M E N T

**Five Star Bank**

Date 3/31/2023    Page 3

Account ******0642


Ck #: 0 Amt: $5,171.95 Date: 3/15/2023


Ck #: 1800 Amt: $500,000.00 Date: 3/22/2023


Ck #: 1801 Amt: $685,000.00 Date: 3/29/2023


Ck #: 1802 Amt: $610,000.00 Date: 3/29/2023


Ck #: 1803 Amt: $905,000.00 Date: 3/30/2023


Ck #: 1804 Amt: $575,000.00 Date: 3/23/2023


Ck #: 1805 Amt: $850,000.00 Date: 3/24/2023


Ck #: 1806 Amt: $890,000.00 Date: 3/24/2023


Ck #: 1808 Amt: $460,000.00 Date: 3/27/2023


Ck #: 1809 Amt: $860,000.00 Date: 3/28/2023


Ck #: 7023 Amt: $690,000.00 Date: 3/1/2023


Ck #: 7024 Amt: $668,000.00 Date: 3/2/2023





Ck #: 7025 Amt: $760,000.00 Date: 3/3/2023

Ck #: 7026 Amt: $780,000.00 Date: 3/7/2023



Ck #: 7027 Amt: $765,000.00 Date: 3/8/2023

Ck #: 7028 Amt: $762,000.00 Date: 3/6/2023



Ck #: 7029 Amt: $880,000.00 Date: 3/8/2023

Ck #: 7030 Amt: $320,000.00 Date: 3/9/2023



Ck #: 7031 Amt: $275,000.00 Date: 3/9/2023

Ck #: 7055 Amt: $500,000.00 Date: 3/14/2023



Ck #: 7056 Amt: $305,000.00 Date: 3/30/2023

Ck #: 7057 Amt: $300,000.00 Date: 3/30/2023



Ck #: 7058 Amt: $50,000.00 Date: 3/31/2023

Ck #: 7059 Amt: $510,000.00 Date: 3/13/2023



Five Star Bank

Date  3/31/2023   Page   5

Account   ******0642



Ck #: 7060 Amt: $120,000.00 Date: 3/14/2023



Ck #: 7061 Amt: $602,000.00 Date: 3/10/2023



Ck #: 7062 Amt: $882,000.00 Date: 3/10/2023



Ck #: 7063 Amt: $500,000.00 Date: 3/16/2023



Ck #: 7064 Amt: $450,000.00 Date: 3/16/2023



Ck #: 7065 Amt: $695,000.00 Date: 3/20/2023



Ck #: 7066 Amt: $415,000.00 Date: 3/31/2023



Ck #: 8503 Amt: $500,000.00 Date: 3/31/2023

Please examine at once: If no error is reported within fourteen days of mailing or delivery, except for Electronic Funds Transfers, the account will be considered correct. All items are credited subject to final payment.

Should you change your address, be sure to notify your branch office of your new address.

A withdrawal shall be deemed to be made when it has been recorded on the books of the bank.
This is not necessarily the date that the account holder initiated the transaction.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

### For All Customers

"Electronic fund transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, that is initiated through an electronic terminal, telephone, or computer or magnetic tape for the purpose of ordering, instructing, or authorizing a financial institution to debit or credit an account. The term includes, but is not limited to, point-of-sale transfers, automated teller machine transfers, direct deposits or withdrawals of funds, and transfers initiated by telephone. It includes all transfers resulting from debit card transactions, including those that do not involve an electronic terminal at the time of the transaction. The term does not include payments made by check, draft, or similar paper instrument at an electronic terminal.

Telephone us toll free at (877) 226-5578 or write us and mail to: 220 Liberty St., PO Box 227, Warsaw, NY 14569, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

### For Consumer Accounts Only

We will investigate your complaint and will correct any errors promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Five Star Bank, Member FDIC