

**Five Star Bank**
220 Liberty Street, P.O. Box 227, Warsaw, NY 14569-0227

**Return Service Requested**

24/HOUR TOUCHTONE BANKING
1-877-882-5782
www.five-starbank.com
customerservice@five-starbank.com

```
Date   4/28/23        Page      1
Account Number_           _____0596
                                    35
```

KATHERINE'S ON MONROE LLC
1100 GOODMAN ST S
ROCHESTER NY 14620

# CHECKING ACCOUNTS

KATHERINE'S ON MONROE LLC

```
Total Value Business                                                35
Account Number              _____0596   Statement Dates   4/03/23 thru  4/30/23
Beginning Balance           26,571.48    Days in the Statement Period        28
    25 Deposits/Credits  17,330,030.69   Average Ledger              21,891.94
    55 Checks/Debits     17,349,276.96   Average Collected           958,787.80-
Service Charge                    .00
Interest Credited                 .00
Ending Balance             7,325.21
```

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/03 | DEPOSIT | 895,000.00 |
| 4/05 | DEPOSIT | 934,000.00 |
| 4/06 | DEPOSIT | 900,000.00 |
| 4/07 | DEPOSIT | 502,000.00 |
| 4/07 | DEPOSIT | 935,000.00 |
| 4/10 | DEPOSIT | 30.69 |
| 4/10 | DEPOSIT | 900,000.00 |
| 4/11 | DEPOSIT | 560,000.00 |
| 4/11 | DEPOSIT | 950,000.00 |
| 4/12 | DEPOSIT | 50,000.00 |
| 4/12 | DEPOSIT | 980,000.00 |
| 4/13 | DEPOSIT | 990,000.00 |
| 4/14 | DEPOSIT | 795,000.00 |
| 4/17 | DEPOSIT | 650,000.00 |
| 4/17 | DEPOSIT | 737,000.00 |
| 4/18 | DEPOSIT | 892,000.00 |
| 4/19 | DEPOSIT | 600,000.00 |
| 4/21 | DEPOSIT | 925,000.00 |
| 4/21 | DEPOSIT | 990,000.00 |
| 4/24 | DEPOSIT | 610,000.00 |

**Five Star Bank**

```
                                    Date   4/28/23        Page       2
                                    Account Number_            ████0596
                                                                     35
```

TotalValue Business                    ████0596   (Continued)

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/25 | DEPOSIT | 985,000.00 |
| 4/26 | From Checking XX0529 to Checking XX0596 - Funds Transfer via | 5,000.00 |
| 4/26 | DEPOSIT | 610,000.00 |
| 4/27 | From Checking XX0529 to Checking XX0596 - Funds Transfer via | 10,000.00 |
| 4/28 | DEPOSIT | 925,000.00 |

## WITHDRAWALS AND DEBITS (NON CHECK)

| Date | Description | Amount |
|---|---|---|
| 4/04 | Tax PaymntNYS DTF SALES ████8280   CCD | 4,498.26- |
| 4/06 | FintechEFTLake Beverage Co ████8234   CCD | 324.75- |
| 4/06 | FintechEFTEmpire Merchants ████8234   CCD | 925.77- |
| 4/06 | FintechEFTSouthern Glazer' ████8234   CCD | 1,232.13- |
| 4/10 | MISC DEBIT | 3,815.48- |
| 4/10 | FintechEFTSouthern Glazer' ████8234   CCD | 1,408.77- |
| 4/11 | Tax PaymntNYS DTF SALES 000000097367293   CCD | 7,383.64- |
| 4/13 | FintechEFTLake Beverage Co ████8234   CCD | 622.80- |
| 4/13 | FintechEFTEmpire Merchants ████8234   CCD | 1,237.23- |
| 4/13 | FintechEFTSouthern Glazer' ████8234   CCD | 1,610.34- |
| 4/14 | FintechEFTWright Beverage ████8234   CCD | 429.50- |
| 4/19 | FintechEFTT.J. Sheehan Dis ████8234   CCD | 159.00- |
| 4/19 | Tax PaymntNYS DTF SALES ████4919   CCD | 5,298.18- |
| 4/20 | FintechEFTLake Beverage Co ████8234   CCD | 557.40- |
| 4/20 | FintechEFTEmpire Merchants ████8234   CCD | 947.15- |
| 4/20 | FintechEFTSouthern Glazer' ████8234   CCD | 1,683.84- |
| 4/26 | MISC DEBIT | 12,047.54- |
| 4/26 | Tax PaymntNYS DTF SALES ████9286   CCD | 5,331.99- |
| 4/27 | FintechEFTLake Beverage Co ████8234   CCD | 307.50- |
| 4/27 | FintechEFTSouthern Glazer' ████8234   CCD | 1,952.48- |



```
                                                    Date  4/28/23          Page      3
                                                    Account Number_        ████0596
                                                                                   35

TotalValue Business                        ████0596  (Continued)
```

## WITHDRAWALS AND DEBITS (NON CHECK)

| Date | Description | Amount |
|---|---|---|
| 4/27 | FintechEFTEmpire Merchants ████8234       CCD | 1,996.21- |
| 4/28 | FintechEFTWright Beverage ████8234       CCD | 507.00- |

## CHECKS

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/24 | 8095 | 500,000.00 | 4/06 | 8505 | 390,000.00 | 4/12 | 8554 | 975,000.00 |
| 4/24 | 8096 | 100,000.00 | 4/05 | 8506 | 430,000.00 | 4/12 | 8555 | 40,000.00 |
| 4/21 | 8097 | 920,000.00 | 4/06 | 8507 | 500,000.00 | 4/13 | 8556 | 495,000.00 |
| 4/21 | 8098 | 998,000.00 | 4/07 | 8508 | 430,000.00 | 4/13 | 8557 | 500,000.00 |
| 4/25 | 8099 | 995,000.00 | 4/07 | 8509 | 500,000.00 | 4/14 | 8558 | 800,000.00 |
| 4/28 | 8101* | 930,000.00 | 4/10 | 8510 | 500,000.00 | 4/17 | 8559 | 725,000.00 |
| 4/26 | 8102 | 100,000.00 | 4/07 | 8511 | 500,000.00 | 4/17 | 8560 | 655,000.00 |
| 4/26 | 8103 | 500,000.00 | 4/10 | 8550* | 405,000.00 | 4/18 | 8561 | 500,000.00 |
| 4/03 | 8500* | 500,000.00 | 4/11 | 8551 | 500,000.00 | 4/18 | 8562 | 400,000.00 |
| 4/03 | 8501 | 402,000.00 | 4/11 | 8552 | 500,000.00 | 4/19 | 8564* | 500,000.00 |
| 4/05 | 8504* | 500,000.00 | 4/11 | 8553 | 495,000.00 | 4/19 | 8565 | 110,000.00 |

\* INDICATES MISSING CHECK NUMBER

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/03 | 19,571.48 | 4/12 | 46,013.37 | 4/21 | 9,467.93 |
| 4/04 | 15,073.22 | 4/13 | 37,543.00 | 4/24 | 19,467.93 |
| 4/05 | 19,073.22 | 4/14 | 32,113.50 | 4/25 | 9,467.93 |
| 4/06 | 26,590.57 | 4/17 | 39,113.50 | 4/26 | 7,088.40 |
| 4/07 | 33,590.57 | 4/18 | 31,113.50 | 4/27 | 12,832.21 |
| 4/10 | 23,397.01 | 4/19 | 15,656.32 | 4/28 | 7,325.21 |
| 4/11 | 31,013.37 | 4/20 | 12,467.93 | | |

**END OF STATEMENT**

**Five Star Bank**

Date  4/28/2023   Page   4

Account   ******0596

| Debit | | We Charge DDA - 53 | |
|---|---|---|---|
| Bank: | FIVE STAR BANK | Date/Time: | 4/10/2023  3:00 PM |
| Branch #: | 39 | Workstation: | B39DSK050 |
| Branch Name: | BRIGHTON BRANCH | HIN #: | 850048820000148 |
| Teller ID: | Y59LAIAL | | |
| Drawer #: | 39004 | | |
| Trans #: | 39 | | |
| Misc: | Trn Cashiers Check,Inst CUSTOMER NAME | | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $3,815.48 Date: 4/10/2023

| Debit | | We Charge DDA - 53 | |
|---|---|---|---|
| Bank: | FIVE STAR BANK | Date/Time: | 4/26/2023  2:23 PM |
| Branch #: | 39 | Workstation: | B39DSK051 |
| Branch Name: | BRIGHTON BRANCH | HIN #: | 851648830000150 |
| Teller ID: | Y59XYUIT | | |
| Drawer #: | 39002 | | |
| Trans #: | 56 | | |
| Misc: | Trn Cashiers Check,Inst CUSTOMER NAME | | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $12,047.54 Date: 4/26/2023



Ck #: 8095 Amt: $500,000.00 Date: 4/24/2023

Ck #: 8096 Amt: $100,000.00 Date: 4/24/2023



Ck #: 8097 Amt: $920,000.00 Date: 4/21/2023

Ck #: 8098 Amt: $998,000.00 Date: 4/21/2023

 

Ck #: 8099 Amt: $995,000.00 Date: 4/25/2023

Ck #: 8101 Amt: $930,000.00 Date: 4/28/2023



Ck #: 8102 Amt: $100,000.00 Date: 4/26/2023

Ck #: 8103 Amt: $500,000.00 Date: 4/26/2023



Ck #: 8500 Amt: $500,000.00 Date: 4/3/2023

Ck #: 8501 Amt: $402,000.00 Date: 4/3/2023


Ck #: 8504 Amt: $500,000.00 Date: 4/5/2023


Ck #: 8505 Amt: $390,000.00 Date: 4/6/2023


Ck #: 8506 Amt: $430,000.00 Date: 4/5/2023


Ck #: 8507 Amt: $500,000.00 Date: 4/6/2023


Ck #: 8508 Amt: $430,000.00 Date: 4/7/2023


Ck #: 8509 Amt: $500,000.00 Date: 4/7/2023


Ck #: 8510 Amt: $500,000.00 Date: 4/10/2023


Ck #: 8511 Amt: $500,000.00 Date: 4/7/2023


Ck #: 8550 Amt: $405,000.00 Date: 4/10/2023


Ck #: 8551 Amt: $500,000.00 Date: 4/11/2023


Ck #: 8552 Amt: $500,000.00 Date: 4/11/2023


Ck #: 8553 Amt: $495,000.00 Date: 4/11/2023





Ck #: 8554 Amt: $975,000.00 Date: 4/12/2023



Ck #: 8555 Amt: $40,000.00 Date: 4/12/2023



Ck #: 8556 Amt: $495,000.00 Date: 4/13/2023



Ck #: 8557 Amt: $500,000.00 Date: 4/13/2023



Ck #: 8558 Amt: $800,000.00 Date: 4/14/2023



Ck #: 8559 Amt: $725,000.00 Date: 4/17/2023



Ck #: 8560 Amt: $655,000.00 Date: 4/17/2023



Ck #: 8561 Amt: $500,000.00 Date: 4/18/2023



Ck #: 8562 Amt: $400,000.00 Date: 4/18/2023

Ck #: 8564 Amt: $500,000.00 Date: 4/19/2023



Ck #: 8565 Amt: $110,000.00 Date: 4/19/2023

Please examine at once: If no error is reported within fourteen days of mailing or delivery, except for Electronic Funds Transfers, the account will be considered correct. All items are credited subject to final payment.

Should you change your address, be sure to notify your branch office of your new address.

A withdrawal shall be deemed to be made when it has been recorded on the books of the bank.
This is not necessarily the date that the account holder initiated the transaction.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**For All Customers**
"Electronic fund transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, that is initiated through an electronic terminal, telephone, or computer or magnetic tape for the purpose of ordering, instructing, or authorizing a financial institution to debit or credit an account. The term includes, but is not limited to, point-of-sale transfers, automated teller machine transfers, direct deposits or withdrawals of funds, and transfers initiated by telephone. It includes all transfers resulting from debit card transactions, including those that do not involve an electronic terminal at the time of the transaction. The term does not include payments made by check, draft, or similar paper instrument at an electronic terminal.

Telephone us toll free at (877) 226-5578 or write us and mail to: 220 Liberty St., PO Box 227, Warsaw, NY 14569, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

**For Consumer Accounts Only**
We will investigate your complaint and will correct any errors promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Five Star Bank, Member FDIC