

**Five Star Bank**
220 Liberty Street, P.O. Box 227, Warsaw, NY 14569-0227

24/HOUR TOUCH-TONE BANKING
1-877-882-5782
www.five-starbank.com
customerservice@five-starbank.com

**Return Service Requested**

Date  5/31/23          Page    1
Account Number_            ▮▮▮▮0634
                                  31

NAF REMODELING LLC
1100 GOODMAN ST S
ROCHESTER NY 14620

## CHECKING ACCOUNTS

NAF REMODELING LLC

```
Total Value Business                                                       31
Account Number                  ▮▮▮▮0634   Statement Dates   5/01/23 thru 5/31/23
Beginning Balance              19,861.15   Days in the Statement Period        31
   30 Deposits/Credits      25,264,500.00  Average Ledger              16,845.02
   31 Checks/Debits         25,235,000.00  Average Collected        1,090,187.38-
Service Charge                       .00
Interest Credited                    .00
Ending Balance                 49,361.15
```

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/01 | DEPOSIT | 925,000.00 |
| 5/01 | DEPOSIT | 985,000.00 |
| 5/02 | DEPOSIT | 965,000.00 |
| 5/03 | DEPOSIT | 890,000.00 |
| 5/04 | DEPOSIT | 975,000.00 |
| 5/05 | DEPOSIT | 735,000.00 |
| 5/08 | DEPOSIT | 605,000.00 |
| 5/08 | DEPOSIT | 980,000.00 |
| 5/09 | DEPOSIT | 650,000.00 |
| 5/09 | DEPOSIT | 990,000.00 |
| 5/10 | DEPOSIT | 900,000.00 |
| 5/10 | DEPOSIT | 962,000.00 |
| 5/11 | From Checking XX0529 to Checking XX0634 - Funds Transfer via | 500.00 |
| 5/11 | DEPOSIT | 740,000.00 |
| 5/12 | DEPOSIT | 965,000.00 |
| 5/15 | DEPOSIT | 900,000.00 |
| 5/15 | DEPOSIT | 995,000.00 |
| 5/16 | DEPOSIT | 685,000.00 |
| 5/17 | DEPOSIT | 920,000.00 |



**Five Star Bank**

```
                                      Date  5/31/23        Page      2
                                      Account Number_      ████0634
                                                                31
```

TotalValue Business                              ████0634  (Continued)

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|------|-------------|-------:|
| 5/19 | DEPOSIT | 765,000.00 |
| 5/19 | DEPOSIT | 982,000.00 |
| 5/22 | DEPOSIT | 960,000.00 |
| 5/23 | DEPOSIT | 905,000.00 |
| 5/24 | DEPOSIT | 960,000.00 |
| 5/25 | DEPOSIT | 675,000.00 |
| 5/25 | DEPOSIT | 950,000.00 |
| 5/25 | DEPOSIT | 980,000.00 |
| 5/26 | DEPOSIT | 720,000.00 |
| 5/30 | DEPOSIT | 680,000.00 |
| 5/31 | DEPOSIT | 920,000.00 |

## CHECKS

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|------|--------|-------:|------|--------|-------:|------|--------|-------:|
| 5/01 | 8101 | 930,000.00 | 5/03 | 8557 | 895,000.00 | 5/23 | 9003 | 910,000.00 |
| 5/01 | 8102 | 990,000.00 | 5/09 | 8558 | 648,000.00 | 5/15 | 9004 | 905,000.00 |
| 5/04 | 8103 | 970,000.00 | 5/10 | 8559 | 960,000.00 | 5/15 | 9005 | 992,000.00 |
| 5/08 | 8104 | 990,000.00 | 5/17 | 8560 | 855,000.00 | 5/24 | 9006 | 970,000.00 |
| 5/05 | 8105 | 730,000.00 | 5/19 | 8561 | 980,000.00 | 5/25 | 9007 | 985,000.00 |
| 5/08 | 8106 | 600,000.00 | 5/17 | 8562 | 62,000.00 | 5/30 | 9008 | 670,000.00 |
| 5/09 | 8107 | 992,000.00 | 5/25 | 8563 | 672,000.00 | 5/31 | 9009 | 500,000.00 |
| 5/11 | 8108 | 745,000.00 | 5/25 | 8564 | 940,000.00 | 5/31 | 9010 | 410,000.00 |
| 5/12 | 8109 | 960,000.00 | 5/16 | 9000* | 682,000.00 | 5/26 | 9024* | 710,000.00 |
| 5/10 | 8110 | 912,000.00 | 5/19 | 9001 | 760,000.00 | | | |
| 5/02 | 8556* | 960,000.00 | 5/22 | 9002 | 950,000.00 | | | |

* INDICATES MISSING CHECK NUMBER

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 5/01 | 9,861.15 | 5/10 | 4,861.15 | 5/22 | 26,361.15 |
| 5/02 | 14,861.15 | 5/11 | 361.15 | 5/23 | 21,361.15 |
| 5/03 | 9,861.15 | 5/12 | 5,361.15 | 5/24 | 11,361.15 |
| 5/04 | 14,861.15 | 5/15 | 3,361.15 | 5/25 | 19,361.15 |
| 5/05 | 19,861.15 | 5/16 | 6,361.15 | 5/26 | 29,361.15 |
| 5/08 | 14,861.15 | 5/17 | 9,361.15 | 5/30 | 39,361.15 |
| 5/09 | 14,861.15 | 5/19 | 16,361.15 | 5/31 | 49,361.15 |

END OF STATEMENT




Ck #: 8101  Amt: $930,000.00  Date: 5/1/2023


Ck #: 8102  Amt: $990,000.00  Date: 5/1/2023


Ck #: 8103  Amt: $970,000.00  Date: 5/4/2023


Ck #: 8104  Amt: $990,000.00  Date: 5/8/2023


Ck #: 8105  Amt: $730,000.00  Date: 5/5/2023


Ck #: 8106  Amt: $600,000.00  Date: 5/8/2023


Ck #: 8107  Amt: $992,000.00  Date: 5/9/2023


Ck #: 8108  Amt: $745,000.00  Date: 5/11/2023


Ck #: 8109  Amt: $960,000.00  Date: 5/12/2023

Ck #: 8110  Amt: $912,000.00  Date: 5/10/2023


Ck #: 8556  Amt: $960,000.00  Date: 5/2/2023


Ck #: 8557  Amt: $895,000.00  Date: 5/3/2023


Ck #: 8558 Amt: $648,000.00 Date: 5/9/2023


Ck #: 8559 Amt: $960,000.00 Date: 5/10/2023


Ck #: 8560 Amt: $855,000.00 Date: 5/17/2023


Ck #: 8561 Amt: $980,000.00 Date: 5/19/2023


Ck #: 8562 Amt: $62,000.00 Date: 5/17/2023


Ck #: 8563 Amt: $672,000.00 Date: 5/25/2023


Ck #: 8564 Amt: $940,000.00 Date: 5/25/2023


Ck #: 9000 Amt: $682,000.00 Date: 5/16/2023


Ck #: 9001 Amt: $760,000.00 Date: 5/19/2023

Ck #: 9002 Amt: $950,000.00 Date: 5/22/2023


Ck #: 9003 Amt: $910,000.00 Date: 5/23/2023

Ck #: 9004 Amt: $905,000.00 Date: 5/15/2023


Ck #: 9005 Amt: $992,000.00 Date: 5/15/2023


Ck #: 9006 Amt: $970,000.00 Date: 5/24/2023


Ck #: 9007 Amt: $985,000.00 Date: 5/25/2023


Ck #: 9008 Amt: $670,000.00 Date: 5/30/2023


Ck #: 9009 Amt: $500,000.00 Date: 5/31/2023


Ck #: 9010 Amt: $410,000.00 Date: 5/31/2023


Ck #: 9024 Amt: $710,000.00 Date: 5/26/2023

Please examine at once: If no error is reported within fourteen days of mailing or delivery, except for Electronic Funds Transfers, the account will be considered correct. All items are credited subject to final payment.

Should you change your address, be sure to notify your branch office of your new address.

A withdrawal shall be deemed to be made when it has been recorded on the books of the bank.
This is not necessarily the date that the account holder initiated the transaction.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

### For All Customers

"Electronic fund transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, that is initiated through an electronic terminal, telephone, or computer or magnetic tape for the purpose of ordering, instructing, or authorizing a financial institution to debit or credit an account. The term includes, but is not limited to, point-of-sale transfers, automated teller machine transfers, direct deposits or withdrawals of funds, and transfers initiated by telephone. It includes all transfers resulting from debit card transactions, including those that do not involve an electronic terminal at the time of the transaction. The term does not include payments made by check, draft, or similar paper instrument at an electronic terminal.

Telephone us toll free at (877) 226-5578 or write us and mail to: 220 Liberty St., PO Box 227, Warsaw, NY 14569, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

### For Consumer Accounts Only

We will investigate your complaint and will correct any errors promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Five Star Bank, Member FDIC