


Five Star Bank
220 Liberty Street, P.O. Box 227, Warsaw, NY 14569-0227

**Return Service Requested**

24 HOUR TOUCH TONE BANKING
1-877-882-5782
www.five-starbank.com
customerservice@five-starbank.com

Date 7/31/23 Page 1
Account Number ████0618
30

THE DIVINITY ESTATE AND CHAPEL LLC
1100 GOODMAN ST S
ROCHESTER NY 14620

## CHECKING ACCOUNTS

THE DIVINITY ESTATE AND CHAPEL LLC

| | | | |
|---|---|---|---|
| TotalValue Business | | | 30 |
| Account Number | ████0618 | Statement Dates | 7/03/23 thru 7/31/23 |
| Beginning Balance | 8,281.29 | Days in the Statement Period | 29 |
| 25 Deposits/Credits | 20,491,280.04 | Average Ledger | 12,082.08 |
| 40 Checks/Debits | 20,476,319.89 | Average Collected | 1,207,504.22- |
| Service Charge | .00 | | |
| Interest Credited | .00 | | |
| Ending Balance | 23,241.44 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/03 | FINTECHEFTEMPIRE MERCHANTS ████6878 CCD | 136.00 |
| 7/03 | DEPOSIT | 995,000.00 |
| 7/05 | From Checking XX0529 to Checking XX0618 - Funds Transfer via | 10,000.00 |
| 7/05 | DEPOSIT | 992,000.00 |
| 7/06 | DEPOSIT | 995,000.00 |
| 7/07 | DEPOSIT | 992,000.00 |
| 7/07 | DEPOSIT | 992,000.00 |
| 7/10 | DEPOSIT | 990,000.00 |
| 7/10 | DEPOSIT | 995,000.00 |
| 7/14 | DEPOSIT | 995,000.00 |
| 7/19 | DEPOSIT | 995,000.00 |
| 7/19 | DEPOSIT | 998,000.00 |
| 7/20 | DEPOSIT | 998,000.00 |
| 7/21 | DEPOSIT | 995,000.00 |
| 7/21 | DEPOSIT | 998,000.00 |
| 7/24 | From Checking XX0529 to Checking XX0618 - Funds Transfer via | 12,000.00 |

Date 7/31/23 Page 2
Account Number ████0618
30

TotalValue Business ████0618 (Continued)

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/24 | FintechEFTEmpire Merchants ████6878 CCD | 144.04 |
| 7/24 | DEPOSIT | 998,000.00 |
| 7/25 | DEPOSIT | 996,000.00 |
| 7/25 | DEPOSIT | 996,000.00 |
| 7/26 | DEPOSIT | 992,000.00 |
| 7/28 | From Checking XX0529 to Checking XX0618 - Funds Transfer via | 10,000.00 |
| 7/28 | DEPOSIT | 990,000.00 |
| 7/28 | DEPOSIT | 995,000.00 |
| 7/31 | DEPOSIT | 1,562,000.00 |

## WITHDRAWALS AND DEBITS (NON CHECK)

| Date | Description | Amount |
|---|---|---|
| 7/03 | FintechEFTSouthern Glazer' ████6878 CCD | 2,196.77- |
| 7/07 | FintechEFTWright Beverage ████6878 CCD | 357.09- |
| 7/10 | Tax PaymntNYS DTF SALES ████0887 CCD | 1,521.75- |
| 7/13 | MISC DEBIT | 4,856.90- |
| 7/14 | Tax PaymntNYS DTF SALES ████8091 CCD | 1,119.47- |
| 7/14 | FintechEFTSouthern Glazer' ████6878 CCD | 1,206.72- |
| 7/21 | FintechEFTWright Beverage ████6878 CCD | 279.60- |
| 7/21 | FintechEFTEmpire Merchants ████6878 CCD | 540.04- |
| 7/21 | FintechEFTSouthern Glazer' ████6878 CCD | 1,079.13- |
| 7/24 | MISC DEBIT | 23,603.54- |
| 7/25 | MISC DEBIT | 1,236.60- |
| 7/27 | Tax PaymntNYS DTF SALES ████9753 CCD | 734.40- |
| 7/28 | FintechEFTSouthern Glazer' ████6878 CCD | 573.60- |

## CHECKS

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/03 | 9059 | 997,000.00 | 7/14 | 9090* | 990,000.00 | 7/20 | 9097 | 495,000.00 |
| 7/05 | 9060 | 995,000.00 | 7/31 | 9091 | 990,000.00 | 7/26 | 9098 | 995,000.00 |
| 7/06 | 9061 | 998,000.00 | 7/19 | 9092 | 490,000.00 | 7/24 | 9099 | 996,000.00 |
| 7/07 | 9062 | 995,000.00 | 7/19 | 9093 | 500,000.00 | 7/21 | 9100 | 495,000.00 |
| 7/07 | 9063 | 995,000.00 | 7/19 | 9094 | 500,000.00 | 7/21 | 9101 | 500,000.00 |
| 7/10 | 9064 | 975,000.00 | 7/19 | 9095 | 495,000.00 | 7/21 | 9102 | 492,000.00 |
| 7/10 | 9065 | 998,000.00 | 7/20 | 9096 | 500,000.00 | 7/21 | 9103 | 500,000.00 |

* INDICATES MISSING CHECK NUMBER



Date 7/31/23 Page 3
Account Number_ ███0618
30

TotalValue Business ███0618 (Continued)

## CHECKS

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/25 | 9104 | 995,000.00 | 7/28 | 9200* | 998,000.00 | 7/31 | 9202 | 560,000.00 |
| 7/25 | 9105 | 998,000.00 | 7/28 | 9201 | 995,000.00 | 7/13 | 70823* | 14.28 |

* INDICATES MISSING CHECK NUMBER

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/03 | 4,220.52 | 7/14 | 10,144.31 | 7/26 | 10,549.44 |
| 7/05 | 11,220.52 | 7/19 | 18,144.31 | 7/27 | 9,815.04 |
| 7/06 | 8,220.52 | 7/20 | 21,144.31 | 7/28 | 11,241.44 |
| 7/07 | 1,863.43 | 7/21 | 25,245.54 | 7/31 | 23,241.44 |
| 7/10 | 12,341.68 | 7/24 | 15,786.04 | | |
| 7/13 | 7,470.50 | 7/25 | 13,549.44 | | |

E N D O F S T A T E M E N T

Five Star Bank

Debit — We Charge DDA - 53
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59LAIAL; Drawer #: 39004; Trans #: 9; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 7/13/2023 11:10 AM; Workstation: B39DSK050; HIN #: 859448820000037
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $4,856.90 Date: 7/13/2023

Debit — We Charge DDA - 53
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59LAIAL; Drawer #: 39004; Trans #: 11; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 7/24/2023 9:37 AM; Workstation: B39DSK051; HIN #: 860548830000030
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $23,603.54 Date: 7/24/2023

Debit — We Charge DDA - 53
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59LAIAL; Drawer #: 39004; Trans #: 8; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 7/25/2023 9:32 AM; Workstation: B39DSK051; HIN #: 860648830000014
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $1,236.60 Date: 7/25/2023

THE DIVINITY ESTATE AND CHAPEL LLC, 1100 GOODMAN ST S, ROCHESTER, NY 14620 — 9059 — DATE 6-30-23 — PAY TO THE ORDER OF KNC $997,000.00 — Nine hundred Ninety Seven thousand — DOLLARS — Five Star Bank — MEMO

Ck #: 9059 Amt: $997,000.00 Date: 7/3/2023

THE DIVINITY ESTATE AND CHAPEL LLC, 1100 GOODMAN ST S, ROCHESTER, NY 14620 — 9060 — DATE 7-3-23 — PAY TO THE ORDER OF KNC $995,000.00 — Nine hundred Ninety five thousand — DOLLARS — Five Star Bank — MEMO

Ck #: 9060 Amt: $995,000.00 Date: 7/5/2023

THE DIVINITY ESTATE AND CHAPEL LLC, 1100 GOODMAN ST S, ROCHESTER, NY 14620 — 9061 — DATE 7-5-23 — PAY TO THE ORDER OF 11 Wex Ford — $998,000.00 — Nine hundred Ninety Eight thousand — DOLLARS — Five Star Bank — MEMO

Ck #: 9061 Amt: $998,000.00 Date: 7/6/2023

THE DIVINITY ESTATE AND CHAPEL LLC, 1100 GOODMAN ST S, ROCHESTER, NY 14620 — 9062 — DATE 7-6-23 — PAY TO THE ORDER OF KM Monroe $995,000.00 — Nine hundred Ninety five thousand — DOLLARS — Five Star Bank — MEMO

Ck #: 9062 Amt: $995,000.00 Date: 7/7/2023

THE DIVINITY ESTATE AND CHAPEL LLC, 1100 GOODMAN ST S, ROCHESTER, NY 14620 — 9063 — DATE 7-6-23 — PAY TO THE ORDER OF KM Winklepleck $995,000.00 — Nine hundred Ninety five thousand — DOLLARS — Five Star Bank — MEMO

Ck #: 9063 Amt: $995,000.00 Date: 7/7/2023

THE DIVINITY ESTATE AND CHAPEL LLC, 1100 GOODMAN ST S, ROCHESTER, NY 14620 — 9064 — DATE 7-7-23 — PAY TO THE ORDER OF NAF $975,000.00 — Nine hundred Seventy five thousand — DOLLARS — Five Star Bank — MEMO

Ck #: 9064 Amt: $975,000.00 Date: 7/10/2023

THE DIVINITY ESTATE AND CHAPEL LLC, 1100 GOODMAN ST S, ROCHESTER, NY 14620 — 9065 — DATE 7-7-23 — PAY TO THE ORDER OF Katherine in Monroe $998,000.00 — Nine hundred Ninety Eight thousand — DOLLARS — Five Star Bank — MEMO

Ck #: 9065 Amt: $998,000.00 Date: 7/10/2023

THE DIVINITY ESTATE AND CHAPEL LLC, 1100 GOODMAN ST S, ROCHESTER, NY 14620 — 9090 — DATE 7-13-23 — PAY TO THE ORDER OF 11 Wexford Glen $990,000.00 — Nine hundred Ninety thousand — DOLLARS — Five Star Bank — MEMO

Ck #: 9090 Amt: $990,000.00 Date: 7/14/2023

THE DIVINITY ESTATE AND CHAPEL LLC, 1100 GOODMAN ST S, ROCHESTER, NY 14620 — 9091 — DATE 7-18-23 — PAY TO THE ORDER OF NAF $990,000.00 — Nine hundred Ninety thousand — DOLLARS — Five Star Bank — MEMO

Ck #: 9091 Amt: $990,000.00 Date: 7/31/2023

Five Star Bank

Date 7/31/2023 Page 5

Account ******0618

Ck #: 9092 Amt: $490,000.00 Date: 7/19/2023

Ck #: 9093 Amt: $500,000.00 Date: 7/19/2023

Ck #: 9094 Amt: $500,000.00 Date: 7/19/2023

Ck #: 9095 Amt: $495,000.00 Date: 7/19/2023

Ck #: 9096 Amt: $500,000.00 Date: 7/20/2023

Ck #: 9097 Amt: $495,000.00 Date: 7/20/2023

Ck #: 9098 Amt: $995,000.00 Date: 7/26/2023

Ck #: 9099 Amt: $996,000.00 Date: 7/24/2023

Ck #: 9100 Amt: $495,000.00 Date: 7/21/2023

Ck #: 9101 Amt: $500,000.00 Date: 7/21/2023

Ck #: 9102 Amt: $492,000.00 Date: 7/21/2023

Ck #: 9103 Amt: $500,000.00 Date: 7/21/2023



Five Star Bank

Account ******0618

THE DIVINITY ESTATE AND CHAPEL LLC
1100 GOODMAN ST S
ROCHESTER, NY 14620

9104

DATE 7-24-23

PAY TO THE ORDER OF $ 995,000

DOLLARS

Five Star Bank

MEMO

Ck #: 9104 Amt: $995,000.00 Date: 7/25/2023

THE DIVINITY ESTATE AND CHAPEL LLC
1100 GOODMAN ST S
ROCHESTER, NY 14620

9105

DATE 7-24-23

PAY TO THE ORDER OF $ 998,000

DOLLARS

Five Star Bank

MEMO

Ck #: 9105 Amt: $998,000.00 Date: 7/25/2023

THE DIVINITY ESTATE AND CHAPEL LLC
1100 GOODMAN ST S
ROCHESTER, NY 14620

9200

DATE 7-27-23

PAY TO THE ORDER OF NAF $ 998,000

DOLLARS

Five Star Bank

MEMO

Ck #: 9200 Amt: $998,000.00 Date: 7/28/2023

THE DIVINITY ESTATE AND CHAPEL LLC
1100 GOODMAN ST S
ROCHESTER, NY 14620

9201

DATE 7-27-23

PAY TO THE ORDER OF $ 995,000

DOLLARS

Five Star Bank

MEMO

Ck #: 9201 Amt: $995,000.00 Date: 7/28/2023

THE DIVINITY ESTATE AND CHAPEL LLC
1100 GOODMAN ST S
ROCHESTER, NY 14620

9202

DATE 7-28-23

PAY TO THE ORDER OF $ 560,000

DOLLARS

Five Star Bank

MEMO

Ck #: 9202 Amt: $560,000.00 Date: 7/31/2023

DIVINITY ESTATE AND CHAPEL LLC
1100 GOODMAN ST S STE 2
ROCHESTER, NY 14620 38020015004 38020015004
585 481-8205

FIVE STAR BANK
ROCHESTER, NY

70823

7/7/2023

Pay to the Order Of: NYS EMPLOYMENT TAXES $ $14.28

FOURTEEN DOLLARS AND TWENTY EIGHT CENTS

MEMO: 09325095

This draft authorized by your depositor
No Signature Required

Ck #: 70823 Amt: $14.28 Date: 7/13/2023

Please examine at once: If no error is reported within fourteen days of mailing or delivery, except for Electronic Funds Transfers, the account will be considered correct. All items are credited subject to final payment.

Should you change your address, be sure to notify your branch office of your new address.

A withdrawal shall be deemed to be made when it has been recorded on the books of the bank. This is not necessarily the date that the account holder initiated the transaction.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

### For All Customers

"Electronic fund transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, that is initiated through an electronic terminal, telephone, or computer or magnetic tape for the purpose of ordering, instructing, or authorizing a financial institution to debit or credit an account. The term includes, but is not limited to, point-of-sale transfers, automated teller machine transfers, direct deposits or withdrawals of funds, and transfers initiated by telephone. It includes all transfers resulting from debit card transactions, including those that do not involve an electronic terminal at the time of the transaction. The term does not include payments made by check, draft, or similar paper instrument at an electronic terminal.

Telephone us toll free at (877) 226-5578 or write us and mail to: 220 Liberty St., PO Box 227, Warsaw, NY 14569, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

### For Consumer Accounts Only

We will investigate your complaint and will correct any errors promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.