

220 Liberty Street, P.O. Box 227, Warsaw, NY 14569-0227

**Return Service Requested**

24 HOUR TOUCH TONE BANKING
1-877-882-5782

www.five-starbank.com
customerservice@five-starbank.com

Date 8/31/23 Page 1
Account Number_ ████0529
103

KRM EVENTS LLC
MONROE'S
1100 GOODMAN ST S
ROCHESTER NY 14620

## RELATIONSHIP SUMMARY

| Account Number | Type of Account | Balance |
|---|---|---|
| ████0529 | TotalValue Business | 21,429.64 |
| ████0545 | TotalValue Business | 25,088.70 |

## CHECKING ACCOUNTS

KRM EVENTS LLC
MONROE'S

| | | | |
|---|---|---|---|
| TotalValue Business | | | 68 |
| Account Number | ████0529 | Statement Dates | 8/01/23 thru 8/31/23 |
| Beginning Balance | 98,219.64 | Days in the Statement Period | 31 |
| 124 Deposits/Credits | 24,195,364.20 | Average Ledger | 34,455.93 |
| 89 Checks/Debits | 24,272,154.20 | Average Collected | 1,430,670.47- |
| Service Charge | .00 | | |
| Interest Credited | .00 | | |
| Ending Balance | 21,429.64 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/01 | From Checking XX0545 to Checking XX0529 - Funds Transfer via | 30,000.00 |
| 8/01 | BKRD DEP EMS ████9038 CCD | 2,353.28 |
| 8/01 | BKRD DEP EMS ████9038 CCD | 4,682.18 |
| 8/01 | BKRD DEP EMS ████9038 CCD | 6,047.14 |
| 8/02 | BKRD DEP EMS ████9038 CCD | 466.67 |
| 8/02 | BKRD DEP EMS ████9038 CCD | 1,296.36 |
| 8/02 | BKRD DEP EMS ████9038 CCD | 2,249.08 |



Date 8/31/23 Page 2
Account Number_ ████0529
103

TotalValue Business ████0529 (Continued)

## DEPOSITS AND CREDITS

| Date | Description | | Amount |
|---|---|---|---|
| 8/02 | BKRD DEP EMS | | 8,550.71 |
| | ████9038 | CCD | |
| 8/02 | BKRD DEP EMS | | 33,550.00 |
| | ████9038 | CCD | |
| 8/02 | DEPOSIT | | 980,000.00 |
| 8/03 | BKRD DEP EMS | | 1,663.24 |
| | ████9038 | CCD | |
| 8/03 | BKRD DEP EMS | | 2,139.74 |
| | ████9038 | CCD | |
| 8/03 | BKRD DEP EMS | | 7,119.64 |
| | ████9038 | CCD | |
| 8/04 | BKRD DEP EMS | | 666.40 |
| | ████9038 | CCD | |
| 8/04 | BKRD DEP EMS | | 1,415.15 |
| | ████9038 | CCD | |
| 8/04 | BKRD DEP EMS | | 1,570.64 |
| | ████9038 | CCD | |
| 8/04 | BKRD DEP EMS | | 5,000.00 |
| | ████9038 | CCD | |
| 8/04 | BKRD DEP EMS | | 5,908.50 |
| | ████9038 | CCD | |
| 8/04 | BKRD DEP EMS | | 33,900.00 |
| | ████9038 | CCD | |
| 8/04 | DEPOSIT | | 2,168,000.00 |
| 8/07 | BKRD DEP EMS | | 7.56 |
| | ████9038 | CCD | |
| 8/07 | BKRD DEP EMS | | 572.93 |
| | ████9038 | CCD | |
| 8/07 | BKRD DEP EMS | | 2,804.34 |
| | ████9038 | CCD | |
| 8/07 | BKRD DEP EMS | | 5,942.98 |
| | ████9038 | CCD | |
| 8/07 | BKRD DEP EMS | | 10,369.46 |
| | ████9038 | CCD | |
| 8/07 | BKRD DEP EMS | | 13,909.70 |
| | ████9038 | CCD | |
| 8/07 | BKRD DEP EMS | | 15,874.59 |
| | ████9038 | CCD | |
| 8/07 | BKRD DEP EMS | | 58,700.00 |
| | ████9038 | CCD | |
| 8/07 | BKRD DEP EMS | | 61,600.00 |
| | ████9038 | CCD | |
| 8/07 | DEPOSIT | | 980,000.00 |
| 8/08 | BKRD DEP EMS | | 2,337.36 |
| | ████9038 | CCD | |
| 8/08 | BKRD DEP EMS | | 7,348.56 |
| | ████9038 | CCD | |



Five Star Bank

Date 8/31/23 Page 3
Account Number_ [redacted]0529
103

TotalValue Business [redacted]0529 (Continued)

## DEPOSITS AND CREDITS

| Date | Description | | Amount |
|---|---|---|---|
| 8/08 | BKRD DEP EMS | | 25,909.80 |
| | [redacted]9038 | CCD | |
| 8/08 | DEPOSIT | | 980,000.00 |
| 8/08 | DEPOSIT | | 995,000.00 |
| 8/09 | BKRD DEP EMS | | 1,115.08 |
| | [redacted]9038 | CCD | |
| 8/09 | BKRD DEP EMS | | 1,858.62 |
| | [redacted]9038 | CCD | |
| 8/09 | BKRD DEP EMS | | 5,441.48 |
| | [redacted]9038 | CCD | |
| 8/09 | BKRD DEP EMS | | 5,588.28 |
| | [redacted]9038 | CCD | |
| 8/09 | BKRD DEP EMS | | 34,374.60 |
| | [redacted]9038 | CCD | |
| 8/09 | DEPOSIT | | 995,000.00 |
| 8/09 | DEPOSIT | | 995,000.00 |
| 8/10 | BKCRDCHGBKEMS | | 62.00 |
| | [redacted]9038 | CCD | |
| 8/10 | BKRD DEP EMS | | 1,808.84 |
| | [redacted]9038 | CCD | |
| 8/10 | BKRD DEP EMS | | 2,418.81 |
| | [redacted]9038 | CCD | |
| 8/10 | BKRD DEP EMS | | 7,377.03 |
| | [redacted]9038 | CCD | |
| 8/10 | DEPOSIT | | 990,000.00 |
| 8/10 | DEPOSIT | | 995,000.00 |
| 8/11 | BKRD DEP EMS | | 1,360.20 |
| | [redacted]9038 | CCD | |
| 8/11 | BKRD DEP EMS | | 1,698.38 |
| | [redacted]9038 | CCD | |
| 8/11 | BKRD DEP EMS | | 9,084.73 |
| | [redacted]9038 | CCD | |
| 8/11 | BKRD DEP EMS | | 17,483.08 |
| | [redacted]9038 | CCD | |
| 8/11 | DEPOSIT | | 990,000.00 |
| 8/11 | DEPOSIT | | 992,000.00 |
| 8/14 | BKRD DEP EMS | | 34.56 |
| | [redacted]9038 | CCD | |
| 8/14 | BKRD DEP EMS | | 73.44 |
| | [redacted]9038 | CCD | |
| 8/14 | BKRD DEP EMS | | 3,340.00 |
| | [redacted]9038 | CCD | |
| 8/14 | BKRD DEP EMS | | 6,318.24 |
| | [redacted]9038 | CCD | |
| 8/14 | BKRD DEP EMS | | 17,300.00 |
| | [redacted]9038 | CCD | |
| 8/14 | BKRD DEP EMS | | 17,820.72 |
| | [redacted]9038 | CCD | |



Five Star Bank

Date 8/31/23 Page 4
Account Number_ [redacted]0529
103

TotalValue Business [redacted]0529 (Continued)

## DEPOSITS AND CREDITS

| Date | Description | | Amount |
|---|---|---|---|
| 8/14 | BKRD DEP EMS | | 18,087.38 |
| | [redacted]9038 | CCD | |
| 8/14 | BKRD DEP EMS | | 41,387.34 |
| | [redacted]9038 | CCD | |
| 8/14 | DEPOSIT | | 916.93 |
| 8/15 | BKRD DEP EMS | | 1,566.36 |
| | [redacted]9038 | CCD | |
| 8/15 | BKRD DEP EMS | | 3,859.71 |
| | [redacted]9038 | CCD | |
| 8/15 | BKRD DEP EMS | | 8,024.84 |
| | [redacted]9038 | CCD | |
| 8/15 | BKRD DEP EMS | | 10,628.56 |
| | [redacted]9038 | CCD | |
| 8/15 | DEPOSIT | | 990,000.00 |
| 8/16 | BKRD DEP EMS | | 2,381.08 |
| | [redacted]9038 | CCD | |
| 8/16 | BKRD DEP EMS | | 8,423.31 |
| | [redacted]9038 | CCD | |
| 8/16 | DEPOSIT | | 990,000.00 |
| 8/17 | BKRD DEP EMS | | 5,301.88 |
| | [redacted]9038 | CCD | |
| 8/17 | BKRD DEP EMS | | 8,500.00 |
| | [redacted]9038 | CCD | |
| 8/17 | BKRD DEP EMS | | 10,859.86 |
| | [redacted]9038 | CCD | |
| 8/18 | BKRD DEP EMS | | 3,396.88 |
| | [redacted]9038 | CCD | |
| 8/18 | BKRD DEP EMS | | 7,004.20 |
| | [redacted]9038 | CCD | |
| 8/18 | BKRD DEP EMS | | 8,631.48 |
| | [redacted]9038 | CCD | |
| 8/18 | DEPOSIT | | 990,000.00 |
| 8/21 | BKRD DEP EMS | | 2,427.04 |
| | [redacted]9038 | CCD | |
| 8/21 | BKRD DEP EMS | | 8,022.63 |
| | [redacted]9038 | CCD | |
| 8/21 | BKRD DEP EMS | | 15,044.40 |
| | [redacted]9038 | CCD | |
| 8/21 | BKRD DEP EMS | | 16,739.79 |
| | [redacted]9038 | CCD | |
| 8/21 | BKRD DEP EMS | | 26,550.00 |
| | [redacted]9038 | CCD | |
| 8/21 | BKRD DEP EMS | | 35,800.00 |
| | [redacted]9038 | CCD | |
| 8/22 | BKRD DEP EMS | | 1,800.15 |
| | [redacted]9038 | CCD | |
| 8/22 | BKRD DEP EMS | | 5,396.38 |
| | [redacted]9038 | CCD | |



Date 8/31/23 Page 5
Account Number_ ████0529
103

TotalValue Business ████0529 (Continued)

## DEPOSITS AND CREDITS

| Date | Description | | Amount |
|---|---|---|---|
| 8/22 | BKRD DEP EMS<br>████9038 | CCD | 8,833.24 |
| 8/22 | DEPOSIT | | 990,000.00 |
| 8/22 | DEPOSIT | | 990,000.00 |
| 8/23 | BKRD DEP EMS<br>████9038 | CCD | 103.68 |
| 8/23 | BKRD DEP EMS<br>████9038 | CCD | 1,209.04 |
| 8/23 | BKRD DEP EMS<br>████9038 | CCD | 4,818.81 |
| 8/23 | BKRD DEP EMS<br>████9038 | CCD | 6,045.36 |
| 8/24 | BKRD DEP EMS<br>████9038 | CCD | 3,885.91 |
| 8/24 | BKRD DEP EMS<br>████9038 | CCD | 4,084.51 |
| 8/24 | BKRD DEP EMS<br>████9038 | CCD | 5,103.82 |
| 8/24 | BKRD DEP EMS<br>████9038 | CCD | 10,255.75 |
| 8/24 | DEPOSIT | | 290,000.00 |
| 8/25 | BKRD DEP EMS<br>████9038 | CCD | 1,682.18 |
| 8/25 | BKRD DEP EMS<br>████9038 | CCD | 3,250.08 |
| 8/25 | BKRD DEP EMS<br>████9038 | CCD | 5,219.76 |
| 8/25 | BKRD DEP EMS<br>████9038 | CCD | 7,876.05 |
| 8/28 | BKRD DEP EMS<br>████9038 | CCD | 599.96 |
| 8/28 | BKRD DEP EMS<br>████9038 | CCD | 14,003.66 |
| 8/28 | BKRD DEP EMS<br>████9038 | CCD | 21,993.84 |
| 8/28 | BKRD DEP EMS<br>████9038 | CCD | 25,400.00 |
| 8/28 | BKRD DEP EMS<br>████9038 | CCD | 39,800.00 |
| 8/28 | DEPOSIT | | 985,000.00 |
| 8/28 | DEPOSIT | | 990,000.00 |
| 8/29 | BKRD DEP EMS<br>████9038 | CCD | 67.20 |
| 8/29 | BKRD DEP EMS<br>████9038 | CCD | 68.04 |
| 8/29 | BKRD DEP EMS<br>████9038 | CCD | 2,552.99 |

Five Star Bank

Date 8/31/23 Page 6
Account Number_ ████0529
103

TotalValue Business ████0529 (Continued)

## DEPOSITS AND CREDITS

| Date | Description | | Amount |
|---|---|---|---|
| 8/29 | BKCRDCHGBKEMS | | 2,633.40 |
| | ████9038 | CCD | |
| 8/29 | BKRD DEP EMS | | 4,305.65 |
| | ████9038 | CCD | |
| 8/29 | BKRD DEP EMS | | 6,020.43 |
| | ████9038 | CCD | |
| 8/29 | DEPOSIT | | 990,000.00 |
| 8/29 | DEPOSIT | | 996,000.00 |
| 8/30 | BKRD DEP EMS | | 2,170.08 |
| | ████9038 | CCD | |
| 8/30 | BKRD DEP EMS | | 3,014.24 |
| | ████9038 | CCD | |
| 8/30 | BKRD DEP EMS | | 4,562.96 |
| | ████9038 | CCD | |
| 8/30 | DEPOSIT | | 992,000.00 |
| 8/30 | DEPOSIT | | 998,000.00 |
| 8/31 | BKRD DEP EMS | | 5,248.08 |
| | ████9038 | CCD | |
| 8/31 | BKRD DEP EMS | | 10,291.18 |
| | ████9038 | CCD | |

## WITHDRAWALS AND DEBITS (NON CHECK)

| Date | Description | | Amount |
|---|---|---|---|
| 8/01 | MISC DEBIT | | 6,850.00- |
| 8/01 | MISC DEBIT | | 47,911.08- |
| 8/01 | BKRD DEP EMS | | 38,650.65- |
| | ████9038 | CCD | |
| 8/02 | MISC DEBIT | | 6,800.00- |
| 8/02 | MISC DEBIT | | 17,132.39- |
| 8/02 | MISC DEBIT | | 17,647.86- |
| 8/02 | From Checking XX0529 to Checki ng XX0596 - Funds Transfer via | | 15,000.00- |
| 8/03 | MISC DEBIT | | 20,000.00- |
| 8/04 | MISC DEBIT | | 6,900.00- |
| 8/04 | MISC DEBIT | | 39,137.91- |
| 8/04 | From Checking XX0529 to Checki ng XX0596 - Funds Transfer via | | 10,000.00- |
| 8/07 | MISC DEBIT | | 10,037.00- |
| 8/07 | MISC DEBIT | | 23,000.00- |
| 8/07 | MISC DEBIT | | 26,527.11- |
| 8/07 | From Checking XX0529 to Checki ng XX0545 - Funds Transfer via | | 10,000.00- |
| 8/08 | MISC DEBIT | | 8,600.00- |
| 8/08 | MISC DEBIT | | 15,037.00- |
| 8/08 | MISC DEBIT | | 43,100.08- |
| 8/09 | MISC DEBIT | | 8,491.00- |
| 8/09 | MISC DEBIT | | 43,087.82- |
| 8/10 | MISC DEBIT | | 35,800.99- |

Date 8/31/23 Page 7
Account Number_ ▇▇▇0529
103

TotalValue Business ▇▇▇0529 (Continued)

## WITHDRAWALS AND DEBITS (NON CHECK)

| Date | Description | Amount |
|---|---|---|
| 8/11 | MISC DEBIT | 8,758.55- |
| 8/11 | MISC DEBIT | 15,000.00- |
| 8/11 | From Checking XX0529 to Checking XX0596 - Funds Transfer via | 15,000.00- |
| 8/14 | MISC DEBIT | 8,925.26- |
| 8/14 | MISC DEBIT | 20,335.72- |
| 8/14 | MISC DEBIT | 24,638.03- |
| 8/14 | MISC DEBIT | 26,928.46- |
| 8/15 | MISC DEBIT | 20,233.48- |
| 8/15 | From Checking XX0529 to Checking XX0596 - Funds Transfer via | 5,854.36- |
| 8/15 | From Checking XX0529 to Checking XX0596 - Funds Transfer via | 5,949.14- |
| 8/16 | MISC DEBIT | 8,925.26- |
| 8/16 | From Checking XX0529 to Checking XX0596 - Funds Transfer via | 10,000.00- |
| 8/17 | MISC DEBIT | 12,191.44- |
| 8/17 | From Checking XX0529 to Checking XX0596 - Funds Transfer via | 10,000.00- |
| 8/18 | MISC DEBIT | 22,112.10- |
| 8/18 | From Checking XX0529 to Checking XX6808 - took change order | 2,500.00- |
| 8/21 | MISC DEBIT | 17,283.14- |
| 8/21 | MISC DEBIT | 27,511.23- |
| 8/21 | From Checking XX0529 to Checking XX0596 - Funds Transfer via | 8,000.00- |
| 8/22 | MISC DEBIT | 20,000.00- |
| 8/22 | From Checking XX0529 to Checking XX0588 - Funds Transfer via | 10,000.00- |
| 8/22 | BKCRDCHGBKEMS ▇▇▇9038 CCD | 2,633.40- |
| 8/23 | MISC DEBIT | 1,107.82- |
| 8/23 | MISC DEBIT | 1,314.76- |
| 8/23 | MISC DEBIT | 20,000.00- |
| 8/24 | MISC DEBIT | 136.00- |
| 8/24 | MISC DEBIT | 1,448.00- |
| 8/24 | MISC DEBIT | 14,000.00- |
| 8/24 | From Checking XX0529 to Checking XX0596 - Funds Transfer via | 10,000.00- |
| 8/25 | MISC DEBIT | 28,519.08- |
| 8/25 | BKRD DEP EMS ▇▇▇9038 CCD | 30.00- |
| 8/28 | MISC DEBIT | 30,000.00- |
| 8/28 | From Checking XX0529 to Checking XX0596 - Funds Transfer via | 2,852.23- |
| 8/28 | From Checking XX0529 to Checking XX0596 - Funds Transfer via | 10,000.00- |
| 8/29 | MISC DEBIT | 388.80- |



Date 8/31/23 Page 8
Account Number_ ████0529
103

TotalValue Business ████0529 (Continued)

## WITHDRAWALS AND DEBITS (NON CHECK)

| Date | Description | Amount |
|---|---|---|
| 8/29 | MISC DEBIT | 11,643.89- |
| 8/29 | BKCRDCHGBKEMS | 39.69- |
| | ████9038 CCD | |
| 8/30 | MISC DEBIT | 10,293.49- |
| 8/30 | MISC DEBIT | 24,848.60- |
| 8/30 | TELEPHONE TRANSFER DEBIT | 6,250.42- |
| 8/30 | TELEPHONE TRANSFER DEBIT | 7,351.96- |
| 8/31 | TELEPHONE TRANSFER DEBIT | 9,922.00- |

## CHECKS

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/04 | 25 | 2,517.00 | 8/10 | 9208 | 982,000.00 | 8/22 | 9322 | 992,000.00 |
| 8/11 | 921* | 998,000.00 | 8/10 | 9209 | 998,000.00 | 8/24 | 9323 | 300,000.00 |
| 8/02 | 9201* | 985,000.00 | 8/09 | 9210 | 992,000.00 | 8/28 | 9324 | 998,000.00 |
| 8/04 | 9202 | 180,000.00 | 8/09 | 9211 | 998,000.00 | 8/28 | 9325 | 998,000.00 |
| 8/04 | 9203 | 992,000.00 | 8/11 | 9212 | 985,000.00 | 8/29 | 9500* | 998,000.00 |
| 8/04 | 9204 | 996,000.00 | 8/15 | 9214* | 998,000.00 | 8/29 | 9501 | 995,000.00 |
| 8/07 | 9205 | 992,000.00 | 8/16 | 9215 | 996,000.00 | 8/30 | 9502 | 995,000.00 |
| 8/08 | 9206 | 992,000.00 | 8/18 | 9320* | 995,000.00 | 8/30 | 9503 | 990,000.00 |
| 8/08 | 9207 | 990,000.00 | 8/22 | 9321 | 992,000.00 | | | |

* INDICATES MISSING CHECK NUMBER

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | 47,890.51 | 8/11 | 30,860.34 | 8/23 | 38,064.03 |
| 8/02 | 32,423.08 | 8/14 | 55,311.48 | 8/24 | 25,810.02 |
| 8/03 | 23,345.70 | 8/15 | 39,353.97 | 8/25 | 15,289.01 |
| 8/04 | 13,251.48 | 8/16 | 25,233.10 | 8/28 | 53,234.24 |
| 8/07 | 101,468.93 | 8/17 | 27,703.40 | 8/29 | 49,809.57 |
| 8/08 | 63,327.57 | 8/18 | 17,123.86 | 8/30 | 15,812.38 |
| 8/09 | 60,126.81 | 8/21 | 68,913.35 | 8/31 | 21,429.64 |
| 8/10 | 40,992.50 | 8/22 | 48,309.72 | | |

KRM EVENTS LLC
WINTERGARDEN

| TotalValue Business | | | 35 |
|---|---|---|---|
| Account Number | ████0545 | Statement Dates | 8/01/23 thru 8/31/23 |
| Beginning Balance | 45,034.90 | Days in the Statement Period | 31 |
| 37 Deposits/Credits | 32,625,140.55 | Average Ledger | 12,907.75 |
| 38 Checks/Debits | 32,645,086.75 | Average Collected | 1,666,225.94- |
| Service Charge | .00 | | |
| Interest Credited | .00 | | |
| Ending Balance | 25,088.70 | | |



Date 8/31/23 Page 9
Account Number_ ▇▇▇▇0529
103

TotalValue Business ▇▇▇▇0545 (Continued)

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/01 | DEPOSIT | 995,000.00 |
| 8/02 | DEPOSIT | 996,000.00 |
| 8/02 | DEPOSIT | 998,000.00 |
| 8/03 | DEPOSIT | 985,000.00 |
| 8/04 | DEPOSIT | 985,000.00 |
| 8/07 | From Checking XX0529 to Checking XX0545 - Funds Transfer via | 10,000.00 |
| 8/07 | DEPOSIT | 990,000.00 |
| 8/08 | DEPOSIT | 995,000.00 |
| 8/08 | DEPOSIT | 998,000.00 |
| 8/09 | DEPOSIT | 992,000.00 |
| 8/09 | DEPOSIT | 996,000.00 |
| 8/10 | DEPOSIT | 195,000.00 |
| 8/11 | DEPOSIT | 996,000.00 |
| 8/11 | DEPOSIT | 996,000.00 |
| 8/14 | DEPOSIT | 995,000.00 |
| 8/14 | DEPOSIT | 996,000.00 |
| 8/15 | DEPOSIT | 998,000.00 |
| 8/16 | DEPOSIT | 995,000.00 |
| 8/16 | DEPOSIT | 995,000.00 |
| 8/17 | DEPOSIT | 998,000.00 |
| 8/17 | DEPOSIT | 998,000.00 |
| 8/18 | DEPOSIT | 205,000.00 |
| 8/18 | DEPOSIT | 996,000.00 |
| 8/22 | DEPOSIT | 9,140.55 |
| 8/22 | DEPOSIT | 995,000.00 |
| 8/22 | DEPOSIT | 995,000.00 |
| 8/23 | DEPOSIT | 990,000.00 |
| 8/24 | DEPOSIT | 990,000.00 |
| 8/24 | DEPOSIT | 998,000.00 |
| 8/28 | DEPOSIT | 370,000.00 |
| 8/28 | DEPOSIT | 998,000.00 |
| 8/28 | DEPOSIT | 998,000.00 |
| 8/29 | DEPOSIT | 995,000.00 |
| 8/30 | DEPOSIT | 996,000.00 |
| 8/30 | DEPOSIT | 998,000.00 |
| 8/31 | DEPOSIT | 992,000.00 |
| 8/31 | DEPOSIT | 998,000.00 |

## WITHDRAWALS AND DEBITS (NON CHECK)

| Date | Description | Amount |
|---|---|---|
| 8/01 | From Checking XX0545 to Checking XX0529 - Funds Transfer via | 30,000.00- |
| 8/28 | From Checking XX0545 to Checking XX0588 - Funds Transfer via | 1,473.33- |
| 8/28 | From Checking XX0545 to Checking XX0588 - Funds Transfer via | 11,613.42- |



Date 8/31/23 Page 10
Account Number_ ████0529
103

TotalValue Business ████0545 (Continued)

## CHECKS

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/14 | 9032 | 998,000.00 | 8/09 | 9208 | 990,000.00 | 8/28 | 9324 | 998,000.00 |
| 8/14 | 9033 | 996,000.00 | 8/09 | 9209 | 998,000.00 | 8/28 | 9325 | 360,000.00 |
| 8/16 | 9034 | 998,000.00 | 8/10 | 9210 | 190,000.00 | 8/30 | 9326 | 992,000.00 |
| 8/16 | 9035 | 994,000.00 | 8/17 | 9211 | 995,000.00 | 8/30 | 9327 | 995,000.00 |
| 8/04 | 9094* | 995,000.00 | 8/11 | 9212 | 998,000.00 | 8/18 | 9328 | 998,000.00 |
| 8/01 | 9200* | 992,000.00 | 8/11 | 9213 | 995,000.00 | 8/18 | 9329 | 198,000.00 |
| 8/02 | 9201 | 995,000.00 | 8/15 | 9214 | 995,000.00 | 8/22 | 9330 | 998,000.00 |
| 8/02 | 9202 | 995,000.00 | 8/17 | 9215 | 995,000.00 | 8/22 | 9331 | 995,000.00 |
| 8/03 | 9203 | 995,000.00 | 8/23 | 9320* | 998,000.00 | 8/29 | 9500* | 998,000.00 |
| 8/07 | 9205* | 998,000.00 | 8/24 | 9321 | 992,000.00 | 8/31 | 9501 | 990,000.00 |
| 8/08 | 9206 | 996,000.00 | 8/24 | 9322 | 995,000.00 | 8/31 | 9502 | 995,000.00 |
| 8/08 | 9207 | 996,000.00 | 8/28 | 9323 | 996,000.00 | | | |

* INDICATES MISSING CHECK NUMBER

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | 18,034.90 | 8/10 | 10,034.90 | 8/22 | 24,175.45 |
| 8/02 | 22,034.90 | 8/11 | 9,034.90 | 8/23 | 16,175.45 |
| 8/03 | 12,034.90 | 8/14 | 6,034.90 | 8/24 | 17,175.45 |
| 8/04 | 2,034.90 | 8/15 | 9,034.90 | 8/28 | 16,088.70 |
| 8/07 | 4,034.90 | 8/16 | 7,034.90 | 8/29 | 13,088.70 |
| 8/08 | 5,034.90 | 8/17 | 13,034.90 | 8/30 | 20,088.70 |
| 8/09 | 5,034.90 | 8/18 | 18,034.90 | 8/31 | 25,088.70 |

E N D  O F  S T A T E M E N T

Five Star Bank

Date 8/31/2023 Page 11

Account ******0529

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59XYUIT; Drawer #: 39002; Trans #: 3; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/1/2023 9:11 AM; Workstation: B39DSK051; HIN #: 861348830000006
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $6,850.00 Date: 8/1/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59XYUIT; Drawer #: 39002; Trans #: 2; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/1/2023 9:09 AM; Workstation: B39DSK051; HIN #: 861348830000004
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $47,911.08 Date: 8/1/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59LAIAL; Drawer #: 39004; Trans #: 3; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/2/2023 9:17 AM; Workstation: B39DSK051; HIN #: 861448830000004
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $17,647.86 Date: 8/2/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59LAIAL; Drawer #: 39004; Trans #: 2; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/2/2023 9:15 AM; Workstation: B39DSK051; HIN #: 861448830000002
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $6,800.00 Date: 8/2/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59LAIAL; Drawer #: 39004; Trans #: 1; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/2/2023 9:14 AM; Workstation: B39DSK051; HIN #: 861448830000000
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $17,132.39 Date: 8/2/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59XYUIT; Drawer #: 39002; Trans #: 4; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/3/2023 9:14 AM; Workstation: B39DSK051; HIN #: 861548830000008
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $20,000.00 Date: 8/3/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59XYUIT; Drawer #: 39002; Trans #: 6; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/4/2023 9:29 AM; Workstation: B39DSK051; HIN #: 861648830000018
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $39,137.91 Date: 8/4/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59XYUIT; Drawer #: 39002; Trans #: 6; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/4/2023 9:29 AM; Workstation: B39DSK051; HIN #: 861648830000019
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $6,900.00 Date: 8/4/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59XYUIT; Drawer #: 39002; Trans #: 2; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/7/2023 9:04 AM; Workstation: B39DSK051; HIN #: 861948830000004
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $10,037.00 Date: 8/7/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59XYUIT; Drawer #: 39002; Trans #: 10; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/7/2023 9:20 AM; Workstation: B39DSK051; HIN #: 861948830000024
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $23,000.00 Date: 8/7/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59XYUIT; Drawer #: 39002; Trans #: 1; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/7/2023 9:01 AM; Workstation: B39DSK051; HIN #: 861948830000002
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $26,527.11 Date: 8/7/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK; Branch #: 39; Branch Name: BRIGHTON BRANCH; Teller ID: Y59LAIAL; Drawer #: 39004; Trans #: 3; Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/8/2023 9:10 AM; Workstation: B39DSK051; HIN #: 862048830000004
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $8,600.00 Date: 8/8/2023

Five Star Bank

Date 8/31/2023 Page 12

Account ******0529

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 2
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/8/2023 9:09 AM
Workstation: B39DSK051
HIN #: 862048830000002
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $43,100.08 Date: 8/8/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 1
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/8/2023 9:07 AM
Workstation: B39DSK051
HIN #: 862048830000000
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $15,037.00 Date: 8/8/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59XYUIT
Drawer #: 39002
Trans #: 8
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/9/2023 9:29 AM
Workstation: B39DSK051
HIN #: 862148830000024
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $8,491.00 Date: 8/9/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59XYUIT
Drawer #: 39002
Trans #: 7
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/9/2023 9:28 AM
Workstation: B39DSK051
HIN #: 862148830000022
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $43,087.82 Date: 8/9/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 1
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/10/2023 9:09 AM
Workstation: B39DSK050
HIN #: 862248820000000
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $35,800.99 Date: 8/10/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 1
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/11/2023 9:03 AM
Workstation: B39DSK050
HIN #: 862348820000000
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $15,000.00 Date: 8/11/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 3
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/11/2023 9:10 AM
Workstation: B39DSK050
HIN #: 862348820000005
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $8,758.55 Date: 8/11/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 7
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/14/2023 9:16 AM
Workstation: B39DSK051
HIN #: 862648830000023
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $24,638.03 Date: 8/14/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 6
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/14/2023 9:13 AM
Workstation: B39DSK051
HIN #: 862648830000021
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $20,335.72 Date: 8/14/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 2
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/14/2023 9:03 AM
Workstation: B39DSK051
HIN #: 862648830000002
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $26,928.46 Date: 8/14/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 8
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/14/2023 9:18 AM
Workstation: B39DSK051
HIN #: 862648830000025
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $8,925.26 Date: 8/14/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59XYUIT
Drawer #: 39002
Trans #: 2
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/15/2023 8:52 AM
Workstation: B39DSK051
HIN #: 862748830000004
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $20,233.48 Date: 8/15/2023

Five Star Bank

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK | Date/Time: 8/16/2023 9:03 AM
Branch #: 39 | Workstation: B39DSK051
Branch Name: BRIGHTON BRANCH | HIN #: 862848830000002
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 2
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $8,925.26 Date: 8/16/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK | Date/Time: 8/17/2023 9:21 AM
Branch #: 39 | Workstation: B39DSK051
Branch Name: BRIGHTON BRANCH | HIN #: 862948830000017
Teller ID: Y59XYUIT
Drawer #: 39002
Trans #: 7
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $12,191.44 Date: 8/17/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK | Date/Time: 8/18/2023 9:44 AM
Branch #: 39 | Workstation: B39DSK051
Branch Name: BRIGHTON BRANCH | HIN #: 863048830000044
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 17
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $22,112.10 Date: 8/18/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK | Date/Time: 8/21/2023 9:16 AM
Branch #: 39 | Workstation: B39DSK051
Branch Name: BRIGHTON BRANCH | HIN #: 863348830000012
Teller ID: Y59XYUIT
Drawer #: 39002
Trans #: 5
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $27,511.23 Date: 8/21/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK | Date/Time: 8/21/2023 9:18 AM
Branch #: 39 | Workstation: B39DSK051
Branch Name: BRIGHTON BRANCH | HIN #: 863348830000014
Teller ID: Y59XYUIT
Drawer #: 39002
Trans #: 6
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $17,283.14 Date: 8/21/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK | Date/Time: 8/22/2023 9:05 AM
Branch #: 39 | Workstation: B39DSK051
Branch Name: BRIGHTON BRANCH | HIN #: 863448830000012
Teller ID: Y59XYUIT
Drawer #: 39002
Trans #: 5
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $20,000.00 Date: 8/22/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK | Date/Time: 8/23/2023 9:32 AM
Branch #: 39 | Workstation: B39DSK050
Branch Name: BRIGHTON BRANCH | HIN #: 863548820000018
Teller ID: Y59BUNSC
Drawer #: 39001
Trans #: 10
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $1,314.76 Date: 8/23/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK | Date/Time: 8/23/2023 9:30 AM
Branch #: 39 | Workstation: B39DSK050
Branch Name: BRIGHTON BRANCH | HIN #: 863548820000016
Teller ID: Y59BUNSC
Drawer #: 39001
Trans #: 9
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $1,107.82 Date: 8/23/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK | Date/Time: 8/23/2023 9:20 AM
Branch #: 39 | Workstation: B39DSK051
Branch Name: BRIGHTON BRANCH | HIN #: 863548830000010
Teller ID: Y59XYUIT
Drawer #: 39002
Trans #: 5
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $20,000.00 Date: 8/23/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK | Date/Time: 8/24/2023 9:06 AM
Branch #: 39 | Workstation: B39DSK050
Branch Name: BRIGHTON BRANCH | HIN #: 863648820000000
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 1
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $14,000.00 Date: 8/24/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK | Date/Time: 8/24/2023 9:33 AM
Branch #: 39 | Workstation: B39DSK050
Branch Name: BRIGHTON BRANCH | HIN #: 863648820000022
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 12
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $1,448.00 Date: 8/24/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK | Date/Time: 8/24/2023 9:32 AM
Branch #: 39 | Workstation: B39DSK050
Branch Name: BRIGHTON BRANCH | HIN #: 863648820000020
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 11
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $136.00 Date: 8/24/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59XYUIT
Drawer #: 39002
Trans #: 14
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/25/2023 10:12 AM
Workstation: B39DSK051
HIN #: 863748830000030
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $28,519.08 Date: 8/25/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59XYUIT
Drawer #: 39002
Trans #: 12
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/28/2023 11:52 AM
Workstation: B39DSK051
HIN #: 864048830000023
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $30,000.00 Date: 8/28/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59BUNSC
Drawer #: 39001
Trans #: 12
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/29/2023 10:42 AM
Workstation: B39DSK050
HIN #: 864148820000028
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $388.80 Date: 8/29/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 1
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/29/2023 9:09 AM
Workstation: B39DSK051
HIN #: 864148830000000
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $11,643.89 Date: 8/29/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 9
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/30/2023 9:23 AM
Workstation: B39DSK051
HIN #: 864248830000022
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $10,293.49 Date: 8/30/2023

**Debit** — **We Charge DDA - 53**
Bank: FIVE STAR BANK
Branch #: 39
Branch Name: BRIGHTON BRANCH
Teller ID: Y59LAIAL
Drawer #: 39004
Trans #: 8
Misc: Trn Cashiers Check,Inst CUSTOMER NAME
Date/Time: 8/30/2023 9:21 AM
Workstation: B39DSK051
HIN #: 864248830000020
SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Ck #: 0 Amt: $24,848.60 Date: 8/30/2023

KRM EVENTS LLC
1100 GOODMAN ST S
ROCHESTER, NY 14620
DATE 8-4-23 0025
PAY TO THE ORDER OF Cash $ 2,517.00
Two thousand five hundred seventeen — DOLLARS
Five Star Bank
MEMO

Ck #: 25 Amt: $2,517.00 Date: 8/4/2023

KRM EVENTS LLC
1100 GOODMAN ST S
ROCHESTER, NY 14620
DATE 8-10-23 9213
PAY TO THE ORDER OF $ 998,000.00
Nine hundred ninety eight thousand — DOLLARS
Five Star Bank
MEMO

Ck #: 921 Amt: $998,000.00 Date: 8/11/2023

KRM EVENTS LLC
1100 GOODMAN ST S
ROCHESTER, NY 14620
DATE 8-1-23 9201
PAY TO THE ORDER OF $ 985,000.00
Nine hundred eighty five thousand — DOLLARS
Five Star Bank
MEMO

Ck #: 9201 Amt: $985,000.00 Date: 8/2/2023

KRM EVENTS LLC
1100 GOODMAN ST S
ROCHESTER, NY 14620
DATE 8-3-23 9202
PAY TO THE ORDER OF $ 180,000.00
One hundred eighty thousand — DOLLARS
Five Star Bank
MEMO

Ck #: 9202 Amt: $180,000.00 Date: 8/4/2023

KRM EVENTS LLC
1100 GOODMAN ST S
ROCHESTER, NY 14620
DATE 8-3-23 9203
PAY TO THE ORDER OF $ 992,000.00
Nine hundred ninety two thousand — DOLLARS
Five Star Bank
MEMO

Ck #: 9203 Amt: $992,000.00 Date: 8/4/2023

KRM EVENTS LLC
1100 GOODMAN ST S
ROCHESTER, NY 14620
DATE 8-3-23 9204
PAY TO THE ORDER OF $ 996,000.00
Nine hundred ninety six thousand — DOLLARS
Five Star Bank
MEMO

Ck #: 9204 Amt: $996,000.00 Date: 8/4/2023


Five Star Bank

Date 8/31/2023 Page 15

Account ******0529

Ck #: 9205 Amt: $992,000.00 Date: 8/7/2023

Ck #: 9206 Amt: $992,000.00 Date: 8/8/2023

Ck #: 9207 Amt: $990,000.00 Date: 8/8/2023

Ck #: 9208 Amt: $982,000.00 Date: 8/10/2023

Ck #: 9209 Amt: $998,000.00 Date: 8/10/2023

Ck #: 9210 Amt: $992,000.00 Date: 8/9/2023

Ck #: 9211 Amt: $998,000.00 Date: 8/9/2023

Ck #: 9212 Amt: $985,000.00 Date: 8/11/2023

Ck #: 9214 Amt: $998,000.00 Date: 8/15/2023

Ck #: 9215 Amt: $996,000.00 Date: 8/16/2023

Ck #: 9320 Amt: $995,000.00 Date: 8/18/2023

Ck #: 9321 Amt: $992,000.00 Date: 8/22/2023





Five Star Bank

Date 8/31/2023 Page 16

Account ******0529

Ck #: 9322 Amt: $992,000.00 Date: 8/22/2023

Ck #: 9323 Amt: $300,000.00 Date: 8/24/2023

Ck #: 9324 Amt: $998,000.00 Date: 8/28/2023

Ck #: 9325 Amt: $998,000.00 Date: 8/28/2023

Ck #: 9500 Amt: $998,000.00 Date: 8/29/2023

Ck #: 9501 Amt: $995,000.00 Date: 8/29/2023

Ck #: 9502 Amt: $995,000.00 Date: 8/30/2023

Ck #: 9503 Amt: $990,000.00 Date: 8/30/2023

Ck #: 9032 Amt: $998,000.00 Date: 8/14/2023

Ck #: 9033 Amt: $996,000.00 Date: 8/14/2023

Ck #: 9034 Amt: $998,000.00 Date: 8/16/2023

Ck #: 9035 Amt: $994,000.00 Date: 8/16/2023


Five Star Bank

Ck #: 9094 Amt: $995,000.00 Date: 8/4/2023

Ck #: 9200 Amt: $992,000.00 Date: 8/1/2023

Ck #: 9201 Amt: $995,000.00 Date: 8/2/2023

Ck #: 9202 Amt: $995,000.00 Date: 8/2/2023

Ck #: 9203 Amt: $995,000.00 Date: 8/3/2023

Ck #: 9205 Amt: $998,000.00 Date: 8/7/2023

Ck #: 9206 Amt: $996,000.00 Date: 8/8/2023

Ck #: 9207 Amt: $996,000.00 Date: 8/8/2023

Ck #: 9208 Amt: $990,000.00 Date: 8/9/2023

Ck #: 9209 Amt: $998,000.00 Date: 8/9/2023

Ck #: 9210 Amt: $190,000.00 Date: 8/10/2023

Ck #: 9211 Amt: $995,000.00 Date: 8/17/2023

Five Star Bank

Account ******0529

Ck #: 9212 Amt: $998,000.00 Date: 8/11/2023

Ck #: 9213 Amt: $995,000.00 Date: 8/11/2023

Ck #: 9214 Amt: $995,000.00 Date: 8/15/2023

Ck #: 9215 Amt: $995,000.00 Date: 8/17/2023

Ck #: 9320 Amt: $998,000.00 Date: 8/23/2023

Ck #: 9321 Amt: $992,000.00 Date: 8/24/2023

Ck #: 9322 Amt: $995,000.00 Date: 8/24/2023

Ck #: 9323 Amt: $996,000.00 Date: 8/28/2023

Ck #: 9324 Amt: $998,000.00 Date: 8/28/2023

Ck #: 9325 Amt: $360,000.00 Date: 8/28/2023

Ck #: 9326 Amt: $992,000.00 Date: 8/30/2023

Ck #: 9327 Amt: $995,000.00 Date: 8/30/2023





Five Star Bank

Date 8/31/2023 Page 19

Account ******0529

Ck #: 9328 Amt: $998,000.00 Date: 8/18/2023

Ck #: 9329 Amt: $198,000.00 Date: 8/18/2023

Ck #: 9330 Amt: $998,000.00 Date: 8/22/2023

Ck #: 9331 Amt: $995,000.00 Date: 8/22/2023

Ck #: 9500 Amt: $998,000.00 Date: 8/29/2023

Ck #: 9501 Amt: $990,000.00 Date: 8/31/2023

Ck #: 9502 Amt: $995,000.00 Date: 8/31/2023

Please examine at once: If no error is reported within fourteen days of mailing or delivery, except for Electronic Funds Transfers, the account will be considered correct. All items are credited subject to final payment.

Should you change your address, be sure to notify your branch office of your new address.

A withdrawal shall be deemed to be made when it has been recorded on the books of the bank. This is not necessarily the date that the account holder initiated the transaction.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

### For All Customers

"Electronic fund transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, that is initiated through an electronic terminal, telephone, or computer or magnetic tape for the purpose of ordering, instructing, or authorizing a financial institution to debit or credit an account. The term includes, but is not limited to, point-of-sale transfers, automated teller machine transfers, direct deposits or withdrawals of funds, and transfers initiated by telephone. It includes all transfers resulting from debit card transactions, including those that do not involve an electronic terminal at the time of the transaction. The term does not include payments made by check, draft, or similar paper instrument at an electronic terminal.

Telephone us toll free at (877) 226-5578 or write us and mail to: 220 Liberty St., PO Box 227, Warsaw, NY 14569, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

### For Consumer Accounts Only

We will investigate your complaint and will correct any errors promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.