

24 HOUR TOUCH-TONE BANKING
1-877-882-5782

www.five-starbank.com
customerservice@five-starbank.com

Return Service Requested

Date   9/29/23           Page      1
Account Number_          ████0588
                                  52

KNC ELEGANCE, LLC
DBA THE WINTERGARDEN BY MONROE'S
1100 GOODMAN ST S
ROCHESTER NY 14620

# CHECKING ACCOUNTS

KNC ELEGANCE, LLC
DBA THE WINTERGARDEN BY MONROE'S

| | | | |
|---|---|---|---|
| Total Value Business | | | 52 |
| Account Number | ████0588 | Statement Dates | 9/01/23 thru 10/01/23 |
| Beginning Balance | 16,146.96 | Days in the Statement Period | 31 |
| 50 Deposits/Credits | 47,360,000.00 | Average Ledger | 107,302.41 |
| 75 Checks/Debits | 47,364,265.27 | Average Collected | 1,323,504.54- |
| Service Charge | .00 | | |
| Interest Credited | .00 | | |
| Ending Balance | 11,881.69 | | |

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/01 | DEPOSIT | 998,000.00 |
| 9/05 | DEPOSIT | 995,000.00 |
| 9/05 | DEPOSIT | 996,000.00 |
| 9/06 | DEPOSIT | 998,000.00 |
| 9/06 | DEPOSIT | 998,000.00 |
| 9/07 | DEPOSIT | 995,000.00 |
| 9/07 | DEPOSIT | 996,000.00 |
| 9/08 | DEPOSIT | 1,994,000.00 |
| 9/11 | DEPOSIT | 995,000.00 |
| 9/11 | DEPOSIT | 998,000.00 |
| 9/11 | DEPOSIT | 998,000.00 |
| 9/12 | TELEPHONE TRANSFER CREDIT | 9,000.00 |
| 9/12 | From Checking XX6808 to Checking XX0588 - Funds Transfer via | 5,000.00 |
| 9/12 | DEPOSIT | 995,000.00 |
| 9/12 | DEPOSIT | 998,000.00 |
| 9/12 | DEPOSIT | 998,000.00 |
| 9/13 | DEPOSIT | 995,000.00 |
| 9/13 | DEPOSIT | 996,000.00 |



```
                                              Date  9/29/23            Page     2
                                              Account Number_       ███████0588
                                                                             52
```

TotalValue Business                    ███████0588   (Continued)

## DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/14 | DEPOSIT | 998,000.00 |
| 9/14 | DEPOSIT | 998,000.00 |
| 9/15 | DEPOSIT | 995,000.00 |
| 9/15 | DEPOSIT | 995,000.00 |
| 9/15 | DEPOSIT | 998,000.00 |
| 9/18 | DEPOSIT | 998,000.00 |
| 9/18 | DEPOSIT | 998,000.00 |
| 9/19 | DEPOSIT | 996,000.00 |
| 9/19 | DEPOSIT | 996,000.00 |
| 9/19 | DEPOSIT | 996,000.00 |
| 9/20 | From Checking XX6808 to Checking XX0588 - Funds Transfer via | 8,000.00 |
| 9/20 | DEPOSIT | 498,000.00 |
| 9/20 | DEPOSIT | 998,000.00 |
| 9/21 | DEPOSIT | 996,000.00 |
| 9/21 | DEPOSIT | 996,000.00 |
| 9/21 | DEPOSIT | 998,000.00 |
| 9/22 | DEPOSIT | 996,000.00 |
| 9/22 | DEPOSIT | 996,000.00 |
| 9/25 | DEPOSIT | 995,000.00 |
| 9/25 | DEPOSIT | 996,000.00 |
| 9/26 | DEPOSIT | 996,000.00 |
| 9/26 | DEPOSIT | 996,000.00 |
| 9/27 | DEPOSIT | 996,000.00 |
| 9/27 | DEPOSIT | 998,000.00 |
| 9/27 | DEPOSIT | 998,000.00 |
| 9/28 | DEPOSIT | 996,000.00 |
| 9/28 | DEPOSIT | 996,000.00 |
| 9/28 | DEPOSIT | 998,000.00 |
| 9/28 | DEPOSIT | 998,000.00 |
| 9/29 | DEPOSIT | 992,000.00 |
| 9/29 | DEPOSIT | 996,000.00 |
| 9/29 | DEPOSIT | 998,000.00 |

## WITHDRAWALS AND DEBITS (NON CHECK)

| Date | Description | Amount |
|---|---|---|
| 9/01 | FintechEFTWright Beverage ████████4156         CCD | 438.90- |
| 9/05 | FintechEFTLake Beverage Co ████████4156         CCD | 77.00- |
| 9/05 | FintechEFTEmpire Merchants ████████4156         CCD | 867.36- |
| 9/05 | FintechEFTSouthern Glazer' ████████4156         CCD | 2,347.64- |
| 9/06 | FintechEFTSouthern Glazer' ████████4156         CCD | 1,111.92- |
| 9/08 | Tax PaymntNYS DTF SALES ████████5114         CCD | 9,152.63- |


**Five Star Bank**

```
                                            Date  9/29/23           Page      3
                                            Account Number_         ▓▓▓▓0588
                                                                          52
```

TotalValue Business                          ▓▓▓▓0588   (Continued)

## WITHDRAWALS AND DEBITS (NON CHECK)

| Date | Description | Amount |
|---|---|---|
| 9/11 | FintechEFTLake Beverage Co<br>▓▓▓▓4156            CCD | 328.05- |
| 9/11 | FintechEFTSouthern Glazer'<br>▓▓▓▓4156            CCD | 1,332.24- |
| 9/11 | FintechEFTEmpire Merchants<br>▓▓▓▓4156            CCD | 2,481.34- |
| 9/12 | Tax PaymntNYS DTF SALES<br>▓▓▓▓9646            CCD | 600.59- |
| 9/12 | PAYMENT   SBA EIDL LOAN<br>0000            CCD | 4,425.00- |
| 9/12 | Tax PaymntNYS DTF SALES<br>▓▓▓▓9655            CCD | 4,936.50- |
| 9/13 | MISC DEBIT | 593.46- |
| 9/13 | Tax PaymntNYS DTF SALES<br>▓▓▓▓5157            CCD | 569.57- |
| 9/15 | FintechEFTWright Beverage<br>▓▓▓▓4156            CCD | 431.60- |
| 9/18 | FintechEFTLake Beverage Co<br>▓▓▓▓4156            CCD | 106.10- |
| 9/18 | FintechEFTSouthern Glazer'<br>▓▓▓▓4156            CCD | 993.42- |
| 9/18 | FintechEFTEmpire Merchants<br>▓▓▓▓4156            CCD | 1,103.00- |
| 9/25 | FintechEFTLake Beverage Co<br>▓▓▓▓4156            CCD | 158.60- |
| 9/25 | FintechEFTSouthern Glazer'<br>▓▓▓▓4156            CCD | 514.07- |
| 9/25 | FintechEFTEmpire Merchants<br>▓▓▓▓4156            CCD | 726.52- |
| 9/28 | MISC DEBIT | 582.34- |
| 9/28 | EXCELLUS HInstaMed<br>▓▓▓▓0370            CCD | 327.92- |
| 9/29 | FintechEFTWright Beverage<br>▓▓▓▓4156            CCD | 646.30- |
| 9/29 | Tax PaymntNYS DOL UI<br>▓▓▓▓9727            CCD | 4,278.35- |

## CHECKS

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/07 | 9213 | 998,000.00 | 9/11 | 9506 | 998,000.00 | 9/20 | 9514 | 998,000.00 |
| 9/29 | 9214 | 995,000.00 | 9/11 | 9507 | 996,000.00 | 9/20 | 9515 | 998,000.00 |
| 9/29 | 9215 | 996,000.00 | 9/15 | 9508 | 998,000.00 | 9/08 | 9520* | 2,372.10 |
| 9/12 | 9501* | 996,000.00 | 9/15 | 9509 | 996,000.00 | 9/13 | 9521 | 6,762.75 |
| 9/13 | 9502 | 995,000.00 | 9/18 | 9510 | 995,000.00 | 9/05 | 9524* | 998,000.00 |
| 9/06 | 9503 | 996,000.00 | 9/15 | 9511 | 998,000.00 | 9/05 | 9525 | 992,000.00 |
| 9/14 | 9504 | 998,000.00 | 9/12 | 9512 | 997,000.00 | 9/07 | 9526 | 992,000.00 |
| 9/11 | 9505 | 996,000.00 | 9/18 | 9513 | 996,000.00 | 9/12 | 9527 | 997,000.00 |

* INDICATES MISSING CHECK NUMBER

Five Star Bank

```
                                          Date  9/29/23        Page       4
                                          Account Number_           ████0588
                                                                          52
```

TotalValue Business                           ████0588  (Continued)

## CHECKS

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/01 | 9528 | 996,000.00 | 9/20 | 9602 | 995,000.00 | 9/28 | 9611 | 996,000.00 |
| 9/06 | 9529 | 995,000.00 | 9/22 | 9603 | 998,000.00 | 9/21 | 9612 | 995,000.00 |
| 9/08 | 9530 | 995,000.00 | 9/25 | 9604 | 992,000.00 | 9/21 | 9613 | 998,000.00 |
| 9/08 | 9531 | 996,000.00 | 9/25 | 9605 | 998,000.00 | 9/21 | 9614 | 995,000.00 |
| 9/13 | 9532 | 998,000.00 | 9/27 | 9606 | 995,000.00 | 9/22 | 9615 | 995,000.00 |
| 9/14 | 9533 | 995,000.00 | 9/27 | 9607 | 998,000.00 | 9/28 | 9750* | 995,000.00 |
| 9/20 | 9534 | 998,000.00 | 9/26 | 9608 | 995,000.00 | 9/28 | 9751 | 995,000.00 |
| 9/26 | 9600* | 998,000.00 | 9/28 | 9609 | 995,000.00 | 9/29 | 9752 | 996,000.00 |
| 9/20 | 9601 | 500,000.00 | 9/27 | 9610 | 995,000.00 | | | |

* INDICATES MISSING CHECK NUMBER

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/01 | 17,708.06 | 9/13 | 3,749.91 | 9/22 | 9,115.79 |
| 9/05 | 15,416.06 | 9/14 | 6,749.91 | 9/25 | 8,716.60 |
| 9/06 | 19,304.14 | 9/15 | 2,318.31 | 9/26 | 7,716.60 |
| 9/07 | 20,304.14 | 9/18 | 5,115.79 | 9/27 | 11,716.60 |
| 9/08 | 11,779.41 | 9/19 | 2,993,115.79 | 9/28 | 17,806.34 |
| 9/11 | 8,637.78 | 9/20 | 8,115.79 | 9/29 | 11,881.69 |
| 9/12 | 13,675.69 | 9/21 | 10,115.79 | | |

E N D   O F   S T A T E M E N T

# Five Star Bank



Ck #: 0 Amt: $582.34 Date: 9/28/2023



Ck #: 0 Amt: $593.46 Date: 9/13/2023



Ck #: 9213 Amt: $998,000.00 Date: 9/7/2023



Ck #: 9214 Amt: $995,000.00 Date: 9/29/2023



Ck #: 9215 Amt: $996,000.00 Date: 9/29/2023



Ck #: 9501 Amt: $996,000.00 Date: 9/12/2023



Ck #: 9502 Amt: $995,000.00 Date: 9/13/2023



Ck #: 9503 Amt: $996,000.00 Date: 9/6/2023



Ck #: 9504 Amt: $998,000.00 Date: 9/14/2023

Ck #: 9505 Amt: $996,000.00 Date: 9/11/2023



Ck #: 9506 Amt: $998,000.00 Date: 9/11/2023



Ck #: 9507 Amt: $996,000.00 Date: 9/11/2023



Ck #: 9508 Amt: $998,000.00 Date: 9/15/2023



Ck #: 9509 Amt: $996,000.00 Date: 9/15/2023



Ck #: 9510 Amt: $995,000.00 Date: 9/18/2023



Ck #: 9511 Amt: $998,000.00 Date: 9/15/2023



Ck #: 9512 Amt: $997,000.00 Date: 9/12/2023



Ck #: 9513 Amt: $996,000.00 Date: 9/18/2023



Ck #: 9514 Amt: $998,000.00 Date: 9/20/2023



Ck #: 9515 Amt: $998,000.00 Date: 9/20/2023



Ck #: 9520 Amt: $2,372.10 Date: 9/8/2023

Ck #: 9521 Amt: $6,762.75 Date: 9/13/2023



Ck #: 9524 Amt: $998,000.00 Date: 9/5/2023



Ck #: 9525 Amt: $992,000.00 Date: 9/5/2023

Five Star Bank


Ck #: 9526 Amt: $992,000.00 Date: 9/7/2023


Ck #: 9527 Amt: $997,000.00 Date: 9/12/2023


Ck #: 9528 Amt: $996,000.00 Date: 9/1/2023

Ck #: 9529 Amt: $995,000.00 Date: 9/6/2023


Ck #: 9530 Amt: $995,000.00 Date: 9/8/2023


Ck #: 9531 Amt: $996,000.00 Date: 9/8/2023


Ck #: 9532 Amt: $998,000.00 Date: 9/13/2023


Ck #: 9533 Amt: $995,000.00 Date: 9/14/2023


Ck #: 9534 Amt: $998,000.00 Date: 9/20/2023

Ck #: 9600 Amt: $998,000.00 Date: 9/26/2023


Ck #: 9601 Amt: $500,000.00 Date: 9/20/2023


Ck #: 9602 Amt: $995,000.00 Date: 9/20/2023


Ck #: 9603 Amt: $998,000.00 Date: 9/22/2023


Ck #: 9604 Amt: $992,000.00 Date: 9/25/2023


Ck #: 9605 Amt: $998,000.00 Date: 9/25/2023


Ck #: 9606 Amt: $995,000.00 Date: 9/27/2023


Ck #: 9607 Amt: $998,000.00 Date: 9/27/2023


Ck #: 9608 Amt: $995,000.00 Date: 9/26/2023


Ck #: 9609 Amt: $995,000.00 Date: 9/28/2023


Ck #: 9610 Amt: $995,000.00 Date: 9/27/2023


Ck #: 9611 Amt: $996,000.00 Date: 9/28/2023


Ck #: 9612 Amt: $995,000.00 Date: 9/21/2023


Ck #: 9613 Amt: $998,000.00 Date: 9/21/2023


Ck #: 9614 Amt: $995,000.00 Date: 9/21/2023

Five Star Bank



Ck #: 9615 Amt: $995,000.00 Date: 9/22/2023



Ck #: 9750 Amt: $995,000.00 Date: 9/28/2023



Ck #: 9751 Amt: $995,000.00 Date: 9/28/2023



Ck #: 9752 Amt: $996,000.00 Date: 9/29/2023

Please examine at once: If no error is reported within fourteen days of mailing or delivery, except for Electronic Funds Transfers, the account will be considered correct. All items are credited subject to final payment.

Should you change your address, be sure to notify your branch office of your new address.

A withdrawal shall be deemed to be made when it has been recorded on the books of the bank. This is not necessarily the date that the account holder initiated the transaction.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

**For All Customers**
"Electronic fund transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, that is initiated through an electronic terminal, telephone, or computer or magnetic tape for the purpose of ordering, instructing, or authorizing a financial institution to debit or credit an account. The term includes, but is not limited to, point-of-sale transfers, automated teller machine transfers, direct deposits or withdrawals of funds, and transfers initiated by telephone. It includes all transfers resulting from debit card transactions, including those that do not involve an electronic terminal at the time of the transaction. The term does not include payments made by check, draft, or similar paper instrument at an electronic terminal.

Telephone us toll free at (877) 226-5578 or write us and mail to: 220 Liberty St., PO Box 227, Warsaw, NY 14569, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

**For Consumer Accounts Only**
We will investigate your complaint and will correct any errors promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Five Star Bank, Member FDIC