UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FIVE STAR BANK,

<table>
<tr><td></td><td><em>Plaintiff,</em></td><td>CASE NO. 6:24-CV-06153-FPG</td></tr>
</table>

V.

KATHERINE MOTT; ROBERT HARRIS; KRM
EVENTS, LLC; KATHERINE'S ON MONROE, LLC;
THE DIVINITY ESTATE AND CHAPEL, LLC; KNC
ELEGANCE, LLC D/B/A THE WINTERGARDEN BY
MONROES; 11 WEXFORD GLEN, LLC; RCC
MONROES LLC; NAF REMODELING LLC;
MONROES AT RIDGEMONT LLC CRESCENT
BEACH AT THE LAKE LLC; MOTT
MANAGEMENT LLC; KRISTINA BOURNE;
TAYLOR PAGANO; TIMOTHY LAROCCA,

ORDER GRANTING SECOND
APPLICATION OF HARTER
SECREST & EMERY LLP,
COUNSEL TO THE
RECEIVER, FOR
ALLOWANCE OF
COMPENSATION AND
REIMBURSEMENT OF
EXPENSES

<em>Defendants.</em>

---

Harter Secrest & Emery LLP ("HSE"), counsel to Mark R. Kercher, CPA, Court-appointed
receiver (the "Receiver"), has applied to the Court for approval to pay fees and expenses of the
Receiver and certain professionals for the receivership. Pursuant to the Court's Order (ECF Dkt.
No. 57) entered on May 16, 2024 (the "Counsel Appointment Order"), HSE was appointed as
counsel to the Receiver.

WHEREAS, having considered the HSE's Second Application for Allowance of
Compensation and Reimbursement of Expenses ("Fee Application"), and any opposition thereto,
the Court finds good cause, and so

IT IS HEREBY ORDERED that the Fee Application is approved and that the Receiver is
authorized to pay to HSE the following amounts for fees and expenses: (i) payment of
compensation to HSE for the period June 1, 2024 through June 30, 2024 in the amount of

**$12,965.00** on account of actual, reasonable, and necessary services rendered to the Receiver under

and pursuant to the Counsel Appointment Order.

    **IT IS SO ORDERED** this ___19th___ day of August, 2024.

                              HONORABLE FRANK P. GERACI, JR.
                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF NEW YORK