# EXHIBIT A

# Mott Group
## Sources & Uses - (UNAUDITED)
**April 8, 2024 - July 2024**

|  | July 2024 | April 8 - July 31 2024 |
|---|---:|---:|
| **Sources - Cash Receipts** | | |
| Customer Receipts | 866,624.73 | 2,974,733.13 |
| Sale of Property | 567,095.81 | 567,095.81 |
| **Total Sources** | 1,433,720.54 | 3,541,828.94 |
| **Uses - Cash Disbursements** | | |
| Labor and benefits | 681,388.45 | 2,025,136.57 |
| Food and beverage | 309,585.45 | 994,296.31 |
| General operating expenses | 74,136.78 | 325,989.93 |
| Rent | 52,943.64 | 233,998.38 |
| Cleaning | 28,222.34 | 86,965.04 |
| Utilities | 6,540.61 | 21,000.68 |
| Insurance | 12,138.73 | 26,359.66 |
| **Total Uses** | 1,164,956.00 | 3,713,746.57 |
|  | 268,764.54 | (171,917.63) |