UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

FIVE STAR BANK,

                *Plaintiff*,

KATHERINE MOTT; ROBERT HARRIS; KRM EVENTS, LLC; KATHERINE'S ON MONROE, LLC; THE DIVINITY ESTATE AND CHAPEL, LLC; KNC ELEGANCE, LLC D/B/A THE WINTERGARDEN BY MONROES; 11 WEXFORD GLEN, LLC; RCC MONROES LLC; NAF REMODELING LLC; MONROES AT RIDGEMONT LLC CRESCENT BEACH AT THE LAKE LLC; MOTT MANAGEMENT LLC; KRISTINA BOURNE; TAYLOR PAGANO; TIMOTHY LAROCCA,

                *Defendants*.

_____

CASE NO. 6:24-CV-06153-FPG

**NOTICE OF MOTION FOR APPROVAL OF FOURTH APPLICATION OF RECEIVER, MARK R. KERCHER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that, pursuant to this Court's Order Appointing Receiver Over Defendant Entities (ECF Dkt. No. 39) entered by this Court on April 8, 2024, Court-appointed Receiver Mark R. Kercher (the "Receiver"), by and through Harter Secrest & Emery LLP, hereby moves this Court for an Order approving his Fourth Application for Allowance of Compensation and Reimbursement of Expenses, covering the period from July 1, 2024 to July 31, 2024.

In light of the circumstances set forth in the accompanying application, the Receiver respectfully requests that the Court's consideration and determination of this request be performed as expeditiously as possible and without the need for formal motion practice. But should motion practice or an appearance or argument be required, the Receiver will make himself available at the Court's convenience at a return date set by the Court.

In support of this motion, the Receiver submits his own application, dated September 12, 2024, annexed hereto.

Dated: September 12, 2024

Respectfully submitted,

HARTER SECREST & EMERY LLP

By:

John G. Horn, Esq.
50 Fountain Plaza, Suite 1000
Buffalo, New York 14202-2293
(716) 853-1616
jhorn@hselaw.com

2