# EXHIBIT A

EXHIBIT A
RECEIVER'S TIME RECORDS FOR THE PERIOD 7/1/2024 THROUGH 7/31//24

| Date | Description | Time | Drive time |
|---|---|---|---|
| 7/1//24 | Review of final documents for sale of rental property | 1.0 | |
| 7/2/24 | Review of final documents filed in connection with Mott Group v Community Bank | 2.0 | |
| 7/3/24 | Weekly cash management and bill pay authorization, review of weekly payroll and other financial management activities | 3.8 | |
| 7/8/24 | Preparation of second Receiver activity report | 3.5 | |
| 7/8/24 | Preparation for and Call with Harter, Secrist and Emery regarding communication with Plaintiff and counsel concerning sale of rental properties and disposition of funds | 1.0 | |
| 7/9/24 | Correspondence with J. Cucinelli and Defendants regarding sales tax on member dues and assessments, finalization of second receiver activity report for filing | 6.6 | |
| 7/10/24 | Preparation for and On site meeting at Defendant Entity location, discussed financial projections, cash management, weekly bill pay, cost reductions and other matters | 4.5 | 2.0 |
| 7/15/24 | Finalization of Second Receiver Activity report | 2.0 | |
| 7/15/24 | Correspondence with payroll service and funding of delinquent payroll taxes | 1.3 | |
| 7/18/24 | Weekly payroll review and wire transfer, weekly bill pay and cash management | 2.7 | |
| 7/22/24 | Discussion with management regarding payment plan for delinquent sales tax | .5 | |
| 7/24/24 | Review cash availability, review and approve vendor bill pay activity | 2.8 | |
| 7/24/24 | Draft third fee application | 3.5 | |
| 7/26//24 | Weekly bill pay and cash management activities | 1.0 | |
| 7/29/24 | Review of income statement for Receivership period by entity | 1.5 | |
| | Total | 37.7 | 2.0 |
| | Rate/hour | $350 | 175 |
| | Total Fees | $13,195 | $350 |
| | Mileage at .67 x 124 miles | | $83.08 |
| | **Grand Total Fees and Expenses** | **$13,628.08** | |