# EXHIBIT B

AJS Tax & Accounting Service
3550 Trails End Lane
Wheatfield, NY 14120

amysnowbergercpa@gmail.com
(716) 622-4756

September 1, 2024
Invoice 261

OGR Consulting LLC
c/o Mark Kercher, CPA
5090 Old Goodrich Rd
Clarence, NY 14031

Professional services rendered for:

    Bookkeeping services for the Mott Group
     for the period of 8/1/24-8/31/24
     which includes recording deposits
     and payments from each bank account,
     recording payroll, and reconciling
     all bank accounts. Preparation of sources
     and uses report for courts.

|  |  |
|---|---:|
| 74.50 hours x $65/hour =   $ | 4,842.50 |
| $ | 4,842.50 |

# AJS Tax & Accounting Service

September 1, 2024

Invoice 261

Hours worked by day:

| Date | Hours |
|---|---|
| 8/1/2024 | 3.50 |
| 8/2/2024 | 6.25 |
| 8/3/2024 | 6.75 |
| 8/4/2024 | 5.25 |
| 8/5/2024 | 5.75 |
| 8/6/2024 | 5.25 |
| 8/7/2024 | 0.25 |
| 8/9/2024 | 8.75 |
| 8/10/2024 | 6.25 |
| 8/11/2024 | 1.00 |
| 8/17/2024 | 1.25 |
| 8/20/2024 | 2.25 |
| 8/21/2024 | 4.50 |
| 8/23/2024 | 0.25 |
| 8/24/2024 | 4.50 |
| 8/25/2024 | 2.25 |
| 8/26/2024 | 2.75 |
| 8/27/2024 | 1.00 |
| 8/28/2024 | 1.25 |
| 8/29/2024 | 2.00 |
| 8/30/2024 | 1.75 |
| 8/31/2024 | 1.75 |
| **Total Hours** | **74.50** |