UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FIVE STAR BANK,

                Plaintiff,         Case No. 6:24-cv-06153-FPG

        v.

KATHERINE MOTT-FORMICOLA; ROBERT HARRIS; KRM EVENTS, LLC; KATHERINE'S ON MONROE, LLC; THE DIVINITY ESTATE AND CHAPEL, LLC; KNC ELEGANCE, LLC d/b/a THE WINTERGARDEN BY MONROES; 11 WEXFORD GLEN, LLC; RCC MONROES LLC; NAF REMODELING LLC; MONROES AT RIDGEMONT LLC; CRESCENT BEACH AT THE LAKE LLC; MOTT MANAGEMENT LLC; KRISTINA BOURNE; TAYLOR PAGANO; TIMOTHY LAROCCA,

                Defendants.

## AFFIDAVIT OF DEFENDANT TIMOTHY LAROCCA, IN OPPOSITION TO PLAINTIFF FIVE STAR BANK'S MOTION FOR AN ORDER OF ATTACHMENT

TIMOTHY LAROCCA, declares the following under penalty of perjury:

1. I am a named defendant in the above action.

2. I make this affidavit based on my personal knowledge.

3. I have reviewed the Amended Complaint filed in this action as well as the various papers, including Plaintiff's motion for an order of attachment.

4. Attached hereto are Exhibits A through C, included to illustrate the borrower-lender relationship between me and Defendant Mott.

5. Attached hereto as Exhibit A is a true and accurate copy of my personal Discover Card credit card statement that details transactions on the card from February 5, 2023 to Mach 4, 2023.

6. Attached hereto as Exhibit B is a true and accurate copy of my personal Canandaigua National Bank account statement that details transactions in this account from February 4, 2023 to March 3, 2023.

7. Attached hereto as Exhibit C are true and accurate copies of reimbursement checks from Defendant Mott to me for moneys loaned during this time period.

8. The Amended Complaint alleges a check-kiting scheme.

9. I was unaware of any such allegations and certainly not involved in any such conduct.

10. Citing cashflow issues common to restaurants, coupled with the difficulty in securing bank loans in the restaurant industry, Defendant Mott asked me if I would advance funds using my credit card so that she could pay bills within the respective vendors terms.

11. Defendant Mott promised to pay me back in a timely fashion.

12. I agreed to act as a lender in this capacity.

13. I would permit the use of my personal Discover Card credit card to loan money to Defendant Mott's businesses.

14. Thereafter, Defendant Mott would repay these loans by issuing checks that were deposited into my Canandaigua National Bank account.

15. Our relationship was that of borrower-lender.

16. I was repaid for all the loans for the time period set forth in the Amended Complaint.

17. I declare under penalty that the foregoing is true and correct.

Sworn to me this 12th Day of September 2024

_____
Notary Public

_____
Timothy LaRocca

DAVID C. PILATO
Notary Public, State of New York
Registration No. 02PI6167857
Valid from Monroe County
Commission Expires  6/11/27

3