# EXHIBIT "B"



# Canandaigua National Bank & Trust

PAGE    1

Timothy C. LaRocca
183 Wayfaring Ln
Rochester NY 14612-2753

| FINANCIAL SUMMARY AS OF  03-03-23 | | | |
|---|---|---|---|
| xxxxxxx6180 | E-ssentials Checking | $ | 28,282.79 |
| xxxxxxx7991 | ChexMate | $ | .00 |

Put the equity in your home to work for you. Visit CNBank.com/HE.

# E-ssentials Checking

ACCOUNT:  xxxxxxxx6180

STATEMENT PERIOD FROM  02-04-23 THROUGH 03-03-23

| | | |
|---|---|---|
| STARTING BALANCE | | 29,350.42 |
| DEPOSITS | + | 77,235.91 |
| CHECKS & WITHDRAWALS | - | 78,303.54 |
| MAINTENANCE FEES | - | .00 |
| ENDING BALANCE | = | 28,282.79 |

## DAILY BALANCE/TRANSACTIONS

| DATE | DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 02-04 | Starting Balance | | | 29,350.42 |
| 02-06 | ATM Withdrawal  Everi 1133 ROUTE 414     WATERLOO          NYUS | 305.99 | | 29,044.43 |
| 02-06 | Point Of Sale Withdrawal   WEGMANS #064          ROCHESTER     NYUS | 4.45 | | 29,039.98 |
| 02-06 | Point Of Sale Withdrawal   DUNKIN #343931 Q35     ROCHESTER     NYUS | 2.91 | | 29,037.07 |
| 02-06 | Electronic Deposit VENMO  - CASHOUT | | 200.00 | 29,237.07 |
| 02-06 | Electronic Deposit VENMO  - CASHOUT | | 40.00 | 29,277.07 |
| 02-06 | Electronic Withdrawal DISCOVER DC PYMNTS DCIINTNET - E-PAYMENT | 17,800.00 | | 11,477.07 |
| 02-08 | Electronic Withdrawal ROCHESTER GAS AN ROCHESTER GAS AN - Bill Pay | 249.39 | | 11,227.68 |
| 02-09 | Deposit | | 10,000.00 | 21,227.68 |
| 02-10 | Electronic Deposit VENMO  - CASHOUT | | 50.00 | 21,277.68 |

Customer Service Center:
(585) 394-4260

**TO CHANGE ADDRESS, COMPLETE THIS FORM, DETACH AND MAIL OR BRING TO THE BANK**

| NAME | CITY | | |
|---|---|---|---|
| STREET | STATE | | ZIP |
| DATE | TELEPHONE | | |
| SIGNATURE | | | |

1. Deduct any bank charges, such as check orders, service charges, electronic transactions, etc., from your check book register. Also, if applicable, add to your register interest paid to the account.

| | | | | | |
|---|---|---|---|---|---|
| 2. Enter the closing balance shown on this statement | | | | | $ |
| 3. Enter any deposits or additions not shown on this statement | | | | | |
| 4. Add lines 2 and 3, enter total here. | | | | | $ |
| 5. List any checks or withdrawals made which have not been deducted from this statement. | Number | Amount | Number | Amount | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total of checks or withdrawals | | | | | $ |
| 6. Subtract line 5 from line 4, this should be your present checkbook balance. | | | | | $ |

NOTE: If you need further assistance, please bring this statement to your banking office.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR EFT OR ATM TRANSACTIONS**

Please telephone or write us at the address shown below on the statement as soon as you can if you think your statement or receipt is wrong or if you need more information about your Electronic Funds Transfer (EFT) or Automatic Teller Machine (ATM) transactions on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign- initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**FOR LINE OF CREDIT CUSTOMERS**

**BILLING RIGHTS SUMMARY**
**In Case of Errors or Questions About Your Bill**
If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet of paper to the address shown at the base of this statement. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.
rev. 08/14

**Call or send inquiries about your account to:**
**Canandaigua National Bank & Trust**
72 South Main Street
Canandaigua, NY 14424
(585) 394-4260 or (800) 724-2621




Timothy C. LaRocca                                                                                               PAGE   2

## DAILY BALANCE/TRANSACTIONS (cont.)

| DATE | DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 02-10 | Electronic Withdrawal DISCOVER DC PYMNTS DCIINTNET - E-PAYMENT | 10,100.00 | | 11,177.68 |
| 02-10 | Deposit | | 7,800.00 | 18,977.68 |
| 02-13 | Electronic Withdrawal VENMO  - PAYMENT | 60.00 | | 18,917.68 |
| 02-13 | Electronic Withdrawal DISCOVER DC PYMNTS DCIINTNET - E-PAYMENT | 7,900.00 | | 11,017.68 |
| 02-16 | Electronic Withdrawal VENMO  - PAYMENT | 1,000.00 | | 10,017.68 |
| 02-17 | Point Of Sale Withdrawal   WEGMANS #064   ROCHESTER      NYUS | 21.35 | | 9,996.33 |
| 02-17 | Electronic Deposit SYSCO CORPORATIO 4100075043    PP - DIRECT DEP | | 2,321.61 | 12,317.94 |
| 02-17 | Electronic Withdrawal PLANET FIT 585-865-9691 - CLUB FEES  585-865-9691 | 22.99 | | 12,294.95 |
| 02-17 | Electronic Withdrawal Nissan  - Auto Loan | 485.42 | | 11,809.53 |
| 02-17 | Point Of Sale Withdrawal   VZWRLSS*APOCC VISN   800-922-0204   FLUS | 275.91 | | 11,533.62 |
| 02-17 | Deposit | | 17,800.00 | 29,333.62 |
| 02-17 | ATM Withdrawal  Everi RTE 96 AND BEAVER CFARMINGTON     NYUS | 105.25 | | 29,228.37 |
| 02-17 | Descriptive Deposit Foreign ATM use rebate | | 5.00 | 29,233.37 |
| 02-21 | Electronic Withdrawal CARDMEMBER SERV  - WEB PYMT | 86.58 | | 29,146.79 |
| 02-21 | Electronic Withdrawal DISCOVER DC PYMNTS DCIINTNET - E-PAYMENT | 17,800.00 | | 11,346.79 |
| 02-21 | ATM Withdrawal  Everi RTE 96 AND BEAVER CFARMINGTON     NYUS | 305.25 | | 11,041.54 |
| 02-22 | Point Of Sale Withdrawal   CITY OF ROCH - COURROCHES TER     NYUS | 6.00 | | 11,035.54 |
| 02-22 | Electronic Withdrawal Farmers PC RP  - INS PAYMNT | 210.50 | | 10,825.04 |
| 02-22 | Electronic Deposit SYSCO CORPORATIO  - DIRECT-PAY | | 388.43 | 11,213.47 |
| 02-22 | Electronic Deposit SYSCO CORPORATIO  - DIRECT-PAY | | 60.92 | 11,274.39 |
| 02-23 | Electronic Deposit SYSCO CORPORATIO  - DIRECT-PAY | | 45.20 | 11,319.59 |
| 02-24 | Deposit | | 17,800.00 | 29,119.59 |
| 02-27 | Electronic Check 3316 TARGET ENTERPRIS (CHECK PYMT) | 66.88 | | 29,052.71 |
| 02-27 | Electronic Withdrawal DISCOVER DC PYMNTS DCIINTNET - E-PAYMENT | 17,900.00 | | 11,152.71 |
| 03-01 | Point Of Sale Withdrawal   FFINC* SABRES50/50   BOSTON       MAUS | 20.00 | | 11,132.71 |
| 03-01 | ATM Withdrawal  Everi RTE 96 AND BEAVER CFARMINGTON     NYUS | 205.25 | | 10,927.46 |
| 03-01 | ATM Withdrawal  Everi RTE 96 AND BEAVER CFARMINGTON     NYUS | 305.25 | | 10,622.21 |
| 03-02 | Point Of Sale Withdrawal   TIM HORTONS #919381VICTOR       NYUS | 4.17 | | 10,618.04 |
| 03-02 | Electronic Withdrawal CHASE CREDIT CRD  - EPAY | 3,000.00 | | 7,618.04 |
| 03-02 | Electronic Withdrawal VENMO  - PAYMENT | 60.00 | | 7,558.04 |
| 03-03 | Electronic Deposit SYSCO CORPORATIO 4100075043    PP - DIRECT DEP | | 2,193.96 | 9,752.00 |
| 03-03 | Electronic Deposit SYSCO CORPORATIO  - DIRECT-PAY | | 395.63 | 10,147.63 |
| 03-03 | Electronic Deposit SYSCO CORPORATIO  - DIRECT-PAY | | 235.16 | 10,382.79 |
| 03-03 | Deposit | | 17,900.00 | 28,282.79 |

Timothy C. LaRocca                                                                                          PAGE   3

## ATM/POS TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02-06 | ATM Withdrawal Everi 1133 ROUTE 414    WATERLOO    NYUS | 305.99 |
| 02-06 | Point Of Sale Withdrawal  WEGMANS #064     ROCHESTER   NYUS | 4.45 |
| 02-06 | Point Of Sale Withdrawal  DUNKIN #343931 Q35 ROCHESTER   NYUS | 2.91 |
| 02-17 | Point Of Sale Withdrawal  WEGMANS #064     ROCHESTER   NYUS | 21.35 |
| 02-17 | Point Of Sale Withdrawal  VZWRLSS*APOCC VISN 800-922-0204  FLUS | 275.91 |
| 02-17 | ATM Withdrawal Everi RTE 96 AND BEAVER CFARMINGTON    NYUS | 105.25 |
| 02-21 | ATM Withdrawal Everi RTE 96 AND BEAVER CFARMINGTON    NYUS | 305.25 |
| 02-22 | Point Of Sale Withdrawal  CITY OF ROCH - COURROCHESTER   NYUS | 6.00 |
| 03-01 | Point Of Sale Withdrawal  FFINC* SABRES50/50 BOSTON    MAUS | 20.00 |
| 03-01 | ATM Withdrawal Everi RTE 96 AND BEAVER CFARMINGTON    NYUS | 205.25 |
| 03-01 | ATM Withdrawal Everi RTE 96 AND BEAVER CFARMINGTON    NYUS | 305.25 |
| 03-02 | Point Of Sale Withdrawal  TIM HORTONS #919381VICTOR    NYUS | 4.17 |

## CHECKS
(* INDICATES A BREAK IN CHECK NUMBER SEQUENCE, (E) INDICATES AN ELECTRONIC CHECK)

| DATE | NUMBER | AMOUNT | DATE | NUMBER | AMOUNT | DATE | NUMBER | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02-27 | 3316 E | 66.88 | | | | | | |

### SUMMARY OF OVERDRAFT (OD), INSUFFICIENT (NSF), AND UNCOLLECTED FUNDS (UCF) FEES

| DESCRIPTION OF FEES | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES (OD, NSF, UCF ITEMS PAID) | .00 | .00 |
| TOTAL RETURNED ITEM FEES (NSF ITEMS NOT PAID) | .00 | .00 |

Timothy C. LaRocca

PAGE   4

# ChexMate

ACCOUNT:   xxxxxxxx799

STATEMENT PERIOD FROM  02-04-23  THROUGH  03-03-23

| | |
|---|---:|
| STARTING PRINCIPAL BALANCE | .00 |
| ENDING PRINCIPAL BALANCE | .00 |
| INTEREST PAID YTD | .00 |

| | | | |
|---|---:|---|---:|
| PREVIOUS PRINCIPAL BALANCE | .00 | CREDIT LIMIT | 1,000.00 |
| PAYMENTS | .00 | AVAILABLE CREDIT | 1,000.00 |
| FINANCE CHARGE | .00 | DAYS IN PERIOD | 32 |
| ADVANCES | .00 | AVERAGE DAILY BALANCE | .00 |
| LATE CHARGES | .00 | DAILY PERIODIC | .049233% |
| ENDING PRINCIPAL BALANCE | .00 | ANNUAL PERCENTAGE RATE | 17.9700% |

## DAILY BALANCE/TRANSACTIONS

| DATE | DESCRIPTION | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---:|
| 02-04 | Starting Principal Balance | | | .00 |

## FEES

| | |
|---|---:|
| TOTAL FEES FOR THIS PERIOD | .00 |

## INTEREST CHARGED

| | |
|---|---:|
| Interest Charges on Loan Advances | .00 |
| TOTAL INTEREST FOR THIS PERIOD | .00 |

## 2023 TOTALS YEAR-TO-DATE

| | |
|---|---:|
| Total Fees Charged in 2023 | .00 |
| Total Interest Charged in 2023 | .00 |