# EXHIBIT "C"



Tracer#: 15004733  Amt: $10,000.00  2/9/2023



Tracer#: 15004733  Amt: $10,000.00  2/9/2023



Tracer#: 15000900  Amt: $7,800.00  2/10/2023



Tracer#: 15000900  Amt: $7,800.00  2/10/2023



Tracer#: 15005331  Amt: $17,800.00  2/17/2023



Tracer#: 15005331  Amt: $17,800.00  2/17/2023



Tracer#: 15012826  Amt: $17,800.00  2/24/2023



Tracer#: 15012826  Amt: $17,800.00  2/24/2023



Tracer#: 15000922  Amt: $17,900.00  3/3/2023



Tracer#: 15000922  Amt: $17,900.00  3/3/2023