**BARCLAY DAMON** LLP

**Benjamin R. Zakarin**
*Associate*

September 20, 2024

**VIA ECF**

Hon. Frank P. Geraci, Jr.
United States District Judge
United States District Court
100 State Street
Rochester, NY  14614

      Re:    *Five Star Bank v. Katherine Mott, et al.*, Case No. 6:24-cv-06153-FPG

Dear Judge Geraci:

      Barclay Damon LLP represents Plaintiff Five Star Bank ("Plaintiff") in the above-referenced matter.  I write to respectfully request that Plaintiff be permitted to file a single Omnibus Reply Memorandum of Law in response to the oppositions of individual defendants Harris, LaRocca, Pagano, and Bourne and a separate Reply Memorandum of Law in response to the opposition filed by Defendant Katherine Mott and the various Entity Defendants.  Plaintiff's oppositions are currently due on September 27 pursuant to the Court's August 13, 2024 Order (ECF No. 94).

      Respectfully submitted,

      **BARCLAY DAMON LLP**

by: *[signature]*
      Benjamin R. Zakarin
      1270 Avenue of the Americas
      Suite 501
      New York, New York 10020
      (212) 784-5800
      bzakarin@barclaydamon.com
      *Counsel for Five Star Bank*

cc: All Counsel of Record (via ECF)

1270 Avenue of the Americas - Suite 501 - New York, New York 10020 barclaydamon.com
bzakarin@barclaydamon.com  Direct: (212) 784-5820  Fax: (212) 784-5766
Also Admitted to New Jersey and District of Columbia

29775120.1