# **EXHIBIT A**



## Harter Secrest & Emery LLP
### ATTORNEYS AND COUNSELORS
WWW.HSELAW.COM

Mark R. Kercher, CPA
5090 Old Goodrich Road
Clarence, NY 14031

File Number:   106915.000001

Please remit payment within 30 days from date of invoice

Kercher, CPA, Mark R.　　　　　　　　　　　　　　　　　　Date:　　09/23/24
RE: Kercher re Mott Receivership　　　　　　　　　　　　Invoice:　939775
Client Ref:
For Professional Services Rendered and Costs Advanced through 08/31/24

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/01/24 | NSG | Correspondence and confer with M. Kercher regarding his fee application, asset sale, general status. | B110 | 0.40 | 160.00 |
| 07/01/24 | JGH | Strategize re drafts of fee application and monthly activity report. | B110 | 0.70 | 332.50 |
| 07/01/24 | JGH | Strategize re claims of disgruntled vendors. | B110 | 0.40 | 190.00 |
| 07/01/24 | NSG | Correspondence with J. Horn regarding draft HSE fee application and exhibits and notice of motion. | B110 | 0.30 | 120.00 |
| 07/01/24 | NSG | Update and revise fee application and exhibits for receiver and notice of motion drafting. | B110 | 1.00 | 400.00 |
| 07/01/24 | NSG | Correspondence and confer with T. Amplement regarding filing fee applications tomorrow. | B110 | 0.10 | 40.00 |
| 07/01/24 | NSG | Correspondence with M. Kercher and T. Amplement regarding executing and filing his fee application. | B110 | 0.10 | 40.00 |
| 07/01/24 | NSG | Correspondence with J. Horn | B110 | 0.10 | 40.00 |

1600 BAUSCH AND LOMB PLACE    ROCHESTER, NEW YORK 14604-2711    PHONE: 585.232.6500    FAX: 585.232.2152    FED. TAX ID. NO. 16-0766172

ROCHESTER, NEW YORK • BUFFALO, NEW YORK • ALBANY, NEW YORK • CORNING, NEW YORK • NEW YORK, NEW YORK

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| August 31, 2024 | | | Matter: | 106915.000001 | |
| Page   2 | | | Invoice: | 939775 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | and T. Amplement regarding executing and filing HSE fee application. | | | |
| 07/01/24 | NSG | Revise and finalize HSE fee application and notice of motion. | B110 | 1.00 | 400.00 |
| 07/01/24 | TLA | Review motion to dismiss filed by defendant K. Bourne and forward same with text order regarding scheduling to Receiver. | B110 | 0.20 | 45.00 |
| 07/02/24 | JGH | Edit draft declaration in support of fee application. | B110 | 0.20 | 95.00 |
| 07/02/24 | NSG | Review Defendant entities' complaint against Community Bank. | B110 | 0.20 | 80.00 |
| 07/02/24 | NSG | Draft fee application proposed orders. | B110 | 0.30 | 120.00 |
| 07/02/24 | NSG | Correspondence with  M. Kercher regarding fee application filing. | B110 | 0.20 | 80.00 |
| 07/02/24 | NSG | Correspondence with  J. Horn regarding fee application filing. | B110 | 0.20 | 80.00 |
| 07/02/24 | NSG | Correspondence and confer with T. Amplement regarding fee application filing, proposed orders and review filings.. | B110 | 0.30 | 120.00 |
| 07/02/24 | TLA | Finalize and file receivers second application for fees with Notice of Motion and Kercher Declaration with exhibits A-C and HSE First Application for Fees with Notice of Motion and Horn Declaration with exhibits A-B; email filed copies to client. | B110 | 2.00 | 450.00 |
| 07/08/24 | NSG | Conference with J. Horn and M. Kercher regarding status, receiver's report,  case developments. | B110 | 0.90 | 360.00 |
| 07/08/24 | JGH | Strategize with client regarding various matters. | B110 | 1.00 | 475.00 |
| 07/09/24 | JGH | Call with J. Milbrand re various matters. | B110 | 0.30 | 142.50 |
| 07/09/24 | JGH | Update client on call with J. | B110 | 0.20 | 95.00 |

Kercher, CPA, Mark R.  
August 31, 2024  
Page   3  

Client:      106915  
Matter:      106915.000001  
Invoice:     939775  

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | Milbrand. | | | |
| 07/09/24 | NSG | Correspondence with J. Horn, T. Knisley, M. Kercher regarding Kinecta documents to M. Kercher, payment of fees. | B110 | 0.40 | 160.00 |
| 07/09/24 | JGH | Communicate with client and outside counsel re real estate proceeds and Kinecta records. | B110 | 0.40 | 190.00 |
| 07/09/24 | TLA | Review signed orders granting Receivers second fee application and HSE first fee application and forward same to client. | B110 | 0.20 | 45.00 |
| 07/10/24 | NSG | Correspondence with M. Kercher, J. Horn, M. Washington, S. Richter regarding Kinecta FCU documents to FSB. | B110 | 0.50 | 200.00 |
| 07/10/24 | JGH | Communicate with client and internally regarding Kinecta records and related matters. | B110 | 0.30 | 142.50 |
| 07/10/24 | JGH | Follow-up email to FSB counsel re Kinecta documents. | B110 | 0.20 | 95.00 |
| 07/10/24 | JGH | Call with M. Kercher to discuss recent meeting with K. Mott and July activity report. | B110 | 0.40 | 190.00 |
| 07/10/24 | NSG | Review and revise Kercher draft monthly report and correspondence with J. Horn regarding same. | B110 | 1.30 | 520.00 |
| 07/11/24 | NSG | Correspondence with J. Horn regarding receiver's activity report. | B110 | 0.10 | 40.00 |
| 07/11/24 | NSG | Revise receiver's activity report. | B110 | 0.20 | 80.00 |
| 07/12/24 | JGH | Call with M. Kercher re various matters. | B110 | 0.40 | 190.00 |
| 07/12/24 | NSG | Correspondence with J. Horn regarding revised draft activity report. | B110 | 0.20 | 80.00 |
| 07/12/24 | JGH | Review and propose edits to second activity report. | B110 | 0.40 | 190.00 |
| 07/15/24 | JGH | Review and comment on M. Kercher's edits to second report. | B110 | 0.20 | 95.00 |
| 07/15/24 | NSG | Correspondence with J. Horn regarding Ridgemont. | B110 | 0.10 | 40.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| August 31, 2024 | | | Matter: | 106915.000001 | |
| Page   4 | | | Invoice: | 939775 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/15/24 | TLA | Review and respond to email from M. Kercher regarding signed Order from Receivers first fee application. | B110 | 0.10 | 22.50 |
| 07/16/24 | NSG | Correspondence with D. Ealy regarding SBA loans. | B110 | 0.10 | 40.00 |
| 07/16/24 | NSG | Call with M. Kercher and correspondence with D Ealy regarding SBA loans. | B110 | 0.20 | 80.00 |
| 07/16/24 | NSG | Confer with J. Horn regarding receiver's report, SBA loans, other receivership issues. | B110 | 0.20 | 80.00 |
| 07/16/24 | NSG | Revise and finalize receiver's report. | B110 | 0.50 | 200.00 |
| 07/16/24 | NSG | Confer and correspondence with J. Horn and T. Amplement regarding filing receiver's report. | B110 | 0.30 | 120.00 |
| 07/16/24 | JGH | Provide additional feedback on draft activity report. | B110 | 0.40 | 190.00 |
| 07/16/24 | JGH | Final review of draft activity report. | B110 | 0.30 | 142.50 |
| 07/16/24 | JGH | Emails with Defendants' counsel re various creditor/vendor inquiries. | B110 | 0.20 | 95.00 |
| 07/16/24 | TLA | Finalize and file second status report of Receiver with Exhibit A. | B110 | 0.80 | 180.00 |
| 07/17/24 | JGH | Communicate with defendants' counsel re Rosemont CC situation. | B110 | 0.20 | 95.00 |
| 07/17/24 | JGH | Analyze Rosemont CC management agreement in preparation for call with Defendants' counsel. | B110 | 0.20 | 95.00 |
| 07/17/24 | JGH | Strategy call with Defendants' counsel re Rosemont Country Club situation. | B110 | 0.50 | 237.50 |
| 07/18/24 | JGH | Call with M. Kercher re Ridgemont Country Club dispute and related matters. | B110 | 0.30 | 142.50 |
| 07/18/24 | JGH | Draft email to Defendants' counsel regarding Ridgemont Country Club dispute. | B110 | 0.20 | 95.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| August 31, 2024 | | | Matter: | 106915.000001 | |
| Page   5 | | | Invoice: | 939775 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/22/24 | JGH | Emails with M. Rothenberg and T. Adams re Rosemont Country Club matter. | B110 | 0.20 | 95.00 |
| 07/22/24 | TLA | E-mail filed Receiver's second status report to M. Kercher. | B110 | 0.10 | 22.50 |
| 07/23/24 | NSG | Begin draft Kercher fee application. | B110 | 0.30 | 120.00 |
| 07/23/24 | NSG | Begin draft HSE fee application. | B110 | 0.60 | 240.00 |
| 07/23/24 | NSG | Review news article regarding Mott vs Community Bank lawsuit. | B110 | 0.10 | 40.00 |
| 07/23/24 | NSG | Correspondence with M. Kercher and J. Horn regarding confer tomorrow. | B110 | 0.10 | 40.00 |
| 07/24/24 | NSG | Call with M. Kercher and J. Horn regarding status. | B110 | 0.60 | 240.00 |
| 07/24/24 | NSG | Draft receiver's fee application. | B110 | 0.40 | 160.00 |
| 07/24/24 | NSG | Correspondence with Rothenbergs and D. Ealy regarding meeting next week. | B110 | 0.20 | 80.00 |
| 07/24/24 | JGH | Conference call with client regarding coordination with counsel for the parties on various key financial issues. | B110 | 0.50 | 237.50 |
| 07/24/24 | JGH | Email with FSB counsel regarding coordination meeting with M. Kercher. | B110 | 0.20 | 95.00 |
| 07/24/24 | JGH | Strategize with N. Gatto regarding requested meetings between M. Kercher and counsel for the parties. | B110 | 0.30 | 142.50 |
| 07/24/24 | NSG | Draft HSE second fee application. | B110 | 0.20 | 80.00 |
| 07/25/24 | NSG | Correspondence with J. Horn, M. Kercher, Mott attorneys regarding arranging meetings for next week. | B110 | 0.40 | 160.00 |
| 07/25/24 | NSG | Revise fee applications. | B110 | 0.40 | 160.00 |
| 07/29/24 | NSG | Draft Receiver June fee application. | B110 | 1.00 | 400.00 |
| 07/29/24 | NSG | Draft and finalize draft of HSE June fee application. | B110 | 1.00 | 400.00 |
| 07/29/24 | NSG | Correspondence with D. Ealy regarding set up meeting. | B110 | 0.10 | 40.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| August 31, 2024 | | | Matter: | 106915.000001 | |
| Page   6 | | | Invoice: | 939775 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/30/24 | NSG | Correspondence with M. Kercher, D. Ealy, Rothenberg firm regarding Thursday call | B110 | 0.30 | 120.00 |
| 07/30/24 | NSG | Final application drafts and correspondence with J. Horn regarding same. | B110 | 0.70 | 280.00 |
| | | Total Hours and Fees | | 27.60 | $11,090.00 |

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Amplement, Tracy L., Paralegal | 3.40 | 225.00 | 765.00 |
| Gatto, Nicholas S., Counsel | 15.60 | 400.00 | 6,240.00 |
| Horn, John G., Partner | 8.60 | 475.00 | 4,085.00 |

Total Current Fees          $11,090.00

Current Invoice Due          $11,090.00

Y-T-D Fees:          $41,455.00     /     Y-T-D Costs:          $0.00