# EXHIBIT A

## Mott Group
## Sources & Uses - (UNAUDITED)
### April 8, 2024 - September 2024

|  | September | April 8 - September 30 2024 |
|---|---:|---:|
| **Sources - Cash Receipts** | | |
| Customer Receipts | 680,529.81 | 4,454,571.09 |
| Sale of Property | - | 747,095.81 |
| **Total Sources** | 680,529.81 | 5,201,666.90 |
| **Uses - Cash Disbursements** | | |
| Labor and benefits | 312,522.18 | 2,820,564.55 |
| Food and beverage | 215,048.13 | 1,432,429.65 |
| General operating expenses | 105,078.76 | 504,877.70 |
| Rent | 40,588.54 | 453,643.11 |
| Cleaning | 19,321.67 | 127,358.57 |
| Utilities | 7,441.42 | 39,511.84 |
| Insurance | 2,020.24 | 31,224.64 |
| **Total Uses** | 702,020.94 | 5,409,610.06 |
|  | (21,491.13) | (207,943.16) |