# EXHIBIT A



Mark R. Kercher, CPA
5090 Old Goodrich Road
Clarence, NY 14031

File Number:    106915.000001

Please remit payment within 30 days from date of invoice

| | | | | Date: | 10/22/24 |
|---|---|---|---|---|---|
Kercher, CPA, Mark R.
RE: Kercher re Mott Receivership                                                       Invoice:    942052
Client Ref:
For Professional Services Rendered and Costs Advanced through 09/30/24

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/24 | NSG | Zoom call with M. Kercher, D. Ealy,, Rothenbergs regarding financial situation. | B110 | 0.60 | 240.00 |
| 08/01/24 | JGH | Prepare for and participate in conference call with M. Kercher and J. Milbrand. | B110 | 0.50 | 237.50 |
| 08/01/24 | JGH | Call and emails with M. Kercher re Kinecta bank statements. | B110 | 0.30 | 142.50 |
| 08/01/24 | NSG | Conference with D. Ealy, Rothenbergs regarding status of companies. | B110 | 0.50 | 200.00 |
| 08/01/24 | NSG | Correspondence with J. Horn and M. Kercher regarding docket update, Kinecta bank statements and pull Kinecta bank statements from file. | B110 | 0.40 | 160.00 |
| 08/01/24 | JGH | Edit HSE fee application and proposed order. | B110 | 0.50 | 237.50 |
| 08/01/24 | NSG | Correspondence with M. Kercher regarding fee application documentation., | B110 | 0.20 | 80.00 |
| 08/01/24 | NSG | Correspondence with J. Horn regarding fee application documentation. | B110 | 0.20 | 80.00 |
| 08/01/24 | NSG | Review and revise fee | B110 | 0.40 | 160.00 |

| | | | Client: | 106915 |
|---|---|---|---|---|
Kercher, CPA, Mark R.
September 30, 2024
Page   2

Client:   106915
Matter:   106915.000001
Invoice:   942052

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | application documentation. | | | |
| 08/02/24 | NSG | Call with J. Horn regarding debrief of yesterday's call with defendants' counsel. | B110 | 0.40 | 160.00 |
| 08/02/24 | NSG | Finalize drafts of Kercher and HSE fee applications. | B110 | 0.60 | 240.00 |
| 08/02/24 | NSG | Correspondence with M. Kercher regarding fee applications. | B110 | 0.20 | 80.00 |
| 08/07/24 | NSG | Correspondence with J. Horn regarding J. Breen call. | B110 | 0.20 | 80.00 |
| 08/07/24 | JGH | Call with N. Gatto re FBI interview request. | B110 | 0.30 | 142.50 |
| 08/07/24 | JGH | Calls with M. Kercher and FBI special agent. | B110 | 0.50 | 237.50 |
| 08/07/24 | JGH | Call with N. Gatto re monthly receiver's report. | B110 | 0.20 | 95.00 |
| 08/07/24 | TLA | Finalize Second Application for fees for HSE; e-mail Receiver Application to M. Kercher for signature. | B110 | 0.30 | 67.50 |
| 08/07/24 | NSG | Correspondence with M. Kercher regarding sign off on fee application. | B110 | 0.20 | 80.00 |
| 08/07/24 | NSG | Work with T. Amplement and finalize for filing of fee applications. | B110 | 1.00 | 400.00 |
| 08/08/24 | TLA | Finalize and file Third Application for Expenses of Receiver with Exhibits A-C; file Second Application for fees for HSE with Exhibit A. | B110 | 2.20 | 495.00 |
| 08/08/24 | NSG | Correspondence with T. Amplement regarding update on filing fee applications, proposed orders. | B110 | 0.50 | 200.00 |
| 08/08/24 | NSG | Prepare proposed orders for fee applications. | B110 | 0.40 | 160.00 |
| 08/09/24 | NSG | Correspondence with M. Rothenberg regarding Monroe's equipment sale. | B110 | 0.10 | 40.00 |
| 08/09/24 | JGH | Calls with FBI SA Breen and M. Kercher re equipment sale. | B110 | 0.40 | 190.00 |
| 08/12/24 | TLA | Review plaintiff memorandums of law in opposition to all | B110 | 0.40 | 90.00 |

Kercher, CPA, Mark R.  
September 30, 2024  
Page   3

Client:     106915  
Matter:    106915.000001  
Invoice:    942052

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | defendants' motions to dismiss and forward to Receiver; review plaintiff's motion for order for attachment and forward to same. | | | |
| 08/12/24 | NSG | Correspondence with M. Kercher, J. Horn, T. Amplement regarding order of attachment. | B110 | 0.10 | 40.00 |
| 08/15/24 | JGH | Multiple communications with client and counsel for Ridgemont Country Club regarding liquor license transfer and overdue rental payments. | B110 | 1.10 | 522.50 |
| 08/15/24 | JGH | Calls with M. Rothenberg and M. Kercher re Ridgemont Country Club's changing of locks preventing removal of Monroe's equipment. | B110 | 0.40 | 190.00 |
| 08/15/24 | NSG | Correspondence with J. Horn regarding Ridegment and equipment sale updates. | B110 | 0.20 | 80.00 |
| 08/18/24 | NSG | Correspondence with J. Horn regarding Ridgemont. | B110 | 0.10 | 40.00 |
| 08/19/24 | JGH | Multiple calls and emails with client and N. Gatto regarding Rosemont billing and equipment-retrieval situations. | B110 | 0.80 | 380.00 |
| 08/19/24 | TLA | Review Order granting Third Application of Receiver for expenses and forward same along with motion papers to M. Kercher; review order granting HSE Second Application for Compensation. | B110 | 0.30 | 67.50 |
| 08/19/24 | NSG | Confer with J. Horn regarding Ridgemont | B110 | 0.30 | 120.00 |
| 08/19/24 | NSG | Correspondence with J. Horn and M. Kercher regarding Horn correspondence with T. Adams, Ridgemont developments. | B110 | 0.40 | 160.00 |
| 08/19/24 | NSG | Call with C. Deats and correspondence with J. Horn and M. Kercher regarding cancelled Ridgemont event. | B110 | 0.30 | 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| September 30, 2024 | | | Matter: | 106915.000001 | |
| Page   4 | | | Invoice: | 942052 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/20/24 | NSG | Draft July monthly activity report. | B110 | 0.80 | 320.00 |
| 08/21/24 | NSG | Calls and correspondence with M. Kercher regarding activity report, Ridgemont, other status. | B110 | 0.40 | 160.00 |
| 08/21/24 | NSG | Finalize draft of activity report and correspondence with M. Kercher regarding same. | B110 | 0.70 | 280.00 |
| 08/21/24 | NSG | Zoom call with M. Kercher, Rothenbergs regarding Ridgemont matters. | B110 | 0.30 | 120.00 |
| 08/22/24 | NSG | Confer with J. Horn regarding Ridgemont updates. | B110 | 0.50 | 200.00 |
| 08/22/24 | JGH | Strategize regarding asset-recovery from Ridgemont Country Club. | B110 | 0.50 | 237.50 |
| 08/22/24 | NSG | Correspondence with M. Rothenberg and T. Adams regarding Ridgemont liquor license. | B110 | 0.10 | 40.00 |
| 08/23/24 | NSG | Correspondence with M. Kercher regarding his comments to receiver;s report. | B110 | 0.20 | 80.00 |
| 08/23/24 | NSG | Correspondence with J. Horn regarding his comments to receiver's report. | B110 | 0.20 | 80.00 |
| 08/23/24 | JGH | Edit draft monthly report of receiver; communicate with FSB counsel re Kinecta documents. | B110 | 0.50 | 237.50 |
| 08/23/24 | NSG | Revise receiver's report. | B110 | 0.40 | 160.00 |
| 08/23/24 | NSG | Correspondence with J. Horn regarding Kinecta bank statements for Five Star Bank and review same. | B110 | 0.20 | 80.00 |
| 08/26/24 | NSG | Finalize receiver's report for filing. | B110 | 1.10 | 440.00 |
| 08/26/24 | JGH | Calls and emails with M. Kercher re requested FBI interview and Ridgemont billing dispute. | B110 | 0.70 | 332.50 |
| 08/26/24 | JGH | Communicate with defense counsel and counsel for Ridgemont Country Club regarding billing dispute and related matters. | B110 | 0.70 | 332.50 |

Kercher, CPA, Mark R.  
September 30, 2024  
Page   5  

Client:      106915  
Matter:     106915.000001  
Invoice:    942052  

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/26/24 | NSG | Correspondence and confer with T. Amplement regarding filing receiver's report. | B110 | 0.30 | 120.00 |
| 08/26/24 | NSG | Correspondence and confer with M. Kercher and J. Horn regarding comments to receiver report, issues with Monroe member shortfalls. | B110 | 0.60 | 240.00 |
| 08/26/24 | TLA | Finalize and file Third Report of Receiver with Exhibit A financial presentation. | B110 | 0.50 | 112.50 |
| 08/27/24 | JGH | Communicate with client and N. Gatto re Ridgemont billing dispute. | B110 | 0.20 | 95.00 |
| 08/27/24 | NSG | Correspondence and confer with J. Horn and correspondence with M. Kercher regarding Monroe's members shortfalls. | B110 | 0.30 | 120.00 |
| 08/30/24 | NSG | Correspondence with M. Kercher regarding Jult time and review same. | B110 | 0.20 | 80.00 |
| 08/30/24 | NSG | Correspondence with Finance regarding july time and review same. | B110 | 0.20 | 80.00 |
| 08/30/24 | TLA | Review reply memos of law filed in further support of Mott, defendant entities, Pagano and LaRocca motions to dismiss and forward same to Receiver. | B110 | 0.30 | 67.50 |
| 09/03/24 | NSG | Correspondence with J. Horn and M. Kercher regarding Cucinelli action vs. Monroe's. | B110 | 0.20 | 80.00 |
| 09/03/24 | NSG | Correspondence with M. Kercher regarding June time. | B110 | 0.10 | 40.00 |
| 09/03/24 | JGH | Call with client regarding Ridgemont Country Club dispute, FBI request for interview, and related matters. | B110 | 0.70 | 332.50 |
| 09/03/24 | JGH | Prepare for and place call to T. Adams, counsel for Ridgemont Country Club regarding alleged breaches of Food and Service Management Agreement and related issues. | B110 | 0.40 | 190.00 |

Kercher, CPA, Mark R.  
September 30, 2024  
Page   6  

Client:      106915  
Matter:      106915.000001  
Invoice:     942052  

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/03/24 | JGH | Call with FBI S.A. J. Breen re request for interview. | B110 | 0.20 | 95.00 |
| 09/03/24 | JGH | Review Food and Service Management Agreement and related communications in order to prepare email recap and recommendation to client. | B110 | 0.50 | 237.50 |
| 09/03/24 | NSG | Correspondence with D. Ealy regarding membership interest sale. | B110 | 0.10 | 40.00 |
| 09/03/24 | TLA | Review reply memos of law in further support of defendant's Harris and Barne's motions to dismiss. | B110 | 0.10 | 22.50 |
| 09/04/24 | NSG | Begin draft fee applications for HSE and receiver. | B110 | 0.40 | 160.00 |
| 09/05/24 | NSG | Correspondence with J. Horn regarding new restaurant rumor. | B110 | 0.10 | 40.00 |
| 09/05/24 | JGH | Call with M. Kercher re various matters. | B110 | 0.30 | 142.50 |
| 09/05/24 | JGH | Emails with FBI Special Agent Breen re interview, with Attorney T. Adams re Ridgemont dispute, and with Attorney J. Milbrand re new restaurant inquiry. | B110 | 1.10 | 522.50 |
| 09/06/24 | JGH | FBI/AUSA interview. | B110 | 1.00 | 475.00 |
| 09/06/24 | JGH | Call with M. Kercher re activity report, FBI interview, and related matters. | B110 | 0.20 | 95.00 |
| 09/06/24 | NSG | Finalize draft of Kercher fee application. | B110 | 0.70 | 280.00 |
| 09/06/24 | NSG | Correspondence with J. Horn regarding draft of Kercher fee application. | B110 | 0.10 | 40.00 |
| 09/06/24 | NSG | Correspondence with M Kercher regarding draft of Kercher fee application. | B110 | 0.10 | 40.00 |
| 09/09/24 | JGH | Read and reply to email from client regarding outreach from Jim Cucinelli regarding August rent. | B110 | 0.20 | 95.00 |
| 09/09/24 | NSG | Correspondence with M. Kercher | B110 | 0.20 | 80.00 |

Kercher, CPA, Mark R.  
September 30, 2024  
Page   7  

Client:      106915  
Matter:      106915.000001  
Invoice:     942052  

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | and J. Horn regarding Ridgemont status. | | | |
| 09/10/24 | NSG | Draft HSE July fee application. | B110 | 1.00 | 400.00 |
| 09/10/24 | NSG | Correspondence with J. Horn regarding third fee application of HSE, fourth receiver's report. | B110 | 0.20 | 80.00 |
| 09/10/24 | NSG | Correspondence with M. Kercher regarding his draft fourth receiver's report. | B110 | 0.10 | 40.00 |
| 09/10/24 | NSG | Review draft fourth receiver's report. | B110 | 0.20 | 80.00 |
| 09/11/24 | NSG | Review and comments to draft activity report. | B110 | 0.60 | 240.00 |
| 09/11/24 | NSG | Correspondence with M. Kercher and J. Horn regarding draft activity report, Ridgemont disputes. | B110 | 0.20 | 80.00 |
| 09/12/24 | NSG | Work with M. Kercher and T. Amplement regarding Kercher July fee application finalizing and filing; prepare form of order. | B110 | 0.40 | 160.00 |
| 09/12/24 | TLA | Finalize and file Fourth Application of Receiver for expenses with Exhibits A-C. | B110 | 0.90 | 202.50 |
| 09/13/24 | NSG | Review incoming pleadings in lawsuit regarding defense to attachment motion. | B110 | 0.30 | 120.00 |
| 09/13/24 | NSG | Correspondence with M. Kercher regarding Pagano and business entities' response papers in lawsuit. | B110 | 0.20 | 80.00 |
| 09/16/24 | TLA | Review Bourne response in opposition to motion for order of attachment and forward to M. Kercher. | B110 | 0.10 | 22.50 |
| 09/17/24 | JGH | Begin reviewing recent court filings. | B110 | 0.30 | 142.50 |
| 09/17/24 | NSG | Correspondence with M. Kercher and J. Horn regarding call tomorrow. | B110 | 0.10 | 40.00 |
| 09/17/24 | TLA | Review signed Order granting fourth Application of Receiver for Expenses and forward to M. | B110 | 0.10 | 22.50 |

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| September 30, 2024 | | | Matter: | 106915.000001 | |
| Page   8 | | | Invoice: | 942052 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | Kercher. | | | |
| 09/18/24 | NSG | Confer with J. Horn regarding call with M. Kercher. | B110 | 0.10 | 40.00 |
| 09/18/24 | NSG | Call with M. Kercher and J. Horn regarding receiver's report, attachment motion. | B110 | 0.60 | 240.00 |
| 09/18/24 | JGH | Review recent court filings and draft Monthly Activity Report in preparation for call with M. Kercher and participate in call. | B110 | 1.20 | 570.00 |
| 09/18/24 | JGH | Edit draft Monthly Activity Report and application for attorneys' fees. | B110 | 0.70 | 332.50 |
| 09/19/24 | NSG | Prepare Kercher August fee application. | B110 | 0.60 | 240.00 |
| 09/19/24 | JGH | Finalize Fourth Monthly Activity Report, incorporating proposed edits from M. Kercher. | B110 | 0.30 | 142.50 |
| 09/19/24 | NSG | Correspondence with M. Kercher regarding his August fee application | B110 | 0.10 | 40.00 |
| 09/19/24 | NSG | Correspondence with M. Kercher, J. Horn and T. Knisley regarding finalizing receiver's report | B110 | 0.30 | 120.00 |
| 09/20/24 | NSG | Continue draft of Kercher August fee application. | B110 | 0.20 | 80.00 |
| 09/20/24 | NSG | Correspondence and confer with T. Amplement regarding finalizing and filing monthly receiver's report. | B110 | 0.40 | 160.00 |
| 09/20/24 | TLA | Finalize and file Fourth Receiver's Report to the Court. | B110 | 0.50 | 112.50 |
| 09/23/24 | NSG | Finalize Kercher August fee application, correspondence with M. Kercher regarding same, draft notice and motion and order, and correspondence with T. Amplement regarding filing same. | B110 | 1.00 | 400.00 |
| 09/23/24 | NSG | Finalize HSE July fee application, correspondence with J. Horn regarding same, draft notice and motion and | B110 | 0.90 | 360.00 |

Kercher, CPA, Mark R.  
September 30, 2024  
Page   9  

Client:      106915  
Matter:      106915.000001  
Invoice:     942052  

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | order, and correspondence with T. Amplement regarding filing same. | | | |
| 09/23/24 | TLA | Finalize Receiver Fifth Application for Approval of Expenses and HSE Third Application for Approval of Expenses. | B110 | 0.90 | 202.50 |
| 09/24/24 | TLA | File Fifth Application for Expenses of Receiver and third Application for Expenses for HSE. | B110 | 0.60 | 135.00 |
| 09/25/24 | JGH | Strategize with N. Gatto re pending litigation. | B110 | 0.30 | 142.50 |
| 09/25/24 | JGH | Prepare for and participate in conference call with J. Milbrand, counsel for Five Star Bank. | B110 | 0.40 | 190.00 |
| 09/27/24 | JGH | Call with M. Kercher re Crescent Beach sale and related matters. | B110 | 0.40 | 190.00 |
| 09/27/24 | NSG | Review Kinecta bank documents and correspondence and confer with J. Horn regarding FSB request. | B110 | 0.40 | 160.00 |
| 09/27/24 | NSG | Correspondence with M. Kercher regarding Crescent Beach. | B110 | 0.10 | 40.00 |
| 09/30/24 | JGH | Email with FSB attorney and client regarding administrative changes to FSB receiver account. | B110 | 0.20 | 95.00 |
| 09/30/24 | NSG | Correspondence with J. Horn regarding receiver account | B110 | 0.10 | 40.00 |
| 09/30/24 | NSG | Review FSB pleadings in lawsuit attachment action. | B110 | 0.20 | 80.00 |
| 09/30/24 | JGH | Review emails regarding potential Crescent Beach buyer and call with client re same. | B110 | 0.30 | 142.50 |
| 09/30/24 | TLA | Review plaintiff's reply memorandums of law in further support of motion for order of attachment and forward same to M. Kercher. | B110 | 0.20 | 45.00 |
| | | Total Hours and Fees | | 47.80 | $19,047.50 |

| Kercher, CPA, Mark R. | | | Client: | 106915 |
| September 30, 2024 | | | Matter: | 106915.000001 |
| Page   10 | | | Invoice: | 942052 |

| Attorney | Hours | Rate | Amount |
|---|---:|---:|---:|
| Amplement, Tracy L., Paralegal | 7.40 | 225.00 | 1,665.00 |
| Gatto, Nicholas S., Counsel | 24.10 | 400.00 | 9,640.00 |
| Horn, John G., Partner | 16.30 | 475.00 | 7,742.50 |
| Total Current Fees | | | $19,047.50 |
| Current Invoice Due | | | $19,047.50 |

Y-T-D Fees:          $60,502.50    /    Y-T-D Costs:          $0.00