# EXHIBIT A

# EXHIBIT A

RECEIVER'S TIME RECORDS FOR THE PERIOD 10/1/2024 THROUGH 10/31/24

| Date | Description | Time | Drive time |
|---|---|---|---|
| 10/1/24 | Review of pending vendor payments, authorization and approval; correspondence with parties interested in Crescent Beach property. | 1.5 | |
| 10/2/24 | Review and approval of payroll; follow up call with Crescent Beach interested party. | 1.0 | |
| 10/3/24 | Review of Ridgemont Country Club (RCC) request for information; preparation for 10/4 meeting with D. Ealy and K. Mott; analysis of priority claims and imminent cash requirements, | 4.7 | |
| 10/4/24 | On-site meeting with D. Ealy, K. Mott and staff, discussion of cash position and cash generating opportunities; follow up correspondence regarding RCC food and beverage agreement. | 3.0 | 2.0 |
| 10/5/24 | Correspondence with D. Ealy on RCC matters; review of September Sources and Uses statement prepared by accountant. | 1.2 | |
| 10/7/24 | Correspondence with NYS DOL regarding penalty; follow-up on Sources and Uses Statement; call regarding RCC matters. | 1.3 | |
| 10/8/24 | Review and approval of Payroll tax catch up payments, review and approval of vendor disbursements, draft of letter to RCC members regarding unpaid charges for Monroe's at Ridgemont provided food and beverage. | 4.8 | |
| 10/9/24 | Review of draft correspondence to RCC members with D. Ealy, review of same correspondence with Receiver attorneys and finalization of said document; correspondence with Crescent Beach parcel interested party; review of payroll and event deposit year-to-date balances; review of vendor payment obligations and cash availability. | 2.2 | |
| 10/15/24 | Review of correspondence from RCC members regarding Receiver payment demand; discussions with Management on same. | 2.4 | |
| 10/16/24 | Preparation of September fee application and Fifth Receiver Activity Report as of 9/30/24; review of additional correspondence from RCC members. | 6.0 | |
| 10/17/24 | Discussion with Receiver Attorney regarding letter from RCC attorney, various other correspondence regarding RCC member | 3.3 | |

| Date | Description | | |
|---|---|---|---|
| | delinquencies; review of payroll and other ordinary course payment matters. | | |
| 10/18/24 | Finalization of Fifth Receiver's activity report; review of various RCC member correspondence. | 2.5 | |
| 10/21/24 | Check preparation for vendors; review of KNC Wintergarden quarterly concession fees; review of Divinity lease. | 1.5 | |
| 10/22/24 | Review of Receiver Attorney fee application; review of RCC member correspondence. | 1.2 | |
| 10/23/24 | Review of weekly payroll. | .5 | |
| 10/24/24 | Correspondence with KNC Wintergarden landlord; discussions with management regarding RCC issue, payroll review and cash availability. | 1.8 | |
| 10/25/24 | Call with D. Ealy regarding asset sales; routine review of vendor payments and cash availability. | 1.5 | |
| 10/29/24 | Analysis of KNC Wintergarden cash flow, lease arrangement and correspondence with KNC landlord regarding transference of concession agreement in a business sale. | 4.2 | |
| 10/30/24 | Discussion with Receiver Attorney on Receiver activities and consistency with original Court Order establishing Receivership. | 1.3 | |
| | | | |
| | Total | 45.9 | 2.0 |
| | Rate/hour | $350 | $175 |
| | Mileage to/from Rochester  106 mi. x .67 | | $ 71 |
| | **Total Fees** | **$16,065** | **$421** |