# EXHIBIT A



## Harter Secrest & Emery LLP

ATTORNEYS AND COUNSELORS

WWW.HSELAW.COM

Mark R. Kercher, CPA
5090 Old Goodrich Road
Clarence, NY 14031

File Number:   106915.000001

Please remit payment within 30 days from date of invoice

| | | |
|---|---|---|
| Kercher, CPA, Mark R. | Date: | 11/20/24 |
| RE: Kercher re Mott Receivership | Invoice: | 944354 |
| Client Ref: | | |

For Professional Services Rendered and Costs Advanced through 10/31/24

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|------|------|----------------------|-----------|-------|--------|
| 10/01/24 | JGH | Multiple emails with FSB outside counsel (J. Milbrand) and client regarding access to receiver-controlled account at FSB. | B110 | 0.30 | 142.50 |
| 10/03/24 | JGH | Call with M. Kercher re delinquent Ridgemont members and overall financial health of companies. | B110 | 0.30 | 142.50 |
| 10/08/24 | NSG | Correspondence with M. Kercher regarding draft RCC letter regasrding customer payables and review same. | B110 | 0.30 | 120.00 |
| 10/09/24 | NSG | Review J. Horn markup of Kercher letter and call with J. Horn regarding same. | B110 | 0.80 | 320.00 |
| 10/09/24 | NSG | Correspondence with D. Ealy regarding Ridgemont. | B110 | 0.20 | 80.00 |
| 10/09/24 | JGH | Review and propose edits to draft of Ridgemont member collection letter. | B110 | 0.50 | 237.50 |
| 10/09/24 | JGH | Call with client regarding sale of assets, collection of A/R, and related matters. | B110 | 0.40 | 190.00 |
| 10/09/24 | JGH | Strategize regarding collection of Ridgemont member | B110 | 0.60 | 285.00 |

1600 BAUSCH AND LOMB PLACE    ROCHESTER, NEW YORK 14604-2711    PHONE: 585.232.6500    FAX: 585.232.2152    FED. TAX ID. NO. 16-0766172

ROCHESTER, NEW YORK  •  BUFFALO, NEW YORK  •  ALBANY, NEW YORK  •  CORNING, NEW YORK  •  NEW YORK, NEW YORK

Kercher, CPA, Mark R.  
October 31, 2024  
Page   2

Client:      106915  
Matter:     106915.000001  
Invoice:    944354

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|------|------|----------------------|-----------|-------|--------|
| | | delinquent accounts and related matters. | | | |
| 10/09/24 | NSG | Call with M. Kercher and J. Horn regarding Ridgemont. | B110 | 0.80 | 320.00 |
| 10/09/24 | JGH | Prepare for and participate in call with M. Kercher and N. Gatto regarding financial operations/reporting strategy. | B110 | 1.10 | 522.50 |
| 10/11/24 | JGH | Revise draft of Ridgemont letter; email to client re same. | B110 | 0.60 | 285.00 |
| 10/11/24 | NSG | Review J. Horn revisions to Kercher letter and confer with J. Horn regarding same. | B110 | 0.30 | 120.00 |
| 10/14/24 | NSG | Correspondence and confer with J. Horn regarding status. | B110 | 0.10 | 40.00 |
| 10/16/24 | JGH | Call with M. Kercher re monthly activity report and related matters. | B110 | 0.50 | 237.50 |
| 10/16/24 | NSG | Correspondence with M. Kercher regarding draft activity report and review same. | B110 | 0.20 | 80.00 |
| 10/17/24 | JGH | Analyze and communicate with client about 10/15 letter from T. Adams on behalf of Ridgemont Country Club. | B110 | 0.30 | 142.50 |
| 10/17/24 | NSG | Review incoming form of September fee application from M. Kercher. | B110 | 0.20 | 80.00 |
| 10/20/24 | JGH | Edit client's draft of fifth monthly activity report. | B110 | 0.40 | 190.00 |
| 10/21/24 | NSG | Draft Kercher September fee application. | B110 | 1.20 | 480.00 |
| 10/21/24 | JGH | Complete edits to draft activity report; email to M. Kercher re same. | B110 | 1.20 | 570.00 |
| 10/21/24 | NSG | Correspondence with M. Kercher and J. Horn regarding Kercher September fee application. | B110 | 0.10 | 40.00 |
| 10/21/24 | NSG | Correspondence with J. Horn regarding draft monthly activity report and review same. | B110 | 0.20 | 80.00 |
| 10/22/24 | NSG | Draft HSE fee application for August and September | B110 | 1.40 | 560.00 |
| 10/22/24 | JGH | Edit HSE fee application. | B110 | 0.30 | 142.50 |

Kercher, CPA, Mark R.
October 31, 2024
Page   3

Client:      106915
Matter:      106915.000001
Invoice:     944354

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|------|------|----------------------|-----------|-------|--------|
| 10/22/24 | NSG | Correspondence with J. Horn regarding HSE and Kercher fee application comments and review, monthly receiver's report comments and review. | B110 | 0.40 | 160.00 |
| 10/22/24 | NSG | Correspondence with M. Kercher regarding HSE and Kercher fee application comments and review, monthly receiver's report comments and review. | B110 | 0.40 | 160.00 |
| 10/22/24 | NSG | Correspondence and confer with T. Amplement regarding filing HSE and Kercher fee applications and review, monthly receiver's report. | B110 | 0.20 | 80.00 |
| 10/22/24 | NSG | Finalize monthly receiver's report. | B110 | 0.70 | 280.00 |
| 10/22/24 | JGH | Call with M. Kercher re monthly activity report and related issues. | B110 | 0.30 | 142.50 |
| 10/23/24 | NSG | Correspondence with J. Horn and T. Amplement regarding filing of activity report and fee application. | B110 | 0.40 | 160.00 |
| 10/23/24 | JGH | Finalize fifth monthly activity report. | B110 | 0.60 | 285.00 |
| 10/23/24 | NSG | Correspondence with M. Kercher regarding filing of activity report and fee application. | B110 | 0.10 | 40.00 |
| 10/23/24 | TLA | Finalize and file receiver's fifth activity report, receiver's sixth application for expenses and HSE's fourth application for expenses. | B110 | 2.70 | 607.50 |
| 10/29/24 | NSG | Correspondence with M. Kercher and T. Amlement regarding fee orders. | B110 | 0.20 | 80.00 |
| 10/29/24 | TLA | Review signed orders granting Receiver's Sixty and HSE's Fourth Applications for Approval of Fees and Expenses; forward same to client. | B110 | 0.10 | 22.50 |
| 10/30/24 | JGH | Review letter from J. Milbrand with M. Kercher and reach out | B110 | 0.40 | 190.00 |

Kercher, CPA, Mark R.  
October 31, 2024  
Page    4

Client:      106915  
Matter:     106915.000001  
Invoice:    944354

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|------|------|----------------------|-----------|-------|--------|
| | | to Milbrand re setting up conference to discuss financial condition of, and plans for, Entity Defendants. | | | |
| 10/30/24 | JGH | Review motion papers on motion for attachment and prepare analysis and recommendation for client in light of concerns raised by FSB in connection with the recently filed monthly activity report. | B110 | 2.90 | 1,377.50 |
| 10/30/24 | NSG | Correspondence and confer with J. Horn and correspondence with M. Kercher regarding J. Milbrand letter. | B110 | 0.30 | 120.00 |
| 10/31/24 | JGH | Multiple communications regarding latest monthly activity report with FBI, counsel for FSB, and client. | B110 | 1.10 | 522.50 |
| 10/31/24 | NSG | Correspondence with J. Horn regarding news article and review same. | B110 | 0.20 | 80.00 |

Total Hours and Fees     23.30     $9,715.00

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Amplement, Tracy L., Paralegal | 2.80 | 225.00 | 630.00 |
| Gatto, Nicholas S., Counsel | 8.70 | 400.00 | 3,480.00 |
| Horn, John G., Partner | 11.80 | 475.00 | 5,605.00 |

Total Current Fees     $9,715.00

Current Invoice Due     $9,715.00

Y-T-D Fees:          $70,217.50     /     Y-T-D Costs:          $0.00