UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FIVE STAR BANK,<br><br>         *Plaintiff,*<br>v.<br>KATHERINE MOTT; ROBERT HARRIS; KRM EVENTS, LLC; KATHERINE'S ON MONROE, LLC; THE DIVINITY ESTATE AND CHAPEL, LLC; KNC ELEGANCE, LLC D/B/A THE WINTERGARDEN BY MONROES; 11 WEXFORD GLEN, LLC; RCC MONROES LLC; NAF REMODELING LLC; MONROES AT RIDGEMONT LLC; CRESCENT BEACH AT THE LAKE LLC; MOTT MANAGEMENT LLC; KRISTINA BOURNE; TAYLOR PAGANO; TIMOTHY LAROCCA,<br><br>         *Defendants.* | CASE NO. 6:24-CV-06153-FPG<br><br>ORDER GRANTING TENTH APPLICATION OF HARTER SECREST & EMERY, LLP, COUNSEL TO THE RECEIVER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES |

  Harter Secrest & Emery LLP ("HSE"), counsel to Mark R. Kercher, CPA, court appointed receiver (the "Receiver"), has applied to the Court for approval to pay fees and expenses of the Receiver and certain professionals for the receivership. Pursuant to the pursuant to Court's Order (ECF Dkt. No. 57) entered on May 16, 2024 (the "Counsel Appointment Order"), HSE was appointed as counsel to the Receiver.

  WHEREAS, having considered the HSE's Tenth Application for Allowance of Compensation and Reimbursement of Expenses ("Fee Application"), and any opposition thereto, the Court finds good cause, and so

  IT IS HEREBY ORDERED that the Fee Application is approved and that the Receiver is authorized to pay to HSE the following amounts for fees and expenses: (i) payment of compensation to HSE for the period March 1, 2025 through April 25, 2025 in the amount of

$21,367.50 on account of actual, reasonable and necessary services rendered under and pursuant to the Counsel Appointment Order to the Receiver.

**IT IS SO ORDERED** this 29th day of _April_, 2025.

_____
HONORABLE FRANK P. GERACI, JR
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK