UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FIVE STAR BANK,

                                        Plaintiff,

         -vs-

KATHERINE MOTT-FORMICOLA, et al.,                    No. 24-cv-6153-FPG

                                        Defendants.
_____

**JOINT STATUS REPORT**

Pursuant to the Court's Order staying this matter, *see* ECF No. 140, the parties hereby submit this joint status report:

1.      On January 8, 2025, the Court entered its Decision & Order staying this civil matter pending further developments in the related criminal proceedings. As part of that ruling, the Court instructed the parties to jointly file a status report summarizing the status of defendant Mott-Formicola's criminal proceedings on July 7, 2025. ECF No. 140 p. 6.

2.      On December 2, 2024, defendant Mott-Formicola entered into a plea agreement with the United States Attorney for the Western District of New York, *see* Case No. 24-CR-6161, ECF No. 3, and sentencing was initially set for May 1, 2025. *Id.*. ECF No. 6.

3.      Sentencing has been reset twice, and is currently scheduled for November 5, 2025. *See id.*, ECF Nos. 9, 11.

4.      It is the parties' understanding that the criminal federal investigation is ongoing.

Dated:  July 7, 2025
       Buffalo, NY

*s/ Sarah O'Brien*

David G. Burch, Esq.
Sarah A. O'Brien, Esq.
BARCLAY DAMON LLP
*Attorneys for Plaintiff*
200 Delaware Ave., Suite 1200
Buffalo, NY 14202

Dated:  July 7, 2025
       Rochester, NY

*s/ Michael Rothenberg*

David Rothenberg, Esq.
Michael Rothenberg, Esq.
ROTHENBERG LAW
*Attorneys for Defendant Katherine Mott
and all Entity Defendants*
45 Exchange Blvd., Suite 800
Rochester, New York 14614

Dated:  July 7, 2025
       Rochester, NY

*/s Matthew Lembke*

Matthew R. Lembke, Esq.
CERULLI MASSARE & LEMBKE
*Attorneys for Defendant Robert Harris*
45 Exchange Blvd., Suite 925
Rochester, NY 14614

Dated:  July 7, 2025
       Rochester, NY

*s/ David Pilato*

David C. Pilato, Esq.
Michael T. DiPrima, Esq., *of counsel*
PILATO LAW, PLLC
*Attorneys for Defendant Timothy LaRocca*
30 West Broad Street, Suite 100
Rochester, NY 14614
Telephone (585) 420-8560
david@pilatolaw.com

Dated:  July 7, 2025
      Rochester, NY

                             *s/ Mark Foti*
                           Mark A. Foti, Esq.
                           The Foti Law Firm, P.C.
                           *Attorneys for Defendant Kristina Bourne*
                           16 W Main Street, Suite 100
                           Rochester, NY 14614
                           (585) 461-1999

Dated:  July 7, 2025
      Rochester, NY

                             *s/ Jeffrey Allen*
                           Jeffrey F. Allen, Esq.
                           Jeremy M. Sher, Esq.
                           BOND, SCHOENECK & KING, PLLC
                           *Attorneys for Defendant*
                           *Taylor Pagano*
                           350 Linden Oaks, Third Floor
                           Rochester, New York 14625
                           (585) 362-4700
                           (585) 362-4701 fax
                           jeffreyallen@bsk.com
                           jsher@bsk.com