UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FIVE STAR BANK,

                                 Plaintiff,

-vs-

KATHERINE MOTT-FORMICOLA, et al.,        No. 24-cv-6153-FPG

                              Defendants.
_____

## JOINT STATUS REPORT

Pursuant to the Court's Order staying this matter, *see* ECF No. 140, the parties hereby submit this joint status report:

    1.    On January 8, 2025, the Court entered its Decision & Order staying this civil matter pending further developments in the related criminal proceedings. As part of that ruling, the Court instructed the parties to jointly file a status report summarizing the status of defendant Mott-Formicola's criminal proceedings on July 7, 2025. ECF No. 140 p. 6.

    2.    On December 2, 2024, defendant Mott-Formicola entered into a plea agreement with the United States Attorney for the Western District of New York, *see* Case No. 24-CR-6161, ECF No. 3, and sentencing was initially set for May 1, 2025. *See id*. ECF No. 6.

    3.    Sentencing has been reset four times, and is currently scheduled for March 18, 2026. *See id*., ECF No. 14.

    4.    It is the parties' understanding that the criminal federal investigation is ongoing.

Dated: November 12, 2025
       Buffalo, NY

                                               *s/Sarah O'Brien*
                                               David G. Burch, Esq.
                                               Sarah A. O'Brien, Esq.
                                               BARCLAY DAMON LLP
                                               *Attorneys for Plaintiff*
                                               200 Delaware Ave., Suite 1200
                                               Buffalo, NY 14202


Dated: November 12, 2025
       Rochester, NY

                                               *s/Michael Rothenberg*
                                               David Rothenberg, Esq.
                                               Michael Rothenberg, Esq.
                                               ROTHENBERG LAW
                                               *Attorneys for Defendant Katherine Mott and all Entity Defendants*
                                               45 Exchange Blvd., Suite 800
                                               Rochester, New York 14614


Dated: November 12, 2025
       Rochester, NY

                                               *s/Matthew R. Lembke*
                                               Matthew R. Lembke, Esq.
                                               CERULLI MASSARE & LEMBKE
                                               *Attorneys for Defendant Robert Harris*
                                               45 Exchange Blvd., Suite 925
                                               Rochester, NY 14614


Dated: November 12, 2025
       Rochester, NY

                                               *s/David C. Pilato*
                                               David C. Pilato, Esq.
                                               Michael T. DiPrima, Esq., *of counsel*
                                               PILATO LAW, PLLC
                                               *Attorneys for Defendant Timothy LaRocca*
                                               30 West Broad Street, Suite 100
                                               Rochester, NY 14614
                                               Telephone (585) 420-8560
                                               david@pilatolaw.com

Dated: November 12, 2025
      Rochester, NY

                                           *s/Mark A. Foti*
                                           Mark A. Foti, Esq.
                                           The Foti Law Firm, P.C.
                                           *Attorneys for Defendant Kristina Bourne*
                                           16 W Main Street, Suite 100
                                           Rochester, NY 14614
                                           (585) 461-1999

Dated: November 12, 2025
      Rochester, NY

                                           *s/Jeffrey F. Allen*
                                           Jeffrey F. Allen, Esq.
                                           Jeremy M. Sher, Esq.
                                           BOND, SCHOENECK & KING, PLLC
                                           *Attorneys for Defendant*
                                           *Taylor Pagano*
                                           350 Linden Oaks, Third Floor
                                           Rochester, New York 14625
                                           (585) 362-4700
                                           (585) 362-4701 fax
                                           jeffreyallen@bsk.com
                                           jsher@bsk.com