# EXHIBIT A



Mark R. Kercher, CPA
5090 Old Goodrich Road
Clarence, NY 14031

File Number:   106915.000001

Please remit payment within 30 days from date of invoice

Kercher, CPA, Mark R.                                        Date:      11/13/25
RE: Kercher re Mott Receivership                             Invoice:   974695
Client Ref:
For Professional Services Rendered and Costs Advanced through 10/31/25

| Date | Atty | Professional Services | Task Code | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 05/01/25 | JGH | Review and provide corrections to government's draft Stipulation for Sale and Order. | B110 | 0.50 | 237.50 |
| 05/01/25 | JGH | Communicate with counsel for Divinity landlord and client re potential resolution of replevin matter. | B110 | 0.20 | 95.00 |
| 05/01/25 | NSG | Correspondence with J. Horn regarding Mott stipulation. | B110 | 0.10 | 40.00 |
| 05/02/25 | NSG | Correspondence with J. Horn regarding interlocutory sale agreement. | B110 | 0.10 | 40.00 |
| 05/02/25 | JGH | Communicate with government and defense counsel re Crescent Beach sale. | B110 | 0.30 | 142.50 |
| 05/06/25 | JGH | Communicate with attorney for former Wintergarden customer re refund and related issues; communicate with counsel for Divinity re new litigation. | B110 | 0.90 | 427.50 |
| 05/07/25 | JGH | Communicate with client, M. Rothenberg, and P. Leclair re various matters, including Crescent Beach stipulated and Divinity dispute. | B110 | 0.50 | 237.50 |

1600 BAUSCH AND LOMB PLACE   ROCHESTER, NEW YORK 14604-2711   PHONE: 585.232.6500   FAX: 585.232.2152   FED. TAX ID. NO. 16-0766172

ROCHESTER, NEW YORK . BUFFALO, NEW YORK . ALBANY, NEW YORK . CORNING, NEW YORK . NEW YORK, NEW YORK

Kercher, CPA, Mark R.  
October 31, 2025  
Page   2  

Client:     106915  
Matter:     106915.000001  
Invoice:    974695  

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/08/25 | JGH | Call with M. Kercher and D. Ealy re Divinity matter; court-ordered meet-and-confer with M. Kercher and P. Leclair re same; follow-up call with M. Kercher. | B110 | 2.50 | 1,187.50 |
| 05/12/25 | JGH | Call with FSB counsel, J. Milbrand, re Court's discovery order and related matters. | B110 | 0.50 | 237.50 |
| 05/14/25 | JGH | Communications with U.S. Attorney's office, M. Rothenberg, and client regarding Crescent Beach and related matters. | B110 | 0.40 | 190.00 |
| 05/14/25 | NSG | Correspondence with J. Horn regarding receiver's report. | B110 | 0.10 | 40.00 |
| 05/20/25 | JGH | Follow up with M. Rothenberg and N. Gatto re Crescent Beach transaction; email from U.S. Attorney's office re same. | B110 | 0.30 | 142.50 |
| 05/21/25 | JGH | Communicate with defense counsel re Crescent Beach. | B110 | 0.20 | 95.00 |
| 05/22/25 | JGH | Multiple communications with defendants' counsel and client re Crescent Beach sale terms and related issues. | B110 | 0.50 | 237.50 |
| 05/23/25 | NSG | Review Kercher draft activity report. | B110 | 0.30 | 120.00 |
| 05/27/25 | JGH | Communicate with client and defense counsel re Crescent Beach transaction and related reporting requirements. | B110 | 0.30 | 142.50 |
| 05/27/25 | NSG | Correspondence with J. Horn regarding activity report. | B110 | 0.10 | 40.00 |
| 06/02/25 | NSG | Correspondence with J. Horn regarding status with D. Rothenberg. | B110 | 0.10 | 40.00 |
| 06/02/25 | JGH | Communicate with client and defense counsel re Crescent Beach transaction. | B110 | 0.30 | 142.50 |
| 06/06/25 | NSG | Review incoming Crescent Beach sale agreement and correspondence and confer with J. Anderson and J. Horn | B110 | 0.50 | 200.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| October 31, 2025 | | | Matter: | 106915.000001 | |
| Page   3 | | | Invoice: | 974695 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | regarding same, response to D. Ealy. | | | |
| 06/06/25 | JGH | Review draft purchase and sale agreement from D. Ealy; communicate with D. Ealy and M. Rothenberg re Crescent Beach sale, outstanding Receiver and HSE fees, etc.; communicate with M. Kercher re all of the above; email with D. Ealy re Divinity litigation and related matters. | B110 | 2.10 | 997.50 |
| 06/06/25 | NSG | Correspondence with M. Kercher regarding comments on Crescent Beach contract. | B110 | 0.20 | 80.00 |
| 06/06/25 | JAA | Review and comment on Crescent Beach purchase agreement draft. | B110 | 0.90 | 427.50 |
| 06/06/25 | JAA | Follow up with J. Horn and N. Gatto re same. | B110 | 0.20 | 95.00 |
| 06/09/25 | JGH | Communicate with D. Ealy, M. Rothenberg, and client re Crescent Beach deal and related issues. | B110 | 0.70 | 332.50 |
| 06/09/25 | NSG | Correspondence with J. Horn regarding comments from D. Ealy. | B110 | 0.10 | 40.00 |
| 06/10/25 | JGH | Call with M. Kercher re various matters. | B110 | 0.30 | 142.50 |
| 06/10/25 | JGH | Emails with defense counsel and client regarding Genesee Construction judgment and related negotiations. | B110 | 0.30 | 142.50 |
| 06/11/25 | JGH | Multiple communications with D. Ealy, M. Rothenberg, M. Kercher, and N. Gatto re Crescent Beach sale. | B110 | 0.40 | 190.00 |
| 06/12/25 | JGH | Prepare for and participate in call with counsel and client re Crescent Beach sale; follow up with M. Kercher re same. | B110 | 0.90 | 427.50 |
| 06/12/25 | JGH | Analyze pending litigation and asset portfolio in connection with next monthly activity | B110 | 0.80 | 380.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| October 31, 2025 | | | Matter: | 106915.000001 | |
| Page   4 | | | Invoice: | 974695 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | report; review and respond to email from Barclay Damon re Ridgmont Country Club tax matter. | | | |
| 06/16/25 | JGH | Communicate with creditors and client re CB transaction; work on stip of discontinuance in Divinity matter. | B110 | 0.50 | 237.50 |
| 06/16/25 | JGH | Multiple calls with party counsel re Crescent Beach transaction. | B110 | 0.40 | 190.00 |
| 06/17/25 | NSG | Correspondence with M. Kercher and J. Horn regarding sales tax matter. | B110 | 0.10 | 40.00 |
| 06/17/25 | JGH | Respond to FSB regarding NYS tax liens against Ridgmont members; communicate with client re same; work on Crescent Beach negotiations. | B110 | 1.20 | 570.00 |
| 06/19/25 | JGH | Communicate with M. Kercher re Crescent Beach transaction. | B110 | 0.30 | 142.50 |
| 06/24/25 | JGH | Multiple communications with client, D. Ealy, and M. Rothenberg regarding Crescent Beach matter. | B110 | 0.50 | 237.50 |
| 06/25/25 | JGH | Prepare for and participate in client/outside counsel call; final review of purchase and sale agreement for Crescent Beach. | B110 | 1.20 | 570.00 |
| 06/25/25 | NSG | Correspondence with J. Horn regarding real estate contract. | B110 | 0.10 | 40.00 |
| 06/30/25 | JGH | Follow up with D. Ealy re Crescent Beach PSA. | B110 | 0.20 | 95.00 |
| 07/01/25 | NSG | Draft HSE eleventh fee application. | B110 | 0.70 | 280.00 |
| 07/01/25 | JGH | Multiple phone calls and emails with M. Rothenberg, D. Ealy, and client re Crescent Beach sale; review final draft of purchase and sale agreement. | B110 | 1.30 | 617.50 |
| 07/03/25 | JGH | Follow up with D. Ealy re Crescent Beach open items. | B110 | 0.20 | 95.00 |
| 07/07/25 | JGH | Prepare for and participate in call with U.S. Attorney's office re Crescent Beach deal; follow | B110 | 2.20 | 1,045.00 |

| | | | | | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Client: | 106915 | |
| October 31, 2025 | | | Matter: | 106915.000001 | |
| Page   5 | | | Invoice: | 974695 | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | up with buyer's counsel and Genesee Construction attorneys re same; strategize re asset-liquidation with client. | | | |
| 07/07/25 | JGH | Call with client re Crescent Beach transaction and related issues. | B110 | 0.30 | 142.50 |
| 07/08/25 | JGH | Calls with M. Rothenberg re Genesee Construction request for government involvement; emails with D. Ealy and R. Lown re same; follow up with client on all of the above. | B110 | 1.40 | 665.00 |
| 07/08/25 | TLA | Prepare drafts of notice of motion, thirteenth fee application for expenses of receiver and proposed order for same. | B110 | 0.70 | 157.50 |
| 07/10/25 | JGH | Analyze payment priority issue at request of client. | B110 | 0.70 | 332.50 |
| 07/11/25 | JGH | Call with associate re payment priority research. | B110 | 0.40 | 190.00 |
| 07/14/25 | JGH | Multiple calls and emails with party counsel and client regarding Crescent Beach sale and related matters. | B110 | 0.70 | 332.50 |
| 07/16/25 | JGH | Multiple calls and emails with client and outside counsel re Crescent Beach. | B110 | 1.30 | 617.50 |
| 07/16/25 | JGH | Legal research re payment priority issue. | B110 | 0.70 | 332.50 |
| 07/17/25 | JGH | Review and prepare response for client to J. Wegman email re Crescent Beach. | B110 | 0.30 | 142.50 |
| 07/18/25 | JGH | Communicate with D. Ealy and M. Rothenberg re Crescent Beach deal. | B110 | 0.20 | 95.00 |
| 07/21/25 | JGH | Call with M. Rothenberg re Crescent Beach developments; exchange emails with defense counsel re same; communicate with client re same; work on monthly activity report and new fee applications. | B110 | 1.50 | 712.50 |

Kercher, CPA, Mark R.  
October 31, 2025  
Page   6  

Client:     106915  
Matter:     106915.000001  
Invoice:    974695  

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/23/25 | JGH | Multiple calls and emails regarding government stipulation, purchase and sale agreement, etc. | B110 | 0.80 | 380.00 |
| 07/25/25 | JGH | Legal research and analysis re payment-priority question posed by client. | B110 | 0.50 | 237.50 |
| 07/27/25 | JGH | Follow up with D. Ealy on Crescent Beach deliverables; review emails from AUSA G. Carducci. | B110 | 0.20 | 95.00 |
| 08/15/25 | JGH | Emails with outside counsel re Crescent Beach deal; prepare stipulation of discontinuance in Divinity Chapel matter. | B110 | 0.50 | 237.50 |
| 08/26/25 | JGH | Strategy call with M. Kercher re FSB outreach, Crescent Beach matter, and submittal of report and fee application. | B110 | 0.50 | 237.50 |
| 08/28/25 | JGH | Communicate with client and defense counsel regarding Crescent Beach situation, including specifically request from J. Wegman for extension of due diligence period. | B110 | 0.30 | 142.50 |
| 09/02/25 | JGH | Teams meeting with S. Bahl, FSB deputy counsel re Kinecta information requests. | B110 | 0.40 | 190.00 |
| 09/09/25 | JGH | Perform Kinecta records analysis at request of FSB in-house counsel and send follow-up email re same. | B110 | 0.70 | 332.50 |
| 09/12/25 | JGH | Work on Activity Reports and Fee Applications for April through September. | B110 | 1.80 | 855.00 |
| 09/15/25 | JGH | Call with client regarding status of Crescent Beach sale, Crescent Beach eviction proceeding, and related matters. | B110 | 0.50 | 237.50 |
| 09/16/25 | JGH | Work on fee applications. | B110 | 0.50 | 237.50 |
| 09/18/25 | JGH | Call with M. Rothenberg and D. Ealy re J. Wegman's counteroffer and legal | B110 | 0.80 | 380.00 |

| | | | Client: | 106915 | |
|---|---|---|---|---|---|
| Kercher, CPA, Mark R. | | | Matter: | 106915.000001 | |
| October 31, 2025 | | | Invoice: | 974695 | |
| Page   7 | | | | | |

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | implications thereof; communicate with M. Kercher re same. | | | |
| 09/19/25 | TLA | Finalize and file Receiver's thirteenth application of reimbursement of expenses. | B110 | 0.50 | 112.50 |
| 09/23/25 | JGH | Call with Court regarding fee application; modify same; communicate with client and defense counsel regarding Crescent Beach situation; communicate with FSB counsel regarding Kinecta records. | B110 | 1.20 | 570.00 |
| 09/23/25 | TLA | Prepare amended notice of motion and amended thirteenth application of receiver for compensation and reimbursement; revise proposed order; finalize and file amended motion. | B110 | 1.00 | 225.00 |
| 09/25/25 | JGH | Research and draft notice/demand letter to WF Acquisitions LLC; share draft with client for review and comment. | B110 | 2.20 | 1,045.00 |
| 09/26/25 | JGH | Collaborate with client on response to J. Wegman's reduced purchase offer for Crescent Beach. | B110 | 0.90 | 427.50 |
| 09/30/25 | JGH | Rework Lown demand letter based on client and defense counsel feedback. | B110 | 1.20 | 570.00 |
| 10/01/25 | JGH | Finalize and transmit demand letter to R. Lown; communicate with team re same; emails with client regarding Wintergarden matter. | B110 | 0.50 | 237.50 |
| 10/03/25 | JGH | Analyze and communicate with client about Phillips Lytle correspondence. | B110 | 0.40 | 190.00 |
| 10/06/25 | JGH | Read and respond to numerous client and defense counsel emails regarding Crescent Beach and related matters. | B110 | 0.50 | 237.50 |

Kercher, CPA, Mark R.            Client: 106915
October 31, 2025            Matter: 106915.000001
Page   8            Invoice: 974695

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/13/25 | JGH | Communicate with S. Bahl re Kinecta records request and Community Bank litigation. | B110 | 0.20 | 95.00 |
| 10/16/25 | JGH | Communicate with client regarding potential property sale and inquiries from Wintergarden clients re deposit refunds; analyze payment priority matter with T. Ross. | B110 | 0.50 | 237.50 |
| 10/20/25 | JGH | Email with Five Star Bank re Community Bank litigation. | B110 | 0.20 | 95.00 |
| 10/21/25 | JGH | Communicate with FSB counsel re Community Bank litigation; communicate with client re various outstanding matters. | B110 | 0.50 | 237.50 |
| 10/27/25 | JGH | Communicate with FSB counsel re Community Bank litigation, Kinecta documents, and related matters. | B110 | 0.40 | 190.00 |
| 10/30/25 | JGH | Communicate with client and FSB re various matters. | B110 | 0.40 | 190.00 |
| | | Total Hours and Fees | | 50.80 | $23,392.50 |

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Amplement, Tracy L., Paralegal | 2.20 | 225.00 | 495.00 |
| Anderson, John A., Partner | 1.10 | 475.00 | 522.50 |
| Gatto, Nicholas S., Counsel | 2.50 | 400.00 | 1,000.00 |
| Horn, John G., Partner | 45.00 | 475.00 | 21,375.00 |
| Total Current Fees | | | $23,392.50 |
| Current Invoice Due | | | $23,392.50 |

Y-T-D Fees:      $91,879.00   /   Y-T-D Costs:      $0.00