UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FIVE STAR BANK,

                Plaintiff,

  -vs-

KATHERINE MOTT-FORMICOLA, et al.,      No. 24-cv-6153-FPG

                Defendants.
_____

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as co-counsel for the plaintiff, FIVE STATE BANK, in the above-captioned action.

      **PLEASE TAKE FURTHER NOTICE** that the undersigned respectfully requests that his name be placed on the Court's docket and mailing matrix.

**DATED:** December 3, 2025            **BARCLAY DAMON LLLP**

                                            By: _____
                                              Richard S. Hartunian, Esq.

*Co-Counsel for Plaintiff*
80 State Street
Albany, New York 12207
Tel: (518) 429-4243
Email: rhartunian@barclaydamon.com

32869436.1