# BARCLAY DAMON LLP

**Richard S. Hartunian**
*Partner*

December 5, 2025

Hon. Frank P. Geraci, Jr.
United States District Court Judge
Western District of New York
100 State Street
Rochester, New York 14614

      Re:    <u>*Five Star Bank v. Katherine Mott-Formicola, et al.*</u>
             *Case No. 24-cv-6153-FPG*

Dear Judge Geraci:

      We write on behalf of Plaintiff Five Star Bank ("Plaintiff") to respectfully request that the Court schedule a conference to address a limited resumption of discovery in this matter.

      As your Honor is aware, the Court's January 8, 2025 Decision & Order staying this matter (ECF No. 140) ("Stay Order") paused discovery and, as a result, Plaintiff has been unable, for nearly one year, to engage in asset-tracing efforts to attempt to recover any portion of the approximately $21 million that was stolen. While Plaintiff understands and respects the Court's reasoning in issuing the stay, Plaintiff writes to inform the Court of recent developments, which Plaintiff believes warrant a conference to discuss a limited lift of the Stay Order. Despite Defendant Katherine Mott-Formicola's ("Ms. Mott") admissions of guilt in the related criminal matter, the individual co-defendants—who we believe received millions of dollars in proceeds from Ms. Mott—have not had to answer any questions, provide any information or otherwise account for the funds they ostensibly received from Ms. Mott. To date, these individuals have not been criminally charged and have not had to provide any information to Plaintiff. This has left Plaintiff unable to understand how the stolen funds were moved or dissipated.

      Since the issuance of the Stay Order, sentencing in the Criminal Case has been adjourned four (4) times: from May 1, 2025 to August 5, 2025, then to November 5, 2025, then to December 18, 2025 and finally to March 18, 2026. It is unclear to Plaintiff whether sentencing will be further adjourned. In addition, the "Crescent Beach Property," which was previously identified as a potential partial restitution source, has failed to sell. It now appears that Ms. Mott lacks sufficient assets to satisfy even a small fraction of the Plaintiff's loss. Although approximately $21 million was stolen, no amount has been paid other than a nominal recovery of $593,919.43 from Community Bank at the outset of this case. It is respectfully submitted that these circumstances demonstrate that continued delay will materially prejudice Plaintiff's ability to identify, preserve, and pursue claims against the co-defendants, and warrant a limited lift of the stay to allow targeted discovery directed to those parties.

80 State Street - Albany, New York 12207 barclaydamon.com
RHartunian@barclaydamon.com  Direct: (518) 429-4243  Fax: (518) 427-3493

32876433.1

December 5, 2025
Page 2

Plaintiff raises these concerns with the utmost respect for the Court and its process. However, in order to properly advocate for our client and increase the likelihood of some meaningful recovery on its behalf, we request that the Court schedule a conference to discuss these issues. We appreciate the Court's time and consideration.

Respectfully submitted,

Richard S. Hartunian

RSH
Cc: All counsel via ECF
AUSA Nick Testani (Nicholas.testani@usdoj.gov)

32876433.1