# **EXHIBIT A**

EXHIBIT A
RECEIVER'S TIME RECORDS FOR THE PERIOD 09/13/2025 THROUGH 11/30/2025

| Date | Description | Time | Drive time |
|---|---|---|---|
| 09/17/-9/19/25 | Review of correspondence from Crescent Beach Buyer with proposed purchase price revision. Communications with Receiver and Defendant Entity lawyers on same, preparation for and call on 9/19/25 with said lawyers on same | 2.3 | |
| 09/20-10/1/25 | Communications with Receiver and Defendant Entity lawyers on response to revised Crescent Beach purchase offer, correspondence to and from Buyer on same. Communication with reporter on Crescent Beach property sale | 2.8 | |
| 9/29/25 | Communications with agent on property sale, review of background and proposed purchase price | 0.7 | |
| 10/2/25 | Communications with Receiver lawyer and K. Mott regarding status of event refunds at Wintergarden | 1.1 | |
| 10/13/25 | Review of communications with Receiver lawyer and Five Star Bank regarding Kinecta records request, communication with agent regarding offers on property | 1.3 | |
| 10/30-11/3/25 | Communications with Receiver attorney and Five Star Bank regarding document requests, Crescent Beach interested party, and Community Bank litigation. Preparation for and call with Receiver lawyer and Five Star Bank on same | 2.5 | |
| 11/4-11/13//25 | Preparation of activity report through October 31, 2025, review of source and Use statement, review of final draft and correspondence with Receiver attorney on same | 3.6 | |
| 11/7-11/14/25 | Communication with interested parties regarding the Crescent Beach property, scheduling of site visits and discussions on matters related to Crescent Beach property | 1.7 | |
| 11/20/25 | Preparation for and site visit at Crescent Beach with potential buyer | 2.1 | |
| 11/24/25 | Preparation for and site visit with second Crescent Beach potential buyer | 2.0 | |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/24/25 | Preparation of 14th fee application for period 09/13/-11/30/25 | 2.3 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **X RATE $350** | **22.4** | **$7840.00** |
| 11/20 and 11/24/25 | **Drive time Crescent Beach** | 5.0 | |
| | **X RATE $175** | | **875.00** |
| | Mileage to Crescent Beech (260 miles x .70/mi) and tolls $4.36 | | **186.36** |

| | **Total Fees and Expenses** | | **$8901.36** |
|---|---|---|---|
| | | | |