# Exhibit A



Mark R. Kercher, CPA
5090 Old Goodrich Road
Clarence, NY 14031

File Number:   106915.000001

Please remit payment within 30 days from date of invoice

Kercher, CPA, Mark R.                                          Date:      12/18/25
RE: Kercher re Mott Receivership                              Invoice:   978452
Client Ref:
For Professional Services Rendered and Costs Advanced through 11/30/25

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|------|------|----------------------|-----------|-------|--------|
| 11/03/25 | JGH | Call with FSB counsel and M. Kercher re various matters; edit Receiver Activity Report; emails with M. Kercher re same. | B110 | 1.60 | 760.00 |
| 11/12/25 | JGH | Complete edits to Receiver Activity Report; prepare HSE fee application; work on payment-priority motion. | B110 | 2.50 | 1,187.50 |
| 11/12/25 | TLA | Finalize and file Tenth Monthly Activity Report of Receiver with Exhibit A. | B310 | 0.40 | 90.00 |
| 11/13/25 | JGH | Strategize re Community Bank litigation and payment priority application; prepare fee application; multiple communications with M. Kercher re same. | B110 | 1.90 | 902.50 |
| 11/13/25 | TLA | Prepare Notice of Motion and Proposed Order to Eleventh HSE fee application; finalize and file notice of motion for Eleventh HSE fee application with attorney Declaration and exhibit A in support of same and proposed order. | B110 | 0.60 | 135.00 |

1600 BAUSCH AND LOMB PLACE    ROCHESTER, NEW YORK 14604-2711    PHONE: 585.232.6500    FAX: 585.232.2152    FED. TAX ID. NO. 16-0766172

ROCHESTER, NEW YORK  •  BUFFALO, NEW YORK  •  ALBANY, NEW YORK  •  CORNING, NEW YORK  •  NEW YORK, NEW YORK

Kercher, CPA, Mark R.                                        Client:      106915
November 30, 2025                                            Matter:      106915.000001
Page    2                                                    Invoice:     978452

| Date | Atty | Professional Services | Task Code | Hours | Amount |
|------|------|----------------------|-----------|-------|--------|
| 11/21/25 | JGH | Continue work on payment priority motion. | B110 | 0.80 | 380.00 |
| 11/25/25 | JGH | Research and analysis of judgments and related claims against various Entity Defendant companies. | B110 | 1.90 | 902.50 |
| 11/25/25 | SMA | Conduct legal research in support of payment priority motion. | B110 | 1.00 | 300.00 |
| 11/25/25 | JGH | Call with client re various matters; continue working on application for declaratory judgment relief. | B110 | 0.80 | 380.00 |
| 11/25/25 | SMA | Continue legal research in support of payment priority application. | B110 | 1.10 | 330.00 |
| 11/26/25 | JGH | Strategize internally re motion on payment priority. | B110 | 0.20 | 95.00 |
| 11/26/25 | SMA | Review case law on receivership priority to determine appropriate mechanism for requesting relief. | B110 | 1.90 | 570.00 |
| | | Total Hours and Fees | | 14.70 | $6,032.50 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Adams, Sophia M., Associate | 4.00 | 300.00 | 1,200.00 |
| Amplement, Tracy L., Paralegal | 1.00 | 225.00 | 225.00 |
| Horn, John G., Partner | 9.70 | 475.00 | 4,607.50 |
| Total Current Fees | | | $6,032.50 |
| | | | |
| Current Invoice Due | | | $6,032.50 |

Y-T-D Fees:            $97,911.50    /    Y-T-D Costs:            $0.00